UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20549-CR-LENARD

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES,
ODETTE BARCHA, and
ARNALDO CARMOUZE,

    Defendants.
_____/

## NOTICE OF FILING

Robert J. Kuntz, Esq., counsel for Civil Intervenors in this case and the related civil matter (*United States v. Esformes*, 16-cv-2348-KMW), hereby gives notice of filing the attached declaration with exhibits relating to Defendant's Motion to Revoke Detention Order [DE 87] and the Government's Response [DE 103].

Dated this 7 day of September, 2016.

    DEVINE GOODMAN RASCO
    WATTS-FITZGERALD & WELLS, P.A.
    *Attorneys for Civil Intervenors*
    2800 Ponce de Leon Blvd., Suite 1400
    Coral Gables, Florida 33134
    Telephone: 305.374.8200
    Fascimile: 305.374.8208

By: _____
    Guy A. Rasco, Esq.
    Florida Bar No.: 727520
    Robert J. Kuntz, Jr., Esq.
    Florida Bar No. 94668

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7 day of September, 2016, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

Robert J. Kuntz, Jr.

## SERVICE LIST

Alison Whitney Lehr
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Tel: (305) 961-9176
Fax: (305) 536-7599
Email: Alison.Lehr@usdoj.gov
*Counsel for Plaintiff*

Michael S. Pasano, Esq.
mpasano@carltonfields.com
Marrisel Descalzo, Esq.
mdescalzo@carltonfields.com
Carlton Fields
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Tel. (305) 530-0050
Fax: (305) 530-0055
*Counsel for Philip Esformes*

Samuel Joseph Rabin, Jr.
Samuel J. Rabin
800 Brickell Avenue, Suite 1400
Miami, Florida 33131
Tel. (305) 358-1064
Fax: (305) 372-1644
Email: sjr@miamilawyer.com
*Counsel for Odette Bracha*


Orlando do Campo
Do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, Florida 33131
Tel: (305) 358-6600
Fax: (305) 358-6601
Email: od@dandtlaw.com
*Counsel for Arnaldo Carmouze*


Howard Srebnick, Esq.
Black Srebnick Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel: (305) 371-6421
Fax: (305) 358-2006
Email: hsrebnick@royblack.com