# EXHIBIT A

# Young, Elizabeth (CRM)

| | |
|---|---|
| **From:** | Young, Elizabeth (CRM) |
| **Sent:** | Wednesday, August 24, 2016 2:37 PM |
| **To:** | Myers, Mark R. (MM) (FBI); Ostroman, Jonathan (MM) (FBI); Mitchell, Scott C. (MM) (FBI) |
| **Subject:** | FW: Lisa Noller called for you |

**From:** Campbell, Yolonda Y (CIV)
**Sent:** Tuesday, August 09, 2016 4:12 PM
**To:** Young, Elizabeth (CRM)
**Subject:** Lisa Noller called for you

She said she got your number off PACER. You can reach her back at 312-832-4363

**Yolonda Y. Campbell**
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
(202) 532-4311
Yolonda.Y.Campbell@usdoj.gov

1

# EXHIBIT B

A. Due diligence.  Greystone wants to carefully review the operating budget line items to assure ourselves of their accuracy as well as gain comfort with the general business plan for advertising, marketing and operating the facility.  They also want to quickly start identifying the universe of such qualified individuals.

B. Next step.  If we determine to proceed with Greystone, the next step would be to put together a due diligence plan, time frame and responsibilities.

C. Projected funding.  Assuming a $25 million all-in project budget, Greystone projects 2/3 debt (16M) and 1/3 equity (9M).   Greystone would put in 4.5M in equity and so would Jon/Phil/Morris.  Greystone would guarantee 8M of the bank debt and so would Jon/Phil/Morris.

D. Management.  Greystone would respect Jon's judgment as he brought in the deal and would allow him to take the lead in making management decisions, but Greystone would like to make all decisions jointly -- at least at the beginning.

*Bullet Points* (handwritten)

# EXHIBIT C

**Esformes Facilities**
**Rent and Management Fee Summary**

**Management Fee Details:**

| Facility | EMI | Bria | ARM | IME | OMI | SMJ | Adirhu | Total |
|---|---|---|---|---|---|---|---|---|
| Oceanside Extended Care | 61,600 | 8,500 | 2,500 | 1,400 | - | - | - | 74,000 |
| Fair Havens Center | 87,600 | 5,500 | - | 1,900 | - | - | - | 95,000 |
| Harmony Health Care | 51,300 | 7,500 | 500 | 900 | 24,800 | - | - | 85,000 |
| The Nursing Center at Mercy | 53,100 | 7,500 | 500 | 900 | - | - | - | 62,000 |
| Golden Glades Nursing & Rehab | - | - | - | - | - | - | 86,238 | 86,238 |
| North Dade Nursing & Rehab | - | - | - | - | - | - | 94,500 | 94,500 |
| South Dade Nursing & Rehab | - | - | - | - | - | - | 73,238 | 73,238 |
| Terrace of Kissimmee | 30,000 | - | - | - | - | 15,000 | - | 45,000 |
| Terrace of St Cloud | 35,000 | - | - | - | - | 15,000 | - | 50,000 |
| Total | 318,600 | 29,000 | 3,500 | 5,100 | 24,800 | 30,000 | 253,976 | 664,976 |

Notes & Disclosures:
  Management fees included on the cash flow analysis were estimated at 5% of historical revenues.
   EMI = Management company - Morris Esformes (Father)
   Bria = Back office support - Avrum Weinfeld (Cousin)
   ARM = Back office support - Flora Weiss (Aunt)
   IME = Office space rental - Avrum Weinfeld (Cousin)
   OMI = Management company - Sheldon Neidich (Uncle)
   SMJ = Regional management company
   Adirhu = Regional management company (Philip owns 50% of the company interest); No payments have been made to Adirhu other than for unrelated staff payroll and expenses

**Rent Details:**

| Facility | Landlord |
|---|---|
| Oceanside Extended Care | ADME Real Estate, LLC |
| Fair Havens Center | Fair Havens Real Estate, LLC |
| Harmony Health Care | GBRE Associates, LLC |
| The Nursing Center at Mercy | N/A |
| Golden Glades Nursing & Rehab | 220 Sierra, LLC |
| North Dade Nursing & Rehab | 1255, LLC |
| South Dade Nursing & Rehab | 17475, LLC |
| Terrace of Kissimmee | 221 Park Place Holdings, LLC |
| Terrace of St Cloud | Canoe Creek Holdings, LLC |

**FLORIDA FACILITIES - ALLOCATION OF OWNERSHIP PERCENTAGES**

|  | ADME Real Estate | Fair Havens Real Estate | MERCY | GBRE |
|---|---|---|---|---|
| ADME CORP | 1.00% |  |  |  |
| MORRIS ESFORMES | 59.40% | 50.00% | 45.00% | 30.00% |
| SHELDON NEIDICH |  |  |  | 30.00% |
| PHILLIP ESFORMES (same # as trust) | 29.70% | 40.00% | 45.00% | 30.00% |
| REBECCA LAFER | 2.97% | 2.50% |  |  |
| RACHEL ESFORMES | 2.97% | 2.50% |  |  |
| NEAL KJOS | 3.96% | 2.50% | 3.00% | 1.00% |
| FLORA WEISS |  | 2.50% | 3.00% | 3.00% |
| AVRUM WEINFELD |  |  |  | 1.50% |
| NORMAN GINSPARG |  |  | 4.00% | 4.50% |
|  | 100.00% | 100.00% | 100.00% | 100.00% |