UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20549-LENARD

UNITED STATES OF AMERICA

vs.

PHILIP ESFORMES,
ODETTE BARCHA, and
ARNALDO CARMOUZE

**Defendants.**
_____/

### UNITED STATES' MOTION FOR AND BRIEF IN SUPPORT OF EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO STRIKE PREJUDICIAL SURPLUSAGE FROM THE INDICTMENT AND LEAVE TO FILE OMNIBUS RESPONSE BRIEF

The United States of America files this motion requesting: (1) an extension of time to respond to defendant Esformes' ("Defendant") Motion to Strike Prejudicial Surplusage From the Indictment ("Motion to Strike Surplusage") (D.E. 97); and (2) leave to file an omnibus response brief responding to Defendant's Motion to Strike Surplusage and Defendant's Motion to Dismiss Various Counts of the Indictment ("Motion to Dismiss") (D.E. 109).

1.  On September 2, 2016, Defendant filed the Motion to Strike Surplusage, with a response due on September 19, 2016.

2.  On September 6, 2016, Defendant filed the Motion to Dismiss, with a response due on September 23, 2016.

3.  Defendant does not object to extending the time to respond to the Motion to Strike Surplusage to until September 23, 2016.

4.  The Motion to Strike Surplusage and Motion to Dismiss make related arguments based on overlapping facts. The United States believes a single omnibus response would be an

1

efficient way to address the issues and arguments raised in Defendant's motions, and hereby requests leave to file such an omnibus response.

5. The Unites States requests that this Court grant its motion to extend the time to respond to the Motion to Strike Surplusage to September 23, 2016, so that it may file its omnibus response brief on that date, responding to both of Defendant's motions.

## CONCLUSION

WHEREFORE, the United States respectfully requests that this Court grant (1) its motion for an extension of time to respond to the Motion to Strike Surplusage, and (2) leave to file an omnibus response brief.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  /s/ *Elizabeth Young*
Elizabeth W. Young
Trial Attorney
Court ID No. A5501858
Allan J. Medina
Assistant Chief
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 262-7650
Elizabeth.Young@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 16, 2016, I electronically filed and served this document with the Clerk's Office in the Southern District of Florida.

                                      /s/ *Elizabeth Young*
                                      Elizabeth Young
                                      Trial Attorney
                                      United States Department of Justice
                                      Criminal Division, Fraud Section