UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 16-20549-CR-LENARD

v.

PHILIP ESFORMES,
ODETTE BARCHA, and
ARNALDO CARMOUZE

    Defendants.
_____/

### NOTICE OF APPEARANCE ON BEHALF OF INTERIM FINANCIAL MANAGER

    Attorney Frank P. Rainer of the law firm Broad and Cassel hereby files this Notice of Appearance as counsel on behalf of Interim Financial Manager, Joseph D. Mitchell. The undersigned requests that all papers, pleadings, documents and any other matters in this case be directed to his attention at the address included herein.

DATED:  September 20, 2016

By: /s/ Rainer
Frank P. Rainer, Esq., Florida Bar No. 436518
BROAD AND CASSEL
215 S. Monroe Street
Suite 400
Tallahassee, FL 32301
Phone (850) 681-6810
frainer@broadandcassel.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served with a copy thereof by the U.S. Mail upon counsel of record this 20th day of September, 2016.

DATED:  September 20, 2016

Respectfully submitted,

BROAD AND CASSEL

By:  /S/ Frank P. Rainer
FRANK P. RAINER, ESQ.
Sun Trust Bank Bldg.
215 South Monroe Street
Suite 400
Tallahassee, FL  32301
Telephone: 850.681.6810
Facsimile: 850.681.9792

*Attorneys for Interim Financial Manager*