UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CR-20549-LENARD
(Magistrate Judge Alicia M. Otazo-Reyes)

UNITED STATES OF AMERICA

    Plaintiff

vs.

PHILIP ESFORMES, ODETTE BARCHA,
and ARNALDO CARMOUZE

    Defendants.
_____/

## DEFENDANT PHILIP ESFORMES' UNOPPOSED MOTION TO RESCHEDULE HEARING SET FOR OCTOBER 31, 2016

Defendant Philip Esformes, through undersigned counsel, hereby moves the Court to reschedule the hearing regarding potential conflict issue that was noticed today for hearing on October 31, 2016 at 10:00 am (#DE 85). As grounds, undersigned states as follows.

1. Undersigned is out of town on Monday, October 31, 2016 on a previously scheduled matter.

2. Both Government counsel and co-counsel Marissel Descalzo are unavailable November 3 and 4, 2016.

3. Undersigned has spoken to the lawyers involved in the hearing matter and have identified the following dates when all counsel are available: November 1, November 2, November 15, November 16, November 17, November 18, 2016.

4. Under all the circumstances, undersigned asks that the Court reset the hearing date to one of the dates above that work best for the Court.

5. Undersigned has spoken with DOJ trial attorney Elizabeth Young, who stated that the Government joins in this request.

Respectfully submitted,

s/ Michael S. Pasano
Michael S. Pasano
Florida Bar No. 475947
E-mail: mpasano@carltonfields.com
Attorney for Philip Esformes
CARLTON FIELDS
100 S.E. 2nd Street
4200 Miami Tower
Miami, Florida 33131-2114
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to all attorneys who have made an appearance on this **24**th day of October, 2016.

s/ Michael S. Pasano