UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20549-CR-LENARD

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                      **ORDER RESETTING TRIAL DATE**

PHILLIP ESFORMES,
ODETTE BARCHA,
ARNALDO CARMOUZE,

      Defendants.
_____/

**THIS CAUSE** came before the Court for a Status Hearing on November 2, 2016, to address the Defendant Philip Esformes' Motion to Continue Trial Deadlines (D.E. 156).[1] After being fully advised in the premises, it is:

**ORDERED and ADJUDGED** that the Motion is **GRANTED**. The Court concludes that the ends of justice are served by the continuance and that the need for the continuance outweighs any interest of the public or the Defendants in a speedy trial. The Court finds that the continuance is necessary given the nature of the prosecution and the complexity of the case and the reasonable time needed for counsel to effectively prepare with all due diligence.[2] Because it would be unreasonable to expect counsel to adequately prepare for pretrial proceedings or for trial within the time limits established by the Speedy Trial Act, the Court

---

[1] At the hearing, the Court construed Philip Esformes' Motion (D.E. 156) as a Motion for Continuance of the trial date. None of the Defendants objected to the Court granting the continuance and extending the trial date.

[2] At the November 2nd hearing, the parties proffered that this case is a complex alleged Medicare fraud scheme involving hundreds of millions of dollars, innumerous financial transactions, and voluminous discovery – including the medical records of up to 1,400 patients.

further **FINDS** that the period of delay resulting from the granting of this continuance, to-wit: November 2, 2016 to and including the date trial commences shall be deemed excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.[3]

The trial of this cause will commence during the two-week trial period beginning **September 18, 2017**; calendar call will be held at **4:00 p.m. on September 13, 2017.** The deadline for the tendering of any guilty pleas is set for **Friday, August 4, 2017 by 4:00 PM**. See, e.g., United States v. Gamboa, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing United States v. Ellis, 547 F.2d 863, 868 (5th Cir. 1977).

It is **FURTHER ORDERED** that:

- Subject to the ability to supplement discovery as necessary, the Government shall have until **December 23, 2016**, to disclose discovery to the Defendants and tender those exhibits it intends to introduce at trial;

- Subject to the ability to supplement discovery as necessary, the Defendants shall have until **January 23, 2016**, to complete their reciprocal discovery obligations under Fed. R. Crim. P. 16; and

- The deadline for filing pretrial motions is **January 23, 2016**.

**DONE and ORDERED** at Miami, Florida this 3rd day of November, 2016.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

---

[3] Defense counsel informed the Court that their clients have agreed to execute waivers of speedy trial which will be filed with the Court.