AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT

_Southern_    DISTRICT OF    _Florida_

USA

v.

_Phillip Esformes_

**EXHIBIT AND WITNESS LIST**

Case Number: 16-20549-CR-JAL

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|

PRESIDING JUDGE: Alicia M. Otazo-Reyes

PLAINTIFF'S ATTORNEY: Drew Brady Lyons, AUSA, et al

DEFENDANT'S ATTORNEY: Howard Srebnick, et al

TRIAL DATE(S): hearing 11/16/16

COURT REPORTER: DAR 15:01:02

COURTROOM DEPUTY: Stephanie A. Lee

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| * 1 | | 11/16/16 | ✓ | ✓ | Declarations of Gabriel and Guillermo Delgado (unsigned) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

* Exhibits returned to the United States.

## DECLARATION OF GABRIEL DELGADO

I, **GABRIEL DELGADO**, declare under penalty of perjury, pursuant to 28 U.S.C. §

1746, the following:

1.      I am over 18, *sui generis*, and if called upon to do so could testify to the following

based on my personal knowledge.

2.      My brother, Guillermo Delgado, and I have known Philip Esformes since the

1990s. Since that time, my brother and I have engaged in various business transactions with

Philip Esformes.

3.      I have also grown to know Philip Esformes on a personal level. We have helped

one another with family obligations.

4.      Additionally, I sometimes drive Philip Esformes around and have observed him

during his work day.

5.      I have never known Philip Esformes to engage in any improper conduct.

6.      I have never known Philip Esformes to engage in any illegal conduct.

7.      Over the years, Philip Esformes and I have spoken regularly and often. Philip

Esformes has never said anything to indicate he has done anything wrong or aware of anything

wrong with his facilities or business dealings.


FURTHER DECLARANT SAYETH NOT.

Dated this ___ day of June, 2015.


_____
**GABRIEL DELGADO**

-1-



## DECLARATION OF GUILLERMO DELGADO

I, **GUILLERMO DELGADO**, declare under penalty of perjury, pursuant to 28 U.S.C. §

1746, the following:

1.      I am over 18, *sui generis*, and if called upon to do so could testify to the following

based on my personal knowledge.

2.      My brother, Gabriel Delgado, and I have known Philip Esformes since the 1990s.

Since that time, my brother and I have engaged in various business transactions with Philip

Esformes.

3.      I have never known Philip Esformes to engage in any improper conduct.

4.      I have never known Philip Esformes to engage in any illegal conduct.

5.      Philip Esformes has always behaved with the fullest respect of the law.


FURTHER DECLARANT SAYETH NOT.

Dated this ___ day of June, 2015.


_____
                          **GUILLERMO DELGADO**

-1-