UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20549-CR-LENARD(s)

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES,

Defendant.

_____/

## PROTECTIVE ORDER

THIS MATTER came before the Court on motion by the United States of America for entry of a Post-Superseding Indictment Protective Order pursuant to 21 U.S.C. §853(e)(1)(A), as made applicable by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b), the "motion," and the Court having reviewed the motion and the Second Superseding Indictment returned in this matter, finds that probable cause has been found by the grand jury and supports the United States' motion for the entry of a protective order to preserve, for forfeiture, the property named herein. Additionally, the Court finds that certain of the property identified as being subject to forfeiture is mobile and/or easily-disposed of.  Therefore, it is

**ORDERED AND ADJUDGED** as follows:

The following property is hereby RESTRAINED:

1. Real Property ("RP"): The real property, together with all appurtenances, improvements, fixtures, easements and attachments, therein and/or thereon, which are known and numbered as follows:

(RP1)  5077 N. Bay Road, Miami Beach, Florida 33140;

(RP2)  5069 N. Bay Road, Miami Beach, Florida 33140;

1

(RP3)  980 W. 48th Street, Miami Beach, Florida 33140;

(RP4)  180 E. Pearson Unit 7201, Chicago, Illinois 60611;

(RP5)  6894 S. Clyde Avenue 59, Chicago, Illinois 60649;

(RP6)  9427 Sawyer Street, Los Angeles, California 90035;

(RP7)  550 9th Street, Miami Beach, FL 33139;

(RP8)  1225 NE 135 Street, North Miami, FL 33161;

(RP9)  9820 N Kendall Drive, Miami, FL 33176;

(RP10) 201 Curtiss Parkway, Miami, FL 33166;

(RP11) 220 Sierra Drive, Miami, FL 33179;

(RP12) 3671 S. Miami Avenue, Miami, FL 33133; and

(RP13) 17475 S Dixie Highway, Miami, FL 33157.

Personal Property:

Bank Accounts ("BA"): All principal, deposits, interest, dividends, and/or any other amounts credited to the following:

(BA1)  Account number 005487691516 held at Bank of America, N.A. in the name of Sherri Beth Esformes and Philip Esformes;

(BA2)  Account number 898049003513 held at Bank of America, N.A. in the name of Sherri Beth Esformes & Philip Esformes;

(BA3)  Account number 0036 7620 9546 held at Bank of America, N.A. in the name of Philip Esformes & Julie Betancourt;

(BA4)  Account number 003447083409 held at Bank of America, N.A. in the name of ADME DBA Oceanside Extended Care, except as otherwise indicated in DE 41;

(BA5) Account number 5801046102 held at Bank of America, N.A. in the

2

name of Ayintove Associates DBA Harmony Health Center except as otherwise indicated in DE 41;

(BA6) Account number 8666087170 held at Bank of America, N.A. in the name of Fair Haven LLC except as otherwise indicated in DE 41;

(BA7) Account number 605575 held at 1st Equity Bank, N.A. in the name of Philip Esformes;

(BA8) Account number 102747 held at 1st Equity Bank, N.A. in the name of Sherri Esformes, Jason Tennenbaum, or Philip Esformes;

(BA9) Account number 311901 held at 1st Equity Bank, N.A. in the name of Sherri Esformes and Philip Esformes;

(BA10) Account number 204735 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. (C/O Norman Knopf);

(BA11) Account number 503456 held at 1st Equity Bank, N.A. in the name of Sherri Esformes and Philip Esformes (Special Account Tax Escrow);

(BA12) Account number 209882 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc.;

(BA13) Account number 312320 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. (Pension Plan and Trust);

(BA14) Account number 606212 held at 1st Equity Bank, N.A. in the name of Philip Esformes, Sherri Esformes, Alvin Norman Knopf (FBO Sherri and Philip Esformes);

(BA15) Account number 454362 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. Pension Plan;

(BA16) Account number 507858 held at 1st Equity Bank, N.A. in the

of Philip Esformes, Julie Betancourt Charity Account;

(BA17) Account number 505872 held at 1st Equity Bank, N.A. in the name of Philip Esformes and Sherri Esformes;

(BA18) Account number x606296 held at 1st Equity Bank, N.A. in the name of Philip Esformes C/O Alvin Norman Knopf;

(BA19) Account number 5050265956 held at FirstMerit Bank, N.A. in the name of Philip Esformes, Inc.;

(BA20) Account number 901021308783 held at FirstMerit Bank, N.A. in the name of Philip Esformes or Alvin Norman Knopf;

(BA21) Account number 1560024295 held at MB Financial Bank, N.A. in the name of Philip Esformes or Alvin N Knopf;

(BA22) Account number 1560001283 held at MB Financial Bank, N.A. in the name of Sefardik DBA Nursing Home at Mercy, except as otherwise accounted for at DE 41;

(BA23) Account number 1560025577 held at MB Financial Bank, N.A. in the name of Philip Esformes, Inc.;

(BA24) Account number 1560024473 held at MB Financial in the name of Alvin Norman Knopf or Philip Esformes C/O Alvin Norman Knopf;

(BA25) Account number 0002412024 held at The Private Bank, N.A. in the name of Almovea Associates (DBA North Dade Nursing and Rehab Center) - Deposit Account except as otherwise indicated in DE 49;

(BA26) Account number 0002413948 held at The Private Bank, N.A. in the name of Almovea Associates (DBA North Dade Nursing and Rehab Center) - Operating Account except as otherwise indicated in DE 41;

(BA27) Account number 0002369785 held at The Private Bank, N.A. in the name of Adirhu Associates LLC except as otherwise indicated in DE 41;

(BA28) Account number 0002369727 held at The Private Bank, N.A. in the name of Kabirhu Associates LLC - Daisa Account except as otherwise indicated in DE 49;

(BA29) Account number 0002369777 held at The Private Bank, N.A. in the name of Kabirhu Associates, LLC except as otherwise indicated in DE 41;

(BA30) Account number 0002369735 held at The Private Bank, N.A. in the name of Takifhu Associates LLC, Gramercy Park Nursing Center - Daisa Account except as otherwise indicated in DE 41;

(BA31) Account number 0002369793 held at The Private Bank, N.A. in the name of Takifhu Associates LLC, Gramercy Park Nursing Center except as otherwise indicated in DE 41;

(BA32) Account number 110011129 held at Optimum Bank, N.A. in the name of Kabirhu Associates LLC DBA Golden Glades Nursing & Rehabilitation Center;

(BA33) Account number 110012135 held at Optimum Bank, N.A. in the name of Kabirhu Associates LLC DBA Golden Glades Nursing & Rehabilitation Center;

(BA34) Account number 110011137 held at Optimum Bank, N.A. in the name of Takifhu Associates LLC DBA South Dade Nursing & Rehabilitation Center;

(BA35) Account number 110012143 held at Optimum Bank, N.A. in the name of Takifhu Associates LLC DBA South Dade Nursing & Rehabilitation Center;

(BA36) Account number 110011145 held at Optimum Bank, N.A. in the name of Adirhu Associates LLC C/O Donna Prieto;

(BA37) Account number 16021230 held at National Securities Bank, N.A.

in the name of Philip Esformes Inc. Pension X1230;

(BA38) Account number NAV-036112 held at in National Securities Bank, N.A. the name of Sherri Esformes X6112; and

(BA39) Account number NAV-008990 held at National Securities Bank, N.A. in the name of Philip Esformes X8990.

Business Interests "(BI)":  All equity interest held by or on behalf of or for the benefit of Philip Esformes in the following corporations and entities.

(BI1) ADME Investment Partners LTD dba Oceanside Extended Care;

(BI2) Almovea Associates LLC dba North Dade Nursing and Rehabilitation Center;

(BI3) Ayintove Associates LLC dba Harmony Health Center;

(BI4) Courtyard Manor Retirement Living, Inc.;

(BI5) Eden Gardens LLC;

(BI6) Fair Havens Holding LLC/Fair Havens Center LLC;

(BI7) Flamingo Park Manor LLC/The Pointe;

(BI8) Lake Erswin LLC dba South Hialeah Manor/Interamerican;

(BI9) Kabirhu Associates LLC dba Golden Glades Nursing and Rehabilitation Center;

(BI10) Lauderhill Manor LLC;

(BI11) La Serena Retirement Living LLC/La Hacienda Gardens/Rainbow.

(BI12) Sefardik Associates LLC dba The Nursing Center at Mercy; and

(BI13) Takifhu Associates LLC dba South Dade Nursing and Rehabilitation Center.

Miscellaneous Personal effects "(M)":

> (M1)   One (1) Greubel Forsey Technique timepiece (ALDC No. 14); and

> (M2)   One (1) red Hermes Birkin purse from Golden Age Jewelry.

2.   The Court hereby RESTRAINS, PROHIBITS AND ENJOINS:

(a)   Defendant, PHILIP ESFORMES, his agents, servants, employees, attorneys, family members, heirs, and those persons in concert or participation with him;

and

(b)   all those persons who may be entitled to possession of any portion of the properties restrained herein, whether by virtue of claim of title, security interest, lien, judgment, contract, or any other legal or equitable basis;

from directly or indirectly transferring, moving, concealing, selling, assigning, pledging, giving away, encumbering, destroying, dissipating, wasting, or otherwise destroying or alienating any of the identified properties or the defendant's interest in such properties without prior approval of this Court upon notice and an opportunity for the United States to be heard, unless otherwise specified in the Protective Order.

The United States shall provide a copy of the Court's Protective Order to all financial institutions who shall provide to the Office of the United States Attorney, within fourteen days of notification of this order, information regarding the balance of the restrained accounts.   The defendant is directed to immediately turn over the mobile personal property, items M1 and M2, above to a designated agent of the United States, such turn-over to be coordinated with the Office of the United States Attorney.

If any of the above-described property has been transferred or disposed of by any means, the defendant shall account to the court as to its disposition and location of the properties.   The

Protective Order should apply with equal force and effect to restrain the further transfer and disposition of such properties.

The restraint and prohibitions contained herein shall remain in effect until further order of this Court.

DONE AND ORDERED in Chambers, in Miami, Florida this _____ day of February, 2017.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE