# EXHIBIT A

## Skilled Nursing Facilities

### Oceanside

| Opco: ADME Investment Partners Ltd. | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 29.70% |
| Morris Esformes | 59.40% |
| Rebecca Lafer | 2.97% |
| Rachel Chavin | 2.97% |
| Neil Kjos | 3.96% |
| A.D.M.E. Invest Corp  (Philip is 30% owner) | 1.00% |
| Propco:  ADME Real Estate LLC | SAME as Opco |

### Mercy

| Opco: Sefardik Associates, LLC | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 45.00% |
| Morris Esformes | 45.00% |
| Flora Weiss | 3.00% |
| Norman Ginsparg | 4.00% |
| Neil Kjos | 3.00% |
| Propco:  HCA - Plantation General Hospital (not related to Esformes family) | N/A |

### Harmony

| Opco: Ayintove Associates, LLC | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 30.00% |
| Morris Esformes | 30.00% |
| Neal Kjos | 1.00% |
| Avrum & Dvorah Weinfeld | 1.50% |
| Norman Ginsparg | 4.50% |
| Flora Weiss | 3.00% |
| Sheldon Neidich | 30.00% |
| Propco: GBRE Associates LLC | SAME as Opco |

### Fair Havens

| Opco: Fair Havens Center, LLC | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 40.00% |
| Morris Esformes | 50.00% |
| Rebecca Lafer | 2.50% |
| Rachel Chavin | 2.50% |
| Flora Weiss | 2.50% |
| Neil Kjos | 2.50% |
| Propco: Fair Havens Real Estate LLC | This entity and the Opco are both wholly owned by Fair Havens Holding Company LLC, whose ownership is listed above as the Opco's ownership percentage |

"Opco" is the entity that operates the facility. "Propco" is the entity that owns the real property where the facility is located.

## Assisted Living Facilities

### Courtyard Manor

| Opco: Courtyard Manor Retirement Living, Inc. | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 30.23% |
| Morris Esformes | 48.77% |
| Jacob Bengio | 4.01% |
| Violeta Bentolila Bengio | 4.01% |
| Yitzchok Levin | 4.99% |
| Rachel Leah Levin | 4.99% |
| Daniel Raccah | 3.00% |
| Propco: Courtyard Manor Retirement Investors Ltd. | Philip Trust 40.84%; Morris Esformes 58.16%; Dvar Tove LLC (Philip is 50% Owner) - 1% |

### Flamingo

| Opco: Flamingo Park Manor LLC | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 40.02% |
| Morris Esformes | 38.98% |
| Risa Warner Roth | 4.99% |
| Daniel Roth | 4.99% |
| Benjamin Neuman | 4.01% |
| Efraim Weinfeld | 4.01% |
| Sara Neuman | 3.00% |
| Propco: The Pointe Retirement Investors Ltd. | Philip Trust 40.84%; Morris Esformes 58.16%; Dvar Tove LLC (Philip is 50% Owner) - 1% |

### La Serena (f/K/a La Hacienda)

| Opco: La Hacienda Gardens LLC | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 40.02% |
| Morris Esformes | 38.98% |
| Risa Warner Roth | 4.99% |
| Daniel Roth | 4.99% |
| Benjamin Neuman | 4.01% |
| Efraim Weinfeld | 4.01% |
| Sara Neuman | 3.00% |
| Propco: Rainbow Retirement Investors Ltd. | Philip Trust 40.84%; Morris Esformes 58.16%; Dvar Tove LLC (Philip is 50% Owner) - 1% |

### South Hialeah Manor

| Opco: Lake Erswin LLC | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 40.02% |
| Morris Esformes | 38.98% |
| Claudia Pace | 4.99% |
| Ana Bovo | 4.99% |
| Shmuel Levin | 4.01% |
| Micahel Weiss | 4.01% |
| Yehudis Levin | 3.00% |

"Opco" is the entity that operates the facility. "Propco" is the entity that owns the real property where the facility is located.

| Propco: Morsey LC | Philip Trust 41.25%; Morris Esformes 58.75% |
|---|---|

### Lauderhill

| Opco: Lauderhill Manor LLC | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 52.51% |
| Botanical trust | 24.99% |
| Jacob Bengio | 7.50% |
| Claudia Pace | 7.50% |
| Stephen Sugar | 7.50% |

Propco: 2801 Holdings LLC: 75% of entity owned by Abraham Shaulson owned Entity; 25% of Entity owned by entity owned 90% by Philip

### Eden Gardens

| Opco: Eden Gardens LLC | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 38.98% |
| Morris Esformes | 40.02% |
| Monica Sugar | 4.00% |
| Stephen Sugar | 4.00% |
| Mordecai Mannes | 4.99% |
| Craindell Mannes | 4.99% |
| Julie Betancourt | 3.02% |
| Propco: Adar Associates LLC | Philip Trust 50%; Morris Esformes 50% |

### North Miami Retirement Living

| Opco: Jene's Retirement Living, Inc. | Ownership Percentage |
|---|---|
| Philip Esformes Trust | 30.23% |
| Morris Esformes | 48.77% |
| Jacob bengio | 4.01% |
| Violeta Bentolila Bengio | 4.01% |
| Yitzchok Levin | 4.99% |
| Rachel Leah Levin | 4.99% |
| Daniel Raccah | 3.00% |
| Propco: Jene's Retirement Investors Ltd. | Philip Trust 40.84%; Morris Esformes 58.16%; Dvar Tove LLC (Philip is 50% Owner) - 1% |

"Opco" is the entity that operates the facility. "Propco" is the entity that owns the real property where the facility is located.