UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-LENARD/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES,
ODETTE BARCHA, and
ARNALDO CARMOUZE,

      Defendants.
_____/

## ORDER RE: D.E. 208

THIS CAUSE came before the Court upon the government's Motion for Pretrial Production of Documents (hereafter, "Motion") [D.E. 208]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Joan A. Lenard, United States District Judge [D.E. 215]. The undersigned held a hearing on this matter on March 13, 2017.

At the hearing, the undersigned found that the government has met its burden for pretrial production of documents pursuant to Fed. R. Crim. P. 17(c) by demonstrating the relevance, admissibility and specificity of the patient files it seeks. As noted by the undersigned at the hearing, patient files are commonly used as proof in Medicare fraud cases, such as this one. Moreover, rather than seek the universe of patient files for the fourteen pertinent assisted living facilities ("ALFs") and skilled nursing facilities ("SNFs") (collectively, "Facilities"), the government has narrowed its request to those patients listed in Exhibit A to the Motion.[1]

---

[1] The government states in its Motion that the list of patients in Exhibit A adds up to 184. At the hearing, Defendant Philip Esformes stated that the correct count is 192. For the avoidance of confusion, this Order applies to all entries in Exhibit A to the Motion, regardless of what is the correct count.

Additionally, the undersigned limited the government's use of the patient files to trial preparation and adopted the production schedule proposed by counsel for the Facilities. Therefore, it is

ORDERED AND ADJUDGED that the government's Motion is GRANTED as follows. The Facilities shall produce their respective patient files for the individuals listed on Exhibit A to the Motion, with production for the first Facility due on June 1, 2017, followed by weekly production by the subsequent Facilities, with the last production for the fourteenth Facility due on August 31, 2017. The government's investigation of the patient files shall be limited to the government's expert conducting analyses of the patient files for the purpose of culling those that will not be used at trial.

DONE AND ORDERED in Chambers, at Miami, Florida, this 13th day of March, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Joan A. Lenard
      Counsel of Record