UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20549-CR-LENARD/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES,
ODETTE BARCHA, and
ARNALDO CARMOUZE,

     Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the government's Motion for Entry of Post-Superseding Indictment Protective Order (hereafter, "Motion for Protective Order") [D.E. 202] and the Joint Motion for Immediate Interlocutory Sale of Care Facilities (hereafter, "Motion for Sale") filed by Defendant Philip Esformes ("Esformes") and the Business Entities listed on Exhibit A to the Motion for Sale [D.E. 213]. These matters were referred to the undersigned by the Honorable Joan A. Lenard, United States District Judge, pursuant to Title 28, United States Code, Section 636 [D.E. 215, 219]. The undersigned held a hearing on these matters on March 13, 2017 at which the government, Esformes and the Business Entities (hereafter, the "Parties") were represented.

Having heard the argument of counsel and upon review of the pertinent portions of the record, the undersigned RESPECTFULLY RECOMMENDS that the Court:

    I.    GRANT IN PART the Motion for Protective Order, only as to the following Real Properties ("RP") and Business Interests ("BI") that are alleged to be subject to forfeiture in the Second Superseding Indictment [D.E. 200]:

1. <u>Real Property ("RP")</u>: The real property, together with all appurtenances, improvements, fixtures, easements and attachments, therein and/or thereon, which are known and numbered as follows:

(RP1) 5077 N. Bay Road, Miami Beach, Florida 33140;
(RP2) 5069 N. Bay Road, Miami Beach, Florida 33140;
(RP3) 980 W. 48th Street, Miami Beach, Florida 33140;
(RP4) 180 E. Pearson Unit 7201, Chicago, Illinois 60611;
(RP5) 6894 S. Clyde Avenue 59, Chicago, Illinois 60649;
(RP6) 9427 Sawyer Street, Los Angeles, California 90035;
(RP7) 550 9th Street, Miami Beach, FL 33139;
(RP8) 1225 NE 135 Street, North Miami, FL 33161;
(RP9) 9820 N Kendall Drive, Miami, FL 33176;
(RP10) 201 Curtiss Parkway, Miami, FL 33166;
(RP11) 220 Sierra Drive, Miami, FL 33179;
(RP12) 3671 S. Miami Avenue, Miami, FL 33133; and
(RP13) 17475 S Dixie Highway, Miami, FL 33157.

2. <u>Business Interests ("BI")</u>: All equity interest held by or on behalf of or for the benefit of Philip Esformes in the following corporations and entities.

(BI1) ADME Investment Partners LTD dba Oceanside Extended Care;
(BI2) Almovea Associates LLC dba North Dade Nursing and Rehabilitation Center;
(BI3) Ayintove Associates LLC dba Harmony Health Center;
(BI4) Courtyard Manor Retirement Living, Inc.;
(BI5) Eden Gardens LLC;
(BI6) Fair Havens Holding LLC/Fair Havens Center LLC;
(BI7) Flamingo Park Manor LLC/The Pointe;
(BI8) Lake Erswin LLC dba South Hialeah Manor/Interamerican;
(BI9) Kabirhu Associates LLC dba Golden Glades Nursing and Rehabilitation Center;
(BI10) Lauderhill Manor LLC;
(BI11) La Serena Retirement Living LLC/La Hacienda Gardens/Rainbow;
(BI12) Sefardik Associates LLC dba The Nursing Center at Mercy; and
(BI13) Takifhu Associates LLC dba South Dade Nursing and Rehabilitation Center.

II. RESTRAIN, PROHIBIT AND ENJOIN:

Defendant Esformes, his agents, servants, employees, attorneys, family members, heirs, and those persons in concert or participation with him; and all those persons who may be entitled to possession of any portion of the above-listed Real Properties ("RP") and Business Interests ("BI"), whether by virtue of claim of title, security interest, lien, judgment, contract, or any other

legal or equitable basis; from directly or indirectly transferring, moving, concealing, selling, assigning, pledging, giving away, encumbering, destroying, dissipating, wasting, or otherwise destroying or alienating any of the identified properties or the defendant's interest in such properties without prior approval of this Court upon notice and an opportunity for the United States to be heard. The restraint and prohibitions contained herein shall remain in effect until further order of this Court.

III.  GRANT the Motion for Sale, effective upon the termination (on motion by the government) of the Restraining Order entered in United States v. Esformes, Case No. 16-cv-23148-KMW as to the above-listed Real Properties ("RP") and Business Interests ("BI").

IV.  DIRECT the Parties to formulate within one week from March 13, 2017, a process to determine: (1) what Real Properties ("RP") and Business Interests ("BI") are to be sold; (2) the retaining of brokers for the sale of such properties; and (3) the disposition of the sales proceeds from the sale of such properties.

The undersigned advises that, at the March 13th hearing, the Parties agreed to the Court's adoption of the foregoing RECOMMENDATION. The undersigned further advises that the portions of the Motion for Protective Order not included in this Recommendation will addressed at a further hearing.

RESPECTFULLY SUBMITTED in Miami, Florida this 14th day of March, 2017.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Joan A. Lenard
      Counsel of Record