UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	CASE NO.: 16-20549-CR-LENARD

vs.

PHILIP ESFORMES, *et al.*,
_____/

## ESFORMES'S <u>AGREED</u> MOTION TO CONTINUE THE MARCH 21, 2017 HEARING BEFORE MAGISTRATE JUDGE OTAZO-REYES RE: MOTION FOR PROTECTIVE ORDER

Following the entry of this Court's Order [DE 244] denying Esformes's request to continue the hearing on the Government's Motion for a Protective Order Concerning Certain Assets [DE 202], AUSA Lehr advised undersigned that the Government agrees to continue tomorrow's hearing until the week of April 3, 2017 (preferably April 3 or 4, but not April 7). AUSA Lehr and undersigned together phoned Chambers to advise of the same.

Respectfully submitted,

**BLACK, SREBNICK, KORNSPAN
 & STUMPF, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Tel  (305) 371-6421
E-mail: HSrebnick@RoyBlack.com

/s/   Howard Srebnick
**HOWARD SREBNICK, ESQ.**
Florida Bar No. 919063
*Limited Appearance for Philip Esformes*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was emailed on March 20, 2017 to all counsel of record in advance of filing via CM/ECF.

/s/   Howard Srebnick
**HOWARD SREBNICK, ESQ.**