UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20549-CR-LENARD(s)(s)/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES,

        Defendant.
_____/

## AMENDED REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the government's Motion for Entry of Post-Superseding Indictment Protective Order (hereafter, "Motion for Protective Order") [D.E. 202] and the Joint Motion for Immediate Interlocutory Sale of Care Facilities (hereafter, "Motion for Sale") filed by Defendant Philip Esformes ("Esformes") and the Business Entities listed on Exhibit A to the Motion for Sale [D.E. 213]. These matters were referred to the undersigned by the Honorable Joan A. Lenard, United States District Judge, pursuant to Title 28, United States Code, Section 636 [D.E. 215, 219]. The undersigned held a hearing on these matters on March 13, 2017 at which the government, Esformes and the Business Entities (hereafter, the "Parties") were represented. The undersigned submitted a Report and Recommendation to the Court on March 14, 2017 [D.E. 233] which correctly represented that the Parties agreed to the interlocutory sale of the "At-Risk Facilities" and the underlying real properties associated with the facilities. The Court directed that the Parties file any objections to the Report and Recommendation by through and including March 20, 2017 [D.E. 235].

The Parties brought to the attention of the Court that certain business interests for which interlocutory sale had been sought [D.E. 213] were not identified as directly subject to forfeiture

1

in the instant case and that certain real properties that had been identified in the Court's Report and Recommendation [D.E. 233] did not underlie the business interests appropriately before this Court [D.E. 245 (new filing)]. The Parties also brought before the Court that they had reached conceptual agreement regarding Section IV. of this Court's previously entered Report and Recommendation [D.E. 233, p.3]

Having heard the argument of counsel and upon review of the pertinent portions of the record, and having reviewed the Parties' Motion to Amend the Report and Recommendation, the undersigned RESPECTFULLY RECOMMENDS that the Court:

I. GRANT IN PART the Motion for Protective Order, only as to the following Real Properties ("RP") and Business Interests ("BI") that are alleged to be subject to forfeiture in the Second Superseding Indictment [D.E. 200]:

1. Real Property ("RP"): the real property, together with all appurtenances, improvements, fixtures, easements and attachments, therein and/or thereon, which are known and numbered as follows:

(RP7) 550 9th Street, Miami Beach, FL 33139;

(RP9) 9820 N. Kendall Drive, Miami, FL 33176;

(RP10) 201 Curtiss Parkway, Miami, FL 33166;

(RP12) 3671 S. Miami Avenue, Miami, FL 33133.

2. Business Interests ("BI"): All equity interest held by or on behalf of or for the benefit of Philip Esformes in the following corporations and entities:

(BI1)   ADME Investment Partners LTD dba Oceanside Extended Care;

(BI3)   Ayintove Associates LLC dba Harmony Health Center;

(BI4)   Courtyard Manor Retirement Living, Inc. dba Courtyard Manor;

   (BI5) Eden Gardens LLC dba Eden Gardens;

   (BI6) Fair Havens Center LLC dba Fair Havens;

   (BI7) Flamingo Park Manor LLC dba The Pointe;

   (BI8) Lake Erswin LLC dba South Hialeah Manor;

   (BI10) Lauderhill Manor LLC dba Lauderhill;

   (BI11) La Hacienda Gardens LLC dba La Serena f/k/a La Hacienda; and

   (BI12) Sefardik Associate, LLC d/b/a The Nursing Center at Mercy.

 II. RESTRAIN, PROHIBIT AND ENJOIN:

 Defendant Esformes, his agents, servants, employees, attorneys, family members, heirs, and those persons in concert or participation with him; and all those persons who may be entitled to possession of any portion of the above listed Real Properties ("RP") and Business Interests ("BI"), whether by virtue of claim of title, security interest, lien, judgment, contract, or any other legal or equitable basis; from directly or indirectly transferring, moving, concealing, selling, assigning, pledging, giving away, encumbering, destroying, dissipating, wasting, or otherwise destroying or alienating any of the identified properties or the defendant's interest in such properties without prior approval of this Court, upon notice and opportunity for the United States to be heard.  The restraint and prohibitions contained herein shall remain in effect until further order of this Court.

 III. GRANT the Motion for Sale as to the Real Properties ("RP") and Business Interests ("BI") identified in Section I., above, effective upon the termination (on motion by the government) of the Restraining Order entered in United States v. Esformes, Case No. 16-CV-23148-KMW as to the Real Properties ("RP") and Business Interests ("BI") identified in Section I., above.

The undersigned advises that, at the March 13th hearing, the Parties agreed to the Court's adoption of the foregoing RECOMMENDATION. The undersigned further advises that the portions of the Motion for Protective Order not included in this Recommendation will be addressed at a further hearing.

RESPECTFULLY SUBMITTED in Miami, Florida this 21st day of March, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Joan A. Lenard
    Counsel of Record