United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America, Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal Case No. 16-20549-CR-Scola |
| | ) | |
| Philip Esformes, Defendant | ) | |

### Order Adopting Magistrate Judge's Report and Recommendation

This matter was referred to United States Magistrate Judge Alicia Otazo-Reyes for a Report and Recommendation on the Government's Motion for Hearing Regarding Potential Conflict of Interest (ECF No. 85). On November 18, 2016, Judge Otazo-Reyes issued a Report and Recommendation, recommending that the Court accept Defendant Philip Esformes's waiver of any potential conflict of interest that may have existed with regard to his representation by Michael Pasano and Marissel Descalzo (ECF No. 173). Neither the Government nor the Defendant filed objections to the Report and Recommendation. A district-court judge need conduct a *de novo* review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. When no objections are made, a report may be adopted in full without conducting a *de novo* review. *Id.*

Accordingly, the Court **affirms and adopts** Judge Otazo-Reyes's Report and Recommendation (ECF No. 173), and accepts Esformes's waiver of any potential conflict of interest with regard to his representation by Michael Pasano and Marissel Descalzo. The Court notes, however, that Judge Otazo-Reyes's Report and Recommendation was specifically limited to the state of the record at the time that the Report was issued. Therefore, the Court's acceptance of Esformes's waiver of any potential conflict of interest is also limited to the state of the record at the time that the Report was issued.

**Done and ordered** in chambers, at Miami, Florida, on July 17, 2017.

_____
Robert N. Scola, Jr.
United States District Judge