United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) Criminal Case No. 16-20549-CR-Scola | |
| Philip Esformes, ) | |
| Odette Barcha, ) | |
| Arnaldo Carmouze, ) | |
| Defendants. ) | |

**Order Affirming Magistrate Judge's Order**

  This matter was referred to United States Magistrate Judge Alicia Otazo-Reyes for a Report and Recommendation on the Government's Motion for Timely Notification of an Advice of Counsel or Good Faith Defense (ECF No. 263). On May 24, 2017, Judge Otazo-Reyes issued a Report and Recommendation, recommending that the motion be denied (ECF No. 366). The Government filed objections to the Report and Recommendation (ECF No. 384), to which Defendant Esformes responded (ECF No. 412).

  Federal Rule of Civil Procedure 72(a) and Local Magistrate Judge Rule 4(a) require that a district judge apply a "clearly erroneous or contrary to law" standard of review when considering objections to non-dispositive rulings. The Court overrules the Government's objections and finds that the Report and Recommendation is not clearly erroneous or contrary to law. The Court notes that the Order Re-Setting Trial Date requires that the parties submit a typed list of proposed witnesses and/or exhibits eight days prior to the trial (ECF No. 458). Therefore, the Court **affirms and adopts** the Report and Recommendation (**ECF No. 366**), and **denies** the Government's Motion for Timely Notification of an Advice of Counsel or Good Faith Defense (**ECF No. 263**).

  **Done and ordered**, at Miami, Florida, on July 18 2017.

                _____
                Robert N. Scola, Jr.
                United States District Judge