United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Criminal Case No. 16-20549-CR-Scola |
| Philip Esformes, | ) |
| Odette Barcha, | ) |
| Arnaldo Carmouze, | ) |
| Defendants. | ) |

### Order Affirming Magistrate Judge's Order Denying Government's Motion to Quash

This matter is before the Court on the Government's objection (ECF No. 495) to Magistrate Judge Otazo-Reyes's Order Re: D.E. 30 (ECF No. 478). The Government moved to quash subpoenas issued by Defendant Esformes to seventeen government witnesses seeking testimony at an evidentiary hearing on Esformes's motion to disqualify the prosecution team and motion to dismiss. (Obj.'s at 1-2.) Judge Otazo-Reyes's Order requires ten of those witnesses to testify. (Order at 2.) The Government objects to the Order, arguing that the Defendant seeks the testimony of the witnesses for improper reasons, that the witnesses will not provide the evidence that the Defendant seeks, and that the Defendant is not entitled to testimony from government witnesses because he has failed to make a prima facie showing of prosecutorial misconduct and/or has not demonstrated a compelling need to call the prosecutors in this case as witnesses. (Obj.'s at 5.)

Federal Rule of Civil Procedure 72(a) and Local Magistrate Judge Rule 4(a) require that a district judge apply a "clearly erroneous or contrary to law" standard of review when considering objections to non-dispositive rulings. The Court finds that Judge Otazo-Reyes's Order is not clearly erroneous or contrary to law. Accordingly, the Court **overrules** the Government's objections (**ECF No. 496**) and **affirms** Judge Otazo Reyes's Order Re: D.E. 430 (**ECF No. 478**).

**Done and ordered**, at Miami, Florida, on August 9, 2017.

Robert N. Scola, Jr.
United States District Judge