```
 1                    IN THE UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
 2                                  MIAMI
                        CASE NO. 16-CR-20549-RNS-1
 3      ─────────────────────────────────────────────────────────

 4      UNITED STATES OF AMERICA,
                                Plaintiff
 5              vs.                              December 14, 2017

 6      PHILIP ESFORMES,
                                Defendant.
 7      ─────────────────────────────────────────────────────────

 8        EMERGENCY MOTION TO STAY MAGISTRATE JUDGE'S ORDER

 9         BEFORE THE HONORABLE ROBERT N. SCOLA

10        UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
        ─────────────────────────────────────────────────────────

11                         A P P E A R A N C E S
12
        FOR THE PLAINTIFF:      DREW BRADYLYONS, AUSA
13      UNITED STATES OF        ALLAN J. MEDINA, AUSA
        AMERICA                 ELIZABETH YOUNG, AUSA
14                              DAN BERNSTEIN, AUSA
                                ASHLEE McFARLANE (Filter Team) AUSA
15                              CATHERINE WAGNER (Filter Team) AUSA
                                U.S. Department of Justice
16                              1400 New York Avenue, NW, 3rd Floor
                                Washington, DC 20005
17                              (202) 262-7809
                                Drew.bradylyons@usdoj.gov
18                              Allan.medina@usdoj.gov
                                Elizabeth.young@usdoj.gov
19                              Daniel.bernstein@usdoj.gov.
                                Ashlee.mcfarlane@usdoj.gov.
20                              Catherine.wagner@usdoj.gov

21      FOR THE DEFENDANT:      HOWARD SREBNICK, ESQ
        PHILIP ESFORMES         ROY E. BLACK, ESQ
22                              JACQUELINE PERCZEK, ESQ
                                PAUL SOUFERIS, ESQ
23                              MARISSEL DESCALZO, ESQ
                                ROSSANA ARTEAGA-GOMEZ, ESQ
24                              Black Srebnick Kornspan & Stumpf
                                201 S. Biscayne, Suite 1300
25                              Miami, FL 33131
                                (305) 371-6421
```

```
 1                        HSrebnick@RoyBlack.com.
                         Rblack@royblack.com.
 2                        Jperczek@royblack.com.
                         Psouferis@royblack.com
 3                        Mdescalzo@tachebronis.com.
                         Rarteagagomez@royblack.com
 4
    REPORTED BY:        GIZELLA BAAN-PROULX, RPR, FCRR
 5                         United States Court Reporter
                        400 North Miami Avenue, Suite 8S32
 6                        Miami, FL  33128
                         (305) 523-5294
 7
    gizella_baan-proulx@flsd.uscourts.gov
 8

 9  Also present:
              Keith Brett, Trial Technician Legal-Eze
10            Jeffrey Telofski, Trial Technician Legal-Eze

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          <u>P R O C E E D I N G S</u>

2          *(The following proceedings were held in open court.)*

3          **THE COURT:**  All right.  Good morning.  Welcome.

4     Please be seated.  All right.  Our first matter this morning

09:34     5     is United States of America versus Philip Esformes.  Who is

6     here on behalf of the government?

7          **MR. MEDINA:**  Good morning, Your Honor.  Alan Medina

8     on behalf of the United States.  With me at counsel table is

9     Elizabeth Young, Drew Bradylyons, and Dan Bernstein.

09:35    10          **THE COURT:**  All right.  Good morning.

11          **MR. SREBNICK:**  Howard Srebnick, Roy black,

12     Jacqueline Perczek, Marissel Descalzo here on behalf of

13     Mr. Esformes who is present.

14          **THE COURT:**  All right.  Good morning.  And this is

09:35    15     set under United States of America's emergency motion to

16     stay.

17          Let me just say that I set this for a hearing

18     today, not because I really thought it was an emergency, but

19     because I want to make sure that this doesn't interfere with

09:35    20     the hearing going on in front of Magistrate Judge Otazo

21     Reyes.

22          So tell me why this is an emergency.

23          **MR. MEDINA:**  Your Honor, it's an emergency because

24     the subpoena at issue, the trial subpoena for the

09:35    25     communications in the Bureau of Prisons was set for a return

1    date of September 18th, 2017.  This is a trial subpoena.

2            The issues that had been brought up before

3    Magistrate Judge Otazo Reyes were involving the Bureau of

4    Prisons, the public defender, and these were privilege

09:36    5    issues, privilege concerns, nothing addressing Rule 17.

6            And that's significant because the Bureau of

7    Prisons and the public defender, they're not part of the

8    prosecution team.  They will not be trying this criminal

9    case.

09:36   10            So the reason we set it for an emergency motion is

11    because when the order came out and there was no basis --

12            THE COURT:  Isn't judge Otazo Reyes part of this

13    case?

14            MR. MEDINA:  Magistrate Judge Otazo Reyes is

09:36   15    presiding over the evidentiary --

16            THE COURT:  Everything she was doing relating to

17    the Rule 17 issue for this case, she was just like going to

18    make a decision just to see how it affects the Bureau of

19    Prisons and how it affects the amicus people and nothing

09:36   20    about this case?

21            MR. MEDINA:  Well, the issues actually because of

22    the evidentiary hearings and the Delgado brothers, those --

23    the testimony for them that were before Otazo Reyes were very

24    specified discussions having to do with June of 2015.  There

09:37   25    was nothing having to relate to the trial date.

1          And once the order came out, that did not specify

2     anything.  There was no discussion about anything having to

3     do with the Rule 17 subpoena.  If those e-mails came out, the

4     cat is out of the bag as far as what Rule 17 subpoenas are

09:37    5     not for.

6          And the only reason why these subpoenas had been

7     issued, and the only basis as to why they have been issued is

8     for impeachment.

9          And if we didn't set this hearing now and get an

09:37   10     answer to this now without them laying any foundation, the

11     e-mails would have been turned over and --

12          THE COURT:  When did you first learn the issue of

13     the subpoena?

14          MR. MEDINA:  We learned it during --

09:38   15          THE COURT:  Day?  A date?

16          MR. MEDINA:  It would have been in May.

17          THE COURT:  In May?

18          MR. MEDINA:  Yes.

19          THE COURT:  Okay.  So in May, you knew that there's

09:38   20     a Rule 17 subpoena.  The only purpose of the Rule 17 subpoena

21     is to get documents for the trial.  So then you would know

22     then that -- if that's your argument, that it's only going to

23     be used for impeachment; therefore, it's an improper use of

24     the Rule 17 subpoena.

09:38   25          So why didn't you move to quash it on that basis

1  back then and then it wouldn't even get in any issues

2  relating -- how much time -- I mean, I've just got to look at

3  things and kind of monitor things, but I'm sure Magistrate

4  Judge Otazo Reyes has spent tens, if not hundreds, of hours

09:38  5  on these issues.

6          So if there's a simple proposition of, hey, this is

7  an abuse of Rule 17 subpoena, they should be quashed, why are

8  we litigating for the last 6 months or 7 months all these

9  privilege issues?

09:38  10          MR. MEDINA:  The privilege issues were brought by

11  the Delgado brothers and the Bureau of Prisons.

12          THE COURT:  Okay.  But did they prevent you from

13  filing your own motion?

14          MR. MEDINA:  They did not prevent; however, Your

09:39  15  Honor, at docket entry 448 --

16          THE COURT:  But would you agree that the simplest

17  thing, if you're right, is that in May, the day after trial

18  or within 20 days, you file a response quashing it?  Okay.

19  Then you don't get to any issues relating to privilege.  You

09:39  20  don't get the public defender's office filing amicus briefs.

21  You don't get into all these hearings that have been going on

22  and all the in-camera reviews.  So why do we have 7 months of

23  unnecessary litigation?

24          MR. MEDINA:  Your Honor, I can't disagree with the

09:39  25  idea of if we did go forward back then.  However, the

1    privilege issue was the main focus of these hearings.  When

2    the order came out, and there was no basis, we understood --

3         THE COURT:  Well, isn't -- I mean -- all -- the

4    judges, we sit here in our chambers doing nothing.  Okay.

09:39    5    And then I get assigned a case, and then sometimes we take

6    proactive case management.  And then somebody files a motion

7    which then to causes us to do something.

8         You keep saying the privilege or the focus --

9    that's because that's what the lawyers are bringing to the

09:40   10    judge's attention.

11        Unless you want me to go through every case and

12   say, oh, I think this is a good motion that should be filed.

13   Let me tell the lawyers to file this motion.  It's only the

14   focus because that's what the lawyers have brought to the

09:40   15   attention of the Court.

16        MR. MEDINA:  Your Honor, all I can say is when the

17   order came out and there was no discussion of Rule 17, the

18   cases that we had cited point out the fact that the Court has

19   an independent burden, not the opposing party, to show

09:40   20   whether or not Mr. Srebnick and counsel had met their

21   foundational requirements.

22        Because they had not mentioned anything, they have

23   not met their burden.

24        Because they have not established anything but

09:41   25   showing that these e-mails are for impeachment purposes only,

1  it was our obligation to raise it now because there was no

2  independent basis whatsoever and no burden that had been met

3  by counsel at all.

4         And that's why we are here now on an emergency

09:41  5  basis.  Rule 17 subpoenas are very limited.  There needs to

6  be a burden met, and that issue had not even come up at all.

7  And the prejudice issues that we, Department of Justice, the

8  criminal prosecution team were not a party to because we do

9  have different interests, Your Honor.

09:41  10         We do have different interests from the Bureau of

11  Prisons and the Public Defender's Office.  There were

12  significant policy interests and other interests that they

13  wanted to litigate.  And could we have stepped in?  Maybe.

14  But there were other interests at that time.  And now that --

09:42  15  with the trial subpoena that was not established for the

16  evidentiary hearings --

17         **THE COURT:**  Okay, but if you're talking about the

18  trial, it wouldn't be an emergency motion because the trial

19  is not set until March.  So you're concerned about them using

09:42  20  the information next week at a hearing in front of Magistrate

21  Judge Otazo Reyes.  So it's really --

22         **MR. MEDINA:**  Yes, Your Honor.  It wouldn't be

23  absolutely not relevant for next week and --

24         **THE COURT:**  Wait.  It wouldn't?  So it would -- it

09:42  25  would be relevant for next week?

1       **MR. MEDINA:**  It would not.  There would be no basis

2   because of the limited scope.  There's 13 topics that have

3   been established for Delgado's testimony.  The topics are for

4   events that took place in June of 2015.  This is two years

09:42   5   prior to any of the communications that would have been

6   contained in these jail calls.  So there would be nothing

7   involved after the fact whatsoever.

8           Secondly, and I think more important, as Your

9   Honor, in your order about the Delgados' testimony

09:42  10   established, the attorneys for the Delgado brothers, Norman

11   and Jane Moscowitz along with Mr. Mendez, the expectation is

12   that they are going to be testifying before the Delgado

13   brothers.

14           And the reason -- one of the reasons for that is in

09:43  15   light of the topics, many of which after conferring with

16   counsel for the Delgado brothers, are going to be deemed

17   privileged.

18           So on the one hand, the June 2015 recordings are

19   two years prior to these calls, so there is no relevance

09:43  20   whatsoever.  I mean, we have always said it was -- to get a

21   first crack at the Delgado brothers for impeachment purposes,

22   but there's no relevance because they're two years prior.

23           But secondly, the topics they want to get into are

24   topics that involve communications between their lawyers and

09:43  25   Delgado brothers, which we expect counsel to deem privileged.

1        **THE COURT:**  I'm trying to understand the procedural

2    issues here.  So on December 11th, Magistrate Judge Otazo

3    Reyes entered an order re:  Delgado privilege claims.  And

4    then that same day you filed this emergency motion.

09:44    5        So is this meant to be an appeal of that order?  Or

6    is this just you're now waking up and saying, oh, now we're

7    independently filing an objection to the Rule 17, so I know

8    what standard of review I'm applying to this motion?

9        **MR. MEDINA:**  It is to stay the order because the

09:44   10    order says forthwith to produce the e-mails --

11        **THE COURT:**  You're asking me to stay the order, but

12    you're asking me to stay the order not because the order is

13    an improper order based upon what was presented to her where

14    she applied the wrong legal standard or it's contrary to the

09:44   15    law.

16        You're saying that now you want to raise the issue

17    of that the Rule 17 subpoena is being misused?

18        **MR. MEDINA:**  Yes.  And stay it.  And with respect

19    to the issue of it being misused, I just want to point out

09:44   20    that in light of the trial subpoena being for the trial date

21    and Your Honor asking for the response from counsel, all we

22    know as of this day -- and I can't see how this can change --

23    but all we know as of this day is that counsel wants -- they

24    want these recordings strictly for impeachment.  They've set

09:45   25    that forth in their pleadings.  The docket entry 550, which

1    was the defendant's motion in opposition of the Delgado's

2    privilege concerns.  And on page 1 --

3            THE COURT:  Don't they have these recordings?

4            MR. MEDINA:  They do not.

09:45   5            THE COURT:  They don't have any of them?

6            MR. MEDINA:  They have none of the recordings.  The

7    only recordings that they have, and it's something that

8    counsel brings up, is that they have recordings from 2014;

9    jail calls from 2014.  Those calls were in our possession.

09:45   10   So under Rule 16 we provided those to counsel.  That is a

11   separate analysis.  Rule 16, very limited scope versus Rule

12   17.

13           The calls that are at issue right now are calls

14   that were -- once they were sentenced and went to prison, not

09:46   15   the calls that were at FDC which is what they have.

16           THE COURT:  You don't have possession of those?

17           MR. MEDINA:  We don't have the calls that are at

18   issue here today.  We don't have those.

19           THE COURT:  So this -- what are the calls that

09:46   20   Magistrate Judge Otazo Reyes has been reviewing and --

21   reviewing the privilege issues?

22           MR. MEDINA:  Those calls are the calls, I believe,

23   once the Delgados were --

24           THE COURT:  From 2014?

09:46   25           MR. MEDINA:  No.  No.  Those are different.  Those

1    calls are calls that counsel has, that we produced in Rule

2    16.

3         THE COURT:  I thought you said the ones that you

4    produced were from 2014?

09:46  5         MR. MEDINA:  Correct.

6         THE COURT:  So the only matters that Magistrate

7    Judge Otazo Reyes has reviewed for privilege are 2014 calls?

8         MR. MEDINA:  No.  No.

9         THE COURT:  Okay.

09:47  10        MR. MEDINA:  The calls that she has been reviewing

11   were the calls subject to the trial subpoena, which are

12   different from the 2014 calls that we produced.  We don't

13   have the calls --

14        THE COURT:  Nobody in the government has those

09:47  15   calls?  So all the arguments that have been made are for

16   Magistrate Judge Otazo Reyes, you're making them in the blind

17   about what the substance of the calls is?

18        MR. MEDINA:  We don't have them.  The only people

19   that would have them, obviously, are BOP and Joaquin Mendez I

09:47  20   believe has all the recordings.  The prosecution team does

21   not have them.  We have not seen them at all.  And my

22   understanding is that counsel doesn't have them either.

23        MR. BLACK:  You're wrong.

24        THE COURT:  Okay.

09:47  25        MR. MEDINA:  But we know what they're about, one,

1    in light of counsel's representation in docket entry 550

2    which says movant's --

3          THE COURT:  Which counsel?

4          MR. MEDINA:   This is Mr. Black, Mr. Srebnick,

09:47  5    counsel for Philip Esformes.  On page 1 of docket entry 550

6    they state, *movant's privilege log confirms that the recorded*

7    *conversations are about the sentencing benefits that movants*

8    *hoped to achieve for their cooperation with prosecution.*

9    That's on page 1.

09:48  10         We do have the privilege log.  And same information

11    we gleaned from it is the only reason they want it are for

12    those impeachment purposes.  But we have not seen them, and

13    we don't have them.  So different calls from what they have

14    and that were produced in 2014.

09:48  15         THE COURT:  Okay.  All right.  Let me hear from the

16    defense.

17          MR. BLACK:  May it please the Court, Roy Black on

18    behalf of Mr. Esformes.

19          Unfortunately the government is relating the wrong

09:48  20    set of facts to the Court.  The FDC case which are 2014 were

21    provided in Rule 16 discovery to both the Delgados and then

22    subsequently to us.  There's no controversy over them.

23          We issued subpoenas to two federal prisons, Estill

24    and Jesup.  The Department of Justice BOP came in and

09:49  25    suggested a mechanism for obtaining those particular tapes.

1  There was no not only no objection, they created the

2  mechanism.  They submitted the order to the Court back last

3  June and July which put this in motion.

4        Those -- then all of those calls and e-mails were

09:49  5  turned over to counsel for the Delgados.  The Delgados then

6  put together privilege logs.  They gave us all the calls and

7  e-mails that they were not objecting to on privilege.  So we

8  have already received the overwhelming majority --

9        THE COURT:  When you say they gave them to you, the

09:49  10  Bureau of Prisons gave them to you?

11        MR. BLACK:  No.  The Delgados' lawyers gave it to

12  us --

13        THE COURT:  They didn't give the government copies?

14        MR. BLACK:  I don't -- they are the government.

09:49  15        THE COURT:  You said the Delgados' lawyers aren't

16  the government.

17        MR. BLACK:  Yes.  The lawyer for the Bureau of

18  Prisons came in and with counsel, the prosecution team, and

19  suggested this to the Court.  They then turned over all the

09:50  20  e-mails, all the telephone calls from two prisons, to

21  Mr. Mendez who was representing the Delgados.  He then went

22  through them all, gave us all the calls and all the e-mails

23  that he was not entering a privilege --

24        THE COURT:  Lets stop there.  Did he also give the

09:50  25  government copies of those?

1          **MR. BLACK:**  I have no idea.

2          **MR. MEDINA:**  No.

3          **THE COURT:**  There's Mr. Mendez.  Come on up,

4     Mr. Mendez.

09:50  5          **MR. MENDEZ:**  I was worried I was going to get

6     dragged into this.

7          **THE COURT:**  Who did you give them to?

8          **MR. MENDEZ:**  The party that requested the e-mails

9     and the telephone calls were lawyers for Mr. Esformes.  I

09:50  10    objected.  Judge Magistrate Judge Otazo Reyes asked me to

11    identify particularly those that I felt were privileged and

12    to produce the remainder to the party that requested them, to

13    produce it to lawyers for Mr. Esformes.

14          I've offered it to the government counsel, but they

09:51  15    haven't asked me to produce them.  My instructions were

16    produce it to counsel for Mr. Esformes.

17          And so I produced, as Mr. Black described, the

18    overwhelming majority of the telephone calls and e-mails that

19    I received from the Bureau of Prisons.

09:51  20          What was the subject of the order that was issued

21    this week was an order that overruled my objections to a very

22    small number of e-mails and telephone calls that I identified

23    in a privilege log.

24          And so I was instructed to produce those again to

09:51  25    counsels for Mr. Esformes.  I have them here on the thumb

1      drive.  Depending on the outcome of today's ruling, I'll

2      either give it to them or not, but I'm prepared to comply

3      with the judge's order subject to today's ruling.  Thank you,

4      Judge.

09:51   5            THE COURT:  All right.  Mr. Black, go ahead.  So

6      now you know.  You have them.  They could have had them or

7      they just chose not to get them.  So why would you not want

8      copies?

9            MR. MEDINA:  Your Honor, this is the first -- I

09:52  10      didn't know they were turned over to defense counsel.

11            THE COURT:  Do you want copies?

12            MR. MEDINA:  If they have them, then we should have

13      them.

14            THE COURT:  All right.  So can you get them to them

09:52  15      before the hearing?

16            MR. BLACK:  Of course.  Yes.  We have no problem --

17      all that's left are I think two telephone calls and a small

18      number of e-mails.  That's what we're litigating over now

19      because Mr. Mendez had interposed a privilege objection.

09:52  20            And just to step back for a minute.  Not only did

21      the government come in and propose the mechanism for

22      disclosure to us to the Court, but submitted the order, and

23      it was on behalf of the United States.  This is last July.

24      If there was any objection to it, the appeal had to be made

09:52  25      then.  They have no standing to prevent a third party from

1    turning over evidence in their possession to us.

2              So I don't understand the purpose of this except

3    the Court ordered that it be given to us instanter last

4    Monday.  They have now delayed us by four days from examining

09:53    5    the balance of these, and we have the hearing starting next

6    week.  And we would ask the Court to order now orally that

7    the balance of the matters be turned over to us, and

8    Mr. Mendez has them here in the courtroom.

9              THE COURT:  All right.  I'll give you the last

09:53   10    word, Mr. Medina.

11             MR. MEDINA:  Your Honor, the one thing I will say

12    -- and counsel seems to conflate government.  The BOP is

13    not -- they don't have the same interests as the criminal

14    prosecution team.  I just want to clarify that.

09:53   15             THE COURT:  Okay.

16             MR. MEDINA:  Secondly, with respect to the hearings

17    next week, there seems to suggest that there's a delay that

18    would be caused.  These would not be relevant whatsoever for

19    the hearings next week.  They are very limited in 2015, the

09:54   20    scope of which is two years prior to any of these

21    recordings --

22             THE COURT:  You don't know what's in those

23    recordings.  How do you know they're not relevant?  How do

24    you know they didn't say, oh, back whenever this was going

09:54   25    on, this is what really happened?  How do you know that?

1    **MR. MEDINA:**  I have not seen them, but it is their

2    burden to establish that point, and they have not established

3    that at all.

4            **THE COURT:**  Okay.

09:54  5    **MR. MEDINA:**  It's their subpoena.  So that's what I

6    can say to that point.

7            **MR. BLACK:**  Your Honor?

8            **MR. MEDINA:**  The point is that it is their

9    subpoena.  It is their burden.  Now that they have these,

09:54  10   they have not put anything forward whatsoever except what

11   I've stated so far; that it would be for reduction,

12   discussions, impeachment purposes, which is exactly what

13   would not be relevant for next week.  And we'd argue they

14   haven't satisfied their burden nonetheless for trial.

09:54  15   **MR. BLACK:**  Your Honor, just two matters.  Next

16   week the Delgados are our witnesses, so it is not

17   impeachment.  It's going to be direct evidence.

18           Secondly, the burden has already been met because

19   Magistrate Judge Otazo Reyes listened to these calls and read

09:55  20   all of these e-mails and then ordered them produced to us.

21           **THE COURT:**  All right.  I'm going to deny the

22   government's emergency motion.  I'm going to order that those

23   records be produced instanter as Magistrate Judge Otazo Reyes

24   ordered.

09:55  25           All right.  Anything else we can take up this

1    morning?

2          MR. MEDINA:  Maybe it's not for today.  I just

3    wanted to flag it, the possibility of maybe scheduling a

4    status conference.  Currently the trial is set --

09:55   5          THE COURT:  We have a status conference January

6    5th.

7          MR. MEDINA:  That's fine.  There might be some

8    issues with respect to withdrawals that might occur.

9          THE COURT:  With respect to what?

09:55   10          MR. MEDINA:  Withdrawals of counsel that might

11   occur.  And I just want to raise that possibility because

12   currently Mr. Black, Mr. Srebnick, and counsel are temporary,

13   and I just want to flag the issue; maybe put it on the agenda

14   for the 5th because there's been no permanent appearance

09:56   15   filed by defense counsel at this time, and it could affect

16   the trial date.  And we have subsequent briefings from the

17   evidentiary hearings that are going to occur.

18          THE COURT:  Okay.  Well, I thought we had a hearing

19   where we specially set the case in March that Mr. Pasano is

09:56   20   representing him as team A, and Mr. Black is team B.  And

21   it's only if Mr. Pasano was disqualified that Mr. Black is

22   going to come in.  I thought he said he is going to come in

23   and he is available for the trial if Mr. Pasano is not.  Is

24   that incorrect, Mr. Black?

09:56   25          MR. BLACK:  No, Your Honor.

1      **MR. MEDINA:**  My understanding is that Mr. Pasano

2 may actually withdraw.  That's my understanding, and I flag

3 it because --

4      **THE COURT:**  And if he withdraws, are you going to

09:57   5 then file a permanent appearance?

6      **MR. BLACK:**  Well, this is the first that we have

7 heard of it.  I don't know.  Maybe Mr. Pasano is talking to

8 the government.  But certainly we are prepared to file a

9 notice of appearance.

09:57  10      **THE COURT:**  Okay.

11      **MR. MEDINA:**  Which should not affect the trial date

12 in our view.  It's something that I want to flag that issue

13 for Your Honor.

14      **THE COURT:**  Well, the reason I set the date for the

09:57  15 status on January 5th is because right now we're scheduled to

16 pick a jury on March 14th and 15th, so we have to send out

17 notices to get a special panel, and it takes 8 weeks for that

18 process to happen.  So that's why January 5th is far out from

19 now.  So you have a better sense of what's happening, maybe

09:57  20 after these hearings in front of Magistrate Judge Otazo

21 Reyes, but it's about as late as we can have one to confirm

22 that it's going to be a trial and not a plea.  Unless

23 somebody dies, those are the only reasons we would not go to

24 trial in March.

09:58  25      **MR. MEDINA:**  Very well.  Thank you, Your Honor.

1          **THE COURT:**  Anything else?

2          **MR. BLACK:**  No, sir.

3          **THE COURT:**  Okay.  All right.  Thank you.

4

5

6          (Thereupon, the above hearing was concluded.)

7

8                          *          *          *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **C E R T I F I C A T E**

2

3          I hereby certify that the foregoing is an accurate

4    transcription of the proceedings in the above-entitled

5    matter.

6

8        01/10/2018

9     DATE COMPLETED          GIZELLA BAAN-PROULX, RPR, FCRR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 0

**01/10/2018** [1] - 22:8

## 1

**1** [3] - 11:2, 13:5, 13:9
**11th** [1] - 10:2
**13** [1] - 9:2
**14th** [1] - 20:16
**15th** [1] - 20:16
**16** [4] - 11:10, 11:11, 12:2, 13:21
**17** [13] - 4:5, 4:17, 5:3, 5:4, 5:20, 5:24, 6:7, 7:17, 8:5, 10:7, 10:17, 11:12
**18th** [1] - 4:1

## 2

**20** [1] - 6:18
**2014** [8] - 11:8, 11:9, 11:24, 12:4, 12:7, 12:12, 13:14, 13:20
**2015** [4] - 4:24, 9:4, 9:18, 17:19
**2017** [1] - 4:1

## 4

**448** [1] - 6:15

## 5

**550** [3] - 10:25, 13:1, 13:5
**5th** [4] - 19:6, 19:14, 20:15, 20:18

## 6

**6** [1] - 6:8

## 7

**7** [2] - 6:8, 6:22

## 8

**8** [1] - 20:17

## A

**above-entitled** [1] - 22:4
**absolutely** [1] - 8:23
**abuse** [1] - 6:7
**accurate** [1] - 22:3
**achieve** [1] - 13:8
**addressing** [1] - 4:5
**affect** [2] - 19:15, 20:11

**affects** [2] - 4:18, 4:19
**agenda** [1] - 19:13
**agree** [1] - 6:16
**ahead** [1] - 16:5
**Alan** [1] - 3:7
**America** [1] - 3:5
**America's** [1] - 3:15
**amicus** [2] - 4:19, 6:20
**analysis** [1] - 11:11
**answer** [1] - 5:10
**appeal** [2] - 10:5, 16:24
**appearance** [3] - 19:14, 20:5, 20:9
**applied** [1] - 10:14
**applying** [1] - 10:8
**argue** [1] - 18:13
**argument** [1] - 5:22
**arguments** [1] - 12:15
**assigned** [1] - 7:5
**attention** [2] - 7:10, 7:15
**attorneys** [1] - 9:10
**available** [1] - 19:23

## B

**BAAN** [1] - 22:9
**BAAN-PROULX** [1] - 22:9
**bag** [1] - 5:4
**balance** [2] - 17:5, 17:7
**based** [1] - 10:13
**basis** [7] - 4:11, 5:7, 5:25, 7:2, 8:2, 8:5, 9:1
**behalf** [5] - 3:6, 3:8, 3:12, 13:18, 16:23
**benefits** [1] - 13:7
**Bernstein** [1] - 3:9
**better** [1] - 20:19
**between** [1] - 9:24
**BLACK** [12] - 12:23, 13:17, 14:11, 14:14, 14:17, 15:1, 16:16, 18:7, 18:15, 19:25, 20:6, 21:2
**black** [8] - 3:11, 13:4, 15:17, 16:5, 19:12, 19:20, 19:21, 19:24
**Black** [1] - 13:17
**blind** [1] - 12:16
**BOP** [3] - 12:19, 13:24, 17:12
**Bradylyons** [1] - 3:9
**briefings** [1] - 19:16
**briefs** [1] - 6:20
**bringing** [1] - 7:9
**brings** [1] - 11:8
**brothers** [7] - 4:22, 6:11, 9:10, 9:13, 9:16, 9:21, 9:25
**brought** [3] - 4:2, 6:10, 7:14
**burden** [8] - 7:19, 7:23, 8:2, 8:6, 18:2, 18:9, 18:14, 18:18
**Bureau** [9] - 3:25, 4:3, 4:6, 4:18, 6:11, 8:10, 14:10, 14:17, 15:19

## C

**camera** [1] - 6:22
**case** [9] - 4:9, 4:13, 4:17, 4:20, 7:5, 7:6, 7:11, 13:20, 19:19
**cases** [1] - 7:18
**cat** [1] - 5:4
**caused** [1] - 17:18
**causes** [1] - 7:7
**certainly** [1] - 20:8
**certify** [1] - 22:3
**chambers** [1] - 7:4
**change** [1] - 10:22
**chose** [1] - 16:7
**cited** [1] - 7:18
**claims** [1] - 10:3
**clarify** [1] - 17:14
**communications** [3] - 3:25, 9:5, 9:24
**COMPLETED** [1] - 22:9
**comply** [1] - 16:2
**concerned** [1] - 8:19
**concerns** [2] - 4:5, 11:2
**concluded** [1] - 21:6
**conference** [2] - 19:4, 19:5
**conferring** [1] - 9:15
**confirm** [1] - 20:21
**confirms** [1] - 13:6
**conflate** [1] - 17:12
**contained** [1] - 9:6
**contrary** [1] - 10:14
**controversy** [1] - 13:22
**conversations** [1] - 13:7
**cooperation** [1] - 13:8
**copies** [4] - 14:13, 14:25, 16:8, 16:11
**correct** [1] - 12:5
**counsel** [22] - 3:8, 7:20, 8:3, 9:16, 9:25, 10:21, 10:23, 11:8, 11:10, 12:1, 12:22, 13:3, 13:5, 14:5, 14:18, 15:14, 15:16, 16:10, 17:12, 19:10, 19:12, 19:15
**counsel's** [1] - 13:1
**counsels** [1] - 15:25
**course** [1] - 16:16
**court** [1] - 3:2
**Court** [9] - 7:15, 7:18, 13:17, 13:20, 14:2, 14:19, 16:22, 17:3, 17:6
**COURT** [50] - 3:3, 3:10, 3:14, 4:12, 4:16, 5:12, 5:15, 5:17, 5:19, 6:12, 6:16, 7:3, 8:17, 8:24, 10:1, 10:11, 11:3, 11:5, 11:16, 11:19, 11:24, 12:3, 12:6, 12:9, 12:14, 12:24, 13:3, 13:15, 14:9, 14:13, 14:15, 14:24, 15:3, 15:7, 16:5, 16:11, 16:14, 17:9, 17:15, 17:22, 18:4, 18:21, 19:5, 19:9, 19:18, 20:4, 20:10, 20:14, 21:1, 21:3
**courtroom** [1] - 17:8
**crack** [1] - 9:21
**created** [1] - 14:1
**criminal** [3] - 4:8, 8:8, 17:13

## D

**Dan** [1] - 3:9
**DATE** [1] - 22:9
**date** [7] - 4:1, 4:25, 5:15, 10:20, 19:16, 20:11, 20:14
**days** [2] - 6:18, 17:4
**December** [1] - 10:2
**decision** [1] - 4:18
**deem** [1] - 9:25
**deemed** [1] - 9:16
**defendant's** [1] - 11:1
**defender** [2] - 4:4, 4:7
**defender's** [1] - 6:20
**Defender's** [1] - 8:11
**defense** [3] - 13:16, 16:10, 19:15
**delay** [1] - 17:17
**delayed** [1] - 17:4
**Delgado** [8] - 4:22, 6:11, 9:10, 9:12, 9:16, 9:21, 9:25, 10:3
**Delgado's** [2] - 9:3, 11:1
**Delgados** [6] - 11:23, 13:21, 14:5, 14:21, 18:16
**Delgados'** [3] - 9:9, 14:11, 14:15
**deny** [1] - 18:21
**Department** [2] - 8:7, 13:24
**Descalzo** [1] - 3:12
**described** [1] - 15:17
**dies** [1] - 20:23
**different** [5] - 8:9, 8:10, 11:25, 12:12, 13:13
**direct** [1] - 18:17
**disagree** [1] - 6:24
**disclosure** [1] - 16:22
**discovery** [1] - 13:21
**discussion** [2] - 5:2, 7:17
**discussions** [2] - 4:24, 18:12
**disqualified** [1] - 19:21
**docket** [4] - 6:15, 10:25, 13:1, 13:5
**documents** [1] - 5:21
**dragged** [1] - 15:6
**Drew** [1] - 3:9
**drive** [1] - 16:1
**during** [1] - 5:14

## E

**e-mails** [13] - 5:3, 5:11, 7:25, 10:10, 14:4, 14:7, 14:20, 14:22, 15:8, 15:18, 15:22, 16:18, 18:20
**either** [2] - 12:22, 16:2
**Elizabeth** [1] - 3:9
**emergency** [9] - 3:15, 3:18, 3:22, 3:23, 4:10, 8:4, 8:18, 10:4, 18:22
**entered** [1] - 10:3
**entering** [1] - 14:23
**entitled** [1] - 22:4
**entry** [4] - 6:15, 10:25, 13:1, 13:5

## F

**Esformes** [8] - 3:5, 3:13, 13:5, 13:18, 15:9, 15:13, 15:16, 15:25
**establish** [1] - 18:2
**established** [5] - 7:24, 8:15, 9:3, 9:10, 18:2
**Estill** [1] - 13:23
**events** [1] - 9:4
**evidence** [2] - 17:1, 18:17
**evidentiary** [4] - 4:15, 4:22, 8:16, 19:17
**exactly** [1] - 18:12
**examining** [1] - 17:4
**except** [2] - 17:2, 18:10
**expect** [1] - 9:25
**expectation** [1] - 9:11

## F

**fact** [2] - 7:18, 9:7
**facts** [1] - 13:20
**far** [3] - 5:4, 18:11, 20:18
**FCRR** [1] - 22:9
**FDC** [2] - 11:15, 13:20
**federal** [1] - 13:23
**felt** [1] - 15:11
**file** [4] - 6:18, 7:13, 20:5, 20:8
**filed** [3] - 7:12, 10:4, 19:15
**files** [1] - 7:6
**filing** [3] - 6:13, 6:20, 10:7
**fine** [1] - 19:7
**first** [5] - 3:4, 5:12, 9:21, 16:9, 20:6
**flag** [4] - 19:3, 19:13, 20:2, 20:12
**focus** [3] - 7:1, 7:8, 7:14
**following** [1] - 3:2
**foregoing** [1] - 22:3
**forth** [1] - 10:25
**forthwith** [1] - 10:10
**forward** [2] - 6:25, 18:10
**foundation** [1] - 5:10
**foundational** [1] - 7:21
**four** [1] - 17:4
**front** [3] - 3:20, 8:20, 20:20

## G

**given** [1] - 17:3
**GIZELLA** [1] - 22:9
**gleaned** [1] - 13:11
**government** [11] - 3:6, 12:14, 13:19, 14:13, 14:14, 14:16, 14:25, 15:14, 16:21, 17:12, 20:8
**government's** [1] - 18:22

## H

**hand** [1] - 9:18
**hear** [1] - 13:15

**heard** [1] - 20:7
**hearing** [8] - 3:17, 3:20, 5:9, 8:20, 16:15, 17:5, 19:18, 21:6
**hearings** [8] - 4:22, 6:21, 7:1, 8:16, 17:16, 17:19, 19:17, 20:20
**held** [1] - 3:2
**hereby** [1] - 22:3
**Honor** [16] - 3:7, 3:23, 6:15, 6:24, 7:16, 8:9, 8:22, 9:9, 10:21, 16:9, 17:11, 18:7, 18:15, 19:25, 20:13, 20:25
**hoped** [1] - 13:8
**hours** [1] - 6:4
**Howard** [1] - 3:11
**hundreds** [1] - 6:4

## I

**idea** [2] - 6:25, 15:1
**identified** [1] - 15:22
**identify** [1] - 15:11
**impeachment** [8] - 5:8, 5:23, 7:25, 9:21, 10:24, 13:12, 18:12, 18:17
**important** [1] - 9:8
**improper** [2] - 5:23, 10:13
**in-camera** [1] - 6:22
**incorrect** [1] - 19:24
**independent** [2] - 7:19, 8:2
**independently** [1] - 10:7
**information** [2] - 8:20, 13:10
**instanter** [2] - 17:3, 18:23
**instructed** [1] - 15:24
**instructions** [1] - 15:15
**interests** [6] - 8:9, 8:10, 8:12, 8:14, 17:13
**interfere** [1] - 3:19
**interposed** [1] - 16:19
**involve** [1] - 9:24
**involved** [1] - 9:7
**involving** [1] - 4:3
**issue** [8] - 3:24, 4:17, 5:12, 7:1, 8:6, 10:16, 10:19, 11:13, 11:18, 19:13, 20:12
**issued** [4] - 5:7, 13:23, 15:20
**issues** [12] - 4:2, 4:5, 4:21, 6:1, 6:5, 6:9, 6:10, 6:19, 8:7, 10:2, 11:21, 19:8

## J

**Jacqueline** [1] - 3:12
**jail** [2] - 9:6, 11:9
**Jane** [1] - 9:11
**January** [3] - 19:5, 20:15, 20:18
**Jesup** [1] - 13:24
**Joaquin** [1] - 12:19
**judge** [2] - 4:12, 15:10
**Judge** [14] - 3:20, 4:3, 4:14, 6:4, 8:21, 10:2, 11:20, 12:7, 12:16, 15:10, 16:4, 18:19, 18:23, 20:20

**judge's** [2] - 7:10, 16:3
**judges** [1] - 7:4
**July** [2] - 14:3, 16:23
**June** [4] - 4:24, 9:4, 9:18, 14:3
**jury** [1] - 20:16
**Justice** [2] - 8:7, 13:24

# K

**keep** [1] - 7:8
**kind** [1] - 6:3

# L

**last** [5] - 6:8, 14:2, 16:23, 17:3, 17:9
**late** [1] - 20:21
**law** [1] - 10:15
**lawyer** [1] - 14:17
**lawyers** [8] - 7:9, 7:13, 7:14, 9:24, 14:11, 14:15, 15:9, 15:13
**laying** [1] - 5:10
**learn** [1] - 5:12
**learned** [1] - 5:14
**left** [1] - 16:17
**legal** [1] - 10:14
**light** [3] - 9:15, 10:20, 13:1
**limited** [4] - 8:5, 9:2, 11:11, 17:19
**listened** [1] - 18:19
**litigate** [1] - 8:13
**litigating** [2] - 6:8, 16:18
**litigation** [1] - 6:23
**log** [3] - 13:6, 13:10, 15:23
**logs** [1] - 14:6
**look** [1] - 6:2

# M

**Magistrate** [13] - 3:20, 4:3, 4:14, 6:3, 8:20, 10:2, 11:20, 12:6, 12:16, 15:10, 18:19, 18:23, 20:20
**mails** [13] - 5:3, 5:11, 7:25, 10:10, 14:4, 14:7, 14:20, 14:22, 15:8, 15:18, 15:22, 16:18, 18:20
**main** [1] - 7:1
**majority** [2] - 14:8, 15:18
**management** [1] - 7:6
**March** [4] - 8:19, 19:19, 20:16, 20:24
**Marissel** [1] - 3:12
**matter** [2] - 3:4, 22:5
**matters** [3] - 12:6, 17:7, 18:15
**mean** [3] - 6:2, 7:3, 9:20
**meant** [1] - 10:5
**mechanism** [3] - 13:25, 14:2, 16:21
**MEDINA** [40] - 3:7, 3:23, 4:14, 4:21, 5:14, 5:16, 5:18, 6:10, 6:14, 6:24, 7:16, 8:22, 9:1, 10:9, 10:18, 11:4, 11:6, 11:17, 11:22, 11:25, 12:5, 12:8, 12:10,

12:18, 12:25, 13:4, 15:2, 16:9, 16:12, 17:11, 17:16, 18:1, 18:5, 18:8, 19:2, 19:7, 19:10, 20:1, 20:11, 20:25
**Medina** [2] - 3:7, 17:10
**Mendez** [6] - 9:11, 12:19, 14:21, 15:3, 15:4, 16:19
**MENDEZ** [2] - 15:5, 15:8
**mendez** [1] - 17:8
**mentioned** [1] - 7:22
**met** [5] - 7:20, 7:23, 8:2, 8:6, 18:18
**might** [3] - 19:7, 19:8, 19:10
**minute** [1] - 16:20
**misused** [2] - 10:17, 10:19
**Monday** [1] - 17:4
**monitor** [1] - 6:3
**months** [2] - 6:8, 6:22
**morning** [6] - 3:3, 3:4, 3:7, 3:10, 3:14, 19:1
**Moscowitz** [1] - 9:11
**motion** [12] - 3:15, 4:10, 6:13, 7:6, 7:12, 7:13, 8:18, 10:4, 10:8, 11:1, 14:3, 18:22
**movant's** [2] - 13:2, 13:6
**movants** [1] - 13:7
**move** [1] - 5:25
**MR** [55] - 3:7, 3:11, 3:23, 4:14, 4:21, 5:14, 5:16, 5:18, 6:10, 6:14, 6:24, 7:16, 8:22, 9:1, 10:9, 10:18, 11:4, 11:6, 11:17, 11:22, 11:25, 12:5, 12:8, 12:10, 12:18, 12:23, 12:25, 13:4, 13:17, 14:11, 14:14, 14:17, 15:1, 15:2, 15:5, 15:8, 16:9, 16:12, 16:16, 17:11, 17:16, 18:1, 18:5, 18:7, 18:8, 18:15, 19:2, 19:7, 19:10, 19:25, 20:1, 20:6, 20:11, 20:25, 21:2

# N

**needs** [1] - 8:5
**next** [8] - 8:20, 8:23, 8:25, 17:5, 17:17, 17:19, 18:13, 18:15
**nobody** [1] - 12:14
**none** [1] - 11:6
**nonetheless** [1] - 18:14
**Norman** [1] - 9:10
**nothing** [5] - 4:5, 4:19, 4:25, 7:4, 9:6
**notice** [1] - 20:9
**notices** [1] - 20:17
**number** [2] - 15:22, 16:18

# O

**objected** [1] - 15:10
**objecting** [1] - 14:7
**objection** [4] - 10:7, 14:1, 16:19, 16:24
**objections** [1] - 15:21
**obligation** [1] - 8:1
**obtaining** [1] - 13:25

**obviously** [1] - 12:19
**occur** [3] - 19:8, 19:11, 19:17
**offered** [1] - 15:14
**Office** [1] - 8:11
**office** [1] - 6:20
**once** [3] - 5:1, 11:14, 11:23
**one** [9] - 9:14, 9:18, 12:25, 17:11, 20:21
**ones** [1] - 12:3
**open** [1] - 3:2
**opposing** [1] - 7:19
**opposition** [1] - 11:1
**orally** [1] - 17:6
**order** [20] - 4:11, 5:1, 7:2, 7:17, 9:9, 10:3, 10:5, 10:9, 10:10, 10:11, 10:12, 10:13, 14:2, 15:20, 15:21, 16:3, 16:22, 17:6, 18:22
**ordered** [3] - 17:3, 18:20, 18:24
**Otazo** [15] - 3:20, 4:3, 4:12, 4:14, 4:23, 6:4, 8:21, 10:2, 11:20, 12:7, 12:16, 15:10, 18:19, 18:23, 20:20
**outcome** [1] - 16:1
**overruled** [1] - 15:21
**overwhelming** [2] - 14:8, 15:18
**own** [1] - 6:13

# P

**page** [3] - 11:2, 13:5, 13:9
**panel** [1] - 20:17
**part** [2] - 4:7, 4:12
**particular** [1] - 13:25
**particularly** [1] - 15:11
**party** [5] - 7:19, 8:8, 15:8, 15:12, 16:25
**Pasano** [5] - 19:19, 19:21, 19:23, 20:1, 20:7
**people** [2] - 4:19, 12:18
**Perczek** [1] - 3:12
**permanent** [2] - 19:14, 20:5
**Philip** [2] - 3:5, 13:5
**pick** [1] - 20:16
**place** [1] - 9:4
**plea** [1] - 20:22
**pleadings** [1] - 10:25
**point** [5] - 7:18, 10:19, 18:2, 18:6, 18:8
**policy** [1] - 8:12
**possession** [3] - 11:9, 11:16, 17:1
**possibility** [2] - 19:3, 19:11
**prejudice** [1] - 8:7
**prepared** [2] - 16:2, 20:8
**present** [1] - 3:13
**presented** [1] - 10:13
**presiding** [1] - 4:15
**prevent** [3] - 6:12, 6:14, 16:25
**prison** [1] - 11:14
**Prisons** [9] - 3:25, 4:4, 4:7, 4:19, 6:11, 8:11, 14:10, 14:18, 15:19
**prisons** [2] - 13:23, 14:20
**privilege** [18] - 4:4, 4:5, 6:9, 6:10, 6:19,

7:1, 7:8, 10:3, 11:2, 11:21, 12:7, 13:6, 13:10, 14:6, 14:7, 14:23, 15:23, 16:19
  **privileged** [3] - 9:17, 9:25, 15:11
  **proactive** [1] - 7:6
  **problem** [1] - 16:16
  **procedural** [1] - 10:1
  **proceedings** [2] - 3:2, 22:4
  **process** [1] - 20:18
  **produce** [6] - 10:10, 15:12, 15:13, 15:15, 15:16, 15:24
  **produced** [7] - 12:1, 12:4, 12:12, 13:14, 15:17, 18:20, 18:23
  **propose** [1] - 16:21
  **proposition** [1] - 6:6
  **prosecution** [6] - 4:8, 8:8, 12:20, 13:8, 14:18, 17:14
  **PROULX** [1] - 22:9
  **provided** [2] - 11:10, 13:21
  **Public** [1] - 8:11
  **public** [3] - 4:4, 4:7, 6:20
  **purpose** [2] - 5:20, 17:2
  **purposes** [4] - 7:25, 9:21, 13:12, 18:12
  **put** [4] - 14:3, 14:6, 18:10, 19:13

**Q**

  **quash** [1] - 5:25
  **quashed** [1] - 6:7
  **quashing** [1] - 6:18

**R**

  **raise** [3] - 8:1, 10:16, 19:11
  **re** [1] - 10:3
  **read** [1] - 18:19
  **really** [3] - 3:18, 8:21, 17:25
  **reason** [5] - 4:10, 5:6, 9:14, 13:11, 20:14
  **reasons** [2] - 9:14, 20:23
  **received** [2] - 14:8, 15:19
  **recorded** [1] - 13:6
  **recordings** [9] - 9:18, 10:24, 11:3, 11:6, 11:7, 11:8, 12:20, 17:21, 17:23
  **records** [1] - 18:23
  **reduction** [1] - 18:11
  **relate** [1] - 4:25
  **relating** [4] - 4:16, 6:2, 6:19, 13:19
  **relevance** [2] - 9:19, 9:22
  **relevant** [5] - 8:23, 8:25, 17:18, 17:23, 18:13
  **remainder** [1] - 15:12
  **representation** [1] - 13:1
  **representing** [2] - 14:21, 19:20
  **requested** [2] - 15:8, 15:12
  **requirements** [1] - 7:21
  **respect** [4] - 10:18, 17:16, 19:8, 19:9
  **response** [2] - 6:18, 10:21
  **return** [1] - 3:25

  **review** [1] - 10:8
  **reviewed** [1] - 12:7
  **reviewing** [3] - 11:20, 11:21, 12:10
  **reviews** [1] - 6:22
  **Reyes** [15] - 3:21, 4:3, 4:12, 4:14, 4:23, 6:4, 8:21, 10:3, 11:20, 12:7, 12:16, 15:10, 18:19, 18:23, 20:21
  **Roy** [2] - 3:11, 13:17
  **RPR** [1] - 22:9
  **Rule** [17] - 4:5, 4:17, 5:3, 5:4, 5:20, 5:24, 6:7, 7:17, 8:5, 10:7, 10:17, 11:10, 11:11, 12:1, 13:21
  **ruling** [2] - 16:1, 16:3

**S**

  **satisfied** [1] - 18:14
  **scheduled** [1] - 20:15
  **scheduling** [1] - 19:3
  **scope** [3] - 9:2, 11:11, 17:20
  **seated** [1] - 3:4
  **secondly** [4] - 9:8, 9:23, 17:16, 18:18
  **see** [2] - 4:18, 10:22
  **send** [1] - 20:16
  **sense** [1] - 20:19
  **sentenced** [1] - 11:14
  **sentencing** [1] - 13:7
  **separate** [1] - 11:11
  **September** [1] - 4:1
  **set** [11] - 3:15, 3:17, 3:25, 4:10, 5:9, 8:19, 10:24, 13:20, 19:4, 19:19, 20:14
  **show** [1] - 7:19
  **showing** [1] - 7:25
  **significant** [2] - 4:6, 8:12
  **simple** [1] - 6:6
  **simplest** [1] - 6:16
  **sit** [1] - 7:4
  **small** [2] - 15:22, 16:17
  **sometimes** [1] - 7:5
  **special** [1] - 20:17
  **specially** [1] - 19:19
  **specified** [1] - 4:24
  **specify** [1] - 5:1
  **spent** [1] - 6:4
  **SREBNICK** [1] - 3:11
  **Srebnick** [4] - 3:11, 7:20, 13:4, 19:12
  **standard** [2] - 10:8, 10:14
  **standing** [1] - 16:25
  **starting** [1] - 17:5
  **state** [1] - 13:6
  **States** [4] - 3:5, 3:8, 3:15, 16:23
  **status** [3] - 19:4, 19:5, 20:15
  **stay** [5] - 3:16, 10:9, 10:11, 10:12, 10:18
  **step** [1] - 16:20
  **stepped** [1] - 8:13
  **stop** [1] - 14:24
  **strictly** [1] - 10:24
  **subject** [3] - 12:11, 15:20, 16:3

  **submitted** [2] - 14:2, 16:22
  **subpoena** [15] - 3:24, 4:1, 5:3, 5:13, 5:20, 5:24, 6:7, 8:15, 10:17, 10:20, 12:11, 18:5, 18:9
  **subpoenas** [5] - 5:4, 5:6, 8:5, 13:23
  **subsequent** [1] - 19:16
  **subsequently** [1] - 13:22
  **substance** [1] - 12:17
  **suggest** [1] - 17:17
  **suggested** [2] - 13:25, 14:19

**T**

  **table** [1] - 3:8
  **tapes** [1] - 13:25
  **team** [7] - 4:8, 8:8, 12:20, 14:18, 17:14, 19:20
  **telephone** [5] - 14:20, 15:9, 15:18, 15:22, 16:17
  **temporary** [1] - 19:12
  **tens** [1] - 6:4
  **testifying** [1] - 9:12
  **testimony** [3] - 4:23, 9:3, 9:9
  **THE** [50] - 3:3, 3:10, 3:14, 4:12, 4:16, 5:12, 5:15, 5:17, 5:19, 6:12, 6:16, 7:3, 8:17, 8:24, 10:1, 10:11, 11:3, 11:5, 11:16, 11:19, 11:24, 12:3, 12:6, 12:9, 12:14, 12:24, 13:3, 13:15, 14:9, 14:13, 14:15, 14:24, 15:3, 15:7, 16:5, 16:11, 16:14, 17:9, 17:15, 17:22, 18:4, 18:21, 19:5, 19:9, 19:18, 20:4, 20:10, 20:14, 21:1, 21:3
  **therefore** [1] - 5:23
  **Thereupon** [1] - 21:6
  **they've** [1] - 10:24
  **third** [1] - 16:25
  **thumb** [1] - 15:25
  **today** [3] - 3:18, 11:18, 19:2
  **today's** [2] - 16:1, 16:3
  **together** [1] - 14:6
  **took** [1] - 9:4
  **topics** [5] - 9:2, 9:3, 9:15, 9:23, 9:24
  **transcription** [1] - 22:4
  **trial** [13] - 3:24, 4:1, 4:25, 5:21, 6:17, 8:15, 8:18, 10:20, 12:11, 18:14, 19:4, 19:16, 19:23, 20:11, 20:22, 20:24
  **trying** [2] - 4:8, 10:1
  **turned** [5] - 5:11, 14:5, 14:19, 16:10, 17:7
  **turning** [1] - 17:1
  **two** [8] - 9:4, 9:19, 9:22, 13:23, 14:20, 16:17, 17:20, 18:15

**U**

  **under** [2] - 3:15, 11:10
  **understood** [1] - 7:2
  **unfortunately** [1] - 13:19

**United** [4] - 3:5, 3:8, 3:15, 16:23
**unless** [2] - 7:11, 20:22
**unnecessary** [1] - 6:23
**up** [6] - 4:2, 8:6, 10:6, 11:8, 15:3, 18:25

## V

**versus** [2] - 3:5, 11:11
**view** [1] - 20:12

## W

**wait** [1] - 8:24
**waking** [1] - 10:6
**wants** [1] - 10:23
**week** [9] - 8:20, 8:23, 8:25, 15:21, 17:6, 17:17, 17:19, 18:13, 18:16
**weeks** [1] - 20:17
**welcome** [1] - 3:3
**whatsoever** [5] - 8:2, 9:7, 9:20, 17:18, 18:10
**withdraw** [1] - 20:2
**withdrawals** [2] - 19:8, 19:10
**withdraws** [1] - 20:4
**witnesses** [1] - 18:16
**word** [1] - 17:10
**worried** [1] - 15:5

## Y

**years** [4] - 9:4, 9:19, 9:22, 17:20
**Young** [1] - 3:9