UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20549-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES, *et al.*,
_____/

**ESFORMES'S NOTICE OF FILING ADDITIONAL EXHIBITS IN SUPPORT OF
MOTION TO DISQUALIFY [DE 275] AND MOTION TO DISMISS [DE 278]**

Defendant Philip Esformes, through undersigned counsel, files the attached additional exhibits in support of his Motion to Disqualify [DE 275] and Motion to Dismiss [DE 278].

1. Transcript Excerpts (DX 304-31, 304-32, 306-3, 306-5, 306-7, 307-2, 309-1, 309-2, 310-1, 310-2, 310-3, 310A-2, 310A-3, 310A-7, 310A-8, 317-2 and 319-1).

2. Leslie Garthwaite letter enclosing Box 6, Box 31, and inventory (DX 639).

3. Government letter to counsel dated October 6, 2017, regarding Envelope #12 (DX 643A).

4. Subpoenas Duces Tecum (DX 753, 754, 755, 756, 792, 793, 795, 797, 800, 801, 802, 803, 805, 807, 813, 814, 815, and 886).

5. Cover sheets of binders in Box 31 (DX 783-A and B).

6. Spider charts of agents and prosecutors (DX 870 A and B) (Corresponding interview reports will be filed Under Seal).

7. Photograph of label of Box 31 (DX 820).

8. Chart provided by Mr. Medina on July 18, 2017 (DX 885).

This Notice and exhibits were served on all parties via ECF on the date stamped above.

        Respectfully submitted,

        **BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.**
        201 South Biscayne Boulevard
        Suite 1300
        Miami, FL   33131
        Tel: (305) 371-6421   Fax: (305) 358-2006

By: */s Howard Srebnick*
        **ROY BLACK, ESQ**.
        Fla. Bar No. 126088
        **HOWARD SREBNICK, ESQ**.
        Fla. Bar No. 919063
        **JACKIE PERCZEK, ESQ**.
        Fla. Bar No. 0042201