UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-SCOLA

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES, *et al.*

    Defendants.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF TERMINATION OF LEASE AND LICENSE RIGHTS OF TAFHIKHU ASSOCIATES LLC TENANT/OPERATOR OF SOUTH DADE NURSING AND REHAB CENTER, KABIRHU ASSOCIATES LLC TENANT/OPERATOR OF GOLDEN GLADES NURSING & REHAB CENTER, AND ALMOVEA ASSOCIATES LLC TENANT/OPERATOR OF NORTH DADE NURSING & REHAB CENTER WHOSE OWNERSHIP IS HELD, IN PART, BY DEFENDANT PHILIP ESFORMES**

THIS CAUSE is before the Court on the Unopposed Motion of Business Entities 17475 LLC ("17475"), 220 Sierra LLC ("220 Sierra") and 1255 LLC, each Delaware limited liability companies ("1255", and together with 17475 and 220 Sierra, collectively, the "PropCos"), for Approval of the termination of any ownership rights that Defendant Philip Esformes ("Esformes") (individually or through any affiliate entities) may have in: (i) the tenant/operator leases (the "Leases") applicable to long-term skilled nursing facilities licensed as South Dade Nursing and Rehab Center (the "South Dade Facility"), Golden Glades Nursing & Rehab Center (the "Golden Glades Facility"), and North Dade Nursing & Rehab Center ("North Dade Facility", and together with South Dade Facility and Golden Glades Facility, the "Facilities"); and (ii) the licenses issued by the Florida Agency for Healthcare Administration ("AHCA") to operate the Facilities (the "Licenses"); and to permit a

transfer of the leasehold interest and new commercial leases to be executed (collectively, the "New Leases") along with a change of ownership and transfer of the Licenses, if approved by the relevant regulatory authorities, to the new operators SD Opco, GG Opco and ND Opco (the "Motion") (**ECF No. 979**).  The Court has carefully reviewed the Motion and is otherwise fully informed.  Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion for approval of termination of lease rights of Tenant/Operator Takifhu Associates LLC for South Dade Nursing & Rehab Center, 17475 S. Dixie Hwy, Miami, Florida 33157, whose Equity Ownership is held, in part by Defendant Philip Esformes, to enable execution of a new Master Tenant Lease with GGSD Real Estate LLC and Subtenant/Operator SD Opco LLC, is hereby **GRANTED**.

2. The Unopposed Motion for approval of termination of lease rights of Tenant/Operator Kabirhu Associates LLC for Golden Glades Nursing & Rehab Center, 220 Sierra Drive, Miami Florida 33179, whose Equity Ownership is held, in part by Defendant Philip Esformes, to enable execution of a new Master Tenant Lease with GGSD Real Estate LLC and Subtenant/Operator GG Opco LLC, is hereby **GRANTED**.

3. The Unopposed Motion for approval of termination of lease rights of Tenant/Operator Almovea Associates LLC for North Dade Nursing & Rehab Center, 1255 NE 135th Street, North Miami Florida 33161, whose Equity Ownership is held, in part by Defendant Philip Esformes, to enable execution of a new Tenant Lease with ND Opco LLC, is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED**, to the extent that, if approved by the relevant regulatory authorities, a transfer and change of ownership of the Licenses to operate the skilled nursing facilities referenced herein known as South Dade Nursing & Rehab Center, Golden Glades Nursing & Rehab Center and North Dade Nursing & Rehab Center to GGSD Real Estate LLC, SD Opco LLC, GG Opco LLC and DD Opco LLC, the entities approved by this Order, will not violate this Court's Temporary Restraining Order (ECF No. 877) as subsequently modified.

**DONE and ORDERED** in Chambers at Miami, Florida, on November 26, 2018.

                                                                                    _____
                                                                                    ROBERT N. SCOLA, JR.
                                                                                    UNITED STATES DISTRICT JUDGE

cc: counsel of record