United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Philip Esformes,<br>Odette Barcha,<br>Arnaldo Carmouze,<br>Defendants. | )<br>)<br>)<br>)<br>) Criminal Case No. 16-20549-CR-Scola<br>)<br>)<br>)<br>)<br>) |

## Omnibus Order on Pending Motions and Trial Schedule

On December 3, 2018, this Court held a hearing on several motions and scheduling issues. Based on the matters presented and argument of counsel, the Court orders as follows:

1. Defendant Philip Esformes's Motion to Dismiss Counts 17-23, 25 and 26 of the Third Superseding Indictment (**ECF No. 938**) is **denied** for the reasons stated on the record.

2. Defendant Philip Esformes's Renewed Motion for Pretrial Release Based on Duration of Pretrial Detention Exceeding 28 Months and Changed Circumstances (**ECF No. 986**) is **denied** for the reasons stated on the record.

3. The Government's Renewed Motion to Compel Discovery and Exclude Any Discovery That is Not Produced by December 7, 2018 (**ECF No. 995**) is **granted in part**. Accordingly:

    a. All Defendants must identify the documents they now know are going to be used at trial **within 10 days of this Order** (**December 13, 2018**) and must identify all remaining documents to be used at trial before **January 16, 2019**. All documents Defendants intend to use that were not provided to them by the Government must be produced on those same two dates.

    b. The Government shall provide its final trial exhibit list and witness list on or before **January 4, 2019**.

4. The Defendants shall identify any trial witnesses known at this time within **10 days of this Order** (**December 13, 2018**) and identify all other trial witnesses to the Government on or before **January 16, 2019**.

5. The Government was ordered to produce expert disclosures for any witnesses giving expert opinions under Rule 701 (ECF No. 907). The Government shall produce such expert disclosures to the Defendants within **10 days of this Order** (**December 13, 2018**).

6. The Government shall provide the Defendants with a list of patients that it now knows will be referred to at trial on or before **Friday, December 7, 2018**. The Government shall produce any other patient names that will be mentioned at trial and a list of patients that will be relied upon by any Government expert on or before **December 18, 2018**. The Government shall also identify which patients relate to the charges against Defendant Odette Barcha and Defendant Arnaldo Carmouze.

7. **Trial** shall commence on **February 11, 2019**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date of this order, December 3, 2018, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7). Trial will **not** be held on the following dates:
    a. February 18, 2019;
    b. March 1, 2019;
    c. March 21, 2019; and,
    d. April 5, 2019.

8. **Jury selection** is set for **February 11, 2019 at 9:00 a.m.** before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida. No calendar call will be held.

9. Counsel shall be prepared to conduct limited *voir dire* following the Court's questioning of the panel. Counsel shall also submit to the Court on or before **January 4, 2019** proposed juror questionnaires. Proposed jury instructions, in typed form, including substantive charges and defenses, shall

be submitted to the Court prior to **January 4, 2019**, in **Word** format, *via* e-mail to scola@flsd.uscourts.gov. Instructions for filing proposed documents may be viewed at http://www.flsd.uscourts.gov.

    10.    All anticipated Jencks Act material shall be turned over to defense counsel not later than January 18, 2019. The material shall include a face sheet for defense counsel to sign and date, acknowledging receipt.

**Done and ordered** in Chambers at Miami, Florida, on December 3, 2018.

Robert N. Scola, Jr.
United States District Judge