UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

PHILIP ESFORMES, *et al*.

      Defendants.
_____/

**UNOPPOSED MOTION OF BUSINESS ENTITY TO SELL
EXISTING LEASE OF SKILLED NURSING FACILITY ("SNF") DOING
<u>BUSINESS AS NURSING CENTER OF MERCY</u>**

Business entity Sefardik Associates, LLC (the entity that owns the existing lease for the SNF Nursing Center of Mercy located at 3671 S. Miami Ave, Miami, FL 33133), files this unopposed motion for approval of contracts to sell the remainder of an existing ground lease for the skilled nursing facility doing business as Nursing Center at Mercy.  The business entity will be referred to as "Seller" or "Movant."  In support, Seller states as follows:

Movant, other business entities, the Government, and Philip Esformes entered into a Stipulation Regarding Interlocutory Sale of Certain Business Interests and Related Real Properties ("Stipulation") (DE 264-1).  This Court entered an Order approving that Stipulation (DE 270).

Seller marketed the sale of the SNF pursuant to the Stipulation.  The Stipulation requires that the Court approve any offers to purchase assets subject to the Stipulation.  See ¶ 14 of Stipulation.  This Unopposed Motion seeks such approval.

Cushman & Wakefield, the agreed broker for the sale of assets subject to the Stipulation, solicited and received written offers to purchase the lease for the SNF at issue in this Motion. The successful bidder is SentosaCare, LLC ("Sentosa"). The proposed purchase price is as follows: $12,000,000, subject to certain adjustments as set out in the agreements between the parties. Seller and Sentosa, together with one of its affiliates, entered into several agreements, including Purchase and Sale Agreement, Operations Transfer Agreement, Management Agreement, and Sublease Agreement. Under these agreements, there will be a three step process requiring first a management agreement, then a sublease, and then a sale upon closing.

Bent Philipson, on behalf of Sentosa, has presented information to the Government, upon which the Government is relying, that neither Philipson nor Sentosa nor any members or entities owned or controlled by them have been or are presently under suspension by the Centers for Medicare and Medicaid Services. Additionally, both Philipson and Sentosa have made representations, upon which the Government is relying, regarding the lack of present and future involvement by Philip Esformes and associated individuals and entities.

Time is of the essence in this transaction. Seller asks that the Court enter an Order approving this purchase and sale contract at its earliest convenience so that the transaction can be pushed forward to closing.

For all of the foregoing reasons, Seller asks the Court to enter an Order approving the sublease and sale of the lease of the SNF to Sentosa, or its assignees. Undersigned counsel for Seller has conferred with counsel for Philip Esformes and has been advised that Philip Esformes agrees that this motion should be granted. Undersigned counsel has conferred with counsel for

2

DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP
2800 PONCE DE LEON BOULEVARD | SUITE 1400 | CORAL GABLES, FLORIDA 33134 | P 305 374 8200 | F 305 374 8208

the Government and has been advised that the Government does not oppose this Motion.

Dated this 7th day of December, 2018.

        Respectfully Submitted,

        BUSINESS ENTITY:
        Sefardik Associates, LLC

        */s/ Averil Andrews*
        Guy A. Rasco, Esq. (F.B.N. 727520)
        Averil Andrews, Esq. (F.B.N. 105700)
        Attorney for Business Entity
        2800 Ponce de Leon Blvd. Suite 1400
        Coral Gables, Florida 33134
        Telephone: (305) 374-8200
        Email: grasco@devinegoodman.com
             aandrews@devinegoodman.com


        And of Counsel:

        Harvey M. Tettlebaum Esq.
        Brian G. Flood, Esq.
        Husch Blackwell, LLP
        Attorneys for Business Entity
        235 East High Street
        P.O. Box 1251
        Jefferson City, MO 65102-1251
        Tel: (573) 761-1107
        harvey.tettlebaum@huschblackwell.com
        Appearing Pro Hac Vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December 2018, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Averil Andrews*
                                                Averil Andrews

## SERVICE LIST

Nalina Sombuntham
Alison W. Lehr
Susan Torres
Jessica Elliott
Assistant United States Attorney
Southern District of Florida
99 N.E 4th Street, Suite 700
Miami, FL 33132
Tel: (305) 961-9176
Email: Alison.Lehr@usdoj.gov
       Susan.Torres@usdoj.gov
       Nalina.Sombuntham2@usdoj.gov
*Counsel for Plaintiff*


Elizabeth Young
U.S. Department of Justice
601 D Street NW Room 9237
Washington, DC 20530
Tel: (202) 532-4311
Email: elizabeth.young@usdoj.gov
*Counsel for Plaintiff*

Samuel Joseph Rabin, Jr.
Samuel J. Rabin
800 Brickell Avenue, Suite 1400
Miami, Florida 33131
Tel. (305) 358-1064
Email: sjr@miamilawyer.com
*Counsel for Odette Bracha*


Orlando do Campo
Do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, Florida 33131
Tel: (305) 358-6600
Email: od@dandtlaw.com
*Counsel for Arnaldo Carmouze*

Marissel Descalzo, Esq.
Tache, Bronis, Christianson and Descalzo, P.A.
150 S.E. Second Ave., Suite 600
Miami, FL 33131
Tel: 305-537-9565; Fax: 305-537-9567
Email: mdescalzo@tachebronis.com
*Counsel for Philip Esformes*


Roy Black, Esq.
Howard Srebnick, Esq.
Jackie Perczek, Esq.
Black Srebnick Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel: (305) 371-6421; Fax: (305) 358-2006
Email: Rblack@royblack.com
       hsrebnick@royblack.com
       jperczek@royblack.com
*Counsel for Philip Esformes*