**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.  16-CR-20549-SCOLA/OTAZO-REYES (s)(s)(s)**

**UNITED STATES OF AMERICA**

**vs.**

**PHILIP ESFORMES,**
**ODETTE BARCHA, and**
**ARNALDO CARMOUZE,**

                    **Defendants.**
_____/

<u>**WITNESS LIST OF THE UNITED STATES**</u>

The United States of America hereby files this Witness List:

1.  Margerita Acevedo

2.  Idowa Adekambi

3.  Jerome Allen

4.  Michael Baldwin

5.  Rolando Barrueco

6.  Eddie Bellew

7.  Bertha Blanco

8.  Geoff Bond

9.  Michael Brown

10. Robert Calhoun

11. Ricardo Carcas

12. Ingrid Chin

13. David Cifu

14. Kimberly Coffey

15. Tasheeba Cooper

16. Carlos Costello

17. Nery Cowan

18. Arlene Mayo Davis

19. Roberto Del Cristo

20. Gabriel Delgado

21. Guillermo Delgado

22. Marta Delgado

23. Kansky Delisma

24. Sheyla Dozier

25. Alethea Duncan

26. Bernadette Edge

27. Eric Furda

28. Raven Ervin

29. Raquel Fernandez

30. Venus Fernandez

31. Scott Foley

32. Barbara Fulton

33. Mario Gonzalez

34. Borinquen Hall

35. Stephanie Jones

36. Sarah Belema Josiah

37. Robert Kieckhefer

38. Alex Leon

39. Scott Lindsey

40. Isabel Lopez

41. Robert Lopez

42. Anton Marchand

43. Elizabeth Martin

44. Demetrius McDaniel

45. Michael Mendoza

46. Jose Carlos Morales

47. Roberto Morales

48. Gustavo Mustelier

49. Mark Myers

50. Daniela Nguyen

51. Guerlye Lubin Nicolas

52. Franciso Palacios

53. Melanie Perkins

54. Timothy Perkins

55. Noel Perez

56. Michael Petron

57. Stephen Quindoza

58. Terence Reilly

59. Javier Ricardo

60. Concha Ojeda Roberts

61. Alden Roque

62. Maria Ruiz

63. Aida Salazar

64. Nelson Salazar

65. Jose Subias

66. Betty Service

67. Alanna Shanahan

68. Meryl Smith

69. Melody Sparrow

70. Suzanne Sutton

71. Ada Maxine Thomas

72. Diane Tyree

73. Erika Underwood

74. Mary Valera

75. Guido Jose Van Hemelryck

76. Matt Valenti

77. Sorina Virjoghe

78. Jill Lander Yorn

79. Medicaid Representative

Dated: January 4, 2019                    Respectfully submitted,

                                          SANDRA MOSER, ACTING CHIEF
                                          CRIMINAL DIVISION, FRAUD SECTION
                                          U.S. DEPARTMENT OF JUSTICE

                                          ARIANA FAJARDO ORSHAN
                                          UNITED STATES ATTORNEY

                   By:     *s/ Elizabeth Young*
                           Elizabeth Young (Court Id. No. A5501858)
                           Elizabeth.Young@usdoj.gov
                           James Hayes (Court Id. NO. A5501717)
                           Allan Medina (Court ID No. A5501748)
                           United States Department of Justice
                           Criminal Division, Fraud Section
                           1400 New York Avenue, N.W.
                           Washington, D.C. 20005
                           Telephone: (202) 262-7650

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on January 4, 2019, a true and correct copy of the foregoing was

filed and served on all counsel of record via the CM/ECF system.

<div style="margin-left:40%">

*s/ Elizabeth Young*
Elizabeth Young (FL Bar #A5501858)
Elizabeth.Young@usdoj.gov
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 262-7650

</div>