UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CR-20549-SCOLA/OTAZO-REYES (s)(s)(s)

UNITED STATES OF AMERICA

vs.

PHILIP ESFORMES,
    Defendant.
_____/

## VERDICT

### Count 1
### Conspiracy to Commit Health Care Fraud and Wire Fraud
### (18 U.S.C. § 1349)

1.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 1 of the Third Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 1, please move on to Count 2. If you find the Defendant Guilty as to Count 1, please indicate which offense the Defendant conspired to commit. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the two lines below),

    a.    by knowingly and willfully executing a scheme and artifice to defraud a health care benefit program affecting commerce, that is, Medicare and/or Medicaid, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347;

    ____ Yes    ____ No

    b.    by knowingly and with the intent to defraud devising and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

    ____ Yes    ____ No

**Counts 2-3**
**Health Care Fraud**
**(18 U.S.C. § 1347)**

2. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 2 of the Third Superseding Indictment:

       GUILTY: _____               NOT GUILTY: _____

3. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 3 of the Third Superseding Indictment:

       GUILTY: _____               NOT GUILTY: _____

**Count 6**
**Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks**
**(18 U.S.C. § 371)**

6. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 6 of the Third Superseding Indictment:

       GUILTY: _____               NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 6, please move on to Count 7. If you find the Defendant Guilty as to Count 6, please indicate which offense the Defendant conspired to commit. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the two lines below),

     a. by violating Title 18, United States Code, Section 371 by knowingly and willfully defrauding the United States by impairing, impeding, obstructing and defeating through deceitful and dishonest means the lawful government functions of the United States Department of Health and Human Services in its administration and oversight of the Medicare and Medicaid programs.

     \_\_\_\_\_        \_\_\_\_
     Yes          No

     b. by violating Title 42, United States Code, Section 1320a-7b(b)(2)(A), by knowingly and willfully offering and paying remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, to any person to induce such person to refer an individual to a person for the furnishing and arranging for the furnishing of any item and service for which payment may be made, in whole and in part, under a Federal health care program, that is, Medicare and Medicaid.

     \_\_\_\_\_        \_\_\_\_
     Yes          No

  c. by violating Title 42, United States Code, Section 1320a-7b(b)(1)(A), by knowingly and willfully soliciting and receiving remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, in return for referring an individual to a person for the furnishing and arranging for the furnishing of an item and service for which payment may be made, in whole and in part, under a Federal health care program, that is, Medicare and Medicaid.

  _____  _____
  Yes   No

  d. to violate Title 42, United States Code, 1320a-7b(b)(1)(B), by knowingly and willfully soliciting and receiving remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, in return for purchasing, leasing, ordering and arranging for and recommending purchasing, leasing, and ordering any good, facility, and service, and item for which payment may be made in whole and in part under a Federal health care program, that is, Medicare and Medicaid.

  _____  _____
  Yes   No

## Counts 8-9
### Receipt of Kickbacks in Connection with a Federal Health Care Program
### (42 U.S.C. § 1320a-7b(b)(1)(A))

8. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 8 of the Third Superseding Indictment:

  GUILTY: _____   NOT GUILTY: _____

9. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 9 of the Third Superseding Indictment:

  GUILTY: _____   NOT GUILTY: _____

## Counts 10-15
### Payment of Kickbacks In Connection with a Federal Health Care Program
### (42 U.S.C. § 1320a-7b(b)(2)(A))

10. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 10 of the Third Superseding Indictment:

      GUILTY: _____      NOT GUILTY: _____

11. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 11 of the Third Superseding Indictment:

      GUILTY: _____      NOT GUILTY: _____

12. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 12 of the Third Superseding Indictment:

      GUILTY: _____      NOT GUILTY: _____

13. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 13 of the Third Superseding Indictment:

      GUILTY: _____      NOT GUILTY: _____

14. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 14 of the Third Superseding Indictment:

      GUILTY: _____      NOT GUILTY: _____

15. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 15 of the Third Superseding Indictment:

      GUILTY: _____      NOT GUILTY: _____

**Count 16**
**Conspiracy to Commit Money Laundering**
**(18 U.S.C. § 1956(h))**

16. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 16 of the Third Superseding Indictment:

GUILTY: _____        NOT GUILTY: _____

**Counts 17-30**
**Money Laundering**
**(18 U.S.C. § 1956(a)(1)(B)(i))**

17. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 17 of the Third Superseding Indictment:

GUILTY: _____        NOT GUILTY: _____

18. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 18 of the Third Superseding Indictment:

GUILTY: _____        NOT GUILTY: _____

19. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 19 of the Third Superseding Indictment:

GUILTY: _____        NOT GUILTY: _____

20. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 20 of the Third Superseding Indictment:

GUILTY: _____        NOT GUILTY: _____

21. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 21 of the Third Superseding Indictment:

GUILTY: _____        NOT GUILTY: _____

22. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 22 of the Third Superseding Indictment:

GUILTY: _____        NOT GUILTY: _____

23. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 23 of the Third Superseding Indictment:

GUILTY: _____        NOT GUILTY: _____

24. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 24 of the Third Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

25. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 25 of the Third Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

26. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 26 of the Third Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

27. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 27 of the Third Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

28. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 28 of the Third Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

29. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 29 of the Third Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

30. We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 30 of the Third Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

<u>**Count 31**</u>
**Conspiracy to Commit Federal Program Bribery - (18 U.S.C. § 371)**

31.   We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 31 of the Third Superseding Indictment:

   GUILTY: _____          NOT GUILTY: _____

<u>**Count 32**</u>
**Conspiracy to Commit Federal Program Bribery and Honest Services Wire Fraud**
**(18 U.S.C. § 371)**

32.   We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 32 of the Third Superseding Indictment:

   GUILTY: _____          NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 32, please move on to Count 33. If you find the Defendant Guilty as to Count 32, please indicate which offense the Defendant conspired to commit. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the two lines below),

   a.   knowingly and with intent to defraud, devise, and intend to devise a scheme and artifice to deprive University 1 and its employees of their intangible right to honest services by an employee through kickbacks and bribes and transmitting and causing to be transmitted certain wire communications in interstate commerce for the purposes of executing the scheme or artifice, in violation of Title 18, United States Code, Sections 1343 and 1346.

   _____   _____
    Yes      No

   b.   corruptly give, offer, and agree to give anything of value to any person, with intent to influence and reward an agent of an organization and of a State, local, and Indian tribal government, and any agency thereof, in connection with any business, transaction, and series of transactions of such organization, government, and agency involving anything of value of $5,000, within a one year period and that said organization, government, and agency received more than $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance, in violation of Title 18, United States Code, Section 666(a)(2).

   _____   _____
    Yes      No

<u>**Count 33**</u>
**Federal Program Bribery- (18 U.S.C. § 666(a)(2))**

33.   We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 33 of the Third Superseding Indictment:

   GUILTY: _____          NOT GUILTY: _____

**Count 34**
**Obstruction of Justice - (18 U.S.C. § 1503)**

34.     We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 34 of the Third Superseding Indictment:

   GUILTY: _____     NOT GUILTY: _____

**Count 35**
**Conspiracy to Make a False Statement Related to Health Care Matters - (18 U.S.C. § 371)**

35.     We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 35 of the Third Superseding Indictment:

   GUILTY: _____     NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 35, you do not have to do anything more regarding this Count.  If you find the Defendant Guilty as to Count 35, please indicate which offense the Defendant conspired to commit.  (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the two lines below),

   a.     by violating Title 18, United States Code, Section 371 by knowingly and willfully defrauding the United States by impairing, impeding, obstructing and defeating through deceitful and dishonest means the lawful government functions of the United States Department of Health and Human Services in its administration and oversight of the Medicare and Medicaid programs.

       ____         ____
       Yes          No

   b.     by violating Title 18, United Stats Code, Section 1035(a)(1), by knowingly and willfully falsifying, concealing, or covering up by any trick, scheme, or artifice, a material fact, in connection with the delivery of and payment for health care benefits, items, and services;

       ____         ____
       Yes          No

   c.     to violate Title 18, United States Code, Section 1035(a)(2), by knowingly and willfully making any materially false, fictitious, and fraudulent statements and representations, and make and use any materially false writing and document knowing the same to contain any materially false, fictitious and fraudulent statement and entry, in connection with the delivery of and payment for health care benefits, items, and services.

       ____         ____
       Yes          No

SO SAY WE ALL

_____          _____
Foreperson                                Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CR-20549-SCOLA/OTAZO-REYES (s)(s)(s)

UNITED STATES OF AMERICA

vs.

**ODETTE BARCHA,**
        **Defendant.**
_____/

## **VERDICT**

### **Count 1**
### **Conspiracy to Commit Health Care Fraud and Wire Fraud**
### **(18 U.S.C. § 1349)**

1.    We, the Jury, unanimously find the Defendant, **ODETTE BARCHA**, as to Count 1 of the Third Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 1, please move on to Count 6. If you find the Defendant Guilty as to Count 1, please indicate which offense the Defendant conspired to commit. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the two lines below),

    a.    by knowingly and willfully executing a scheme and artifice to defraud a health care benefit program affecting commerce, that is, Medicare and/or Medicaid, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347;

    _____    _____
    Yes          No

    b.    by knowingly and with the intent to defraud devising and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

    _____    _____
    Yes          No

## Count 6
### Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks
### (18 U.S.C. § 371)

6. We, the Jury, unanimously find the Defendant, **ODETTE BARCHA**, as to Count 6 of the Third Superseding Indictment:

GUILTY: _____       NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 6, please move on to Count 14.  If you find the Defendant Guilty as to Count 6, please indicate which offense the Defendant conspired to commit. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the two lines below),

    b. by violating Title 18, United States Code, Section 371 by knowingly and willfully defrauding the United States by impairing, impeding, obstructing and defeating through deceitful and dishonest means the lawful government functions of the United States Department of Health and Human Services in its administration and oversight of the Medicare and Medicaid programs.

\_\_\_\_\_ Yes      \_\_\_\_\_ No

    b. by violating Title 42, United States Code, Section 1320a-7b(b)(2)(A), by knowingly and willfully offering and paying remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, to any person to induce such person to refer an individual to a person for the furnishing and arranging for the furnishing of any item and service for which payment may be made, in whole and in part, under a Federal health care program, that is, Medicare and Medicaid.

\_\_\_\_\_ Yes      \_\_\_\_\_ No

    d. by violating Title 42, United States Code, Section 1320a-7b(b)(1)(A), by knowingly and willfully soliciting and receiving remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, in return for referring an individual to a person for the furnishing and arranging for the furnishing of an item and service for which payment may be made, in whole and in part, under a Federal health care program, that is, Medicare and Medicaid.

\_\_\_\_\_ Yes      \_\_\_\_\_ No

    e. to violate Title 42, United States Code, 1320a-7b(b)(1)(B), by knowingly and willfully soliciting and receiving remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, in return for purchasing, leasing, ordering and arranging for and recommending purchasing, leasing, and ordering any good, facility, and service, and item for which payment may be made in whole and in part under a Federal health care program, that is, Medicare and Medicaid.

\_\_\_\_\_ Yes      \_\_\_\_\_ No

**Counts 14-15**
**Payment of Kickbacks In Connection with a Federal Health Care Program**
**(42 U.S.C. § 1320a-7b(b)(2)(A))**

14.     We, the Jury, unanimously find the Defendant, **ODETTE BARCHA**, as to Count 14 of the Third Superseding Indictment:

  GUILTY: _____    NOT GUILTY: _____

15.     We, the Jury, unanimously find the Defendant, **ODETTE BARCHA**, as to Count 15 of the Third Superseding Indictment:

  GUILTY: _____    NOT GUILTY: _____

## Count 16
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

16.     We, the Jury, unanimously find the Defendant, **ODETTE BARCHA**, as to Count 16 of the Third Superseding Indictment:

      GUILTY: _____       NOT GUILTY: _____

## Counts 22-23
### Money Laundering
### (18 U.S.C. § 1956(a)(1)(B)(i))

22.     We, the Jury, unanimously find the Defendant, **ODETTE BARCHA**, as to Count 22 of the Third Superseding Indictment:

      GUILTY: _____       NOT GUILTY: _____

23.     We, the Jury, unanimously find the Defendant, **ODETTE BARCHA**, as to Count 23 of the Third Superseding Indictment:

      GUILTY: _____       NOT GUILTY: _____

**Count 36**
**Obstruction of Justice**
**(18 U.S.C. § 1503)**

36.     We, the Jury, unanimously find the Defendant, **ODETTE BARCHA**, as to Count 36 of the Third Superseding Indictment:

       GUILTY: _____           NOT GUILTY: _____

SO SAY WE ALL

_____           _____
Foreperson                                                                                  Date