UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20549-CR-SCOLA

UNITED STATES OF AMERICA,

   v.

PHILIP ESFORMES.

_____/

**DEFENDANT ESFORMES' WITNESS LIST[1]**

1. Aguilar, Barbara MD
2. Albe, Linda
3. Anderson, Kenny
4. Atack, Michelle
5. Baari, Ahmad
6. Badia, Lissette
7. Barnes, Adam
8. Bello, Marta
9. Beltzer, Liron
10. Bengio, Jacob
11. Beringer, Mona
12. Berman, Scott
13. Bernstein, Michael
14. Betancourt, Julie *
15. Bishop, Chad
16. Boucher, Grayson
17. Bovo, Anna
18. Busillo, Frank, DPM
19. Canaan, Yusef, MD

---

[1] The defense has not included the 100 patients identified by the government for privacy reasons but reserve the right to call any who become relevant at trial. The defense has also placed an asterisk (*) next to names of witnesses who, Mr. Esformes has been advised, may be unavailable to testify.

20. Capote, Julie
21. Casuso, Enrique, MD
22. Cook, James
23. Cross, Stacy
24. Cruz, Jose A.
25. Cuello-Fuentes, Richard
26. Currie, Ryan
27. Danger, Carlos
28. Davis, Ana
29. Davis, Francis
30. De Cardenas, Mike
31. Delgado, Maria
32. Delgado, Vivienne
33. Donadi, Antonio
34. Downs, Ed
35. Duffy, Kenneth
36. Egues, Niurka
37. Esformes, Jack
38. Esformes, Morris
39. Esformes, Serena
40. Esformes, Sherri
41. Espinosa, Catherine
42. Espinosa, Hugo, MD
43. Eth, Spencer, MD
44. Feinberg, Daniel
45. Forbes, Carol, Nurse Case Manager at CarePlus
46. Freedman, Samuel MD
47. Friedman, Nick
48. Friend, David, MD, MBA
49. Gamez, Jose, MD
50. Ginsparg, Norman *
51. Goldstein, Richard PhD
52. Gomez, Isabel
53. Gonzalez, Jesus
54. Green, Maurice
55. Grover, Tim
56. Guerram Roberto
57. Hamdan, Kamal
58. Hannah, Vonnesha
59. Harroch, Jeffrey

60. Hernandez, Henry
61. Hernandez, Ivan
62. Hernandez, Maria
63. Hicks, Tony
64. Hunter, Chris
65. Johnson, Holly
66. Kamlet, Jeffrey, MD
67. Kertznus, Joel, MD
68. King Pierre, Pamela
69. Koenigsberg, Paul
70. Kovacs, Andrew
71. Lee, Michael Y., MD, MHA
72. Lewis, Pete
73. Lofgren, Sharon
74. Lopez, Amelia
75. Lopez, Fabian, MD
76. Lopez, Yenia
77. Lucas, John
78. Magwood, Rodney
79. Mantero, Emilio MD
80. Marin, Patricia
81. Martin, Jason
82. Mathis, Paul D.
83. Mendez, Joaquin
84. Miller, Cammie
85. Mitchell, Joe
86. Morales, Osmin
87. Moscowitz, Jane
88. Moscowitz, Norman
89. Murillo, Abel
90. Newton, Maggie
91. Olexy, Lisa
92. Oms, Juan
93. Pace, Claudia *
94. Pacheco, Paula Andrea
95. Pages, Francisco, MD
96. Palma, Alexander
97. Parker, Major
98. Pasano, Michael
99. Payne, Brandon

100. Penaranda, Ruben MD
101. Perez, Ana Maria
102. Perez, Francisca
103. Perez, Jose, DO
104. Pierre-Richard, Edouard, MD
105. Pump, Dana
106. Pump, David
107. Quinones, Gina Eugenia
108. Quintana, Frank
109. Rabassa, Carla, MD
110. Reece, Steven
111. Riegler, Michelle
112. Robledo, Mary
113. Rodriguez, Claire
114. Rodriguez, Ivan, MD
115. Rodriguez, Natalia
116. Rodriguez, Suzelle
117. Rodriguez, Vitalia
118. Ropero-Cartier, Armando
119. Ruiz, Bianka
120. Salazar, Robert, ARNP
121. Salmaron, Maria
122. Sanchez, Yuri, MD
123. Santos, Dayami
124. Santovenia, Jesus Cruz
125. Silverman, Michael Alan, MD, MPH, CMD
126. Sio, Luz
127. Stein, Ragnier
128. Thomas, Tommie
129. Trujillo, Irene
130. Velez, Leanne
131. Veras, Luis
132. Williams, Monica
133. Williams-Josephs, Vivienne
134. Zeron, Freddy

This list will be supplemented.

**CERTIFICATE OF SERVICE**

This document was served via CM/ECF on the date stamped above.

Respectfully submitted,

**TACHE, BRONIS, CHRISTIANSON AND DESCALZO, P.A.**
150 S.E. 2nd Avenue, Suite 600
Miami, Florida 33131
Telephone: (305) 537-9565

By: */s/ Marissel Descalzo*
    **MARISSEL DESCALZO, ESQ.**
      Fla. Bar No. 669318

**BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305) 371-6421

By: */s/Howard Srebnick*
    **ROY BLACK, ESQ**.
      Fla. Bar No. 126088
    **HOWARD SREBNICK, ESQ**.
      Fla. Bar No. 919063
    **JACKIE PERCZEK, ESQ**.
      Fla. Bar No. 0042201
    **ROSSANA ARTEAGA-GOMEZ, ESQ.**
      Fla. Bar No. 0014932