UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20549-CR-SCOLA

MINUTES FOR CRIMINAL JURY TRIAL

**DAY 7** – Wednesday, February 20, 2019

UNITED STATES OF AMERICA,
Allan J. Medina, DOJ Attorney
Elizabeth Young, DOJ Attorney
James V. Hayes, DOJ Attorney

VS

PHILIP ESFORMES,
Howard M. Srebnick, Esquire
Roy E. Black, Esquire
Bradley Horenstein, Esquire
Marissel Descalzo, Esquire
Rossana Arteaga-Gomez, Esquire
Jacqueline Percsek, Esquire

NO INTERPRETER REQUIRED

COURT REPORTER: Tammy Nestor
-------------------------------------------------------------------------------------------------------------------

MISCELLANEOUS:
- Jury trial held.
- Government's witness: Gabriel Delgado.
- Jury trial will resume on February 21, 2019 at 9:00 AM.