**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-20549-CR-SCOLA**

**MINUTES FOR CRIMINAL JURY TRIAL**

**DAY 21** – Wednesday, March 13, 2019

UNITED STATES OF AMERICA,
Allan J. Medina, DOJ Attorney
Elizabeth Young, DOJ Attorney
James V. Hayes, DOJ Attorney

VS

PHILIP ESFORMES,
Howard M. Srebnick, Esquire
Roy E. Black, Esquire
Bradley Horenstein, Esquire
Marissel Descalzo, Esquire
Rossana Arteaga-Gomez, Esquire
Jacqueline Perczek, Esquire

NO INTERPRETER REQUIRED

COURT REPORTER: Tammy Nestor
--------------------------------------------------------------------------------------------------------------------

MISCELLANEOUS:
- Jury trial held.
- Government's witness: Michael Petron.
- Jury trial will resume March 14, 2019 at 9:00 AM.