United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Philip Esformes,<br>Odette Barcha,<br>Arnaldo Carmouze,<br>Defendants. | )<br>)<br>)<br>)<br>)  Criminal Case No. 16-20549-CR-<br>)  Scola<br>)<br>)<br>)<br>) |

### Omnibus Order on Pending Motions

Before the Court are a number of pending motions filed by the parties. After considering the written submissions of the parties, the arguments presented by Counsel, and being otherwise fully advised, the Court makes the following rulings:

The Defendant's Motion in Limine to Exclude Evidence or Argument About the Quality of Care (**ECF No. 1071**) is **denied** but the Court will give an appropriate limiting instruction to the jury.

The Court **grants** Norman A. Moscowitz's Motion to Quash Trial Subpoena (**ECF No. 1078**) based on the Court's ex parte in camera review of documents which have been filed under seal as a Court exhibit.

The Defendant's Motion in Limine to Exclude Evidence or Argument About Patient Misconduct (**ECF No. 1090**) is **granted in part and denied in part.** The Court excludes evidence of the killing of one patient by another patient. The Court will give the jury an appropriate limiting instruction relating to other evidence of patient misconduct.

The Government's Omnibus Motion in Limine (**ECF No. 1105**) is **granted in part** with regard to precluding the Defendant from arguing that he was entrapped. The Defendant must establish by testimony or evidence that he was entrapped and must seek a jury instruction of entrapment before he is allowed to argue that he was entrapped.

The Government's Motion in Limine to Preclude Defendant from Raising Forfeiture Prior to the Jury's Verdict (**ECF No. 1155**) is **denied** but the Court will set parameters for discussion prior to closing argument.

For the reasons stated on the record, the Court **denies** Defendant's Motion for a Daubert Hearing Regarding the Testimony of Dr. Cifu. (**ECF No. 1166.**)

For the reasons stated on the record, the Court **denies** Defendant's Motion for Mistrial. (**ECF No. 1181.**)

**Done and Ordered** in Chambers at Miami, Florida, on March 15, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

Case 1:16-cr-20549-RNS   Document 1186   Entered on FLSD Docket 03/15/2019   Page 2 of 2