**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-20549-CR-SCOLA**

**MINUTES FOR CRIMINAL JURY TRIAL**

**DAY 30** –  Wednesday, March 27, 2019

UNITED STATES OF AMERICA,
Allan J. Medina, DOJ Attorney
Elizabeth Young, DOJ Attorney
James V. Hayes, DOJ Attorney

VS

PHILIP ESFORMES,
Howard M. Srebnick, Esquire
Roy E. Black, Esquire
Bradley Horenstein, Esquire
Marissel Descalzo, Esquire
Rossana Arteaga-Gomez, Esquire
Jacqueline Perczek, Esquire

NO INTERPRETER REQUIRED

COURT REPORTER: Tammy Nestor

---

MISCELLANEOUS:
- Jury trial held.
- Defendant's witnesses: Alvin Norman Knopf, Lizel Gonzalez, and Eddie Bellew.
- Government's rebuttal witnesses: Michael Petron, Roberto Morales, and Officer Sergio de las Salas.
- Government and defendant rested.
- Jury panel excused until Friday, March 29, 2019 at 8:30 a.m.
- On or before 3:00 p.m. on April 1, 2019, the Government shall file a response to Defendant's motion to dismiss charges and for mistrial based on *Texas vs United States* (ECF No. 1206).
- Oral argument on Rule 29 motions held.
- Jury trial will resume March 28, 2019 at 10:00 AM.