**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-20549-CR-SCOLA**

**<u>MINUTES FOR CRIMINAL JURY TRIAL</u>**

**DAY 33** –  Monday, April 1, 2019

UNITED STATES OF AMERICA,
Allan J. Medina, DOJ Attorney
Elizabeth Young, DOJ Attorney
James V. Hayes, DOJ Attorney
Jeremy R. Sanders, DOJ Attorney

VS

PHILIP ESFORMES,
Howard M. Srebnick, Esquire
Roy E. Black, Esquire
Bradley Horenstein, Esquire
Marissel Descalzo, Esquire
Rossana Arteaga-Gomez, Esquire
Jacqueline Perczek, Esquire

NO INTERPRETER REQUIRED

COURT REPORTER: Tammy Nestor

-------------------------------------------------------------------------------------------------------------------

MISCELLANEOUS:

- Jury panel commenced deliberations at 8:30 AM.
- AUSA Nalina Sombuntham and Daren Grove appeared on behalf of the Government to address the issue of forfeiture.
- 9:30 a.m. to 11:00 AM - charge conference re forfeiture held.
- Court addressed juror notes.
- Court will resume charge conference re forfeiture April 2, 2019 at 2:00 PM.
- Jury panel will resume deliberations April 2, 2019 at 9:00 AM.