UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20549-CR-SCOLA

MINUTES FOR CRIMINAL JURY TRIAL

DAY 34 – Tuesday, April 2, 2019

UNITED STATES OF AMERICA,
Allan J. Medina, DOJ Attorney
Elizabeth Young, DOJ Attorney
James V. Hayes, DOJ Attorney
Jeremy R. Sanders, DOJ Attorney

VS

PHILIP ESFORMES,
Howard M. Srebnick, Esquire
Roy E. Black, Esquire
Bradley Horenstein, Esquire
Marissel Descalzo, Esquire
Rossana Arteaga-Gomez, Esquire
Jacqueline Perczek, Esquire

NO INTERPRETER REQUIRED

COURT REPORTER: Tammy Nestor
-------------------------------------------------------------------------------------------------------------------

MISCELLANEOUS:

- Jury panel resumed deliberations at 9:00 AM.
- AUSA Nalina Sombuntham and Daren Grove appeared on behalf of the Government to address the issue of forfeiture.
- 2:00 p.m. to 5:00 p.m. - charge conference re forfeiture held.
- Court addressed jury notes.
- Hearing on Defendant's motion to dismiss indictment (ECF No. 1206) reset to Wednesday, April 3, 2019 at 10:00 a.m.
- Jury panel will resume deliberations April 3, 2019 at 9:00 AM.