**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-20549-CR-SCOLA**

**<u>MINUTES FOR CRIMINAL JURY TRIAL</u>**

**DAY 35** – Wednesday, April 3, 2019

UNITED STATES OF AMERICA,
Allan J. Medina, DOJ Attorney
Elizabeth Young, DOJ Attorney
James V. Hayes, DOJ Attorney
Jeremy R. Sanders, DOJ Attorney

VS

PHILIP ESFORMES,
Howard M. Srebnick, Esquire
Roy E. Black, Esquire
Bradley Horenstein, Esquire
Marissel Descalzo, Esquire
Rossana Arteaga-Gomez, Esquire
Jacqueline Perczek, Esquire

NO INTERPRETER REQUIRED

COURT REPORTER: Tammy Nestor

---

MISCELLANEOUS:

- At 8:30 a.m. juror # 8 contacted the Court to say he is not able to report for jury service due to a personal matter. Jury panel was released at 9:15 a.m. and instructed to report at 9:00 a.m. on April 4, 2019 to resume deliberations.
- Oral argument held on Defendant's motion to dismiss indictment (ECF No. 1206).