# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.  16-CR-20549-SCOLA/OTAZO-REYES (s)(s)(s)

**UNITED STATES OF AMERICA**

**vs.**

**PHILIP ESFORMES,**
      **Defendant.**

_____/

## <u>VERDICT</u>

### <u>Count 1</u>
**Conspiracy to Commit Health Care Fraud and Wire Fraud**

1.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 1 of the Third Superseding Indictment:

GUILTY: _____        NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 1, please move on to Count 6. If you find the Defendant Guilty as to Count 1, please indicate which offense the Defendant conspired to commit.  (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the nine lines below),

      a.    by knowingly and willfully executing a scheme or artifice to defraud a health care benefit program based on the submission of false and fraudulent claims to Medicare and Medicaid for claims based on kickbacks and bribes;

_____        _____
Yes              No

      b.    by knowingly and willfully executing a scheme or artifice to defraud a health care benefit program based the submission of false and fraudulent claims to Medicare and Medicaid for services that were medically unnecessary;

_____        _____
Yes              No

1



c.     by knowingly and willfully executing a scheme or artifice to defraud a health care benefit program based the submission of false and fraudulent claims to Medicare and Medicaid for services that were never provided;

_____                _____
Yes                         No

d.     by knowingly and willfully executing a scheme or artifice to obtain money and property of a health care benefit program based on the submission of false and fraudulent claims to Medicare and Medicaid for claims based on kickbacks and bribes;

_____                _____
Yes                         No

e.     by knowingly and willfully executing a scheme or artifice to obtain money and property of a health care benefit program based the submission of false and fraudulent claims to Medicare and Medicaid for services that were medically unnecessary;

_____                _____
Yes                         No

f.     by knowingly and willfully executing a scheme or artifice to obtain money and property of a health care benefit program based the submission of false and fraudulent claims to Medicare and Medicaid for services that were never provided;

_____                _____
Yes                         No

g.     by knowingly and with the intent to defraud devising and intending to devise a scheme or artifice to defraud by means of wire communication in interstate commerce based on the submission of false and fraudulent claims to Medicare and Medicaid for claims based on kickbacks and bribes;

_____                _____
Yes                         No

2

h.      by knowingly and with the intent to defraud devising and intending to devise a scheme or artifice to defraud by means of wire communication in interstate commerce based the submission of false and fraudulent claims to Medicare and Medicaid for services that were medically unnecessary;

_____          _____
Yes                   No

i.      by knowingly and with the intent to defraud devising and intending to devise a scheme or artifice to defraud by means of wire communication in interstate commerce based the submission of false and fraudulent claims to Medicare and Medicaid for services that were never provided;

_____          _____
Yes                   No

### Count 6
### Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks

6.      We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 6 of the Third Superseding Indictment:

GUILTY: ___✓___                    NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 6, please move on to Count 7. If you find the Defendant Guilty as to Count 6, please indicate which offense the Defendant conspired to commit.  (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

a.      by knowingly and willfully defrauding the United States

✓
_____          _____
Yes                   No

b.  by knowingly and willfully offering and paying health care kickbacks.

_____          _____
Yes                   No

c. by knowingly and willfully soliciting and receiving health care kickbacks.

_____          _____
Yes                   No

3

## Counts 8-9
### Receipt of Kickbacks in Connection with a Federal Health Care Program

8.      We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 8 of the Third Superseding Indictment:

GUILTY: ___✓___                 NOT GUILTY: _____


9.      We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 9 of the Third Superseding Indictment:

GUILTY: ___✓___                 NOT GUILTY: _____


## Counts 10-15
### Payment of Kickbacks In Connection with a Federal Health Care Program

10.     We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 10 of the Third Superseding Indictment:

GUILTY: ___✓___                 NOT GUILTY: _____


11.     We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 11 of the Third Superseding Indictment:

GUILTY: ___✓___                 NOT GUILTY: _____


12.     We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 12 of the Third Superseding Indictment:

GUILTY: ___✓___                 NOT GUILTY: _____


13.     We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 13 of the Third Superseding Indictment:

GUILTY: ___✓___                 NOT GUILTY: _____


14.     We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 14 of the Third Superseding Indictment:

GUILTY: _____                 NOT GUILTY: _____

15.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 15 of the Third Superseding Indictment:

GUILTY: _____          NOT GUILTY: _____

## Count 16
### Conspiracy to Commit Money Laundering

16.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 16 of the Third Superseding Indictment:

GUILTY: __✓____          NOT GUILTY: _____

## Counts 18-23, 25-28, and 30
### Money Laundering

18.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 18 of the Third Superseding Indictment:

GUILTY: __✓____          NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 18, please move on to Count 19.  If you find the Defendant Guilty as to Count 18, please indicate which unlawful activity the proceeds involved in the transaction came from.  (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

a.    health care fraud;

_____          _____
Yes              No

b.    conspiracy to commit health care fraud and wire fraud;

__✓__          _____
Yes              No

c.    receipt of kickbacks in connection with a federal health care program;

_____          _____
Yes              No

19.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 19 of the Third Superseding Indictment:

GUILTY: ___✓___                    NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 19, please move on to Count 20.  If you find the Defendant Guilty as to Count 19, please indicate which unlawful activity the proceeds involved in the transaction came from.  (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

a.    health care fraud;

___✓___              ____
Yes                       No

b.    conspiracy to commit health care fraud and wire fraud;

___✓___              ____
Yes                       No

c.    receipt of kickbacks in connection with a federal health care program;

___✓___              ____
Yes                       No

20.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 20 of the Third Superseding Indictment:

GUILTY: ___✓___                    NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 20, please move on to Count 21.  If you find the Defendant Guilty as to Count 20, please indicate which unlawful activity the proceeds involved in the transaction came from.  (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

a.    health care fraud;

___✓___              ____
Yes                       No

b.    conspiracy to commit health care fraud and wire fraud;

___✓___              ____
Yes                       No

6

    c.      receipt of kickbacks in connection with a federal health care program;

| ✓ |      |
|:---:|:---:|
| Yes | No |

21.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 21 of the Third Superseding Indictment:

GUILTY: ___✓___          NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 21, please move on to Count 22. If you find the Defendant Guilty as to Count 21, please indicate which unlawful activity the proceeds involved in the transaction came from. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

    a.      health care fraud;

| ✓ |      |
|:---:|:---:|
| Yes | No |

    b.      conspiracy to commit health care fraud and wire fraud;

| ✓ |      |
|:---:|:---:|
| Yes | No |

    c.      receipt of kickbacks in connection with a federal health care program;

| ✓ |      |
|:---:|:---:|
| Yes | No |

22.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 22 of the Third Superseding Indictment:

GUILTY: _____          NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 22, please move on to Count 23. If you find the Defendant Guilty as to Count 22, please indicate which unlawful activity the proceeds involved in the transaction came from. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

    a.    health care fraud;

                _____          _____
                  Yes             No

    b.    conspiracy to commit health care fraud and wire fraud;

                _____          _____
                  Yes             No

    c.    receipt of kickbacks in connection with a federal health care program;

                _____          _____
                  Yes             No

23.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 23 of the Third Superseding Indictment:

        GUILTY: _____          NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 23, please move on to Count 25. If you find the Defendant Guilty as to Count 23, please indicate which unlawful activity the proceeds involved in the transaction came from. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

    a.    health care fraud;

                _____          _____
                  Yes             No

    b.    conspiracy to commit health care fraud and wire fraud;

                _____          _____
                  Yes             No

    c.    receipt of kickbacks in connection with a federal health care program;

                _____          _____
                  Yes             No

25.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 25 of the Third Superseding Indictment:

GULTY:  ___✓___                    NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 25, please move on to Count 26.  If you find the Defendant Guilty as to Count 25, please indicate which unlawful activity the proceeds involved in the transaction came from.  (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

a.    health care fraud;

___✓___              _____
Yes                      No

b.    conspiracy to commit health care fraud and wire fraud;

___✓___              _____
Yes                      No

c.    receipt of kickbacks in connection with a federal health care program;

___✓___              _____
Yes                      No

26.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 26 of the Third Superseding Indictment:

GULTY:  ___✓___                    NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 26, please move on to Count 27.  If you find the Defendant Guilty as to Count 26, please indicate which unlawful activity the proceeds involved in the transaction came from.  (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

a.    health care fraud;

___✓___              _____
Yes                      No

b.    conspiracy to commit health care fraud and wire fraud;

___✓___              _____
Yes                      No

    c.    receipt of kickbacks in connection with a federal health care program

    ✓

    _____      _____
    Yes          No

27.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 27 of the Third Superseding Indictment:

    GUILTY: __✓____         NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 27, please move on to Count 28. If you find the Defendant Guilty as to Count 27, please indicate which unlawful activity the proceeds involved in the transaction came from. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

    a.    health care fraud;

    ✓

    _____      _____
    Yes          No

    b.    conspiracy to commit health care fraud and wire fraud;

    ✓

    _____      _____
    Yes          No

    c.    receipt of kickbacks in connection with a federal health care program;

    _____      _____
    Yes          No

28.    We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 28 of the Third Superseding Indictment:

    GUILTY: __✓____         NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 28, please move on to Count 30. If you find the Defendant Guilty as to Count 28, please indicate which unlawful activity the proceeds involved in the transaction came from. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

a.   health care fraud

_____ ✓        _____
Yes             No

b.   conspiracy to commit health care fraud and wire fraud

_____ ✓        _____
Yes             No

c.   receipt of kickbacks in connection with a federal health care program

_____          _____
Yes             No

30.   We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 30 of the Third Superseding Indictment:

GUILTY:  ___✓___          NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 30, please move on to Count 31.  If you find the Defendant Guilty as to Count 30, please indicate which unlawful activity the proceeds involved in the transaction came from.  (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

a.   health care fraud

_____          _____
Yes             No

b.   conspiracy to commit health care fraud and wire fraud

_____ ✓        _____
Yes             No

c.   receipt of kickbacks in connection with a federal health care program

_____          _____
Yes             No

11

## Counts 31-32
## Conspiracy to Commit Federal Program Bribery

31.   We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 31 of the Third Superseding Indictment:

GUILTY: _____✓_____          NOT GUILTY: _____

32.   We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 32 of the Third Superseding Indictment:

GUILTY: _____✓_____          NOT GUILTY: _____

## Count 33
## Federal Program Bribery

33.   We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 33 of the Third Superseding Indictment:

GUILTY: _____          NOT GUILTY: _____

## Count 34
## Obstruction of Justice

34.   We, the Jury, unanimously find the Defendant, **PHILIP ESFORMES**, as to Count 34 of the Third Superseding Indictment:

GUILTY: _____✓_____          NOT GUILTY: _____

SO SAY WE ALL THIS _D5_ day of _APRIL_ 2019

_____          _____5_____
Foreperson Signature                          Foreperson Juror #