UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20549-SCOLA(s)(s)(s)

UNITED STATES OF AMERICA,

v.

PHILIP ESFORMES,

    **Defendant.**

_____/

## FORFEITURE VERDICT

*Place an "X" or check mark in the space provided next to the words "YES" or "NO" for each statement/question.*

**WE, THE JURY** return this Special Verdict and, unanimously find, by a preponderance of the evidence, as follows:

### BANK ACCOUNTS ("BA")

All principal, deposits, interest, dividends, and/or any other funds credited to the following bank accounts:

(**BA1**) Account number 898049003513 held at Bank of America, N.A. in the name of Sherri Beth Esformes and Philip Esformes:

    Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

        YES _____       *[If YES, state how much $_____]*

        NO _____

      **(BA2)** Account number 003676209546 held at Bank of America, N.A. in the name of Philip Esformes and Julie Betancourt;

      Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

          YES _____    *[If YES, state how much $_____]*

          NO _____

      **(BA3)** Account number 102747 held at 1st Equity Bank, N.A. in the name of Sherri Esformes, Jason Tennenbaum, and Philip Esformes:

      Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

          YES _____    *[If YES, state how much $_____]*

          NO _____

      **(BA4)** Account number 311901 held at 1st Equity Bank, N.A. in the name of Sherri Esformes and Philip Esformes:

      Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

          YES _____    *[If YES, state how much $_____]*

          NO _____

**(BA5)** Account number 204735 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. (c/o Norman Knopf):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____     *[If YES, state how much $_____]*

NO  _____

**(BA6)** Account number 503456 held at 1st Equity Bank, N.A. in the name of Sherri Esformes and Philip Esformes (Special Account Tax Escrow):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____     *[If YES, state how much $_____]*

NO  _____

**(BA7)** Account number 209882 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. (c/o Norman Knopf):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____     *[If YES, state how much $_____]*

NO  _____

(**BA8**) Account number 312320 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. Pension Plan & Trust:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____     *[If YES, state how much $_____]*

NO  _____

(**BA9**) Account number 606212 held at 1st Equity Bank, N.A. in the name of Philip Esformes, Sherri Esformes, and Alvin Norman Knopf (f/b/o Sherri Esformes and Philip Esformes):

Was involved in an offense charged in Counts 16 or 30 of the indictment, or is traceable to such property:

YES _____     *[If YES, state how much $_____]*

NO  _____

(**BA10**) Account number 454362 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. Pension Plan & Trust:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____     *[If YES, state how much $_____]*

NO  _____

(**BA11**) Account number 507858 held at 1st Equity Bank, N.A. in the name of Philip Esformes and Julie Betancourt - Charity Account:

> Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:
>
> YES _____     *[If YES, state how much $_____]*
>
> NO  _____

(**BA12**) Account number 505872 held at 1st Equity Bank, N.A. in the name of Philip Esformes and Sherri Esformes:

> Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:
>
> YES _____     *[If YES, state how much $_____]*
>
> NO  _____

(**BA13**) Account number 606296 held at 1st Equity Bank, N.A. in the name of Philip Esformes (c/o Alvin Norman Knopf):

> Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:
>
> YES _____     *[If YES, state how much $_____]*
>
> NO  _____

(**BA14**) Account number 1560024295 held at MB Financial Bank, N.A. in the name of Philip Esformes or Alvin Norman Knopf:

Was involved in an offense charged in Counts 16 or 27 of the indictment, or is traceable to such property:

YES _____        *[If YES, state how much $_____]*

NO _____

(**BA15**) Account number 800642176 held at MB Financial Bank, N.A. in the name of Philip Esformes or Alvin Norman Knopf:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____        *[If YES, state how much $_____]*

NO _____

(**BA16**) Account number 1560025577 held at MB Financial Bank, N.A. in the name of Philip Esformes, Inc.:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____        *[If YES, state how much $_____]*

NO _____

(**BA17**) Account number 1560024473 held at MB Financial Bank in the name of Alvin Norman Knopf or Philip Esformes:

Was involved in an offense charged in Counts 16 or 27 of the indictment, or is traceable to such property:

YES  _____        *[If YES, state how much $_____]*

NO   _____

(**BA18**) Account number 16021230 held at National Securities Bank, N.A. in the name of Philip Esformes Inc. Pension:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES  _____        *[If YES, state how much $_____]*

NO   _____

(**BA19**) Account number 0002369785 held at The Private Bank, N.A. in the name of Adirhu Associates LLC:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES  _____        *[If YES, state how much $_____]*

NO   _____

## BUSINESS INTERESTS ("BI")

All interest held by, on behalf of, or for the benefit of defendant Philip Esformes in the following business entities and their assets, including, but not limited to, real property and financial accounts:

**(BI1)  Oceanside Extended Care Center.**

(BI1A) A.D.M.E. Investment Partners LTD (operating company):

Was involved in an offense charged in Counts 16, 19 or 30 of the indictment, or is traceable to such property:

YES  _X_

NO  ____

(BI1B) A.D.M.E. Real Estate LLC (property company), which is the titled owner of real property located at 550 9th Street, Miami Beach, Florida 33139:

Was involved in an offense charged in Counts 16, 19 or 30 of the indictment, or is traceable to such property:

YES  ____

NO  ____

**(BI2)  North Dade Nursing and Rehabilitation Center.**

(BI2A) Almovea Associates LLC (operating company):

Was involved in an offense charged in Counts 16 or 27 of the indictment, or is traceable to such property:

YES  _X_

NO  ____

(BI2B) 1255 LLC (property company), which is the titled owner of real property located at 1235 N.E. 135th Street, North Miami, Florida 33161:

Was involved in an offense charged in Counts 16 or 27 of the indictment, or is traceable to such property:

YES _____

NO _____

**(BI3) Harmony Health Center.**

(BI3A) Ayintove Associates, LLC (operating company):

Was involved in an offense charged in Counts 16 or 20 of the indictment, or is traceable to such property:

YES  ✗

NO _____

(BI3B) GBRE Associates LLC (property company), which is the titled owner of real property located at 9820 N. Kendall Drive, Miami, Florida 33176:

Was involved in an offense charged in Counts 16 or 20 of the indictment, or is traceable to such property:

YES _____

NO _____

**(BI4) Courtyard Manor.**

(BI4A) Courtyard Manor Retirement Living, Inc. (operating company):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES  _____

    NO  _____

(BI4B) Courtyard Manor Retirement Investors Ltd. (property company), which is the titled owner of real properties located at 130, 140, 150 and 160 W. 28th Street and 141 W. 27th Street, Hialeah, Florida 33010:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES  _____

    NO  _____

**(BI5) Eden Gardens.**

(BI5A) Eden Gardens, LLC (operating company):

Was involved in an offense charged in Counts 16 or 28 of the indictment, or is traceable to such property:

    YES  _X_

    NO  _____

(BI5B) Adar Associates LLC (property company), which is the titled owner of real property located at 12221 W. Dixie Highway, Miami, Florida 33161:

Was involved in an offense charged in Counts 16 or 28 of the indictment, or is traceable to such property:

YES _____

NO _____

**(BI6) Fair Havens Center.**

(BI6A) Fair Havens Center, LLC (operating company):

Was involved in an offense charged in Counts 16, 18, or 30 of the indictment, or is traceable to such property:

YES  ✗

NO _____

(BI6B) Fair Havens Real Estate, LLC (property company), which is the titled owner of real property located at 201 Curtiss Parkway, Miami, Florida 33166:

Was involved in an offense charged in Counts 16, 18, or 30 of the indictment, or is traceable to such property:

YES _____

NO _____

11

**(BI7)  Flamingo Park Manor.**

(BI7A) Flamingo Park Manor LLC (operating company):

Was involved in an offense charged in Counts 16 or 28 of the indictment, or is traceable to such property:

YES  __X__

NO   _____

(BI7B) The Pointe Retirement Investors Ltd. (property company), which is the titled owner of real property located at 3051 E. 4th Avenue, Hialeah, Florida 33010:

Was involved in an offense charged in Counts 16 or 28 of the indictment, or is traceable to such property:

YES  _____

NO   _____

**(BI8)  South Hialeah Manor.**

(BI8A) Lake Erswin LLC (operating company):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES  _____

NO   _____

(BI8B) Morsey LC (property company), which is the titled owner of real properties located at 240, 250 and 260 E. 5th Street, Hialeah, Florida 33010:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____

NO _____

**(BI9) Golden Glades Nursing and Rehabilitation Center.**

(BI9A) Kabirhu Associates LLC (operating company):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____

NO _____

(BI9B) 220 Sierra LLC (property company), which is the titled owner of real property located at 220 Sierra Drive, Miami, Florida 33179:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____

NO _____

**(BI10) Lauderhill Manor.**

(BI10A) Lauderhill Manor, LLC (operating company):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES  _____

    NO   _____

(BI10B) 2801 Holdings LLC (property company), which was the titled owner of real property located at 2801 N.W. 55th Avenue, Lauderhill, Florida 33313:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES  _____

    NO   _____

**(BI11) La Serena Retirement Living formerly known as La Hacienda Gardens.**

(BI11A) La Hacienda Gardens LLC (operating company):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES  _____

    NO   _____

(BI11B) Rainbow Retirement Investors Ltd. (property company), which is the titled owner of real properties located at 59, 67, and 75 E. 7th Street, Hialeah, Florida 33010:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____

NO _____

**(BI12) The Nursing Center at Mercy.**

Sefardik Associates, LLC (operating company):

Was involved in an offense charged in Counts 16 or 30 of the indictment, or is traceable to such property:

YES  ✗

NO _____

**(BI13) South Dade Nursing and Rehabilitation Center.**

(BI13A) Takifhu Associates LLC (operating company):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____

NO _____

(BI13B) 17475 LLC (property company), which is the titled owner of real property located at 17475 S. Dixie Highway, Miami, Florida 33157:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES _____

    NO _____

(**BI14**) North Miami Retirement Living.

(BI14A) Jene's Retirement Living, Inc. (operating company):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES _____

    NO _____

(BI14B) Jene's Retirement Investors Ltd. (property company), which is the titled owner of real property located at 1595 N.E. 145th Street, Miami, Florida 33161:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES _____

    NO _____

**(BI15) ALF Holdings:**

(BI15A) ALF Holdings, Inc. (management company):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES  _____

    NO   _____

**(BI16) Adhiru Associates**

(BI16) Adhiru Associates LLC (management company):

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES  _____

    NO   _____

## **REAL PROPERTY ("RP")**

The real property, together with all appurtenances, improvements, fixtures, easements and attachments, therein and/or thereon, which are known and numbered as follows:

**(RP1)** 5077 N. Bay Road, Miami Beach, Florida 33140:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES  _____      *[If YES, state how much $_____]*

    NO   _____

**(RP2)** 5069 N. Bay Road, Miami Beach, Florida 33140:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES _____   *[If YES, state how much $_____]*

    NO _____

**(RP3)** 980 W. 48th Street, Miami Beach, Florida 33140:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES _____   *[If YES, state how much $_____]*

    NO _____

**(RP4)** 6849-50 S. Clyde Avenue, Chicago, Illinois 60649:

Was involved in an offense charged in Count 16 of the indictment, or is traceable to such property:

    YES _____   *[If YES, state how much $_____]*

    NO _____

## MISCELLANEOUS PERSONAL EFFECTS ("M")

**(M1)** One (1) Greubel Forsey Technique timepiece (ALDC No. 14):

Was involved in the offense charged in Count 16 of the indictment, or is traceable to such property:

    YES _____

    NO _____

(M2)   One (1) red Hermes Birkin purse from Golden Age Jewelry:

Was involved in the offense charged in Count 16 of the indictment, or is traceable to such property:

YES _____

NO _____


SO SAY WE ALL THIS __09__ day of __APRIL__ 2019

_____          _____
  Foreperson Signature              Foreperson Juror #

          5                                5