UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  16-CR-20549-SCOLA/OTAZO-REYES (s)(s)(s)

**UNITED STATES OF AMERICA**

vs.

**PHILIP ESFORMES,**

        **Defendant.**

_____/

## MOTION FOR EXTENSION OF TIME TO FILE EXHIBITS

The United States respectfully requests an extension of time until May 13, 2019, to file trial exhibits in the above-captioned matter.

Dated: April 18, 2019

Respectfully submitted,

ROBERT ZINK, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *s/ Elizabeth Young*
Elizabeth Young (Court Id. No. A5501858)
Elizabeth.Young@usdoj.gov
James Hayes (Court Id. NO. A5501717)
Allan Medina (Court ID No. A5501748)
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 262-7650

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 18, 2019, I electronically filed and served this document with the Clerk's Office in the Southern District of Florida.

/s/ *Elizabeth Young*
Elizabeth Young
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section