UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA

        Plaintiff,

vs.

PHILIP ESFORMES, *et al.*

        Defendants.

_____/

**ORDER APPROVING UNOPPOSED MOTION OF
BUSINESS ENTITY TO TERMINATE EXISTING LEASE OF SKILLED NURSING
FACILITY ("SNF") DOING BUSINESS AS NURSING CENTER AT MERCY**

**THIS MATTER** is before the Court on the Unopposed Motion of Business Entity to Terminate Existing Lease of Skilled Nursing Facility ("SNF") Doing Business as Nursing Center at Mercy. ("Unopposed Motion, DE 1287"), filed May 1, 2019. Business Entity Sefardik Associates, LLC (the company that owns the lease of the SNF doing business as Nursing Center at Mercy) seeks approval of contracts relating to the termination of the existing ground lease of the SNF. The potential buyer is Plantation General Hospital L.P., or its assignees. The purchase price is $5,800,000 (subject to adjustments). Appropriate representations have been made by buyer and its affiliates to the United States. The Court, having reviewed the Unopposed Motion and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that:

1. The Unopposed Motion For Approval of Business Entities to Terminate Existing Lease of Skilled Nursing Facility ("SNF") Doing Business as Nursing Center at Mercy (**DE 1287**) is **granted**.

2. The contract terminating the ground lease and operation agreement and related

2

agreements between the parties are approved. The parties are hereby authorized to close on the sales pursuant to the Joint Stipulation (DE 264-1). Upon closing, the real property shall be released from all restraining orders and will no longer be restrained by this Court.

    **Done and ordered** in chambers at Miami, Florida, on May 1, 2019.

                                                                                   _____
                                                                                   ROBERT N. SCOLA JR.
                                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record