UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20549-CR-SCOLA

UNITED STATES OF AMERICA

*vs.*

PHILIP ESFORMES
_____/

UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE REPLY TO GOVERNMENT'S CONSOLIDATED
RESPONSE TO DEFENDANT'S POST-TRIAL MOTIONS AND
OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant's Reply to the government's Consolidated Response to post-trial motions [DE 1340] is currently due on June 17, 2019. Defendant's objections to the Presentence Investigation Report [DE 1335] are currently due on June 28, 2019.

Given the press of other matters and the complexity of the issues, counsel for defendant Philip Esformes need additional time to complete the pleadings. Accordingly, Esformes moves this court to extend the deadline to file his Reply to the government's Consolidated Response to his post-trial motions until June 24, 2019, and moves for an extension to file his objections to the Presentence Investigation Report until July 1, 2019. Both of these requested deadlines are well ahead of the court's scheduled status conference on July 17, 2019.

Government counsel advised that they do not oppose this extension of time.

I certify that this document was served on counsel of record via CM/ECF.

        Respectfully submitted,

        **BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.**
        201 South Biscayne Boulevard, Suite 1300
        Miami, FL 33131
        Tel: (305) 371-6421
        HSrebnick@RoyBlack.com

By:   /s/*Howard Srebnick*
        **HOWARD SREBNICK**
        Fla. Bar No. 919063