United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Philip Esformes,<br>Defendant. | )<br>)<br>)<br>)<br>) Criminal Case No. 16-20549-CR-Scola<br>)<br>)<br>) |

### Order Resetting Sentencing Hearing

This matter is before the Court pursuant to the Defendant's Unopposed Motion to Hold Sentencing on September 12, 2019, filed September 6, 2019, it is hereby

**Ordered and Adjudged** that the Defendant's Motion (ECF No. 406) is **granted**. The sentencing hearing presently set for September 11 and 12, 2019 at 9:00 a.m. will be held on **Thursday, September 12, 2019 at 8:30 a.m.**

**Done and Ordered** at Miami, Florida on September 6, 2019.

_____
UNITED STATES DISTRICT JUDGE
ROBERT N. SCOLA, JR.

cc: Counsel of record