# Vivienne Williams Josephs
## (Former AHCA Surveyor)

"A Because the residents had nobody. When you look at the charts, they came there without even clothing. They had nothing they had no one.

Q Who would provide clothing to them.

A The facility and the staff would do it. The owners would put extra money in so that they could go to Wal-Mart and buy clothing, activities, would do that, social service would do that. Half of those residents didn't have anything. It's very sad."

(3-15-2019 at 71)

## Vivienne Williams Josephs
### (Former AHCA Surveyor)

"Q Okay. And what was the most important thing to Mr. Esformes in relation to his facilities, his nursing homes?

A That the residents were taken care of from my point of view.

Q What did he communicate to you was most important to him?

A The residents."

(3-15-2019 at 132)

## Jackie Badere
### (DON at Mercy SNF)

"Q Do you know Mr. Esformes? Have you met him?

A Very well. And I could tell you Philip was like family. Respect the director of nursing. Philip was compassionate, loves what -- his heart was in the right place. He loves his resident and I remember vividly when he's making rounds that if his patient was like a little dirty, he will be so upset. And the way the environmental area, did you leave, why did you leave a diaper in the room. He takes his patient seriously. But not only his patients. Even you as a health care worker, he respected you and like I said, Philip was, is like family."

(3-22-2019 at 225)

## Vonnesha Hannah
### (Admissions Coordinator at North Dade SNF)

"Q Were there changes when Mr. Esformes purchased the building?

A Yes.

Q What were the changes?

A They changed the inside. They renovated. They opened a wing. They redid the floors. A lot of changes to the physical place. And also our amount of patients we had and amount of satisfy we had.

Q Okay. Let's go with the improvements first. So all of those changes that he made were physical changes to the facility?

A Yeah, to make it nicer.

Q To improve the facility?

 A Yes."

(3-25-2019 at 166 & 167)

## Vonnesha Hannah

### (Admissions Coordinator at North Dade SNF)

"Q What about Mr. Esformes when he would come -- did he come to the facility often?

A Yes.

Q How often?

A I would say at least weekly if not by weekly.

Q What was he doing there?

A Rounds, making sure everything was in place, checking to see if the place was clean, the patients looked good, if he found out anything, he would make you get on it right then.

Q Did you ever physically see him doing the rounds?

A Yeah."

(3-25-2019 at 168)

## Maria Salmeron
### (Occupational & Physical Therapist at FairHavens)

"Q Any idea what Esformes was doing at the facility when you saw him walking around?

A He would check all the doors, go into all the bathrooms, all the rooms, he would leave like a very tidy very clean facility participate he was very picky about that. He would always have the maintenance director and the housekeeping director with him. And I would hear him. It was just in passing, you know, make sure this is clean, this is – make sure that everything was in working order."

(3-18-2019 at 22)

## Cureene Rhames
### (Occupational Therapist at Oceanside SNF)

"Q How many times would you see him?

A Once or twice.

Q A week?

A Uh-huh.

Q Do you remember what time of day?

A During the day because I was there during the day.

Q And what was Mr. Esformes doing at the facility?

A Walking around. Whenever he was there the CNAs they respected him, so they wanted to make sure everything was right. He would come around kind of assessing everything, you know, fix this, fix that. He was pointing out things that he wanted corrected, things fixed, so he would they would kind of go like in every room looking to see what needed to be repaired or what have you."

(3-18-2019 at 153)

# Julie Capote
## (Admissions Personnel at Mercy SNF)

"Q Were there things that concerned -- were there other things that concerned Mr. Esformes about his nursing homes other than the census?

A Yes.

Q What was that?

A He was obsessed with corners and edges in the rooms and in the buildings. He was obsessed with the cleanliness and that if he was in the building, if the nurses, the CNAs would answer the call lights. He cared about everything."

(3-19-2019 at 23)

## Julie Capote
### (Admissions Personnel at Mercy SNF)

"Q And you said Mr. Esformes would do rounds. What were Mr. Esformes's rounds?

A He would sometimes during the week, but most of the time he would surprise the buildings on Saturday nights. And he would show up there and he would walk the building and go into the rooms, go into the hallways, see if the rooms were clean. He would touch TV and see if there was dust, if there was during lunch or dinner time, he would see the food that the patient were getting, if they were answering the call lights."

(3-19-2019 at 24)

# Shirelle Klein
## (Director of Social Services at North Dade SNF)

"Q Now, do you know Philip Esformes?

A Yes.

Q And how do you know him?

A He's the owner of my facility.

Q And did you see him at work?

A Yes.

Q And what was the occasion? Why would you see Mr. Esformes?

A I would see him on a weekly basis coming to the facility to tour, to make sure that the facility was in top shape. He looked at the rooms, the facility itself, the residents, and he would stop the employees to find out how everything was going, if we needed things to do our job, and what the residents needed."

(3-19-2019 at 204)

## Shirelle Klein
### (Director of Social Services at North Dade SNF)

"Q And how often would you see Philip?

A At least once a week.

Q Did you, is that common for an owner to be in a facility?

A Not at all.

Q Did Philip make any improvements to the facility? Did he renovate it at all?

A Yes.

Q And what improvements did he make?

A He got new flooring, televisions for the residents, linens, supplies."

(3-19-2019 at 205 & 206)

## Rose Menard
### (Nurse at Oceanside)

"Q And when Philip bought the facility, did he make any renovations to the facility, any improvements?

A Oh, yeah.

Q And what were some of the improvements?

A When he bought the facility, he changed the whole --every -- we have four floors. He changed all the floors, the whole floors was changed. He changed the color. He repaint. He did a lot of renovation there. It was beautiful. He changed the outside. The outside had another color and it had that -- there was a big something very nice that he put on top that says Oceanside. It was very nice. It he did a good job.

Q So he made the building look a little nicer than it was before?

A It was."

(3-20-2019 at 14 & 15)

# Rose Menard
## (Nurse at Oceanside)

"Q And how many times a week do you think you would see him?

A I see Philip if I work five days, I see Philip four days.

Q And what would he do?

A He's always there.

Q He's always there. And what would he do when he was there?

A He will make rounds.

Q And what does making rounds mean?

A He goes to all the floors room by room. He will look at everything. He looks at the bed. He looks at the paint. He looks at the bathroom. He looks at the closet. He looks at everything."

(3-20-2019 at 22)

## Rose Menard
### (Nurse at Oceanside)

"Q And in terms of the employees and the patients, did Philip care about the patients and the employees?

A Philip cares very much about the patients Philip cares about the patients because he always make sure that they are okay. And if a patient go to him and tell him something, like or ask him for something that, okay, he need this and that, Philip will make sure he gets that."

(3-20-2019 at 24)

## Rose Menard
### (Nurse at Oceanside)

"Q And why did Philip put up that fence?

A Because it was open and when at night, especially on the weekends, you know, we right there in the center of Miami Beach. When the other people came from the clubs and they come in like early morning, sometimes they drunk and they talking very foul words, they go all in between, you know, because there was no nothing there to separate us from the street. It was right open. So one day, somebody from outside was passing through and our patient was sitting there in a wheelchair. He was drunk.

Q The patient or the other person?

A No, the person that was passing by.

Q Okay.

A He was drunk, he almost hit our resident. So thank God there was somebody there always watching them when they downstairs, there's always somebody there. So they remove him. That's when he put the fence on."

(3-20-2019 at 35)

## Luz Sio
### (Social Services at Harmony SNF)

"Q Now, when Philip first bought the facility, Harmony Health Center, did he make any improvements to the building?

A Yes.

Q Did he renovate?

A Yes, he did.

Q And what improvements did he make?

A He fixed a few the rooms, the dining rooms, the lobby."

(3-20-2019 at 161)

## Annie Lee Davis
### (Employee at Harmony SNF)

"Q Do you remember when Philip bought the building?

A 2003.

Q And when he bought the building, did he renovate the building?

A Yes, he did.

Q What kinds of improvements did he make?

A He changed the floors. He renovated the rooms gave them new curtains, and the roof several things."

(3-20-2019 at 178)

## Braxton Hall
### (resident at North Dade SNF)

"Q Would you see Mr. Esformes walking around the building sometimes?

A Yeah, he would come through there. He don't talk too much. He have like a phone but he recognize people, you know. One time he brought Dwayne Wade through there for us."

(3-22-2019 at 24 & 25)

## Braxton Hall
### (resident at North Dade SNF)

"Q And did Mr. Esformes make any changes to North Dade nursing home?

A Yeah, he came and did a lot of changes. Gaby was the (unintelligible) but he had closed it down, so he rebuilt all that over the cafeteria and the --

(Thereupon, there was an interruption by the court reporter.)

THE WITNESS: He did the stuff out front, the yard and all them, made them better, and did a lot of things else."

(3-22-2019 at 24)

## Hiacinth Davis
### (CNA at Oceanside SNF)

"Q Okay. Now, Ms. Davis, in your time working at Oceanside all those years, did you come to meet Mr. Philip Esformes?

A I meet Mr. Philip, yes.

Q And how did you meet him?

A Well, before I start working the smoking area, he always come through on the floor checking, you know, I would meet him there, and also working in the smoking area, we have care observing I and parties, sometimes he will come out there hold a patient hand get them out of the chair and dance with them have all of them laughing.

Q So Mr. Esformes would come during the activities and dance with the patients?

A Yes."

(3-25-2019 at 245)