*United States v. Philip Esformes*
Case No. 16-CR-20549

## INDEX OF LETTERS IN SUPPORT OF PHILIP ESFORMES

| FAMILY & FRIENDS | |
|---|---|
| 1. | Abrams, Ronald |
| 2. | Amar, Raquel |
| 3. | Aron, Stan |
| 4. | Beauzil, Carly |
| 5. | Beerman, Miles |
| 6. | Behar, Betty |
| 7. | Behar, Ginette |
| 8. | Behar, Moshe |
| 9. | Berkovits, Fred |
| 10. | Brody, Fred & Lynne |
| 11. | Brownstein, Avrohom |
| 12. | Burstein, Jack |
| 13. | Burstein, Jonathan |
| 14. | Burstein, Jonathan |
| 15. | Chambers, Larry |
| 16. | Chames, Deborah S. |
| 17. | Champ, Peter E. |
| 18. | Ciment, Sharon |

*United States v. Philip Esformes*
Case No. 16-CR-20549

## INDEX OF LETTERS IN SUPPORT OF PHILIP ESFORMES

| | |
|---|---|
| 19. | Cohen, Doniel |
| 20. | Daniels, Judy |
| 21. | Dauer, Marc |
| 22. | Davis, Josh |
| 23. | Davis, Yosef & Eddie |
| 24. | Delgado Rojas, Damila |
| 25. | Delgado, Alina |
| 26. | Draiman, Nachshon |
| 27. | Dworkin, Jacqueline R. |
| 28. | Echeverri, Christina I. |
| 29. | Einav, Alyza |
| 30. | Einav, Joseph |
| 31. | Esformes, Delecia |
| 32. | Esformes, Jack |
| 33. | Esformes, Morris "Mo" |
| 34. | Esformes, Rabbi Morris |
| 35. | Esformes, Serena |
| 36. | Esformes, Sherri |
| 37. | Fingerer, Fay |
| 38. | Freund, Michelle |

*United States v. Philip Esformes*
Case No. 16-CR-20549

## INDEX OF LETTERS IN SUPPORT OF PHILIP ESFORMES

| 39. | Garcia, Niurka |
|---|---|
| 40. | Gonzalez, Luisa |
| 41. | Hahn, Thomas |
| 42. | Hollander, Mark |
| 43. | Holzkenner, Rabbi Shalom |
| 44. | Jean, Rodney |
| 45. | Jofen, Mordechai |
| 46. | Katz, Ely |
| 47. | Knopf, Judy |
| 48. | Knopf, Alvin Norman |
| 49. | Knopf, Isaac |
| 50. | Knopf, Joseph |
| 51. | Knopf, Michael |
| 52. | Kono, Gabrielle |
| 53. | Leibenstein, Dor & Debby |
| 54. | Levin, Esther |
| 55. | Levin, Rachel |
| 56. | Lipman, Leah |
| 57. | Lipshitz, Sam & Rita |
| 58. | Lofgren, Sharon |

*United States v. Philip Esformes*
Case No. 16-CR-20549

## INDEX OF LETTERS IN SUPPORT OF PHILIP ESFORMES

| | |
|---|---|
| 59. | Margolies, Harriet |
| 60. | Matthew, David |
| 61. | Melgar, Alfredo |
| 62. | Montejo, Rosario |
| 63. | Munroe, Norma |
| 64. | Neidich, Sheldon |
| 65. | Nuckolls, Linda |
| 66. | Olivera, John |
| 67. | Parsoff, Marvin |
| 68. | Pearl, Ari |
| 69. | Perez, Lauro Rene |
| 70. | Pure-Slovin, Alison |
| 71. | Quay, A. |
| 72. | Recht, Yehoshua and Rivka |
| 73. | Reifer, Elaine |
| 74. | Reifer, Jack |
| 75. | Reifer, Ira |
| 76. | Robinson, Mimi |
| 77. | Robinson, Miriam |
| 78. | Rosenberg Given, Nancy |

*United States v. Philip Esformes*
Case No. 16-CR-20549

## INDEX OF LETTERS IN SUPPORT OF PHILIP ESFORMES

| | |
|---|---|
| 79. | Rosenberg, Stephen |
| 80. | Rosenblum, Barry |
| 81. | Rosenblum, Elisha |
| 82. | Roth, Daniel |
| 83. | Samber, Elisha |
| 84. | Schabes, Beth |
| 85. | Schnell, David |
| 86. | Schwartz, Rabbi and Mrs. Saul |
| 87. | Schwartzbaum, Bonnie |
| 88. | Shabat, Barbara |
| 89. | Shabat, David |
| 90. | Shulman, Ari |
| 91. | Siebzener, Marci |
| 92. | Sigmon, Jan A. |
| 93. | Simon, Vivi |
| 94. | Sio, Luz |
| 95. | Tendler, Michelle |
| 96. | Tennenbaum, Michael |
| 97. | Tennent, Andy |
| 98. | Valcourt, Equette |

*United States v. Philip Esformes*
Case No. 16-CR-20549

## INDEX OF LETTERS IN SUPPORT OF PHILIP ESFORMES

| | |
|---|---|
| 99. | Vazquez, Ivan |
| 100. | Weinfeld, Avrum |
| 101. | Weiss, Daniel |
| 102. | Weiss, Flora |
| 103. | Weiss, Isaac J. |
| 104. | Weiss, Michael D. |
| 105. | Weiss, Rebecca |
| 106. | Well, David |
| 107. | Well, Debra |
| 108. | Well, Hedi |
| 109. | Well, Ranan |
| 110. | Wirtenberg, David |
| 111. | Yolinsky, Sylvia |
| 112. | Zalman, Mordechai |
| | **EMPLOYEES** |
| 113. | Abella, Ylina |
| 114. | Abello, Kathy |
| 115. | Bontemps, Carla |
| 116. | Bovo, Ana |

*United States v. Philip Esformes*
Case No. 16-CR-20549

## INDEX OF LETTERS IN SUPPORT OF PHILIP ESFORMES

| | |
|---|---|
| 117. | Cange, Marie Sandra |
| 118. | Capote, Julie |
| 119. | Capote, Luis E. |
| 120. | Dewar-Tapper, Deneise |
| 121. | Hannah, Vonnesha |
| 122. | Jean-Baptiste, Michelen |
| 123. | Jean-Baptiste, Rony |
| 124. | Lopez, Nereyda |
| 125. | Marsh, Donna |
| 126. | Mattox, Amiya |
| 127. | Mihale, Aneta |
| 128. | Pearson, Ronald |
| 129. | Presmanes, Maria C. |
| 130. | Quintana, Francisco |
| 131. | Robinson, Imogen |
| 132. | Rodriguez, Damaris |
| 133. | Rodriguez, Madelin |
| 134. | Rosen, Michael S. |
| 135. | Saintil, Latrice |
| 136. | Solte, Sherry |

*United States v. Philip Esformes*
Case No. 16-CR-20549

## INDEX OF LETTERS IN SUPPORT OF PHILIP ESFORMES

| | |
|---|---|
| 137. | Tapia, Jill |
| 138. | Toledo, Elayne |
| 139. | Williams, Monica |
| 140. | Wolmark-Yudkowsky, Nancy |
| 141. | Wright, Janice |
| 142. | Zapata, Jacklyn |
| **RELIGIOUS LEADERS** | |
| 143. | Bider, Rabbi Tzvi |
| 144. | Cohen, Rabbi Zev |
| 145. | Eisenstein, Rabbi Nachum |
| 146. | Hirsch, Rabbi Dovid |
| 147. | Kaufman, Rabbi Moshe |
| 148. | Keller, Rabbi Chaim D. |
| 149. | Levin, Rabbi Yitzchok Z. |
| 150. | Levin, Rebbi Shmuel Y. |
| 151. | Levinson, Rabbi Reuven |
| 152. | Mannes, Rabbi Mordechai |
| 153. | Matanky, Rabbi Leonard A. |
| 154. | Neuman, Rabbi Binyomin Ahron |

*United States v. Philip Esformes*
Case No. 16-CR-20549

### INDEX OF LETTERS IN SUPPORT OF PHILIP ESFORMES

| | |
|---|---|
| 155. | Rajchenbach, Rabbi Jack and Judith |
| 156. | Robinson, Rabbi Yaakov |
| 157. | Robinson, Ranan |
| 158. | Rosenberg, Rabbi Gerry and Renee |
| 159. | Schmelczer, Rabbi Mose |
| 160. | Schuman, Rabbi Shmuel L. |
| 161. | Shapiro, Rabbi Meir |
| 162. | Sova, Rabbi Yehoshua |
| 163. | Twerski, Rabbi Chaim |
| 164. | Well, Rabbi Don |
| 165. | Well, Rabbi Harvey |

# FAMILY & FRIENDS

Dear Judge Scola,

My name is Morris Esformes, an ordained rabbi, but more importantly, the father of Phillip Esformes. This letter is the most challenging task of my life—because I am asking you to consider leniency for my son Philip.

I raised Phillip to love his fellow man based on the most important principal in the bible, to love thy neighbor as yourself. From the time he was a little boy his love for his fellow man was manifested in so many ways. He showed incredible respect for everyone, especially to the elderly, which included his grandparents, great uncles and aunts, also to his teachers in the religious and secular world. As a student he took nothing for granted. He studied with such an intensity that I, his father, had never seen anything like. When it came to work, the same tenacity he used in school he used in his business endeavors. Ultimately, raising his children was done in the same manner. His discipline to see things through was unwavering.

So I am questioning how the son I raised put himself in the position in which he now finds himself. As I followed his case, I was deeply disturbed by what I learned about my son's behavior. Philip had veered from the path that his family had paved for him. Since his arrest, Philip has been paying the price every day, 24 hours per day, confined to a maximum-security jail with limited contact with his children whom he adores. By the time you sentence Philip, he will have spent 1,147 days there without a deep breath of fresh air or a ray of sunlight on his skin.

Fortunately, Philip has had the unwavering love of family members, who have visited with him as often as the FDC will permit, typically one hour per week. He has had the benefit of dedicated lawyers and paralegals meeting with him practically every day, all day, working tirelessly in his defense. And he has had the spiritual support of Chabad's Aleph Institute, an organization dedicated to caring for the needs of criminal defendants and their families and fashioning sentencing alternatives—like intensive community service—to reduce the period of incarceration.

I have been a contributor to many non-profit organizations, including Chabad. I have tried to be there for Chabad organizations whenever they have needed funds to perform their important work in helping the less fortunate. In a reversal of roles, Chabad's Aleph Institute has, since my son's arrest, been there for me and my

family. Most prominently, Rabbi Sholom Lipskar, the founder of Aleph, has regularly met with my son to study and pray. In more than 50 sessions over the last 37-plus months of pretrial detention, Rabbi Lipskar has been a driving force behind, and a witness to, the transformation of my son's psyche.

Through Chabad, the Aleph Institute and Rabbi Lipskar himself, I connected with Dr. Newcomer of the South Florida Behavioral Network, which I know as "Thriving Mind," an organization that provides much needed services and alternatives for people with serious mental illness, who find themselves on the door step of the criminal justice system. Thriving Mind has joined with the Aleph Institute to forge an alliance that aspires to serve as a model for how society deals with these two disfavored segments of the population: the mentally ill and the criminally convicted.

Of course, this is now a personal issue for me with my son in prison, so it has taken things to a different level. In gratitude for the kindness that these two non-profit organizations have displayed, both to the public in general and to my son in particular, I have contributed financially and have obtained commitments from friends and business associates to join me in this non-profit endeavor. I admit that, in significant part, I have a self-serving agenda, for it is my hope that Your Honor will consider the alternative sentencing options that these organizations suggest Your Honor can impose in meting out a just sentence for my son.

I am now entering the end of my life, as is Phillip's mother. So the length of Phillip's sentence is our greatest fear. No parent wants to die knowing that his child is still in a prison. We want to see him reunited with his family and able to begin his life again. I beg Your Honor to impose a sentence that will allow us, in our lifetimes, to see Philip outside a prison, showing the world that despite everything he did wrong he is still a good man and son who can do something positive.

Sincerely,

Rabbi Morris Esformes

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

**RE: United States v. Philip Esformes, et al. Case No. 1:16-cr-20549-RNS**

Dear Judge Scola,

I am writing to you on behalf of my father, Philip Esformes. As you know and have experienced, an incredibly abhorrent picture of my father has been painted throughout the trial. The Government and the defense attorneys have gone back and forth about the actions, as well as the integrity, of my father for years. So, by now, I'm sure you have your mind set on the character of my father. I am writing this letter to you to show you that the man that has been portrayed in the court room and media isn't the man that I, as well as countless others, know and love. I hope that, through the stories I will share in this letter, I will be able to provide some insight into just how great of a person and father Philip Esformes truly is.

I did not truly realize the type of man my father is until I was fourteen years old, when I saw a letter from a local family addressed to him about a donation he made anonymously. The letter was thanking the donor for paying the tuition for all three of their children to attend a private, Jewish school – although the family did not know the donor was my father. He had done this for countless amounts of families- always anonymously- however, this was different. He later explained to me that he made this particular donation because he found out that a couple of their children had been going to the Jewish school every morning, just to pray, before leaving for public school. I could see it broke his heart just telling the story. When I asked why not let them know the donations came from him, he explained that not only does it say in Judaism that you should not make your philanthropic actions public, but he would never want to embarrass anyone. He has never given to charity for acknowledgment, but rather, out of the kindness of his heart.

His kindness has always seemed endless. At the end of my Freshman year of high school, my best friend's father passed away. My father, without hesitation, made him a part of our family and treated him like a son. He provided my friend with emotional support, becoming a father figure to him – and he continues to do so to this day. They still write each other constantly, and he imparts advice and direction as my friend begins his professional career. My friend's reaction to my father's circumstances only further exhibits the impact that my father has made on my friend's life. My father is more than an impassioned philanthropist, he has the softest and kindest heart of anyone I know, and has always been willing to be there emotionally for people in need.

Throughout these nightmarish 33+ months, my father has somehow still managed to be the remarkable Dad that he has been my entire life. For all three of his kids (Serena, me, and Jack), he has been as present as he possibly could be, even with the innumerable constraints being placed on our communication. Despite working to defend his life every waking moment of the day, living in unthinkable conditions, and not having been able to go outside to breathe and feel fresh air in almost three years, he never once wanted to talk about himself, what he has been

going through, or complain. He has, time and time again, simply wanted to hear our voices and try to help where we needed him. There have been countless instances where he was going through some of the most stressful times of the case/trial, and instead of focusing on himself, he would give me advice about my job recruitment, class schedule, academic major, girls, or any other small detail that most parents care very little about or are too busy to deal with in their everyday lives. An example of the extent to which he goes to be there for his kids, in spite of the tremendous stress he is under each day, has been his handling of his interactions with my girlfriend. He has yet to meet her in person, but he has already built a close relationship with her, and is constantly giving her advice about her career and anything else going on in her day to day life. Every time I hand her the phone to speak with him, I can hear that he changes his voice to sound more upbeat. He even cracks a few jokes to make her feel comfortable in an otherwise uncomfortable situation. He does this not only because he is a good person who truly, to his core, cares about other people, but because he knows it'll make me happy. His constant devotion as a parent makes me feel lucky to have someone to emulate when I decide to raise my own children. He is not only my father, but he is my role model and best friend. To see him suffering the way he has in the detention center, and to not have had my best friend with me during some of the most transformative years of my life, has been painful beyond words.

Given the public nature of the case and the news surrounding the Jerome Allen allegations, many people have made nasty comments to and/or about me. Among the many hateful and insensitive remarks made, one has stuck out most – "your Dad really screwed your life over." While being pulled into the case has been extremely hurtful, I would never say that my father has "screwed me over." Throughout my entire life, he has demonstrated what it means to be resilient and hardworking. Seeing him waking up early every morning, setting a schedule to accomplish the many demanding tasks that each day presented, and still somehow being as present as ever as a father is what has helped me learn to juggle the many difficult challenges I have faced throughout my years at Wharton. Despite these difficult few years, I have excelled academically because of what he taught me – to focus and be disciplined, to push through adversity, to emphasize the value of education. I know you heard throughout the trial that I did not deserve to be at Penn. I want you to know that I will be graduating with a 3.6 GPA and hopefully Magna Cum Laude, despite all that has been on my plate. I excelled at Wharton because of what my dad instilled in me. His lessons, both through words and action, are what have made me the man I am today.

Judge Scola, I am asking you today to find it in your heart to be as lenient as possible in your sentencing of my father. I ask you, not only to consider the immeasurable punishment he has already endured – from losing over 70 pounds, to not being there for major milestones in his children's lives, to being in maximum security prison for almost three years, to the immense public embarrassment, and so on – but to also consider what his absence means for his family. As I have mentioned in this letter, his absence throughout some of the most important years of my life has been miserable. His inability to attend my graduation will be extremely difficult. And, while I could create a laundry list of life events that he has and will miss, those milestones may not be what hurts most. Yes, I want him present at my graduation, and guiding me at the start of my career, and walking my sister down the aisle at her wedding, and dancing at my wedding. The mere potential absence at these events already brings pain to chest. But what I miss more than anything is just being able to *be* with him. I miss being able to go on drives and

talk about life with him. I miss being able to go for runs and laugh with him. The little things are what I long for because that is what made him, and our relationship, so special. I need my best friend in my life, your honor.

Respectfully,
Morris Esformes

May 5, 2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami Florida 33128

Re:     *United States v. Philip Esformes, et al.*
        Case No. 1:16-cr-20549-RNS

Your Honor,

I cannot believe I am writing this letter.

I write to you on behalf of my father and best friend, Philip Esformes. As I sit here in my dorm
room reminiscing about the past and all the memories my father and I have had together, it
brings me happiness; but more than anything else, pain. It is difficult for me to truly express the
love I have for my father through words on a piece of paper. We created a bond that overtime
became so powerful that nothing, no matter the circumstance, could break it. Whether it was
doing something as simple as going for a walk together to talk about life and God, or going to
great lengths for me and my older siblings to be able to pursue our dreams, I truthfully could not
have dreamt of having a better father and role model in my life. I am extremely honored and
proud to say that I am the son of Philip Esformes. That being said, the past three years in which
my father has been in detention, quite frankly have been miserable. During an already difficult
and confusing time in most adolescents' lives (16-19 years old), going through it without a father
by my side, doesn't make it any easier. In an effort to attest to my father's character, I wish to
share some stories and hopefully provide you with some insight on who my father is along with
the lessons he has taught to me and my siblings, both in his freedom as well as without it.

Every morning, while my entire family was still asleep, my father would wake up at 4:45 AM and
begin his day. Following an hour of morning prayer, my father would then put himself through an
intense exercise for nearly two hours. Coming downstairs to get ready for school, half-asleep,
seeing this set a precedent for what it means to be a hardworking and dedicated man.

After a long day of work (my father would come home from work at around 7:30 PM), my father
immediately went into "dad mode." His phone would be in a different room, and we would hang
out, watch basketball games, and more than anything else enjoy one another's company. No
matter how much work he had on his mind, he would never work while he was with me or any of
my siblings. He would have his full attention on us.

When I was 15 years old, my appendix ruptured, and I was forced to rush to the hospital. Before
I even arrived at the hospital, my father was already there waiting for me, talking to the doctor
and assuring me that everything would be ok. He made me feel as long as we all had each
other, we would overcome anything. And that statement stands true today.

My dad pushed me and showed me that I could do more than I ever imagined. He taught me
that nothing is given and that whatever is earned, is earned through hard work. He taught me
that there is going to be tough times in life and evidently, this experience has been the toughest

thus far. He also taught me that the people that are able to push through those tough times are the people that come out stronger on the other side.

My father was a man of his faith. He embedded the concept of treating your neighbor the way you would want to be treated into the minds of his children. He treated everyone he met with tremendous respect. He exemplified what it meant to be a philanthropist in every sense of the word. He gave back to his community. He built beautiful Jewish day schools, cultural establishments, and hospitals across the world.

In high school I was privileged enough to travel with a program known as "March of the Living," a trip to Poland in which high school students visit concentration camps in order to remember and create awareness about the atrocities committed at the hands of the Nazis during World War II. There was a girl in my grade who, after working several extra jobs in order to raise money to join the rest of my grade on that trip, was not able to meet the expenses to attend. After hearing this story, my father immediately called the school and sponsored the rest of her trip because he believed she needed to learn and experience the same important lessons her peers would. My father is a man that values education and the betterment of society.

Your honor, I miss my father. I miss having a role model in my life I am able to confide in. It is hard for me to remember what my life was like before this dark chapter started back when I was only 16 years old. It has been tremendously heavy on my heart to have seen my father's physical appearance diminish over the years. It nauseates me to know that my father has not breathed fresh air or felt sunshine in nearly three years. I have not seen my father outside of a prison or courthouse since 2016.

I am asking for your sympathy and compassion. I need my father back.

Thank you,

Proud son of Philip Esformes, Jack Esformes

Honorable Judge Robert N. Scola United States District Court

400 North Miami Avenue, Room 12-3 Miami, Florida 33128

Dear Judge Scola,

I wanted to thank you for taking time to read letters about my father. As you can imagine we are all extremely anxious as it's been almost 3 years since he was taken away from us. Although I am not sure this can make a difference in your decision I hope you can realize how important my father is to so many people. A day has not gone by that the people who love and care for my father have not prayed for him. And I think by letting me explain his impact on everyone you can really understand the real man he is versus the way the government has portrayed him.

Ever since I could remember my dad would start his day off around 5am. He would say the Jewish prayer in which he thanks God that he woke up and then go to mine and my brothers' rooms to bless us. He would then continue praying, make some work phone calls, find an hour or two for the gym, have breakfast outside in the sunlight and fresh air while doing work calls (a phone in each ear), get ready for work, and be out of the house before 10am.

I'm sharing this with you so that you understand he is a man of routine, and that routine includes God, God's blessing of fresh air, and his children. And even with my father's crazy work schedule and tight regimen, he still prioritized my two brothers' and myself, and our happiness. In my eyes, he was akin to a "Superdad", being not only present for his business, but present for his family. And, so, one could wonder how he managed to do it all, and on top of that, be devoted to his religion. But he was, and he did.

During the Jewish holidays, there were several occasions that my father would bring me to the homes' of the less fortunate to deliver food and necessities so that everyone had the opportunity to honor and celebrate the holiday. The earliest memory I have of this was when I was five years old. I remember my eyes being wide and bright, and inspired by my father's dedication to generosity while also being pulled in many directions at home and at work. However, he was able to be present during these trips to people in our community. These values that were taught to me at such an early age were ones that I brought on with me into my teen-to-adult life. For example, even in high school, as I was studying to get good grades, I was able to multitask (just like my dad) and was the President of the National Council of Jewish Women (teens). Not only did I get quality time with my father on all of those trips

throughout my adolescent life, but it helped me build character and become who I am today.

I wasn't the only one who he inspired or showed up for when in time of need. When I was younger, a family friend of ours had gotten very ill. No one could properly diagnose her. My father immediately jumped in, found the correct doctors who were able to recognize what treatment she needed, and fortunately, today she is alive and living a

normal life. This was what my father would do for numerous people on numerous occasions.

The only reason I know about this particular story, is not because my father told me, but rather, because a mutual friend - a year later - recounted the story to me. My father is not a boastful man. He is just a man who was willing to do everything to help another human being.

We are observant Jews, and as such, shut off our phones for the Shabbas (Friday sundown to Saturday sundown). I mention this because as soon as Shabbat was over, my father would immediately return to work, which meant making his rounds and making sure that all of his elderly residents at his facilities were properly taken care of. I saw this first hand, as I would accompany him on his rounds.

These stories may seem trivial, but to the elderly residents that he took care of as well as the family friends in need, and most importantly, to me and my family, these stories exemplify exactly who my father is. He is not the monster he is purported to be, rather he is a kind, generous, and giving man who has made a positive impact on the lives of many people.

Please allow him to get the fresh air that he hasn't been able to breathe in 3 years. Please give him the sunlight he hasn't seen in 3 years.

And, most importantly, please give him the ability to be there for his children because he has not in 3 years.

Thank you, Serena Esformes

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

Re: United States v. Philip Esformes, et al
    Case No. 1:16-cr-20549-RNS

Dear Judge Scola,

    My name is Sherri Esformes, and I am writing to you as the soon-to-be ex-wife of Philip Esformes. Given all of the ugliness that comes with a messy divorce, I would imagine that you might be surprised to hear from me. Please allow me to explain why I have decided to write this letter.

    I know that trial has concluded, and sentencing is scheduled for June 5th & 6th. I understand that this is an important phase of the proceedings, and that sentencing is a huge responsibility. Before you render your decision, I'd like to tell you my thoughts. I believe that Philip has a good heart. Unfortunately, he is the product of a very difficult childhood. The trauma he experienced has remained with him throughout his life. Despite this, he spent many years trying to, in his own words, "fight the demons". Unfortunately, he got off track for awhile and experienced what seems like an extreme mid-life crisis. He tried to buy happiness with fancy cars and other toys, but nothing could fill his inner void. However, even while his world was crashing in around him, he always managed to be generous to others. He gave more than 10% of his annual income to charity, and always wanted to help those in need.

    Ironically, having the last three years of time to self-reflect has humbled Philip tremendously and allowed him to grow into his full potential. While locked in the federal detention center, he has become the man I always knew he could be. Based upon his behavior now, I believe that if he had the opportunity to do this past decade over again, he would walk away from any perceived improper conduct, just to spend quality time with his family. He is now focused on what is important, and only wishes for time to spend with his children in freedom.

    Your Honor, I believe that we, as human beings, need to try to empathize with one another and find the good in each other. None of us is perfect, and we all have so much to learn. I truly believe that Philip is extremely remorseful for the hurt that he has caused, and eager to right his wrongs. He just needs to be given the opportunity to do so. Philip loves his children and they love him. I now believe that we would all be better off if Philip is allowed to participate in our daily lives. Therefore, I ask you for Mercy and Leniency for our family.

    Thank you for your kind consideration.

Sincerely,
Sherri Esformes

**From:**  MICHAEL TENNENBAUM
**To:**  Marissel Descalzo
**Subject:**  Philip Esformes
**Date:**  Monday, May 13, 2019 10:08:57 PM

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

Re: United States v. Philip Esformes, et al.
Case No.1:16-cr-20549-RNS

Dear Judge Scola:

I am writing to you in the hope that you will consider the information in this brief note in your deliberation with respect to your sentencing of Philip Esformes. I am his former father in law. My daughter Sherri and Philip were married for more than 20 years, and have been separated for several years. Thus I have known Philip well through most of his adult life.

In view of the fact that their divorce process has been difficult and painful, it may seem odd to Your Honor that I write on behalf of your granting him as lenient a sentence as you can. I know that doing so would have been a surprise to me only a few years ago. However, I have come to realize that there are several reasons I believe leniency is appropriate.

First of all, it seems to me that the deterrent effect of punishment in this matter has already largely been served by the harsh incarceration he has suffered for nearly three years. A lengthy sentence would not likely be beneficial in that regard.

Second, I believe that all he has been through, and the effect on the lives of his children, has profoundly affected his outlook on life. As a young husband and father, Yechiel (as we knew him then--his Hebrew name) was a kind and caring man--someone who cared for and loved his family and his friends. It is clear to me, as it is to his children and his family, that he is sincerely working his way back to being Yechiel again. So, who would a lengthy sentence impact? Philip is no more, and Yechiel is a good person. Please allow him to continue his growth with his family.

Finally, I hope Your Honor will take account of the "collateral damage" in this matter--Yechiel and Sherri's children, my three grandchildren. They have suffered, and continue to suffer. I have watched, and tried to help, in a sort of in loco parentis role. It has been painful. A reduced sentence would give them hope for a more normal future.

It is difficult, if not impossible, to convey one's emotions in writing on a subject like this, but I hope that Your Honor will take the foregoing into account. If it would be appropriate for me to speak to the Court in order to provide any further information, I would gladly do so.

Respectfully,

Michael Tennenbaum, Ph.D.

Father of Sherri Tennenbaum Esformes

# MOSHE BEHAR



May 9, 2019

The Honorable Robert N. Scola, Jr.
400 N Miami Avenue
Courtroom 12-3
Miami, Florida 33128

RE:  PHILIP ESFORMES

Dear Judge Scola,

I write to you with tremendous sadness.  I'm troubled knowing full well that the person whom will be standing before you on the day of his sentencing is the same man who, not once but twice, swept into my life like an angel and gave me another opportunity at life.

My name is Moshe Behar and I'm a paraplegic.  I was in a horrible accident while riding my bicycle back in 2006 which almost took my life and since then, I've had to live my life in a wheelchair.  Unable to take care of myself, unable to provide for my family.

But a few years before that horrible accident, I was a strong, hardworking family man with a wonderful wife and three beautiful young children.  And I had fallen on some hard times.   After an unfortunate business venture did not go so well for me, I found myself in serious financial troubles and felt like I had no way out.  That year, I prayed like I had never prayed before.   And when I least expected it, an angel came into my life by the name of Philip Esformes.

This man did not know me.  This man did not owe me.  Yet, he offered me, a complete stranger, an opportunity to get back on my feet and take care of the one thing that was most important to me; my family.

Unfortunately, my life would take a turn for the worse in 2006 when I was hit by a truck while riding my bicycle.  That accident left me in the hospital for several months and nearly took my life.   But by the grace of G-D, I was able to survive.  However, I would be condemned to a wheelchair for the rest of my life.

Once again, I found myself in a position where I was unable to take care of my family.  While I was forever grateful for having survived, I now had to live the rest of my life depending on others.  This was (and still is) very hard for me to accept.  There are few things that are harder for a man to accept than to not be able to take care of himself and his family.

But just like before, that angel, without hesitation, stepped up to the plate once again.  Philip made a commitment to support me and my family so that I did not have to worry and could focus on my recovery full time.

Thanks in part to him, I was able to live to see my daughter's wedding day in 2017 and today I am blessed to be a grandfather to a beautiful baby girl.  Philip will never be forgotten by me and I will be forever indebted to the acts of tremendous kindness this man has shown me and my family.

With all this said, I am fully aware of the things Philip has been accused of and ultimately found guilty of. I believe this country has the best Justice system in the world. Maimonides, a famous Jewish philosopher from the 12th century, once said that each person is believed to have goodness within them, and that one who judges is obliged to look for those good qualities.

Your Honor, Philip has clearly made some missteps in his life and those missteps have put him in the position he finds himself in today. But he has also done a tremendous and insurmountable amount of good as well. Not just with me but with many others. I have faith that your Honor will see the goodness within him and that you will show mercy on his soul.

Sincerely,

*Moshe Behar*



| | |
|---|---|
| **From:** | Ari Pearl |
| **To:** | Marissel Descalzo |
| **Subject:** | Letter to Judge Scola for Philip Esformes |
| **Date:** | Monday, May 13, 2019 10:42:01 AM |

5/13/19

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue Room 12-3
Miami FL 33128

Re:United States vs. Philip Esformes, et al
Case No. 1:16-cr-20459-RNS

Dear Judge Scola,

My Name is Ari Pearl. I have known Philip Esformes for 16 years. My wife and his wife have
been friends since they were teens. When we moved to South Florida 16 years ago they were
the first to welcome us.
I thought it would be important to share the following with you in hopes that you will be
compassionate when sentencing him.
His generosity and compassion for others is legendary in South Florida as well as where he
grew up in Chicago. He has been a major
Contributor and donor to charities across America and throughout the world without
exaggeration. Many that I have been involved in as well.
But I would like to focus on a specific story to help really sum up the man he is and the heart
that he has.
A few years ago I was on a Charity mission with my children and went to visit a Paraplegic in
South Florida that had just gotten over multiple surgeries. He was just settling in with the fact
that he would no longer have the basic limbs needed to live a normal life. Before meeting
Moshe Behar for the first time I was scared to see the horrific pain that my children would be
exposed to. When we got to his home the experience was nothing to be scared of. Moshe
Behar was the picture of optimism and strength.
I asked him how this was possible being what he had just gone through. His answer was as
follows.
"A few years ago I was down and out on my luck and had no job. I was running low on funds
and had nowhere to turn but to the friends in my Synagogue. One man in my Synagogue hired
me without hesitation and put me back on my feet. He taught me to have faith in God and that
all would be Ok no matter what obstacles I faced. Approximately 2 years later I was riding my
bike to work and was side swiped by a bus. This accident was severe and left me paralyzed.
Unfortunately I ended up losing my arms and legs. The same man stepped up and told me not
to worry. He would cover all of my Medical expenses and I should just focus on moving
forward with great Optimism. He made me feel like I was human in the darkest time in my
life". The man would initially not tell me who the person was, he said that the person is very
private and doesn't want publicity. I persisted because I needed to know who this Super Hero
was. The person leading the Charity mission told me, "The mans name is Philip Esformes"....
I believe this story says it all but I know there are countless others.

I have a friend who was also down and out in his luck and Philip noticed that he was struggling. Philip helped him get back on his feet without the friend having to ask. He saw that someone was struggling and he pushed himself in to help.

This is a man that deserves Compassion. Please help to bring Philip home to his family after he has already served almost 3 years in Prison.

Thank you,

Ari Pearl

--

Ari Pearl ███████████

**Joseph Knopf**

████████████████

██████████  ██████

Honorable Judge Robert N. Scola
United District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

5/12/19

Re:    United States v. Philip Esformes, et al.
Case No. 1:16-cr-20549-RNS

To the Honorable Judge Scola,

Although dated Sunday May 12th, this letter really has been written over many days. As a friend and admirer of Philip Esformes for 40+ years, I have been brought to tears several times attempting to finish these thoughts. Tears for Philip. Tears for myself. Tears for the Jewish community. Tears for the world at large.

Currently a business owner and community activist here in Chicago, my relationship with Philip goes back to our youth. My father coached us in little league. His father ran the youth services at our synagogue. Our mothers served on the school PTA. Philip took me on my first "Walk with Israel", showing me how we need to stand strong for what we believe in. He was 13 and I was 9. He was a friend and mentor to many of us already at a young age.

As he went on to study in High School and College he would frequently check in with me. Showing care and concern for how I was progressing in life. I mattered to him. Everyone mattered to him.

Following his marriage, he created a home in Chicago which was renowned for its kindness. Organizations and individuals alike knocked on his door for financial support, for advice and for a shoulder to cry on. Never once did anyone leave empty handed. Packing boxes in a cold warehouse to be delivered to the poor and needy wasn't beneath him. Making deliveries before the Holidays to those less fortunate than him was something he viewed as an honor rather than a burden. Those moments were what he lived for.  It was his purpose.

How I remember when he walked in to my office heartbroken about an employee who was having a gambling issue. They were suffering – so he was suffering. How can we help. Sitting by idly wasn't an option. When I was doing construction on my home and he heard from my father that I was having a hard time obtaining a loan, he called me immediately. "Call my bank and tell them to secure it against

one of my assets". How could he be aware of my struggle and not do something about it. He couldn't. He was forced to act. It was impulsive. It's who he is.

Upon his relocation to Florida he immediately sought out people to form a social services organization he felt was lacking. He couldn't live somewhere without having an appropriate conduit to helping others. His children's schools were his priority. His synagogue was his priority. Making the world a better place was his priority.

This letter may make my friend Philip sound a little "larger than life". The reason is simple. He is. Rare is the individual who cares about others as much as himself. Few and far between are the people who will give of themselves for others. Philip is one of those. I am honored to know such a person.

Now you understand why writing this letter took so long. So many tears. So much feeling. To see Philip going through such a dark episode in his life hurts. It hurts a lot. He's been so good to others. He has so much more yet to offer. I know it. He knows it. All who know him know it.

I've given a copy of this letter to each one of my five children. I told them to read it and keep it safe. Use it as a reminder. A reminder that we all slip and fall. We all make mistakes. But when we do, we must bounce back. We must learn from our mistakes and use them to be even better than before.

My Rabbi frequently called America "The Country of Kindness". Philip spent many years living that mantra. He's slipped and fallen. He's ready to bounce back. For the sake of our children and grandchildren I hope he gets that chance soon. Very soon.

Thank you for your consideration of this matter and may God Bless you and the great country we live in.

Sincerely,

Joseph Knopf

**Isaac Knopf**



Honorable Judge Robert N. Scola

United States District Court

400 North Miami Avenue, Room 12-3

Miami, Florida 33128

5/5/2019

Re: United States v. Philip Esformes, et al.

Case No: 1:16-cr-20549-RNS

Honorable Judge Scola,

My name is Isaac Knopf and I have known Philip Esformes and the entire Esformes family since I was born. The details I'm providing are from my interactions and knowledge of Philip Esformes through the years we have been friends. Philip is someone that leads by example. Through whatever means possible, Philip has always contributed to his community via all his resources. This includes but is not limited to; his time, ability to bring people together, and financial resources. Philip is a person that seeks out ways he can assist others, he does not wait for opportunities to knock on his door. Philip's acts of kindness are not prejudice against anyone. The positive impact Philip had on my life is almost impossible to describe. One of the many valuable lessons Philip has taught me is the importance of being a good father. As a man of faith and dedicated father of 3, Philip has outlined for me the significance of praying for all my children daily.

Philip's desire to help others burns in his heart. Starting a food pantry for the poor, delivering packages to needy families when he was kid, donating basketball uniforms because a random student requested of him, attending school meetings, and arranging necessities to be delivered to people he's never met are some examples of the things that used to consume Philip's days.

While this tragic event in Philip's life is unfortunate, all of us that know Philip recognize how much the world at large, his friends, family, and especially his children need him.

On behalf of myself, my family, and many others that know Philip, we beseech you to show leniency and compassion in your just decision.

Thank you for all your work and dedication on behalf of our nation.

Sincerely,

Isaac Knopf

# ALVIN NORMAN KNOPF, LTD.
## ATTORNEYS AT LAW
3525 W. Peterson Ave., Suite 510
Chicago, Illinois 60659
Telephone (773) 539-0588
Fax (773) 539-2047

May 7, 2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, FL 33128

      Re: United States v. Philip Esformes, et al.
        Case No. 1:16-cr-20549-RNS

Honorable Judge Scola;

My name is Alvin Norman Knopf and I have been a practicing attorney in Chicago, Illinois since 1976. I know Philip Esformes (Yechiel in Hebrew) both professionally and as a "friend". I say friend, but it is so much more than that since he has almost been like a son to me.

I have known Philip since 1977 when he was 9 years old. He stayed in my house the night of his bar mitzvah since there was no room in his parents' home due to their housing out of town guests. I coached him in little league and starting in 1985 I represented Philip by preparing his first tax return and preparing all of his tax returns ever since. I have been Philips' business attorney up to this day. In addition I have been the business and tax attorney for most of his family members including his parents since 1979.

Over the years I have found Philip to be honest beyond reproach. Philip has always been a man who is totally dedicated to his family and always dedicated to the well being of people in his nursing homes. In addition Philip has been a major contributor both financially and with his time to so many vital organizations without regard to whether or not it was a Jewish organization. Needless to say these are all easy statements to make but I feel it necessary to give your Honor just a few first hand examples of which I am personally aware.

It started in little league. When I coached Philip he wanted to make sure that everyone got into the game so that no teammate would feel left out. When Philip became an adult and lived in Chicago he would not only pay for but would personally deliver packages of food late at night to people who couldn't afford bare necessities for the Jewish Sabbath. I can recall on so many occasions any time someone needed money for things they could not afford, medical or

otherwise, Philip was always there to give them money unconditionally and without regard to race, color or creed. However, there is one thing that goes through my mind constantly. Many times I would call Philip late at night to discuss certain matters with him. Many a time Philip would say to me that he needed to return my call because he was making rounds in a facility or he was actually fixing something in a facility because he was so concerned about the well being of his residents. There are so many more examples I could provide Your Honor.

Philip Esformes is a man who has been involved in so many charitable projects and has contributed both financially and with his time with a full heart. He has shown unparalleled love and devotion to his family and friends. Philip always showed incredible care, love and devotion to his nursing home residents and his staff. Given the chance Philip has so much more to give of himself to family, friends and any and all people in need.

Your Honor I hereby ask you to consider the most lenient possible sentence the court considers appropriate.

Sincerely Yours,

Alvin Norman Knopf



**KLUGER KAPLAN**

DEBORAH S. CHAMES
Partner
DCHAMES@KLUGERKAPLAN.COM

May 13, 2019

The Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, FL 33128

RE:   *United States v. Philip Esformes, et al.*
      *Case No.: 1:16-cr-20549-RNS*

Dear Judge Scola

I have known Philip Esformes only during difficult times in his life. He retained me to represent him in a divorce from his Wife, Sheri. I had no relationship with him prior to that time. However, Philip has become a friend and someone I care about deeply.

Throughout the divorce process Philip was totally devoted to the best interest of his children. His children were his priority and he was in constant touch with them. Even after his arrest he was constantly worried about how this situation would impact his children. He continued to be concerned about all aspects of their lives despite the extreme hardships and humiliations he was personally experiencing in the detention facility. The fact that his contact with them was to be limited was a source of immeasurable pain to him.

Before I continue, I want to make clear that nothing contained herein is intended to waive the attorney client privilege.

Philip has helped a lot of people in the community. Once I began representing him, I became aware that we had mutual friends. I was told numerous stories of families he helped, men he gave jobs to, charities he donated to. When I was honored by an organization, he contributed by purchasing an ad for the journal that he insisted be anonymous. When I asked him why, he said that "giving charity is close to being angel like, giving charity anonymously is close to being Gd like". When I collected money to help orthodox Jewish teachers have the necessary funds to celebrate Passover,

The Honorable Judge Robert N. Scola
May 13, 2019
Page 2 of 3

not only did Philip contribute but he also asked his father, Rabbi Morris Esformes, to contribute and he did and continues to do to this day.

Even though Philip wanted to divorce his Wife he always wanted to "take care of her". No matter what she would do during the proceedings he never wavered. He also did not wish to speak ill of her and instructed me many times to do my best not to say anything bad about her.

If Philip had a fault it was blind loyalty to his friends and family. Regardless of any admonitions to the contrary, Philip erred on the side of helping those who he considered to be friends. In fact, he often said and treated them like family.

Philip worked very hard. He would call me at 6:30 a.m. and had already been up since 4:30 a.m. He wanted to talk to me early in the day so it would not interfere with his work. He would work all dates and into the night. He had boundless energy.

Every morning, even the morning he was arrested, he sent me a text that consisted of a biblical precept. He sent these same texts to his three children every morning as well.

When I have visited Philip in the detention facility these past two and a half years, he always first asks how I am. He asks me how my daughter is, who is an attorney who worked on his case. He asks me about Christina Echeverri, another attorney who worked on his case. He compliments me on my appearance, all while being severely depressed and physically unwell. When I was going through a difficult time personally during his early months of incarceration, he encouraged me and told me things will work out. He hugs me and thanks me repeatedly for visiting him.

Philip has a huge heart, a good heart. He is a good person.

He has used the time while in the detention facility to do a lot of personal introspection. There is rarely a time that I visit him that he doesn't ask me to make a call in order to help someone or to obtain religious books in order to pray or improve his character.

The Honorable Judge Robert N. Scola
May 13, 2019
Page 3 of 3

      I hope I have given you a picture of the Philip I know and care about.

      I ask that you strongly consider giving Philip a lenient sentence. He has been severely punished while being in the detention center for almost three years. He has been degraded and humiliated repeatedly on almost a daily basis. I trust Your Honor to meet out a fair sentence and simply ask for you to consider the contents of this letter when meting out his sentence.

                        Respectfully Submitted,

                        DEBORAH S. CHAMES, ESQUIRE

DSC:slz

May10,2019

Honorable Judge Robert N. Scola

United States District Court

400 North Miami Avenue, Room 12-3

Miami, Florida 33128

Re:United States vs. Philip Esformes et al

Case No 1:16 – cr 20549-RNS


 To the Honorable Judge Scola:

       I have known Philip Esformes in my capacity as his children's Judaic teacher at the Rabbi Alexander S. Gross Hebrew Academy for the past 12 years.

In that time I have seen many aspects of Philip's personality.I have found him to be extremely kind , caring, compassionate , dependable and well respected among his friends and peers.More importantly, I have

found him to be a beloved father to his children and son to his parents.

I myself have seen Philip Esformes go before a tuition panel and and plead and beg for admission for 3 students who were not allowed entry into a school because of financial setbacks. I have seen him  sit beside the bed of a friend felled by a stroke, praying and comforting the family.

This is the father who would coach his chidren's teams, making sure that no child would be left behind because of his lack of skills.He has always been the champion of the less skilled and less fortunate.

He would  get up early in the  morning, and take both sons to morning  prayers. He was always their  protective advocate.

He was always the advocate not only for his own children, but the less fortunate, those that were shunned by others. He made sure there was a place for them at his table, made sure they were always invited to his home. Welcoming them , and being protective of them as well.

When my son was studying abroad, he made sure his wife would send sports magazines and homemade cookie to lessen the feelings of homesickness.

Our Wise Men teach us that money blinds a person.. unfortunately in this case it has proven true.

There is no excuse for his behavior.We know he must pay for his mistakes.

I beg the court for the most lenient sentence deemed appropriate.

Philip Esformes has always rallied for the underdog, now he is in that very same position.

May the good deeds of his towards family, friends and communitystand up for him as he pleads for his life.

May these deeds serve as his advocates.

Respectfully yours,

Sharon Ciment

| | |
|---|---|
| **From:** | doniel cohen |
| **To:** | Marissel Descalzo |
| **Subject:** | Letter in support of Phillip Esformes |
| **Date:** | Monday, May 6, 2019 7:59:33 PM |

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

**Re: *United States v. Phillip Esformes, et al.***
**Case No. 1:16-cr-20549- RNS**

Dear Honorable Judge Scola,

I am writing this letter in support of one of my oldest and dearest friends, Mr. Phillip Esformes. Phillip and I grew up together in Chicago and our family's have been very close for over forty years. Phillip and I are about three years apart, as such, he has always been like an older brother and protector. He watched out for me in my early years at home and looked out for me when I was missing home when at summer camp. He helped advise and guide me through high school.

One of my earliest memories with Phillip was our sleepovers at his house. I was probably about eight years old. We would watch Rocky 2 again and again on the VCR in the back of his house in the den. After the movie was over we would often play box as he'd pretend he was Rocky, I unfortunately had to be the losing boxer, Apollo Creed. Who knew that the movie we watched together nearly forty year ago would have such a profound impact on his life years later

You see, Phillip is a fighter. Like Rocky, he faced quite a bit of adversity growing up, but found a way to overcome and persevere even in the face of immense personal obstacles. Phillip is competitive. He is intense. He is aggressive.He doesn't like to lose. He is uber motivated to succeed. And, with all of that, there is another side to Phillip which many people don't see or understand.

Unbeknownst to many, under his hard charging exterior, lies a kind, caring, supportive, and generous soul. I have witnessed this side of Phillip numerous times throughout my life. When I was twelve years old, my younger brother was diagnosed with Leukemia. In those days the treatment protocol was lengthy with a three year steady regimen of radiation and chemotherapy. My brother was terminally ill and spent many months at Children's Memorial Hospital. Many times when at our house it was Phillip who helped change my brother's IV bags, helped carry him up to his bed off the bathroom floor when he was too weak, and it was Phillip he brought him his spittoon when he had to throw up quickly and could not make it to the toilet in time.

About five years ago, life dealt me a "bushel of lemons". First, my son was rushed to the hospital. At the time he was nine and had fallen into a diabetic coma. He was not oriented to time or place and his prognosis while in the ICU was questionable. Phillip reached out to me

repeatedly to offer words of support and comfort during his hospitalization.Then, around the same time, my dad's health was failing and he subsequently passed away. I was emotionally stretched to my limit trying to take care of my son and my sickly father. Phillip always found time during his hectic work schedule to connect and offer the much needed brotherly support he had offered all my life. Last, my professional course took a major downturn as I was forced suddenly to close my business when a state funded program was eliminated costing ing me my livelihood. Again, there was Phillip offering professional advice with a commitment to partner with me in any future ventures that came up in order to ensure that I professionally landed on my feet and could support my family.

Like all mankind, Phillip is not all bad. Phillip is not all good. He is human. He is fallible as we all are. Honorable Judge Scola, I am not certain of the injustices that Phillip is being accused of in his professional dealings. However, I am certain that his family, his community, and society as a whole would be more enriched with Phillip in it.

I hope I have been able to provide a snapshot as to the true character of Phillip. His kindness, concern, and generosity of spirit have touched so many. I most respectfully beg you Judge to be merciful and benevolent as you consider the sentencing for my "Big Brother."

With appreciation of your consideration,

Doni Cohen

May 8, 2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami Florida 33128

Re:   *United States v. Philip Esformes, et al.*
      Case No. 1:16-cr-20549-RNS

I have known Philip Esformes for more than 30 years. We were introduced by a mutual friend and on that first meeting, we realized that we were both die hard fans of the same sports teams, as well as the oldest boys in our family, with only younger sisters.  Before long we were spending most weekends together on the upper west side of Manhattan where I was in medical school and he was in business school. I was in his wedding party and he was in mine. After we got married, we always lived in different cities but would keep in touch. We shared in our children's bar and bat mitzvahs. We took joy in each other's accomplishments and successes and consoled one another in times of sorrow.

Philip is one of the kindest and most generous people I know. I have witnessed his generosity first hand. With charitable organizations and friends, he gave of himself selflessly, both personally and financially. He is the friend you know you can always count on.
I remember Philip's wife recounting a story to me, (because Philip never discussed his charitable giving even with the closest of friends).  A young girl who attended the same religious high school as his children had transferred to public school because her parents couldn't afford the private school tuition. The girl was so connected to her Judaism that she continued to pray at religious high school in the mornings before public school began and then would walk to public school for classes after morning prayers. Someone happened to mention this story to Philip and when he heard it he decided to pay for the girl's religious school tuition, without telling a soul. He not only paid for her tuition but for the tuition of her siblings as well, until they graduated high school.

This is the Philip Esformes I know.

One time when I was visiting him in Miami he took me to one of his nursing homes on a late Saturday after the sabbath. I had never seen one of his nursing homes before. I was impressed by the cleanliness and orderliness that I witnessed there. As we walked through the hallways Philip spoke to all his employees and residents  with the utmost respect knowing most by first name. At one point in the hallway he said to me "I smell pee". Do you smell it? I said no. He insisted that he smelled urine and went on a quest to find the source of the smell and clean it up. After about 30 minutes of cleaning he was finally satisfied that the smell was gone and we could go home. This is the nursing home owner that I witnessed in Philip. Someone who genuinely cares about every resident and employee.

I never dreamed my friend Philip would be in this situation.

I saw and spoke to Philip less frequently over the past several of years. I believe our decreased contact corresponded with his increasing contact with some of his "new friends", some of whom were unsavory characters. One of Philip's biggest mistakes was trusting and surrounding himself by bad people who led him down a path that got him here.

I believe in the judiciary process in our beautiful country and I understand that Philip will have to serve time in jail for the crimes of which he has been convicted.
I ask Your Honor to consider when you make your sentence decision that this man is a good man who has done countless good things for many people. He has made many mistakes. He has paid a tremendous price already, serving almost 3 years in a federal jail. He will continue to pay the price forever.

Please give him the most lenient sentence the court deems appropriate.  Thank you for your consideration.

Respectfully,
Marc Dauer

May 1, 2019

Honorable Judge Robert N Scola
United Stated District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

Re: United States vs. Phillip Esformes, et al.
Case No. 1:16-cr-20549-RNS

Honorable Sir:

My name is Josh Davis. I have lived in the Chicago community for almost fifty years. I have known the Esformes family for my entire life, and, specifically Phillip, for the last forty years.

The Phillip Esformes that I grew up with and that I know is not the man that has been portrayed in the news and during this trial. Even as a young child he was always looking out for the welfare of others. As he grew older, he continued to develop this character trait even further. He became an integral part of the community. He helped many people and organizations while shying away from fanfare and recognition. As a board member of an organization that he assisted tremendously, I personally witnessed him effectuate his kindness anonymously. Though many people know of his assisting the community, only few know the full extent. He learned to be giving from growing up in a household that knows no bounds to their charity. This charity is not only monetary, it involves spending their own personal time and efforts. He continues this legacy in his own family and is teaching it to his own children by example. He arranges to give food to the needy, out of his own home on a regular basis. He is a loving and doting father.

In his business life, most people know him to be a hard worker. He has been very successful. However, not everyone knows what I personally had the opportunity to see. I have seen him take time and interest in both his employees and the residents of his nursing facilities. As he made rounds in his facility, he addressed each employee and many of his residents by name. It is not often that you see someone who owns and operates such a large business that still has a connection and interests himself in the wellbeing of each individual. This is a trait that I admire and try to emulate.

A man like this can still accomplish great things in the community. It would be a disservice to his family and the community at large to keep someone like him locked away. He can be providing so much good as we have seen from him already. What good can come from inflicting more pain and suffering on him and his family?

I believe that given the opportunity, Phillip will once again rise to the occasion possibly even greater than before. Seeing what he and his family have been through may give him even more reason to want to leave an everlasting charitable legacy of kindness and generosity to his family, the community and the world at large. I ask you to please show him mercy and leniency not just for his sake but for his family and community as well.

Thank you,

Josh Davis

**Honorable Judge Robert N. Scola**
**United States District Court**
**400 North Miami Avenue, Room 12-3**
**Miami, Florida 33128**

**From: Michelle Freund**

Re:  United States v. Philip Esformes, et al.
      Case No. 1:16-cr-20549-RNS

Dear Judge Scola,

It is with pain in my heart that I write this letter to you, but with hope as well, as I get to provide you with an opportunity to see the kind man that Philip Esformes is, and who he has been to me and those around me throughout the entire time that I have known him. I am a friend of Phillip's daughter, Serena, and I have known him since we were children.

Firstly, I'd like to say that I have never met a more loving and caring father than Phillip. He always puts his children first, and treated any one of Serena's, Morris's, and Jack's friends as if they were his own. He cares so much about those around him, and I have only known him to be a man that spreads, love, joy, kindness, and charity. He is also a religious man and has instilled positive values in his children and anyone that came to his home, and always made sure that we did charity work and helped those in need in our community.

On a more personal note, years ago my father's best friend tragically passed away one summer, leaving a wife and 4 children who could not sustain themselves. I know personally that Phillip Esformes anonymously helped this family financially every month for over a year until they could get back on their feet. I don't even think he knew them well, but as the empathetic and generous man that he is, he saw an opportunity to help a family desperately in need, and truly saved this family from experiencing more darkness in the worst period of their lives. That is the man that Phillip is and the one that I and everyone in our community knows him to be. And I am certain that this is just one instance of many.

I ask that you to please consider the most lenient sentence the court considers appropriate for a man that is so much more than what was presented to you at court. I have no doubt that when Phillip is finished with his sentence that he will not only continue to do the good that he did before he was convicted, but as a religious man, a family man, and a man of the community, that he will go above and beyond to impact his community in only positive ways.

Thank you for your time in reading this letter.

**THOMAS HAHN**

███████████████

████ ████ ██████

5/6/2019

Honorable Judge Robert N. Scola

United States District Court

400 North Miami Avenue, Room 12-3

Miami, Florida 33128

Re: United States v. Philip Esformes, et al.

Case No. 1:16-cr-20549-RNS

Dear US District Court Judge Scola,

My name is Thomas Hahn and I am writing to express my support for Mr. Philip Esformes, who is awaiting sentencing in the above case. I personally know Mr. Esformes as a man of excellent character and true compassion and ask that you take these traits into account as you consider his sentence.

I have known Mr. Esformes' mom for over 20 years and had met Mr. Esformas through her about a dozen years ago. We were not well acquainted for a number of years but I had seen him at a few social and synagogue functions where we would exchange a few pleasantries when we'd see each other. I guess you could call us "nodding acquaintances" at that point.

That changed about six or seven years ago when I was approached by an acquaintance for financial help for a late middle age woman whom I did not know, who had lost her husband a year prior. They had no children and she was suffering from a number of medical problems that left her unable to work and in need of help with daily living tasks. The bank had foreclosed on her house (or she sold because she couldn't afford the mortgage – I don't recall anymore) and she moved into a small apartment. She was spiraling down financially and my acquaintance was trying to raise money toward stabilizing her situation until community social resources could help her with a long term solution.

I made a contribution but was told they were well short of what was needed and I resolved to make a few calls to people I knew to see if I could help raise more money. Most of the people I contacted demurred and in desperation I thought of Mr. Esformes who had a community reputation for

philanthropy. I called him, expecting a token check. My first surprise was when he questioned me in detail about the lady's circumstances. The people I had spoken to previously listened to my 30 second pitch before either begging off or responding with a "count me in for 100 bucks" or so.  By contrast Mr. Esformes seemed truly interested in the plight of this woman he had never met or heard of before. He asked me how much we had raised and said he would match the total of the amount. It was a large sum of money! Moreover, he volunteered to speak with people he knew at one of the Jewish social agencies my friend was dealing with to ensure that the lady's case would get appropriate attention. It was only at this point that he even asked her name.

Mr. Esformes had only one condition for his contribution. We were not to disclose it to anyone and that definitely included the beneficiary.

My acquaintance and I were stunned at Mr. Esformes' generosity to this stranger. To cap things off, Mr. Esformes called me a couple of days later and said he had two more checks for us from people he had called too; we never asked him to do that and we were again astonished that he would do this without being asked.

I later found out that he had behaved in a similar manner with other "private" causes.

I am a retired Deputy Commissioner from a large New York City public agency and I am well acquainted with a variety of well known personalities, some of whom are publicly generous. Not to be cynical, I am aware that people use generosity for a variety of reasons, other than a desire to help; as a calling card, as a tax deduction, as a way to solidify relationships or a way to advertise their wealth. Mr. Esformes' actions were clearly not made for any of these reasons but out of a sincere desire to help and to act on his feelings of caring and compassion for another human being; in this case, a complete stranger.

And he responded to me, a mere casual acquaintance, of whom he had no expectation of any quid pro quo.

This all bespeaks Mr. Esformes to be a man of true character, sincere generosity and genuine compassion for others. I know only of a few, vanishingly small number of people who would've acted the same way he did.

I have only a superficial knowledge of Mr. Esformes' case and I am writing this out of a desire to help him the way he helped others. His mom tells me that he is a man broken in spirit, filled with regrets and suffering physically. I hope you will extend the same compassion to him that he had so often extended to others.

Sincerely,

Thomas Hahn

May 11, 2019

Honorable Judge Robert N. Scola

United States District Court

400 North Miami Avenue, Room 12-3

Miami, Florida 33128

Re: Philip Esformes
    Case No. 1:16-cr-20549-RNS

The Honorable Judge Scola,

I, Alyza Einav, have known Philip Esformes for almost 20 years. Philip is a kind, hard working, loving father, son and business man. To me he was like an uncle. I met his daughter serena when they first moved to Miami from Chicago and we became instant friends. I grew up with his family and his children were like siblings to me. Philip included me on many of his family vacations because he knew my father had a health issue and couldn't fly. He was a very spiritual person, every time we went on a trip his top priority was making sure him and his children got a chance to pray every morning.

Every high holiday he hosted a synagogue in his own home for people in our community who lived too far to walk to Shul. He would serve food and drinks to everyone who came to make sure they felt comfortable.
He was always passionate about helping others. In order to instill that passion in his children, he would make sure on trips that we had the experience of going to shelters and helping to feed the homeless. They were always helping at holiday food drives for the Jewish Federation and contributed their time to Jewish fundraisers for different organizations in the community.

On a personal note, when I was young, and my parents were having financial trouble, they had taken me out of private Jewish school and put me in public school. This was a challenge for me, and he knew I was having troubles, he would take time out his busy work schedule to call me and help me deal with certain issues that I was going through. He knew my parents couldn't afford a Jewish school tuition, so he petitioned to the board of a Jewish school to help me get a partial scholarship. He also helped my father get a job in his time of need.
This is a man with 3 amazing, smart and successful children, his kids were amazing at sports and very hard workers in all aspects of life. He was always pushing them to do their best.

It is so hard to watch his family going through this terrible hardship and I hope you can consider these attributes when making your decision.

Respectfully Submitted,

*alyzaeinav*

Alyza Einav

Honorable Judge Robert N. Scola

United States District Court

400 North Miami Avenue, Room 12-3

Miami, Florida 33128

Re: United States v. Philip Esformes, et al.

Case NO. 1:16-cr-20549-RNS

Dear Honorable Judge Scolara,

I have known Philip Esformes for thirty three years.  I met Philip in New York City while I was attending Queens College and living in an apartment in NYC.  Phil and I became close friends and have remained close friends since.  I was one of the ushers at his wedding.

Phil was always a friend whom we all respected.  He acted with kindness and dignity even as a young adult.  He took his religious observance and study more seriously than our group of friends and we admired him for that.

In 2006 my baby daughter passed away.  Phil was tremendously supportive during the whole ordeal.  At her funeral Phil told me that I shouldn't worry about any financial worries and that he would take care of me if I needed help.

In 2008 after the passing of my  daughter, I left my business and opened up a Jewish outreach organization.  I asked Phil if he could help support me and my organization while I was getting it off the ground. Phil immediately offered me the help i needed for the first few years of my new spiritual pursuit.  This financial support is what enabled my wife and I to create our powerful organization called YJP Las Olas that has been operating successfully for the past 11 years.

Not only was Phil a financial support but he remained a close and supportive friend.  He was interested in my welfare and wellbeing.

As a friend, philanthropist and community member Phil contributed an enormous amount.  He was community activist and an idealist.

Please consider my personal account of Phil's character.
With blessings,
Rabbi Shalom Holzkenner

*May 1, 2019*

*Honorable Judge Robert N. Scola*

*United States District Court*

*400 North Miami Avenue, Room 12-3*

*Miami, Florida, 33128*

Re: United States v Philip Esformes

Case No. 1:16-cr-20549-RNS

Dear Judge Scola:

My name is Bonnie Schwartzbaum and I am the Director of the Jewish Community Services Kosher Foodbank. My nephew, Samuel Chavin, is married to Rachel Esformes Chavin, the sister of Philip Esformes.

When I started at the Foodbank in 2011 I discovered that Philip was an original Foodbank founder and continued supporter. The JCS Kosher Foodbank feeds over 400 families every month, including 225 children and 84 Holocaust survivors.

In 2003 Philip discovered that the Foodbank was running at a deficit of about $1000 a month and he committed to donating that money so that no family would go without food. Just as importantly, he began taking his children shopping for food for our Foodbank families. The children started to come into the foodbank on a regular basis to deliver the food and stayed to stock the shelves. It was very important to Philip to raise children who would give back to their community.

As the children got older and started to drive they began coming on their own. Though out their high school years they would come in on a regularly. It was very gratifying for us to have a father that not only helps the Foodbank financially but also instills these values into the next generation.

Sincerely,

Bonnie Schwartzbaum



**BONNIE SCHWARTZBAUM**
Director, Kosher Food Bank
**Jewish Community Services of South Florida**
15455 West Dixie Highway Bay R, North Miami Beach, FL 33162
Direct: 305.947.8093 Ext. 802
foodbank@jcsfl.org | **www.jcsfl.org**

Honorable Judge Robert N. Scola

United States District Court

400 North Miami Avenue, Room 12-3

Miami, Florida 33128

Re:United States v. Philip Esformes, et al.

Case No. E:16-cr-20549-RNS

Your honor,

I have had the privilege of having a personal relationship with Philip and the Esformes family for over 30 years. I cannot appropriately convey how they have impacted our Chicago community and my family personally. Here in Chicago Philip and his family have been the single door to knock on when our community, an organization, school, or individual was in need. Not simply writing a check and sending someone on their way, they take a personal interest and get involved on the most intimate level. Without question, our community would not be where we are today without their commitment and support. Honestly the last few years has been an extreme strain on our community, and has suffered along with Philip drastically. Philip and his family have simply put "Built the Chicago Jewish community and infrastructure into what it is today ".

I cannot speak to the claims against him in his business life, but as an individual he has proven to be a caring and compassionate individual who dedicates his resources and time without end. I have on a number of occasions referred over individuals looking for advice or support on a personal and business level to Philip, and he has always made the time to not only help them along, but follow up and check in from time to time and stay involved in their life. As you may know, our close-knit community has a myriad of social service and educational programs that can only survive with the help of individuals backing both financially more importantly with the knowledge, skill, and drive to push through difficult situations and make things happen for the good of the whole. Philip has always been there on both fronts.

I have been a chaplain both in Cook and Lake County prison systems here in Illinois for a number of years, and I understand on some degree the gravity of the situation. I've seen individuals go through the system and unfortunately many times come back through. In knowing Philip, and seeing the physical, emotional, and spiritual impact the justice system has had on him -- there is no question he has not only reflected on his actions, but changed as a person completely. People must go through many challenges in life, and while people make mistakes -- it's who they are at the core and what they take out of it that defines them. I believe Philip has come to terms with his actions and is a better man for it.

On behalf of our community, his family and friends, I implore you to take into account the personal changes in Philip and the impact his sentencing has on so many people throughout the widespread Jewish community.

Yours truly,

Isaac J. Weiss

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, FL. 33128

RE:    ***United States v. Philip Esformes, et al.***
          ***Case No. 1:16-cr-20549-RNS***

I am writing to you on behalf of my dear friend Philip Esformes who's sentencing term is before you. I wish to offer your Honor an insight into the man that I have known for over 35 years - from when we were kids.

For these 35 years I consider him to be a loyal and dear friend who has always been there for me and my family. There are not many people you can call and know that they will be there for you at a moment's notice for no matter what. Phillip is one of those types of friends. I can recall several instances in my married life when I reached out to Philip for personal help, guidance and support relating to difficulties my husband was going through or issues with my kids. Each time Philip wholeheartedly and compassionately did whatever he could tobe ther for us. This type of character means a lot and is rare. Even as a teenager Phillip would go out of his way to give and be a generous to others.

I remember at 15 years old we lost a very dear friend in our group who had succumbed to cystic fibrosis. Her

death was so hard on our friend group and especially me. I will never forget his kindness and true heartfelt concern during that time, being there for me our friends every second, making any arrangements he could and trying to help the mourning family in every way. True to who he is, even as a young boy, he staying strong for all of us even though he was also in pain.

He has been amazing to my family - growing up and now. As a teen ager he would spend time with my grandmother making her smile feel so special as well as my siblings and parents. Philip was always kind and extra respectful to adults and was always able to put a smile on their face.

I have watched Philip be an amazing father to his children, a hard working businessman, a devoted son to his wonderful parents (whom I know are in so much pain from this) and grandparents. I always remember him taking care of his little sisters Rivkie and Rochie and looking out for them with love and care. They knew they could count on him too. I remember how important family was to him engrained in him from back then and the respect and love he had/has for his cousins, aunts and uncles. Family is so important to him. I admired the close relationships, love and respect he has and gives to all of them.

Philip has been a generous giver to our community. He is a great host who always opens his home to family and friends and tries to make sure people feel comfortable.

Honorable Judge Scola. I know that Phillip is kind, caring, generous and loving despite this tragic incident in his life. He is a blessing to our families and communities. My heart breaks for the deep pain he is suffering. Many of us will suffer with his sentencing. I beg you to consider all of us and his dear beautiful family and to plead for leniency in his sentencing. I know he has already suffered so deeply and we all feel so pained especially his amazing children who I know and adore and who need their father in their lives. With the utmost respect for the needs of justice, I, we, Phillips children, family, friends and community pray for your for leniency in his sentencing.

Submitted respectfully,

Marci Siebzener.

## JACQUELINE R. DWORKIN



May 9, 2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

### RE: United States v. Philip Esformes, et al. Case No. 1:16-cr-20549-RNS

Dear Judge Scola,

My name is Jacqueline Dworkin, and I am the 23-year old girlfriend of Philip's eldest son, Morris (Mo) Esformes. I am writing to you, Your Honor, in support of a plea for mercy, asking that Mo's dad Philip Esformes receive the most lenient sentence the Court considers appropriate in this case. In determining Philip's sentence, I trust the Court will take this deeply honest information I am providing in this letter to help you consider the totality of Philip's life and most importantly, the depth of his devotion to his family.

I was born and raised in New York City where I currently live. I graduated from the University of Pennsylvania in 2017, where I met Mo in 2015. My parents have always emphasized to me and my two siblings, the importance of hard work, dedication, and above all else, the importance of family. I immediately found those qualities to also be deeply ingrained in Mo, who I love and wholeheartedly support. I have grown to understand that these values were instilled in Mo and his siblings by their father Philip.

I can only attest to what I personally know, which is that Philip has been an exceptionally attentive and loving father throughout all of his children's lives. In this letter, I plan to speak to Mo's life in particular, as well as to my own relationship with Philip. It would be completely normal for a son to have elements of resentment or anger toward his father in this type of situation, but this is absolutely not the case with Mo and Philip. Despite the allegations and conviction, and the pain that Mo has endured in this process, Mo has remained completely and utterly loyal and a loving son to his father, and as he should for a dad like Philip. Mo has told me countless stories of his childhood, where Philip was (and still is) the epitome of a hands-on father – never missing Mo's sporting events, family outings, or Shabbat dinners at their home. In contrast, most fathers I have observed growing up, particularly those who achieved financial success, sadly and consistently chose work and personal needs over their families – but not Philip. Philip's kids have always been his absolute top priority, and they have depended on him in countless ways with financial dependence being at the very bottom of the list.

Mo and his siblings depend on Philip for guidance, love, and the day-to-day happiness that Philip creates for each and every one of his children. He is a light in their world, a playful spirit, an optimist, and someone whose presence I believe is essential to their stability and

success. I constantly tell Mo he is his own biggest critic; he is always telling himself that his hard-earned achievements are not good enough and that he can do better. Mo has always been a person who strives for excellence in all aspects of his life and Philip has always been Mo's biggest cheerleader – someone rooting for him when Mo cannot root for himself. However, Mo is now unable to simply call up his best friend or grab a meal with him – to talk in freedom. In fact, Mo tells me virtually every day how much he needs and misses that physical presence – Philip imparting advice while making Mo laugh along the way. Mo has been embarrassed and harmed in the eyes of peers and employers from the publicity of the Jerome Allen charge, but I think that Mo has suffered most by the simple fact of not having his father around.

Mo longingly waits for those eight-minute phone calls from his father in federal prison, when Philip asks about Mo's classes, about me, Mo's job recruitment, and everything in between. Somehow, while fighting for his life, Philip makes his time on the phone all about Mo, not about his own situation. He will remember Mo's exam schedule, an impending job interview, or even something as frivolous as a college night that Mo is excited for. A man who is capable of that is simply *meant* to be a father – one who can nurture and guide his children in freedom. Most fathers I know, let alone one dealing with all Philip is, simply do not care to ask about or remember these things. Just that fact alone, helps me to understand why Philip's children so desperately love him. He is truly one of a kind.

Personally, I can also speak to Philip's character. I unfortunately became close to Mo about a month too late – after Philip was taken into custody – so I actually have never had the privilege of meeting Philip in-person. That said, I have spoken with him on the phone and look forward to visiting him someday soon. As evidenced by my decision to write this letter, Philip has made a real impression on me, simply from our time on the phone. He asks about my family, about work, and my goals and ambitions; Philip is somehow able to be the one who makes *me* smile, even as I fight back tears and try to learn from Philip's resilience. Philip chooses to take away precious phone minutes allotted for his own son, to have Mo hand me the phone, and use a few minutes to hear my voice and get to know me better. Somehow, Philip is able to be more resilient and optimistic than I am in my daily life, where my problems seem completely frivolous compared to his; Philip does not see things that way. For those minutes on the phone, I am his priority. Not a single friend of mine has this type of personal and meaningful relationship with their boyfriend's father, let alone with their own fathers. Somehow, Philip elevates the needs and concerns of others far above his own, despite these tragic circumstances. That right there is a person who needs to be shared with the world. I firmly believe this reveals Philip Esformes to be a uniquely special father to his children.

My own father has instilled in me and my siblings a moral compass of what is right and wrong. One of the guideposts he has preached repeatedly is to always view and try to understand others *in their totality,* as we are all far from perfect. I therefore pray that the Court will judge Philip on the totality of his life. I urge Your Honor to consider not only "court room Philip Esformes," but the "exemplary father and hero to his children, Philip Esformes." He is a man who raised three wonderful children who are intellectually curious, loyal, generous, empathic, kind, and hard-working – they want to do good things in this world and make it a better place. I know with their father at their side, they will all accomplish great things.

Thank you for giving me the opportunity to convey my views to the Court about Philip's many exemplary, personal qualities that have received little to no attention in this painful process. I sincerely hope Your Honor will take my plea for mercy in considering the most lenient sentence appropriate in Philip's case.

Respectfully,
Jacqueline Dworkin

**JAN A. SIGMON**



May 13, 2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

**RE: United States v. Philip Esformes, et al. Case No. 1:16-cr-20549-RNS**

Dear Judge Scola,

I write to Your Honor asking for mercy with respect to the sentencing of Philip Esformes. I am the mother of Jacqueline Dworkin, the girlfriend of Philip's son, Morris (Mo) Esformes. I have never met Philip personally; I only know of him through the eyes, voice and soul of his eldest son, Mo.  Nonetheless, I am compelled to express this knowledge to Your Honor as you consider Philip's sentence.

I was born and raised in Bethlehem, Pennsylvania, as one of six children, but have been a resident of New York City for more than 37 years. I am a graduate of the University of Pennsylvania (Penn), am retired from the practice of law and run my own consulting business, providing thought leadership curation and execution services for BlackRock, LinkedIn and Royal Bank of Canada, among others. I am a member of the Board of Overseers of Penn's Nursing School, among other charitable endeavors. Most importantly to me, I am the proud and loving wife of the man I met at Penn over 40 years ago, with whom I have two daughters and one son, ages 27, 23 and 19; our children are our hearts and souls for whom we are most grateful and proud. I offer my brief bio as a way of explaining that I have spent a lifetime nurturing a beautiful family and building a community of close and trusted friends and colleagues.  My family's reputation and achievements mean everything to me, and I stand strongly behind them, my friends and the communities I have spent a lifetime supporting.

I have known Mo for nearly four years but have become particularly close to him over the past few years as he and my daughter's relationship has deepened. I have met many incredibly wonderful young men and women over the years of parenthood, but Mo is the extraordinary stand-out, bar none. He is preternaturally mature, wise, loving, loyal, hard-working and ambitious. He has a smile and personality that lights up every room he enters, and one cannot be anything but struck hard by his soulful sincerity and joie de vivre.  As a mother who has tended toward "cautious optimism" regarding my children's relationship choices, I never really had that with Mo and Jackie. They are almost the male and female versions of one another; their similarity of heart, soul and devotion are palpable.

While I have never spoken to Philip personally, I do know that everything about the incredible young man I know as Mo comes from his father. He references his father at all times with the greatest reverence, devotion and love; he holds his father in the highest esteem and attributes heart, soul and mind to the teachings of his father. I am a parent who has seen many children grow up in my orbit. I know one thing for certain: a son like Mo does not become the superlative person he is without the close and loving attention and direction of an equally superlative parent. I have personally witnessed Mo experience the deepest and most excruciating sense of loss and longing these past few years regarding Philip's detention and trial, yet Mo has never wavered in his uncompromising love and respect for his father. Despite unrelenting negative press (even in MO's own Penn school and local Miami communities), and repercussions regarding job opportunities as a result of the negative press surrounding Philip's case (despite Mo's extraordinary personal achievements at Penn), Mo's love for his father and his relentless spirit remain steadfast and strong. So much has been taken from Mo, but his love for, and the strength he derives from, Philip remains constant. I implore the Court to consider the tremendous love, faith and honorable bond that exists between this father and son as the Court considers its sentence. I truly believe that a man who raises a son like Morris must, in his totality, be the very best of men.

I implore Your Honor to look at the totality of Philip's life, all the good deeds he has done, and most especially, the exceptional children he has raised and nurtured. Such a man is surely deserving of mercy. As The Honorable Supreme Court Justice, Sonia Sotomayor, has referenced, Philip is not a bad person; he made some bad decisions.

I appreciate your taking the time to read and absorb my thoughts about Philip Esformes as a person, father, friend and member of the community. I ask for Your Honor's deepest consideration, understanding, and above all, leniency, as you consider the appropriate sentence for Philip Esformes.


Yours sincerely,
Jan Sigmon

**From:** weisgang@aol.com
**To:** Marissel Descalzo
**Subject:** letter on behalf of philip esformes
**Date:** Friday, May 10, 2019 10:04:07 AM

Rebecca Weiss R.N., B.S.N.



**Honorable Judge Robert N. Scola**
**United States District Court**
**400 North Miami Avenue, Room 12-3**
**Miami, Florida 33128**

Re: United States v. Philip Esformes, et al.
Case No. 1:16-cr-20549-RNS

Dear Judge Scola,
I am a registered nurse, the mother of eight children, and a very involved member of the community I live in. I have known Philip for almost 49years-my entire life. He is both my first cousin (my mother and his father are siblings} and my step brother (my father and his mother have been married for 34 years).

Philip has always been my hero. He was the fat kid who struggled in school. He always had a few good friends but could never enjoy big crowd events. We were the same....... except Philip never just accepted mediocre as ok. He decided to get in shape, work on grades and developed his personality in order to encourage others. By the time Philip graduated high school he was fit and healthy, an honor student and captain of the basketball team. Over the years I have seen Philip use this trait to push his children to reach their full potential. He never gave up on my grandparents after they came out of surgeries instead he pushed them to do their rehab and eat in order to get back to themselves. He has encouraged others as well. When Philip was a teenager he babysat for a boy who had leukemia. Philip was there until the day before the boy died, trying to push him to fight. Since then Philip has always given to any sick parent or child in any way he can, often it has been money and done anonymously because he doesn't want the credit he just wants them to get better.

In 2010 I gave birth to my eighth child. She was born with a congenital heart defect that was undetected prior to birth. I was mentally unprepared. I felt myself beginning to unravel. Philip saw an opportunity to help someone he loved. He called every day (whether I was in the mood or not). Every morning started with a 6am pep talk, to get up , take care of myself and to be the best mom to all my children. I wasn't surprised that Philip took time out of his busy life to call me because I knew that he would. I also didn't always feel like having a pep talk.. so I, often, didn't answer. Philip did not give up on me and he was worried, so he just got on a plane and showed up at the hospital instead! I got the message. Emma (my baby girl) died a little over eight months after she was born. I was a mess. Philips phone calls didn't stop. It was my first call almost every day until the day he was arrested.

I don't know how many examples to give you but there is one other big one that shows how special Philip is. Philip is 2 years older then me. My first 2 years of high school we were inseparable. I was with him every day. we shared the same friends and liked the comfort of knowing the other one was always there. When Philip graduated it left me very lonely. It did not take long for me to have a boyfriend. Philip was not happy with the situation. He thought my boyfriend and I were too serious and he didn't like sharing my time when he was home. The summer after I graduated high school I found out I was pregnant. I was scared. Daniel ( my husband of 30+ years) was more scared. I knew I was keeping my baby regardless. Philip was right behind me. No judgement. No "I told you so". Just... What do you need? He was the one who gave my husband a pep talk before he walked down the aisle thirty years ago. He was the one who pushed me to finish school. He was the one who helped me get my first job. Philip is persistent and never gives up on anyone. Here I stand almost 31 years later with an amazing husband, eight beautiful children (I had another after I lost Emma), and a community who sees me as someone to aspire to be. I do not know what would have been different if Philip hadn't supported me at a time when it was so desperately needed... but I do know that he always saw the potential in me and that was all he focused on.

Sometimes a person is blind to those around them. Philip saw most people as what they could be. I do not know exactly what he was thinking in his business dealings or in the people he was associating with. I am writing you to ask for leniency when sentencing Philip. I believe he can be such a positive influence on so many people, and I believe he already a different man then the one who was arrested in 2016. Thank you for this opportunity to speak.
Sincerely ,
Rebecca Weiss

Michael Knopf



5/10/2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

RE:     United States v. Philip Esformes, et al.
        Case No. 1:16-cr-20549-RNS

Honorable Judge Scola,

My name is Michael Knopf and I'm a mortgage lender in Chicago, IL. I've known Philip and the entire Esformes family for as long as I can remember. The Esformes family's connection with our family actually began when I was born. My parents bought our house 3 days after I was born, and that house was around the block from the Esformes family's home. Our families grew up together and have stayed close to this day. Yechiel (that's how we refer to Philip – by his Hebrew name) was the oldest of us all and a role model for us. He set the trends that we followed and is responsible for so much good that has come about.

Our parents set a great example for us with regard to community service, charity and helping those in need in every way imaginable. When we were young and as we grew older, we emulated them, and we have all followed in their ways to the best of our abilities. As the oldest of the children, Yechiel was not only the first to follow, but he jumped in fully and with gusto. He followed in their ways from a young age, and his community service, charity, etc. has matched, or maybe even surpassed that of our parents. With such a good example for us to follow, we had it easy. Yechiel was and is a our peer, and to see a peer acting with such character and setting such a wonderful example, likely had an even larger impact on us to "do good" than even our parents' examples.

There are many examples and stories that illustrate so much of Philip's wonderful character in so many areas. And I'm confident that many others have mentioned these to the court. With such great character and so many positive qualities, what stands out to me about Philip has always been his ability to influence us all to be better.

Your Honor, I ask you to please consider the most lenient possible sentence in your just decision.

Respectfully,

Michael Knopf

# EMPLOYEES

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12- 3
Miami, Florida 33128

Re: United States v. Philip Esformes, et al.
    Case No. 1:16-cr-20549-RNS

Dear:  Judge Scola,

My name is Francisco Quintana; I have known Philip Esformes for a little over 16 years. I started working for Philip in 2003 at Harmony Health Center as a Floor Tech for Housekeeping. In plain English, I use to buff the floors. I was a young single father with no education really and I was headed nowhere fast. My future was not bright and I had no plans, I just knew that I wanted more for my son and myself. Meeting and working with Philip was my saving grace, he took me under his wing and gave more opportunities than I ever thought possible. He was my mentor and my friend.  Today I am a Nursing Home Administrator. I have a future, a career and a family. I know I worked hard to get to where I am but none of it would have been possible with Philip Esformes, instead of ending up a statistic I ended up a success. That's who Philip Esformes is, a facilitator of good, he was always there to lend to hand to anyone who needed it. He helped so many people achieve their dreams, he helped people become nurses and administrators, when residents at Oceanside wanted to get married he made their wedding possible, when his employees had deaths in their families he would help with the funerals and when my youngest son was born and had complications and had to remain in NICU for over a month Philip called me daily to see how he was doing and arranged for me to have whatever time I needed off so that I can be with my family. I could sit here and fill pages naming all the kind things he has done. People have tried to paint Philip as a Monster a Tyrant who only cared about Money and business, but that is not who he is. Philip is kind; he is caring and above all he is all about family, not just blood family his work family as well; because when you work with Philip that is what you are, Family.  These past years have been filled with a horrible void in so many of our lives, his presences is missed.  Judge Scola I know you have a great task before you but I beseech you please be lenient when handing down his sentence. Thank you kindly for your attention.

Sincerely,

Francisco Quintana

May 10, 2019


Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

RE:  United States v. Philip Esformes
Case No. 1:16-cr-20549-RNS

Your Honor,

I am writing this letter to show my support for Philip Esformes.  I had the pleasure
of working for Mr. Esformes for over fourteen years.  During all those years I
personally witnessed him help multiple people in many ways.  Not only did he
always make himself available to staff to discuss any problems in their personal
lives, but he was always there to help in other ways as well.  I was involved and
witnessed him helping staff with unexpected funeral costs for family members,
assisting with drug rehabilitation for children of staff members and always made
time to speak to an employee in need.

 I was very lucky to work closely with Philip on a daily basis.  I can honestly say
that although he was demanding of perfection, I will "never" have a better boss in
my life.  Over the years I truly grew to care for him deeply as an excellent human
being and one that I always knew would be there for me and our residents.  I will
always consider him a true friend and keep him in my prayers daily.  These are a
couple examples that come to mind in my personal life.  When I first began
working for Philip, I was just starting my master's degree at Barry University.  We
had a difficult inspection going on at one of the facilities and that afternoon I had
a final exam.  Although I explained to my professor my situation at work, he
would not allow me to take my exam the following day.  I was very distraught,
thinking I was going to fail my class.  At the time I was a working mom with three

D005743

young daughters and was feeling overwhelmed at the thought of failing my class. Philip saw me very upset and personally contacted my professor to see if he would excuse me. When that didn't work, he was kind enough to excuse me so I could go take my test. I will always be grateful for this act of kindness. He barely new me at the time and was not aware of my work ethic but  let me go take my final when he  needed me at work. On two other occasions Philip also showed me a great deal of kindness and understanding. In 2005 my husband became very ill and was hospitalized for over a month. He was in  critical condition  for a good part of that time and I could not leave his bed side. At no time did Philip deduct my pay or any of my paid leave. In 2009 my father was diagnosed with leukemia and died in December of that year. I am an only child and have limited family support. Philip again paid for any time I took off and did not deduct my pay. Allowing me the freedom to care for my father without worry of me losing my position.

I hope these examples show you an inkling of his kindness and caring for  the people that worked for him. There are so many people that counted on him in many ways. Mostly his three children which he loves deeply, and I am sure he misses terribly. I pray that God gives him the fortitude to get through this difficult and trying time. Thank you for allowing us to express in words what type of person Philip really is and how he has positively impacted so many lives.


Sincerely,

Ana Bovo

D005744

May 10, 2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33128

> **Re:   _United States v. Philip Esformes, et al._**
> **_Case No. 1:16-cr-20549-RNS_**

Dear Honorable Judge Robert N. Scola,

My name is Marie Sandra Cange.  I am a Licensed Practical Nurse and have been working as a nurse for the past 31 years. I had the pleasure of working for Philip for 7 years upon my relocation to Fl. In 2004, but due to some personal changes in my life I had to separate from the company of this wonderful man, and work closer to home. I would like to share with you that Philip is a great person and a caring owner of the Company. Philip cares for his patients/residents, their wellbeing and their environment, and always want the "BEST CARE "provided to them. He always makes sure that the facility have the tools, supplies, and equipment to care for his patients/residents, and will assist in any ways to maintain the "Highest Customer services". Our patients/residents themselves knew when Philip comes in the building, and will look for him to talk to him. This is the kind of man, Philip is. His philosophy: "Patient/resident comes first".

I was always amazed and impressed by the level of care, attention that Philip personally gave to our patients/residents. On rounds on the units, Philip talks to the patients/ residents about the care provided, any concerns, and whatever needed to be addressed was done immediately **if** there was one. Philip cares about the well being of his clients and his staff.  He took the time to talk to me and to get to know me as his employee.  He is a good, honest, caring person, a son, a father, a great former boss, a friend, an uncle, a brother, a brother- in- law, a Good Samaritan and has touched so many lives in such a caring way that I can't find enough words to describe this man that I met in June of 2004 as an employee in one of his  facilities when I moved from New York.

Philip is a former boss who has impacted my life in such a positive way that I continue to bring his name up in conversations with my family how caring and dedicated he is to his staff and clients.

Thank you Honorable Judge Robert N. Scola for this opportunity to share the great experience that I had working for Philip.

Sincerely,


Marie Sandra Cange(LPN)

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, FL  33128

RE:  United States vs. Philip Esformes
Case No. 1:16cr-20549 – RNS

Your Honor,

My name is Julie Capote and I have known Philip since 1996.  I met Philip when I worked at a neighboring hospital to one of the facilities he owned.  When I first met Philip, I thought he was pushy, all knowing and arrogant.  After years of interacting and finally working for him as his admissions director in one of his buildings my opinion of him changed completely.

I have never met and don't believe I will ever meet anyone like him ever again.  I can write pages and pages of all the many people I saw him help, be kind to, care about and mentor.  I believe its best that I tell you how he helped me and my family.  Even though I was his employee, I can honestly tell you that I always felt protected by Philip.  I always knew that if he was in my life there was nothing that could happen to me or my family that he would not help me with.

I have two daughters, my oldest is from my first marriage and has never received any assistance from her father.  Thanks to Philip she got her first cell phone, first car and any time I needed help to pay her school he was always there.  My youngest daughter wanted to do competitive cheerleading which is a very expensive sport.  She was able to this thanks to Philip.  His generosity made it possible, along with the words of encouragement at competitions.

About 10 years ago my brother lost his business.  He was broke and had tremendous debt.  I went crying to Philip who told me there was no need to cry and offered my brother a job.  The Philip I know, and love is a dedicated father, a

good friend, extremely hardworking, and always willing to help those he knows and cares for.  He even helps strangers in need.  I remember one day driving him to one of his nursing homes and him making me stop to give money to a man begging on the street.

I am not trying to tell you Philip is perfect, but I can honestly tell you that the Philip I have known since 1996, is one that has demonstrated kindness and generosity to many.  I for one have been blessed to have had him in my life.  It is my sincere hope that this letter helps you in seeing who Philip Esformes has been to many and helps you in formulating a decision.

Thank you for your time and consideration.

Sincerely yours,

Julie Capote

May 13, 2019


Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3

RE:  United States vs. Philip Esformes
Case No. 1:16cr-20549 – RNS

Your Honor,

It is with great pleasure that I write this letter about my former boss and friend,
Philip Esformes.  To know Philip is to know a human being with incredible
qualities a kind giving men, but most important an excellent father to his three
children.  On a more personal note, when my brother suddenly passed away my
family and I were not financially prepared to endure the cost of a funeral, thanks
to Philip my brother had a dignified funeral.  I didn't have to call Philip, he
reached out to me and made himself available for whatever I needed.

A year after my brothers passing my son was a victim of a terrible crime, my son
was held at gun by two men that wanted my son to give them his gold chain, my
son was shot in the back and was taken to the hospital in grave condition, the first
person that went to my side at the hospital was Philip, he prayed with me and
went into the ICU to my son's side and prayed with him as well.  Philip told me
that anything that I needed he was there for me.  How do you thank someone
that offers one such caring, friendship and generosity? You can thank that person
by being there unconditionally in their time of need.

Sincerely,

Nereyda Lopez

April 30, 2019

Honorable Judge Robert N. Scola

United States District Court

400 North Miami Ave, Room 12-3

Miami, Florida 33128

Ref: ***United States v. Philip Esformes, et al.***

   **Case No. 1:16-cr-20549-RNS**

My name is Jacklyn Zapata. I worked for Philip Esformes from 03/01/2003 thru 07/22/2016 at Oceanside Extended Care Center as Business Office Manager/ HR Director. Philip was an exceptional person. For the thirteen years I worked for him, I was able to witness what a generous and compassionate man he was towards any human around him in distress.

On July 15, 2015, my sister committed suicide at 38 yrs of age, and Philip reached out to me in a way that made me forever in his debt. He called me and told me whatever you need, as much time as you need, anything I can do, you just let me know. In 2007, he paid for my schooling to become a Licensed Practical Nurse, with no hesitation, because he was very pro people bettering themselves, and achieving lifelong goals. I saw him a countless times give money from his pockets to any of the residents that asked him for any money. He was just stick his hand in his pocket, and whatever bill came out, was what he gave, no questions asked.

Philip Esformes is one of the most caring persons I have ever come in contact with. His devotion to bettering humans around him was inspiring. He is someone that I look up to as an overall great human being, a true role model of mines.

Sincerely,

Jacklyn Zapata

5-9-2019

Honorable Judge Robert N. Scola
United States District Court
400 N. Miami Ave. Room 12-3
Miami, Florida 33128

Re:
United States v. Philip Esformes, et.al.
Case No. 1:16-cr-20549-RNS

Dear Judge Robert N. Scola,

My name is Aneta Mihale. I am writing on the behalf of Philip Esformes. I have worked and known Philip & his family for about 20 years. I wanted to tell you a little about him. I have worked for him & his family in this Nursing Home industry as a bookkeeper.

He is very dedicated to his residents, family & employee's. Always made sure his residents are provided with excellent care and service. Always made sure they were taken care of. His residents and their care always came first. He & his family always helped out in the community as much as they could. Donated to the less unfortunate, helped people when someone needed help when he could. He is a very kind and generous man. Always had a smile on his face that lit up a room when he walked in. The residents love him. The community loves him. His friends & family love him. There are not a lot of people like this in this world and this is what we need more of. His dedication to the residents who entered his nursing homes was always #1. They always received the best care, always treated everyone like family. If it was a short term stay or long term stay these residents depended on him and he delivered 101%. Please see the man he really is and not what these accusations are of him.

Thank You,
Aneta Mihale

Maria C Presmanes



Honorable Judge Robert N. Scola
United States District Court
400 North Miami, Avenue, Room 12-3
Miami, FL 33128

Re: United States v. Philip Esformes
Case No. 1:16-cr-20549-RNS

Dear Judge Scola,

I am writing this letter hoping that you can have some insight on the Philip Esformes that I know. I have been an employee of Philip Esformes since July of 2000. It says a great deal when you work for the same person for so many years, one of the main reasons was because I was always treated with dignity and respect.

During the years that I worked with Mr. Esformes I had contact with him on a daily basis, this daily contact afforded me opportunity to see first hand the kindness and generosity he displayed not only to his employees, but to their families as well as to the residents in his facilities. I can recall times when we walked into a building and a resident complimented him on his baseball cap and he would turn to me and say make sure you get him the same cap and deliver it to him. I was also present when Philip purchased a facility that not only provided care to the elderly, but also provided care to children. I saw Philip immediately buy new play mats, toys and made sure those kids had everything they needed including gaming devices and ipads for the bigger kids. More extraordinary than everything I mentioned was the fact that he helped with equipment, modification of homes, assistance with care, this was provided to any parent that wanted their child home, but didn't have the resources to make ramps for wheelchairs or widen doors etc. as a result many children returned home with their parent.

Philip has always been a very devoted father, always making his family as a priority from making sure he was present all their doctors visits to not missing any school functions. Because he was such a devoted father, he understood when we needed time off for our families and many times called us to see if we needed any help.

April 30, 2019
Page 2


I hope this letter serves to give you insight into the Philip Esformes that I know. Philip is a good
person. Please Judge Scola have leniency.


Respectfully,

Maria C. Presmanes
Fair Havens Center

**From:** Michael Rosen
**To:** Marissel Descalzo
**Subject:** Letter for the Honorable Judge Robert N Scola
**Date:** Sunday, May 12, 2019 7:49:42 PM

Honorable Judge Robert H. Scola
United States District Court
400 North Miami Ave
Miami Florida 33138
RE. United States V Phillip Esformes
Case no. 1:16-cr-20549 RSN
My name is Michael Rosen and I have had the privilege of working with Phillip Esformes for
14 years in Chicago Illinois. During those years I have personally seen the generosity of Mr
Esformes time and time again. Many situations come up within our community which requires
people to step up and help those who do not have the means to raise their families although
working two or three jobs. Holiday times is when I have also together with Mr Esformes
handed out packages of food in order that families can enjoy the time together without being
hungry. I can mention to the Honorable Judge many times Mr Esformes helped many of the
residents that I was responsible for getting them clothing or paying for things as flowers to
enhance their quality of life. He is truly a feeling individual who loves people and as long as I
have known him able to give others a great sence of worth.
The most memorable moments may I tell the Honorable Judge was when I lost my mother of
blessed memories. When one passes in our religion we must mourn for 7 days. We cannot
leave the house at all. Since my roots are from Miami Beach my mother was to be buried
there.
I remember that period of time which one feels very alone. Mr Esformes was a very busy man
but he stopped his busy day to pay his respects to me and my mother. He arrived at the house
where my brothers and I were mourning and sat down and spent time comforting me and my
brothers. He understood and felt our sorrow by just being there. He listened patiently as I
described my mother and comforted me by saying that I am very much like her.
That time of sorrow showed me how much Mr Esformes truly gave of his heart to others. I
don't know if the Honorable Judge still has his mother in the world with him to understand
how difficult it is to loose one's mother. But it is a very difficult loss and he helped me through
it.
I request from the Honorable Judge to have the utmost compassion on Mr Esformes as I
believe that he has shown countless times compassion for mankind as a whole.
Respectfully,
Michael S.Rosen

CONFIDENTIALITY NOTICE: The content of this message and any files transmitted with it
is a confidential and proprietary business communication, which is solely for the use of the
intended recipient(s) and legally protected from disclosure by the Health Insurance Portability
and Accountability Act ("HIPAA"). Any use, distribution, duplication or disclosure by any
other person or entity is strictly prohibited. If you are not an intended recipient or this has been
received in error, please notify the sender and immediately delete all copies of this
communication. If you have received this transmittal in error, please notify the sender
immediately at (847) 262-3800 ext. 113 or by return e-mail.

April 30th, 2019


Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33218

**Re:    United States v. Philip Esformes, et al.**
**Case No. 1:16-cr-20549-RNS**


Dear Honorable Judge Robert N. Scola,

My name is Janice Wright, a Food Service Director at Harmony Health Center, located at 9820 N. Kendall Drive, Miami, Florida.

The purpose of this letter is to provide a character reference for Mr. Philip Esformes, whom I have known as an employee and friend for a period of 18 years.  About 15 years ago Mr. Philip Esformes reached out to me in a time of need when I was traveling 4 hours (5am – 9am) every morning from my home to work and then another 4 hours from work to home.  Philip heard of my transportation problem, did not ask me any questions but went ahead and made arrangements for me to be able to use a company vehicle to get to and from work.  I will always be grateful for the act of kindness that he showed towards me.  He changed my life and my relationship with him continued to grow stronger and stronger as I realized that he truly cared for the well-being of his employees.


I love. admire and greatly care very deeply for Philip.  I can confirm that in all the time I have known him, he has been very reliable, trustworthy and kind.  A man I have great respect for.


My prayer is that you will grant him an opportunity for a second chance.


Sincerely,

Janice Wright

Kathy J. Abello



April 29, 2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami Florida, 33128

Re: United States v. Philip Esformes, et,al.
     Case No. 1:16-cr-20549-RNS

Dear Judge Scola,

I am writing this letter on behalf of Philip Esformes, who is facing sentencing on June 5, 2019. This letter is to allow you to learn about the Philip Esformes I know as opposed to the information provided by the government during his trial.

I first met Philip Esformes in August of 2000, when Philip and his father purchased the facility in which I worked. Immediately, Philip and his father both invested their time, money, and knowledge with improving not only the physical environment but also in improving the level of care provided to the residents. Since August of 2000, it was standard procedure to see Philip in our facility at a minimum of four times a week to ensure the care and services provided to our residents met the standards of care. During his visits Philip would make rounds, checking each room in the facility and would address any issues found immediately. As the Director of Nursing of Fair Havens Center, Philip would call me daily to see how everything in the facility was and if there was anything I needed in addition to his visits where we would round the facility together. Philip always ensured the residents, family members, and staff were happy and satisfied.

I enjoyed working with Philip Esformes. He always addressed any suggestions or issues I brought to his attention. Philip was always available and was very easy to approach. One time during my career when I became ill and required surgery, Philip made a point to call be before my surgery, prayed for me during my surgery and followed up on my progress daily until I was back to work.

As a family man, Philip always put his children first. It was not uncommon to hear Philip making their doctor's appointments when sick. He was also the one that would rearrange his schedule to make sure he brought them personally to the doctor. He always attended his children's school functions and always made a point to praise them when they did well in school.

I hope this letter gives you insight into Philip Esformes and assists you with in deciding his sentencing. Please have leniency, Philip is a good man.


Respectfully,

*Kathy J. Abello RN*

Kathy J. Abello, RN
Director of Nursing Services
Fair Havens Center

May 14, 2019


Magistrate Judge Scola
Miami, Fl 33132

Re: Philip Esformes


Your Honor:

I am writing this letter to show my support for Philip Esformes. I have known Philip for more than five years now. I am a Director of Nursing at one of his facilities and since I have worked for him, I have known him to be a dedicated operator. He is committed to his profession and expects the same commitment from staff. Almost every day I can expect to receive a call from him regarding the status of the building with concern for the staff and residents. He is always making sure we are doing our best and the residents have what they need.

There has not been a time when I have asked for something that I felt would improve the quality of life for our residents that he hasn't provided. He also makes sure that the staff has the necessary equipment and supplies to perform their work at the highest level possible. He visits the facility on a weekly basis to ensure this in person. He walks the entire building himself pointing out anything he feels needs correcting or improvement and makes sure that it is corrected. This is the dedication to the care of the residents that he has exhibited at every interaction I have had with him.

Philip is a man that expresses his love for his family and faithfulness to God. He always sets time aside for prayer and is respectful of the beliefs of others. His love for his staff and compassion for his residents are like no other operator I have known. He is truly dedicated to ensuring the staff provides excellent care to our residents and he has been supportive of every effort that I have made to make North Dade Nursing a strong, caring environment for staff and residents.

I understand the seriousness of the charges against him and would never downplay that. He provided services to so many indigents, disabled, and ill individuals and a lot of times at his own expense and his other offenses do not involve care issues. I am asking the courts to consider this service to the community and grant him leniency in his sentencing.

Sincerely,

Carla Bontemps
Director of Nursing
North Dade Nursing and Rehab

April 30th, 2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12-3
Miami, Florida 33218

**Re:     United States v. Philip Esformes, et al.
          Case No. 1:16-cr-20549-RNS**

Dear Honorable Judge Robert N. Scola,

My name is Sherry Solte.  I am a dietary technician and have been working in this capacity at Harmony Health Center for the past 14 years.  I came to know Philip Esformes back in 2005 when he bought the facility.  Philip was there for me when my husband died in 2008.  Since I did not have money to bury him, Philip gave me $1,000.00 to bury him.  He even said he would say a prayer for me that you say when someone dies in the Jewish religion.  After my husband died, Philip would always ask me how I was doing.

Whenever a Jewish holiday would come, he would always wish me a happy holiday.

Thank you for your time.

Sincerely,

Sherry Solte

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue, Room 12- 3
Miami, Florida 33128

Re: United States v. Philip Esformes, et al.
    Case No. 1:16-cr-20549-RNS

Dear:  Judge Scola,
My name is Elanye Toledo, I am currently the Director of Nursing at Fountain Manor Health and Rehabilitation Center. I have had the great pleasure of knowing Philip Esformes for over eight years. I first met Philip when I was the 3pm to 11pm Supervisor at Harmony Health Center. On many occasions I saw Philip come into the building always doing rounds, checking resident's rooms, equipment, supplies, and the cleanliness of the building and of the residents.  The appearance of his residents and their overall well-being was always his number one concern; he always wanted the best for his resident and made sure that their home (not his business) was clean, friendly and welcoming.  As an employee at his facilities I was never made to work without supplies or the appropriate help. If there was something we needed we got it, our residents never went without and we his staff never went without.  Philip was great boss, he was always kind and always pleasant. He was a constant presence in the nursing home always striving to better the conditions of his facilities no matter how small. Phillip Esformes is a great person, a person to whom I owe so much. I will forever be grateful for the opportunities he gave me, because of him I am able to serve the sick and help better the lives of my residents.   Please have leniency when the time comes to hand down his sentence.

Sincerely
*[signature]*
Elayne Toledo

May, 1 2019


To The Honorable Judge Robert N Scola
United States District Court
400 North Miami Ave Room 12-3
Miami Fl,33128

Regarding:United States vs Philip Esformes, et al.
Case# 1:16-cr-20549-RNS


   At the time of Phillip Esformes' incarceration my consultant team, consisting of Nurses, a Dietician, a
House keeping Director and a Maintenance Director were  invited to oversee and help manage  his
nursing facilities in the Miami area.  The dedication and loyalty of the employees to Phillip Esformes was
evident by the care they provided to the Residents.  It was a pleasure working with the facilities for the
past 34 months as they continued to provide the Quality of Care that Phillip would have expected and
commanded on a daily basis.  The employee support and loyalty continued to be obvious during the trial
as numerous employees attended hearings at the courthouse on their days off, in hopes of having their
lives return to normal.  I heard multiple stories from employees of the kind things Philip did to help
them and their families survive in this world.

My personal relationship with Phillip Esformes was minimal; however, my working relationship with him
reflected a driven individual bound and determined to succeed in the skilled nursing/long term care
industry. His goal was to provide quality of care for all individuals in need of care.

It was obvious he wanted to provide Quality of Care for every walk of life especially for those less
fortunate. Through the process, it was apparent that some of Phillip's closest allies in the business world
took advantage of his good will.

   As a result of this situation, I  had time to meet and get to know two of Philip's children. Both
attended as many hearings as they could to be supportive of their father. It was difficult to see the pain
that they were carrying, but it was also obvious that they believed in their Father.

With Hope and Prayer that justice is serviced on Phillip Esformes' behalf , I thank you for taking the time
to read this letter.


With All Due Respect,


Jill Tapia, RN

Deneise Dewar-Tapper



May 6, 2019

Honorable Judge Robert N. Scola

United States District Court

400 North Miami Avenue, Room 12-3

Miami, Florida 33128

**Re:   United States v. Philip Esformes, et al.**

**Case No. 1:16-cr-20549-RNS**

Dear Judge Scola :

I am a Registered Nurse and have worked as a Director of Nursing for the past five years in a Skilled Nursing Facility. I've had the opportunity to work with Mr Philip Esformes as an employee for five years. He is a very kind, generous and caring person . Whenever he would come into my facility where I was in charge of the Nursing Department I would personally do rounds with him of the entire facility to ensure that the residents were clean, dressed appropriately, very well taken care of and we had adequate supplies that were needed for each resident. For residents that didn't have any family or monetary funds he would provide money to buy clothing, cigarettes and any other necessities that were needed. He would always ask if there was anything that the facility and/or residents needed that we didn't have and he would provide it without any hesitation.  In May of 2016 for Nurses Week and Nursing Home Week, the activities that we had for the residents and staff consisted of a different activity every day including Zumba, Mariachi Band, South Beach Tour for the residents with a stop for ice cream, breakfast, lunch, raffles with prizes and also gift bags with treats for all the Nurses to show appreciation for their hard work. It was such an amazing experience that staff and family members spoke about it for quite sometime expressing how grateful and thankful they were for the experience . Mr Esformes has personally been a compassionate, kind, loving, caring and tremendous help to me and my sons in times of need . There was a point in time when I was going through a very difficult phase and didn't know what to do or where to turn, I spoke to him about my problems which I normally don't do as I'm a very private person and he says to me " Neise don't worry I'll help you just let me know whatever it is you need ".  These instances, among many others are indicative of Mr Esformes reputation for generosity, helpfulness to not only residents but also to his staff.

Sincerely,

Deneise Dewar-Tapper

May 9th, 2019

Magistrate Judge Scola

Re: Phillip Esformes

Your Honor:

This letter is in support of Philip Esformes. I have known Philip for over five years and in that time, I have seen his dedication not only to the residents in our facility but also the staff.  I have worked in the nursing home field in different capacities for more than 10 years and have never encountered an operator that showed as much care as him.  Philip visits the facility at least twice a week and does rounds to make sure the staff has everything we need for our residents and that the facility is clean and well maintained for the residents that live here.

The Philip that I have come to know is a compassionate, caring, and religious man.  He asked us how we were doing and when I was facing difficulties in my family life Philip's advice to me was not of a materialistic or self-centered nature, his advice to me was to "pray and be strong". He is dedicated to his faith and family and shows that dedication wherever he goes.  He was always speaking highly of his family especially his children.  Always speaking about how his daughter kept him looking nice or his son Mo was doing well in college and his son Jack's basketball games.  This is the true Philip Esformes a person of faith, compassion, and dedication to family. I truly believe he regrets the circumstances that led him to be where he is today and what he has put his family through.

He was dedicated to making sure that our facility is well staffed, well maintained, and the residents are well cared for.  He is insistent on the staff doing what is right for each resident and providing the highest level of care possible.  I know I have never worked as hard and with so much love and dedication because this is the type of example I see from Philip.

Sincerely,

Vonnesha Hannah
Admissions
North Dade Nursing & Rehab.

# RELIGIOUS LEADERS

בס״ד

### Rabbi Shmuel L. Schuman



May 3, 2019

Honorable Judge Robert N. Scola
United States District Court
400 N. Miami Ave, Room 12-3
Miami, Florida 33128

   Re: United States vs. Philip Esformes, et al,
      Case No. 1:16-cr-20549-RNS

To the Honorable Judge Scola,

My friendship with Philip Esformes spans 35 years, beginning when we attended high school together. We shared a love of basketball, hanging out with friends, and Torah study.   We remained connected after graduation and roomed together during college.  When I moved to Chicago from Baltimore in 1995, he welcomed my family and me and helped us adjust to our new home. Over the years, I grew close to his parents and paternal grandparents as well.

Philip is a caring, compassionate and generous person.  He is a loyal friend to me and so many of our peers.  Whenever I needed help or advice, he was always there for me.  He lent me his car when I needed one and helped me with funding for a down payment when I bought my house.

Philip comes from a family dedicated to helping people in need.  The Esformes family has donated time and resources to many organizations and individuals alike.  Philip has carried on that tradition.  I remember when we were in college how he helped many people.  There was one particular story that sticks out in my memory.  One person who was having a hard time finding himself and figuring out what he wanted to do with his life.  That person told me that he reached out to Philip for help since he felt, as so many others did, that Philip was personable and approachable.  I recall another time, when a friend was going through a hard time financially and Philip helped him get back on his feet.  These are just a few examples.

I acknowledge that my friend Philip has made mistakes in recent years, but I want you to know that, not so deep down, he is a very good person with good values.  I know that he is remorseful and when given a fresh start, he will make very good decisions and will do a tremendous amount of good for the world. His rehabilitative potential is very great. In all the years I have known him, he was always receptive to constructive criticism and was intellectually honest.

I implore you to grant him the minimum sentence appropriate for his conviction. I am confident that he will change his ways for the better and will be a model citizen.

Sincerely,

Rabbi Shmuel L. Schuman
Chancellor
Hebrew Theological College

בנימין אהרן נױמאן
*Rabbi Binyomin Ahron Neuman*

████████████████
████████    ████████

April 5, 2019

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue , Room 12-3
Miami, Florida 33128

**Re:**   *United States v/ Philip Esformes, et al.*
         **Case No.  1:16-cr--20549-RNS**

Honorable Judge,

My name is Rabbi Binyomin Ahron Neuman. We have never met personally, but I did have the opportunity to see you preside over one of the hearings in this case. Although I live in Chicago and have a busy schedule, I flew down to Miami for the day to give support to Philip and his family during the hearings. I wanted to do this because Philip has always been a very giving person. In his own quiet way he has helped many people in his community and beyond. I know that he has a close relationship with his family, and he is commited to their well being. Philip's love for his parents and children knows no bounds.

Over this difficult period of his life I have have been corresponding with Philip, and we have built a strong bond through letter writing. We have become very close, and he has shared with me many of his inner feelings. He has done much soul searching and has found himself very committed to the service of our Creator. His pure and honest approach to life today has made him a person who will in the future, G-d willing, bring help and support to his friends, his community, and to whomever he will come in contact with. His sincere desire to grow spiritually through positive and benevolent activities has brought me to respect him greatly.

Bearing in mind all of the above, I beseech the Honorable Judge to give the most lenient sentence the court considers to be appropriate.  I believe that Philip has a productive life ahead of him, helping, supporting and inspiring his beloved family, close friends, the members of his community and those he will come in contact with. I am inspired by his strength of character during this difficult time.

Thank you for taking the time to read my letter. May you be blessed from Above for all that you do for our great nation, the United States of America.

Sincerely,

| | |
|---|---|
| **From:** | Don Well |
| **To:** | Marissel Descalzo |
| **Subject:** | Fwd: Philip Esformes |
| **Date:** | Sunday, May 5, 2019 2:56:10 AM |

Resending Fridays email incorrectly sent-dw
Sent from my iPhone

Begin forwarded message:

> **From:** Don Well <donwell613@gmail.com>
> **Date:** May 3, 2019 at 2:11:28 PM GMT+3
> **To:** mdescalzo@tachibronis.com
> **Subject: Philip Esformes**

Honorable Judge Robert N. Scola
United States District Court
400 North Miami Avenue Room 12-3
Miami, Florida 33128

Re: United States v.Philip Esformes et
al
Case No. 1:16-cr-20549-RNS

Dear Judge Scola,

There is no way I can summarize, for the Court, in a few words, how far back my close relationship with Philip Esformes and his extended family reaches. But I shall try.

Nor can I convey to you in a few words why I think my opinion ought to make a difference in your deliberations. But I shall try.

Finally, there is no key, no formula-magic or otherwise-to present a brief yet effective plea for clemency on behalf of Philip. But I shall try.

At one time, I taught Philips father and his mother in junior and senior high school classrooms. The subject matter in all instances focused on religion, Bible, and ethics. I can testify to their zeal and sensitivity in observing the social commandments governing the interaction of man and his fellow man. They were caring and committed Orthodox Jews as children and they grew into caring, committed, kind and philanthropic adults-renowned for their extraordinary generosity and compassion. Philip was raised in this home.

Years later, Philip studied in an elite rabbinic high school and college over which I was privileged to preside. I watched him during these formative years and remember reflecting that "the apple doesn't fall far from the tree!" He, like his

parents, was invariably kind and friendly, loyal and caring, charitable and devoted-to his classmates, to his friends, and to his teachers.

But please don't misunderstand. Philip was a normal youngster. He got into trouble occasionally. (In a sixty year career in education I have often observed that if a child is "perfect," i.e. presents no problem, then there is a problem!) There were times when Philip stayed on the basketball court too long, or came late to class, or overstepped his boundaries here and there. However, the single most salient characteristic one noted in his personality was his "correctibility;" he was quick to feel remorse, to correct his behavior to repair the damage- and especially to forgive others and help them set things right. He had an exquisite sense of right and wrong and the balance between them. He was always capable of correcting his path, sincerely and reliably. Disciplining him was a labor of love. Effort invested bore fruit and the responsive Philip was a joy to teach. I speak now not only for myself but for several instructors who shared this identical impression.

Why should my opinion count? In my view, the court ought to value that one attribute I have so briefly sketched above. To the extent that Philip has ignored or violated laws and conventions, there is no doubt in my mind that the Philip I know has fully absorbed and confronted the gravity of his behavior. He has an enormous capacity for virtue and growth. Anyone who knows him well, will confirm that when he feels remorse and knows where and why he went wrong, the Court will never find him to be a repeat offender.

May I humbly suggest therefore that this is the key. The magic formula for dealing with precisely this kind of individual in this kind of situation, is through a show of clemency. Society and mankind, and a chastened and rehabilitated Philip Esformes, will benefit most if we seek this goal in the pursuit of Justice.

Respectfully yours,

Rabbi Dr. Don Well
President Emeritus,
Hebrew Theological College
Former Dean, Dept. Of Jewish Studies
Yeshiva university
Former Executive Vice President
Board of Jewish Education of
Greater New York

Sent from my iPhone

## Rabbi Yaakov Robinson



**Honorable Judge Robert N. Scola**
**United District Court**
**400 North Miami Avenue, Room 12-3**
**Miami, Florida 33128**

>     Re:   United States v. Philip Esformes, et al.
>             Case No. 1:16-cr-20549-RNS

**To the Honorable Judge Scola,**

I am writing on behalf of a dear friend Philip Esformes. I have known Philip my entire life and in four different capacities. First I knew him as a family friend, then as my best friend's older step-brother, then as my brother's first cousin through marriage and then finally as a community leader.

Although each relationship highlighted a different facet of his personality, the common thread that wove through all of them is that he was always someone that I looked up to and that I looked forward to opportunities to be together with him. Philip has deep ties in the Miami and Chicago communities and he has a large close-knit family and has made a significant difference in so many people's lives.

This unfortunate stage of his life has certainly been a painful chapter for all of his family and friends. They miss him personally and they miss the positive contributions that he makes both individually and communally. I, as I am sure many others, are reaching out to plea for leniency in his sentencing. Any leniency would not only benefit him, but would make a difference to hundreds if not thousands of others.

Thank you for your consideration of this matter.

Sincerely,

Rabbi Yaakov Robinson

**Rabbi, Beis Medrash Mikor Hachaim, Chicago, IL**