UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

16-CR-20549-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

PHILIP ESFORMES,

    *Defendant.*
_____/

## NOTICE OF APPEAL

Defendant PHILIP ESFORMES gives notice that he is appealing to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case (ECF No. 1387) entered on September 13, 2019.

Although undersigned counsel have not yet been retained for this appeal, we are timely filing this Notice of Appeal to preserve Mr. Esformes's appellate rights.

    Respectfully submitted,

    **BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.**
    201 South Biscayne Boulevard, Suite 1300
    Miami, FL 33131
    Tel: (305) 371-6421

    /s/ Howard Srebnick
    **HOWARD SREBNICK**
      Fla. Bar No. 919063
      HSrebnick@RoyBlack.com
    **ROY BLACK**
      Fla. Bar No. 126088
      RBlack@RoyBlack.com
    **JACKIE PERCZEK**
      Fla. Bar No. 0042201
      JPerczek@RoyBlack.com