UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES, *et al*.,

    Defendants.
    _____/

AYINTOVA LLC and PIPESMOKERS
ASSOCIATES LLC,

    Third Parties.
    _____/

**MOTION TO APPROVE AND ENTER STIPULATION AND AGREEMENT
REGARDING DISBURSEMENT OF CERTAIN FUNDS FROM THE SALE OF
SOUTH DADE NURSING AND REHABILITATION CENTER ("SOUTH DADE"),
GOLDEN GLADES NURSING AND REHABILITATION CENTER ("GOLDEN
GLADES") AND NORTH DADE NURSING AND REHABILITATION CENTER
("NORTH DADE")**

Sheldon Neidich and Norman Ginsparg, through undersigned counsel, file this motion requesting that the Court approve and enter the attached Stipulation and Agreement between the United States of America (the "United States"), Ayintova LLC ("Ayintova"), Pipesmokers Associates LLC ("Pipesmokers"), Norman Ginsparg ("Ginsparg"), individually and as manager of Ayintova and Pipesmokers, Sheldon Neidich ("Neidich"), individually and as manager of Ayintova, and the defendant, Philip Esformes ("Esformes"), individually, as grantor and trustee of the Philip Esformes Revocable Trust Agreement of September 26, 2000 ("Esformes Trust"), and as equity holder of Ayintova and Pipesmokers. In accordance with the Stipulation, the parties request that the Court order that Sheldon Neidich and Norman Ginsparg shall be paid their equity

percentages from the proceeds of the sale.  In support of this motion, Sheldon Neidich and Norman Ginsparg submit the following:

1. On February 4, 2019, the Court approved the sale of South Dade, Golden Glades, and North Dade.  See Sale Order, D.E. 1075.

2. In its Sale Order, the Court directed the closing agent to hold funds payable to minority members Ayintova LLC and Pipesmokers Associates LLC and all individual owners of Ayintova and Pipesmokers in escrow until further Order of the Court directing distribution.  *See* Sale Order ¶ 5, at 3.

3. The United States, Ayintova, Pipesmokers, Sheldon Neidich, Norman Ginsparg, Esformes have since entered into the attached Stipulation, in which the parties have agreed that at the closing of South Dade, Golden Glades, and North Dade, Norman Ginsparg and Sheldon Neidich shall be paid their equity percentages from the proceeds.  Thus, the designated settlement and closing agent for SentosaCare ("Closing Agent"), at the closing of South Dade, Golden Glades, and North Dade, shall distribute funds payable to Sheldon Neidich as a 48.50% owner of Ayintova, and Norman Ginsparg as a 3% owner of Ayintova and 5% owner of Pipesmokers.  Any and all proceeds due to Esformes (individually or through his sub-member company or trust) shall be delivered via bank check made payable to the United States Marshals office and hand-delivered to the United States Attorney's office 500 East Broward Boulevard, Suite 812, Fort Lauderdale, FL  33394, Attn: AUSA Daren Grove, which shall remain in escrow until further order from the Court.  *See* attached Stipulation.

4. The terms of the Stipulation are subject to approval by the Court.  *See id.* ¶ 3, at 2.

WHEREFORE, Sheldon Neidich and Norman Ginsparg respectfully request that this Court approve the attached Stipulation, enter an order authorizing the disbursement of sale proceeds to Neidich and Ginsparg, retain jurisdiction over this matter, and for such other relief as the Court deems just and proper. A proposed order is attached.

    Respectfully submitted,

    MARKUS/MOSS PLLC
    40 N.W. Third Street
    Penthouse One
    Miami, Florida  33128
    Tel: (305) 379-6667
    Fax: (305) 379-6668
    markuslaw.com

    By:    /s/ David Oscar Markus
           David Oscar Markus
           Florida Bar Number 119318
           dmarkus@markuslaw.com

           and

           /s/ A. Margot Moss
           A. Margot Moss
           Florida Bar Number 091870
           mmoss@markuslaw.com