UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES, *et al.*,

    Defendants.
_____/

AYINTOVA LLC and PIPESMOKERS
ASSOCIATES LLC,

    Third Parties.
_____/

**ORDER APPROVING MOTION TO APPROVE AND ENTER STIPULATION AUTHORIZING DISBURSEMENT OF CERTAIN FUNDS FROM THE SALE OF SOUTH DADE NURSING AND REHABILITATION CENTER ("SOUTH DADE"), GOLDEN GLADES NURSING AND REHABILITATION CENTER ("GOLDEN GLADES") AND NORTH DADE NURSING AND REHABILITATION CENTER ("NORTH DADE")**

THIS CAUSE is before the Court upon the motion of the United States of America (the "United States") for approval and entry of the Stipulation and Agreement between the United States, Ayintova LLC ("Ayintova"), Pipesmokers Associates LLC ("Pipesmokers"), Norman Ginsparg ("Ginsparg"), individually and as manager of Ayintova and Pipesmokers, Sheldon Neidich ("Neidich"), individually and as manager of Ayintova, and the defendant, Philip Esformes ("Esformes"), individually, as grantor and trustee of the Philip Esformes Revocable Trust Agreement of September 26, 2000 ("Esformes Trust"), and as equity holder of Ayintova and Pipesmokers. Being fully advised in the premises and based on the United States's motion and record in this matter, it is hereby **ordered and adjudged** as follows:

1

1. The United States's Motion to Approve and Enter Stipulation and Agreement Regarding Disbursement of Certain Funds From the Sale of South Dade Nursing and Rehabilitation Center, Golden Glades Nursing and Rehabilitation Center and North Dade Nursing and Rehabilitation Center (**ECF No. 1440**) is **granted**.

2. The Stipulation and Settlement Agreement entered between the United States and Ayintova, Pipesmokers, Neidich, Ginsparg, Defendant Esformes, and Esformes Trust (**ECF No. 1440-1**) is **approved**.

3. At the closing of the sale of South Dade, Golden Glades, and North Dade, the designated settlement and closing agent for SentosaCare is **directed** to disburse funds to Neidich and Ginsparg for their equity percentages in Ayintova and Pipesmokers from the proceeds of the sale.

4. Any and all proceeds due to Esformes (individually or through his sub-member company or trust) shall be delivered via bank check made payable to the United States Marshals office and hand-delivered to the United States Attorney's office, 500 East Broward Boulevard, Suite 812, Fort Lauderdale, FL 33394, Attn: AUSA Daren Grove, which shall remain in escrow until further order from the Court.

5. The Court will retain jurisdiction over this matter.

**DONE AND ORDERED** in chambers, in Miami, Florida, on November 4, 2019.

_____
Robert N. Scola, Jr.
United States District Judge