UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Cr-20549-Scola(s)(s)(s)

UNITED STATES OF AMERICA

vs.

PHILIP ESFORMES,

Defendant.
_____/

## ORDER OF FORFEITURE

**WHEREAS**, on April 5, 2019, the petit jury empaneled in this case returned its Verdict [ECF No. 1245] in which it found the Defendant, **PHILIP ESFORMES**, guilty of the following violations charged in the Third Superseding Indictment [ECF No. 869] returned in this case: **Count 6** (18 U.S.C. § 371 - Conspiracy to Pay/Receive of Healthcare Kickbacks), **Counts 8-9** (42 U.S.C. § 1320a-7b(b)(1)(A) - Receipt of Healthcare Kickbacks), **Counts 10-13** (42 U.S.C. § 1320a-7b(b)(2)(A) -Payment of Healthcare Kickbacks), **Count 16** (18 U.S.C. § 1956(h) - Money Laundering Conspiracy), **Counts 18-21**, **Counts 25-28**, and **Count 30** (18 U.S.C. § 1956(a)(1)(B)(i) - Money Laundering), **Count 31** (18 U.S.C. § 371 - Conspiracy to Commit Federal Program Bribery), **Count 32** (18 U.S.C. § 371 - Conspiracy to Commit Federal Program Bribery and Honest Services Wire Fraud), and **Count 34** (18 U.S.C. § 1503 - Obstruction of Justice). ECF No. 1245.

**WHEREAS** on April 9, 2019, the Court conducted a bifurcated forfeiture proceeding pursuant to Fed. R. Crim. P. 32.2(b)(1)(A) immediately following its announcement of the Verdict

after which the same petit jury returned a Forfeiture Verdict [ECF No. 1263] finding that all interest held by, on behalf of, or for the benefit of the Defendant in seven (7) business entities and their assets were involved in a money laundering offense of which it found the Defendant guilty.

**WHEREAS** the Court finds that the so-called "Esformes Network," which was comprised of Skilled Nursing Facilities (SNFs) and Assisted Living Facilities (ALFs) and their respective operating or management companies, facilitated the Defendant's money laundering activity in that it (the Esformes Network) made the Defendant's money laundering activity less difficult or more or less free from obstruction and hindrance. Therefore, pursuant to 18 U.S.C. § 982(a)(1) and in accordance with *United States vs. Seher*, the SNFs and ALFs and their respective operating or management companies that formed the Esformes Network constitute property that was "involved in" the Defendant's money laundering offenses. 562 F.3d 1344, 1368 (11th Cir. 2009).

**WHEREAS** during the Bifurcated Forfeiture Proceeding, the Government presented one witness, Mr. Mike Petron, a certified public accountant, who testified and showed with summary exhibits that the Defendant obtained $38,700,795 (US) from the Esformes Network from 2010 through 2016.

**AND WHEREAS** the Government sought entry of a forfeiture money judgment against the Defendant for $38,700,795 (US), as a sum of money equal in value to the property traceable to the property involved in the Defendant's money laundering offenses.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a forfeiture money judgment for $38,700,795 (US) is entered against the Defendant as part of his sentence pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(1); and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this matter for the purpose of enforcing this Order of Forfeiture; and

**IT IS FURTHER ORDERED** that the United States may, at any time, file a motion pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture so to as forfeit property having a value not to exceed the aggregate sum of the outstanding balance of the forfeiture money judgment imposed herein in satisfaction of the forfeiture money judgment in whole or in part; and

**DONE AND ORDERED** at Miami, Florida on this 21 day of November 2019.

_____
ROBERT N. SCOLA, Jr.
UNITED STATES DISTRICT JUDGE