United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Philip Esformes,<br>Defendant. | )<br>)<br>)<br>)  Criminal Case No. 16-20549-CR-Scola<br>)<br>)<br>)<br>) |

### Order to Continue Trial – Ends of Justice

This matter is before the Court on Defendant's Motion to Continue Trial Date, filed January 9, 2020. Defendant moves to continue the January 21, 2020, retrial until after the appeal of his convictions. The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** as follows:

1) The Defendant's Motion to Continue Trial Date (**ECF No. 1468**) is **granted** without objection. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, **January 9, 2020**, to and **until after the appeal of his convictions** — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

2) Calendar call presently set for 9:00 a.m. on January 14, 2020 is **canceled**.

3) This cause is hereby set for **status conference** to determine trial date on **Friday, July 17, 2020 at 8:30 a.m.**, before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida. **All counsel and defendants are required to be present at the status conference.**

**Done and Ordered** in Chambers at Miami, Florida, on January 10, 2020.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

cc:   counsel of record