UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

SEP 28 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeals Section

STEVEN M. LARIMORE
Clerk of Court

Date: 9/28/2020

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

ROA

IN RE: District Court No: 16-20549-CR - RNS

U.S.C.A. No: 19-14874-AA

Style: ESFORMES V USA

CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

  __0__ Volume(s) of pleadings

  __0__ Volume(s) of Transcripts

  __X__ Exhibits:  __0__ boxes;  __1__ folders;

  __0__ envelopes;  __0__ PSIs (sealed)

  ☐ other: _____

  ☐ other: _____

  ☑ Other: (1) Acc. Folder w/ Def. Exh. De#730,1317,1319

  ☐ Other: _____

Sincerely,
Steven M. Larimore, Clerk of Court

By: /s/ Hope Hui
Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☒ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

AOR,APPEAL,CLOSED,PERMSEAL,REF_EVENTS ONLY (NEFs)

# U.S. District Court
## Southern District of Florida (Miami)
## ABRIDGED CRIMINAL DOCKET FOR CASE #: 1:16-cr-20549-RNS-1
## Internal Use Only

Case title: USA v. Esformes et al

Date Filed: 07/21/2016

Assigned to: Judge Robert N. Scola, Jr
Referred to: Magistrate Judge Alicia M. Otazo-Reyes

Appeals court case numbers: 16-16485-F, 18-15170-K, 19-13838-A, 19-14874-A

### Defendant (1)

**Philip Esformes**
13746-104
*1968 ENGLISH*

represented by **Bradley Horenstein**
The Horenstein Firm, P.A.
40 NW 3rd St
PH1
Miami, FL 33128
(786) 444-2723
Email: brad@thehorensteinfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert J. Kuntz**
Devine Goodman Rasco & Watts-FitzGerald LLP
2800 Ponce De Leon Boulevard
Suite 1400
Coral Gables, FL 33134
305-374-8200
Fax: 305-374-8208
Email: rkuntz@devinegoodman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Howard Milton Srebnick**
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard
Suite 1300

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____
Date 9/28/20  Deputy Clerk

Miami, FL 33131
305-371-6421
Fax: 358-2006
Email: HSrebnick@RoyBlack.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jacqueline Perczek**
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard
Suite 1300
Miami, FL 33131
305-371-6421
Fax: 305-358-2006
Email: jperczek@royblack.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jennifer Christianson**
Tache, Bronis, Christianson and Descalzo, P.A.
150 S.E. Second Ave.
Suite 600
Miami, FL 33131
305-537-9565
Fax: 305-537-9567
Email: jchristianson@tachebronis.com
*Designation: Retained*

**Laurie Webb Daniel**
Holland and Knight LLP
1180 West Peachtree Street, Suite 1800
Atlanta, GA 30309
(404) 817-8500
Email: laurie.daniel@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Marissel Descalzo**
Tache, Bronis, Christianson and Descalzo, P.A.
150 S.E. Second Ave.
Suite 600
Miami, FL 33131
305-537-9565
Fax: 305-537-9567
Email: mdescalzo@tachebronis.com
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Michael Caruso**
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-530-7000X135
Fax: 536-4559
Email: michael_caruso@fd.org
*TERMINATED: 09/14/2018*
*Designation: Retained*

**Michael S. Pasano**
Carlton Fields Jorden Burt, P.A.
100 SE 2nd Street
Suite 4000 PO Box 019101
Miami, FL 33131-9101
305-530-0050
Fax: 305-530-0055
Email: mpasano@carltonfields.com
*TERMINATED: 12/27/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nicholas R. Boyd**
Holland and Knight LLP
1180 West Peachtree Street, Suite 1800
Atlanta, GA 30309
(404) 817-8500
Email: nicholas.boyd@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Rossana Arteaga-Gomez**
AXS Law Group, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
305-297-1878
Email: rossana@axslawgroup.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Roy Eric Black**
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard
Suite 1300
Miami, FL 33131
305-371-6421

Fax: 358-2006
Email: rblack@royblack.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William F. Gould**
Holland and Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
(202) 955-3000
Email: william.gould@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO COMMIT HEALTH CARE FRAUD AND WIRE FRAUD<br>(1ssss) | |
| CONSPIRACY TO DEFRAUD THE UNITED STATES AND PAY AND RECEIVE HEALTH CARE KICKBACKS<br>(6ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 60 months as to Counts 6, 8, 9 and 10, to be served consecutively to each other and concurrently to all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |
| ACTS INVOLVING FEDERAL HEALTH CARE PROGRAMS - ILLEGAL RENUMERATIONS<br>(8ssss-9ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 60 months as to Counts 6, 8, 9 and 10, to be served consecutively to each other and concurrently to all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |

| | |
|---|---|
| ACTS INVOLVING FEDERAL HEALTH CARE PROGRAMS - ILLEGAL RENUMERATIONS (10ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 60 months as to Counts 6, 8, 9 and 10, to be served consecutively to each other and concurrently to all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |
| ACTS INVOLVING FEDERAL HEALTH CARE PROGRAMS - ILLEGAL RENUMERATIONS (11ssss-13ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 60 months as to Counts 11, 12, 13, 31, and 32, to be served concurrently to each other and all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |
| ACTS INVOLVING FEDERAL HEALTH CARE PROGRAMS - ILLEGAL RENUMERATIONS (14ssss) | |
| ACTS INVOLVING FEDERAL HEALTH CARE PROGRAMS - ILLEGAL RENUMERATIONS (15ssss) | |
| CONSPIRACY TO COMMIT MONEY LAUNDERING (16ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 240 months as to Counts 16, 18, 19, 20, 21, 25, 26, 27, 28, and 30, to be served concurrently to each other and all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |

| | |
|---|---|
| MONEY LAUNDERING<br>(18ssss-21ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 240 months as to Counts 16, 18, 19, 20, 21, 25, 26, 27, 28, and 30, to be served concurrently to each other and all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |
| MONEY LAUNDERING<br>(22ssss) | |
| MONEY LAUNDERING<br>(23ssss) | |
| MONEY LAUNDERING<br>(25ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 240 months as to Counts 16, 18, 19, 20, 21, 25, 26, 27, 28, and 30, to be served concurrently to each other and all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |
| MONEY LAUNDERING<br>(26ssss-28ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 240 months as to Counts 16, 18, 19, 20, 21, 25, 26, 27, 28, and 30, to be served concurrently to each other and all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |
| MONEY LAUNDERING<br>(30ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 240 months as to |

| | |
|---|---|
| | Counts 16, 18, 19, 20, 21, 25, 26, 27, 28, and 30, to be served concurrently to each other and all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |
| CONSPIRACY TO COMMIT FEDERAL PROGRAM BRIBERY (31ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 60 months as to Counts 11, 12, 13, 31, and 32, to be served concurrently to each other and all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |
| CONSPIRACY TO COMMIT FEDERAL PROGRAM BRIBERY AND HONEST SERVICES WIRE FRAUD (32ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 60 months as to Counts 11, 12, 13, 31, and 32, to be served concurrently to each other and all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |
| BRIBERY INVOLVING FEDERAL PROGRAMS (33ssss) | |
| OBSTRUCTION OF JUSTICE (34ssss) | AMENDED JUDGMENT: RESTITUTION ORDERED PRIOR JUDGMENT: Imprisonment: Total term of 240 months. 120 months as to Count 34, to be served concurrently to all other counts. Supervised Release: 3 years as to Counts 6, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32 and 34, with all terms to run concurrently with each other. Assessment: $2,000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1349 Conspiracy to Commit Health Care Fraud and Wire Fraud (1) | Dismissed |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (1s) | Dismissed |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (1ss) | Dismissed |
| 18:1347 Health Care Fraud (2-3) | Dismissed |
| HEALTH CARE FRAUD (2s-3s) | Dismissed |
| HEALTH CARE FRAUD (2ssss-3ssss) | Dismissed |
| 18:371 Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks (6) | Dismissed |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (6s) | Dismissed |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (6ss) | Dismissed |
| ACTS INVOLVING FEDERAL HEALTH CARE PROGRAMS - ILLEGAL RENUMERATIONS (7ss-15ss) | Dismissed |
| 18:371 Receipt of Kickbacks in Connection with a Federal Health Care Program (8-9) | Dismissed |
| PAYMENT TO NON-LICENSED PHYSICIAN (8s-9s) | Dismissed |
| 42:1320a-7b(b)(2)(A) Payment of Kickbacks in Connection with a Federal | Dismissed |

| | |
|---|---|
| Health Care Program (10-15) | |
| ACTS INVOLVING FEDERAL HEALTH CARE PROGRAMS - ILLEGAL RENUMERATIONS (10s-15s) | Dismissed |
| 18:1956(h) Conspiracy to Commit Money Laundering (16) | Dismissed |
| MONEY LAUNDERING - INTERSTATE COMMERCE (16s-30s) | Dismissed |
| MONEY LAUNDERING - INTERSTATE COMMERCE (16ss-30ss) | Dismissed |
| 18:1956(a)(l)(B)(i) Money Laundering (17-25) | Dismissed |
| MONEY LAUNDERING (17ssss) | Dismissed |
| MONEY LAUNDERING (24ssss) | Dismissed |
| 18:1503 Obstruction of Justice (26-27) | Dismissed |
| MONEY LAUNDERING (29ssss) | Dismissed |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (31s) | Dismissed |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (31ss) | Dismissed |
| INJURING OFFICER/JUROR/WITNESS (32s-33s) | Dismissed |
| INJURING OFFICER/JUROR/WITNESS (32sss-33sss) | Dismissed |
| CONSPIRACY TO MAKE A FALSE STATEMENT RELATING TO HEALTH CARE MATTERS (35ssss) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Intervenor**
**Adirhu Associates LLC**     represented by    **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
Devine Goodman Rasco & Watts-FitzGerald LLP
2800 Ponce De Leon Boulevard
Suite 1400
Coral Gables, FL 33134
305-374-8200
Fax: 305 374-8208
Email: grasco@devinegoodman.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Intervenor**
**ALF Holdings Inc.**     represented by    **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Intervenor**
**Almovea Associates LLC**
*doing business as*
North Dade Nursing and Rehabilitation Center     represented by    **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Intervenor**
represented by

| | | |
|---|---|---|
| **Ayintove Associates LLC**<br>*doing business as*<br>Harmony Health Center | | **Robert J. Kuntz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Guy Austin Rasco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| | | |
|---|---|---|
| **Intervenor**<br>**Courtyard Manor Retirement Investors Ltd.** | represented by | **Robert J. Kuntz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Guy Austin Rasco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| | | |
|---|---|---|
| **Intervenor**<br>**Courtyard Manor Retirement Living, Inc.** | represented by | **Robert J. Kuntz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Guy Austin Rasco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| | | |
|---|---|---|
| **Intervenor**<br>**Fair Havens Center, LLC** | represented by | **Robert J. Kuntz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Guy Austin Rasco** |

(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Intervenor**

**Eden Gardens LLC**  represented by  **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Intervenor**

**Flamingo Park Manor LLC**  represented by  **Robert J. Kuntz**
*doing business as* (See above for address)
The Pointe *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Intervenor**

**Jene's Retirement Living, Inc.**  represented by  **Robert J. Kuntz**
*doing business as* (See above for address)
North Miami Retirement Living *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Intervenor**

| | | |
|---|---|---|
| **Kabirhu Associates LLC** *doing business as* Golden Glades Nursing and Rehabilitation Center | represented by | **Robert J. Kuntz** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

**Intervenor**

| | | |
|---|---|---|
| **La Hacienda Gardens LLC** | represented by | **Robert J. Kuntz** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Guy Austin Rasco** (See above for address) *ATTORNEY TO BE NOTICED* *Designation: Retained* |

**Intervenor**

| | | |
|---|---|---|
| **Lake Erswin LLC** *doing business as* South Hialeah Manor | represented by | **Robert J. Kuntz** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

**Intervenor**

| | | |
|---|---|---|
| **Lauderhill Manor LLC** | represented by | **Robert J. Kuntz** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Guy Austin Rasco** (See above for address) *ATTORNEY TO BE NOTICED* *Designation: Retained* |

**Intervenor**

| | | |
|---|---|---|
| **Morsey LC** | represented by | **Robert J. Kuntz** (See above for address) *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Intervenor

**The Pointe Retirement Investors Ltd.**    represented by    **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Intervenor

**Rainbow Retirement Investors Ltd.**    represented by    **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Intervenor

**Jene's Retirement Investors Ltd.**    represented by    **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Intervenor**

**Sefardik Associates, LLC**
*doing business as*
The Nursing Center at Mercy

represented by **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Intervenor**

**Sierra ALF Management LLC**

represented by **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Intervenor**

**Takifhu Associates LLC**
*doing business as*
South Dade Nursing and Rehabilitation Center

represented by **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Intervenor**

**ADME Investment Partners LTD**
*doing business as*
Oceanside Extended Care Center

represented by **Robert J. Kuntz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Austin Rasco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Intervenor**

| | | |
|---|---|---|
| **1st Equity Bank** | represented by | **Charles Craig Eller**<br>1 N Clematis Street<br>Suite 500<br>West Palm Beach, FL 33401<br>561-832-3300<br>Fax: 561-650-1153<br>Email: craig.eller@nelsonmullins.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Dan Bernstein**<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>305-961-9169<br>Fax: 530-7976<br>Email: daniel.bernstein@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elizabeth Young**<br>U.S. Department of Justice<br>Criminal Division<br>1400 New York Avenue NW<br>8th Floor<br>Washington, DC 20005<br>202-262-7560<br>Email: elizabeth.young@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Alison Whitney Lehr**<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>305-961-9176<br>Fax: 536-7599<br>Email: Alison.Lehr@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Allan J. Medina**<br>U.S. Department of Justice<br>Criminal Division |

Fraud Section
1400 New York Avenue NW
Washington, DC 20530
202-257-6537
Fax: 305-536-5321
Email: Allan.Medina@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Anthony Erickson-Pogorzelski**
US Attorney's Office
Civil
99 NE 4th Street
Suite 335
Miami, FL 33132
305-961-9296
Fax: 305-530-7139
Email: anthony.pogorzelski@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Catherine Wagner**
US Department of Justice
Criminal Division, Fraud Section
10000 Louisana, Suite 2300
Houston, TX 77002
202-794-0097
Email: catherine.wagner@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daren Grove**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
954-660-5774
Email: daren.grove@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Drew Bradylyons**
U.S. Department of Justice
1400 New York Avenue, NW, 3rd Floor
Washington, DC 20005
202-262-7809
Email: drew.bradylyons@usdoj.gov
*ATTORNEY TO BE NOTICED*

**James V. Hayes**
US Department of Justice

Criminal Division, Fraud Section
1400 New York Avenue NW
Bond Building, 8th Floor
Washington, DC 20005
202-774-4276
Email: James.Hayes@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeremy R. Sanders**
U.S. Department of Justice
Bond Building, 11th Floor
1400 new York Avenue N.W.
Washington, DC 20005
202-616-2650
Email: jeremy.sanders@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Charlton Shipley , Jr.**
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
305-961-9111
Fax: 305-536-4675
Email: john.shipley@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John C. Spaccarotella**
United States Attorney
99 N.E. 4 Street
Miami, FL 33132
305.961.9212
Email: john.spaccarotella@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nalina Sombuntham**
US Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132
305-961-9224
Email: nalina.sombuntham2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2018 | 730 | NOTICE OF CONVENTIONAL FILING OF Audio/Video Exhibits Offered During Evidentiary Hearings by Philip Esformes re: 275 Defendant's MOTION to Disqualify, 278 Defendant's MOTION to Dismiss. (gp) (Entered: 01/23/2018) *See Acc. Folder (1 Thumbdrive)* |

| 05/15/2019 | (317) | NOTICE OF CONVENTIONAL FILING Audio Clips Trial Exhibits (1 Flash Drive ) by Philip Esformes (rrs) (Entered: 05/15/2019) *(1 thumbdrive)* |
| --- | --- | --- |
| 05/15/2019 | (1319) | NOTICE OF CONVENTIONAL FILING Trial Exhibits Oversized Documents and Photographs Filed Conventionally Exhibit Nos. Y-5, Y-5AB, Y-5B, Y-5C, Y-5E, Y-5F, Z-23. ( 1 Flash Drive) by Philip Esformes (rrs) (Entered: 05/15/2019) *See ACC. Folder (1 Thumbdrive)* |