United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Philip Esformes,<br>Defendant. | )<br>)<br>)<br>)<br>)  Criminal Case No. 16-20549-CR-Scola<br>)<br>)<br>) |

### Order to Continue Status Conference – Ends of Justice

This matter is before the Court on the Parties' Joint Ore Tenus Motion to Continue Status Conference Presently Scheduled for December 1, 2020 at 8:30 AM because Defendant's appeal is still pending and not trials are occurring in the district until at least April 2021. The Court has considered the ore tenus motion, and being otherwise fully advised, it is

**Ordered and Adjudged** as follows:

1) The joint ore tenus motion to continue status conference is **granted**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date of the request, November 30, 2020 until April 26, 2021 and **until after the appeal of his convictions** — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

2) This cause is set for telephonic status conference on **April 26, 2021 at 8:30 a.m.** to set a trial date before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida.

3) Due to the coronavirus, the status conference shall be conducted only **telephonically**. Attorneys shall call, preferably from a land-line, toll free 1-888-684-8852 five minutes prior to the scheduled time, enter access code 5939288 followed by the # sign, and then security code 2525 followed by the # sign.

**Done and Ordered** in Chambers at Miami, Florida, on December 1, 2020.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

cc:   counsel of record