**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 16-CR-20549-SCOLA/OTAZO-REYES

**UNITED STATES OF AMERICA**

v.

**PHILIP ESFORMES,**

        **Defendant.**
_____/

## FILTER TEAM'S AGREED MOTION FOR PROTECTIVE ORDER

      The filter team for the United States, by its undersigned attorney, respectfully files this agreed motion for a protective order relating to access to filter side materials. The parties hereby stipulate that good cause exists for the enclosed protective order.

      In connection with prior proceedings before this Court regarding defendant Phillip Esformes's motion to dismiss the indictment (DE#278) and motion to disqualify the prosecution team (DE#275), certain portions of the record were submitted to the Court under seal and were made accessible only to the government's filter team and not to the government's prosecution team ("filter side materials"). These filter side materials include filings that contained potentially privileged material, certain recordings, certain exhibits, certain materials seized during a search warrant that were identified by the defense as potentially privileged, and unredacted transcripts of portions of hearings where the government's prosecution team was excluded from the courtroom. The filter side materials remain in the custody and control of the government's filter team, specifically Trial Attorney Catherine Wagner and Paralegal Specialist Suzanne Bartone (the "filter team").

      The filter team proposes the following terms as part of the protective order:

      1.     The parties agree that Paul T. Crane of the Appellate Section of the Criminal

1

Division, as well as one supervisor and one paralegal from the Appellate Section of the Criminal Division, may be permitted access to the filter side materials for the limited purpose of litigating defendant's direct appeal of the judgment of conviction and sentence pending in the Eleventh Circuit, and that Mr. Crane and the designated supervisor and designated paralegal may communicate with members of the filter team concerning legal and factual issues associated with the filter side materials for that same limited purpose.

2. Mr. Crane and the designated supervisor and designated paralegal will maintain securely and will not disclose those materials to anyone else in the Department of Justice, except for members of the government filter team identified above, absent further order of this Court or the Court of Appeals.

3. Mr. Crane and the designated supervisor and designated paralegal will not be involved in any way with further proceedings against or investigations of Mr. Esformes related in any way to this prosecution, including but not limited to retrial or other further proceedings on remand, any new trial after dismissal, and decisions regarding whether to take further action against Mr. Esformes. Subject to the restrictions contained in this Order, Mr. Crane and the designated supervisor and designated paralegal may be involved in further appeals arising out of this prosecution.

4. The parties agree that providing Mr. Crane and the designated supervisor and designated paralegal access to the filter side materials as contemplated by this protective order will not provide cause to disqualify a member of the government's prosecution team.

5. Nothing contained in this Order shall preclude any party from applying to this Court or the Court of Appeals for further relief or for modification of any provision hereof.

Mr. Crane has conferred with counsel for Mr. Esformes, who do not object to the enclosed protective order with the above terms. Accordingly, the filter team for the United States asks the Court to adopt the enclosed protective order in full.

Respectfully submitted,

By: */s/ Catherine Wagner*
Catherine Wagner
Filter Team
U.S. Department of Justice
Criminal Division, Fraud Section
Catherine.Wagner@usdoj.gov
(202) 794-0097

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 2, 2020, the United States conferred with counsel for Mr. Esformes, who do not object the filter team's request.

*/s/ Catherine Wagner*
Catherine Wagner
Filter Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, this document was served on the Clerk's Office in the Southern District of Florida and on Defense counsel via ECF.

*/s/ Catherine Wagner*
Catherine Wagner
Filter Attorney