UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-SCOLA

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES, *et al.*

    Defendants.

_____/

**ORDER APPROVING AGREED JOINT MOTION BY CIVIL INTERVENORS AND INTERIM FINANCIAL MANAGER TO TERMINATE THE INTERIM FINANCIAL MANAGER AGREEMENT**

**THIS MATTER** is before the Court on the Agreed Joint Motion by Civil Intervenors And Interim Financial Manager To Terminate The Interim Financial Manager Agreement ("Agreed Joint Motion", DE No. 1531"), filed December 11, 2020. It is:

**ORDERED AND ADJUDGED** that:

1.     The Agreed Joint Motion (DE No. 1531) is **granted**.

2.     The Interim Financial Manager Agreement (DE No. 83-1) is **terminated** as of the date of this Order. The Interim Financial Manager is discharged and shall have no further duties or obligations under the Interim Financial Manager Agreement.

**DONE AND ORDERED** in chambers at Miami, Florida, on December 11, 2020.

                              _____
                              ROBERT N. SCOLA JR.
                              UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record