UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
vs.                         )   Case number 16-20549-CR-SCOLA
                            )
PHILIP ESFORMES, et al.,    )
                            )
        Defendants.         )
_____)

## VERIFIED PETITION/CLAIM
## OF PETITIONER/CLAIMANT SHERRI ESFORMES

Petitioner/Claimant, Sherri Esformes, through her undersigned counsel, hereby asserts, pursuant to 21 U.S.C. Section 853, her legal interest in the property that the Court ordered forfeit, pursuant to that certain Order of Forfeiture of Directly Forfeitable Assets, dated November 21, 2019 (ECF No.1456) and 18 U.S.C. Section 982, and as grounds therefore Petitioner states:

1. On July 19, 2018, Defendant Philip Esformes by way of a third superseding indictment was charged with violations of 18 U.S.C. Sections 371, 666, 1035(a)(2),

1347, 1349, 1503, 1956(a)(1) and 1956(h) as well as 42 U.S.C. Sections 1320a-7b(b)(1)(A) and 1320a-7b(b)(2)(A).

2. The third superseding indictment contains a Forfeiture section that provided Defendant with notice of the Government's intent to forfeit specific assets upon his conviction.

3. On April 5, 2019 the jury found Defendant Philip Esformes guilty on Count 6 (18 U.S.C. Section 371), Counts 8-9 (42 U.S.C. Section 1320a-7b(b)(1)(A)), Counts 10-13 (42 U.S.C. Section 1320a-7b(b)(2)(A), Count 16 (18 U.S.C. Section 1956(h), Counts 18-21, 25-28 and 30 (1956(a)(1)(B)(i)), Count 31 (18 U.S.C. Section 371), and Count 34 (18 U.S.C. Section 1503). See Verdict, ECF No. 1245.

4. On April 9, 2019 the jury found the following business entities and their assets were involved in a money laundering offense of which the Defendant had been found guilty:

    a. ADME Investment Partners LTD d/b/a Oceanside Extended Care Center;

    b. Almovea Associates, LLC d/b/a North Dade Nursing and Rehab Center;

    c. Ayintove Associates, LLC d/b/a Harmony Health Center;

    d. Eden Gardens, LLC d/b/a Eden Gardens;

    e. Fair Haven Center. LLC d/b/a Fair Haven;

  f. Flamingo Park Manor, LLC d/b/a Flamingo Park Manor; and

  g. Sefardik Associates, LLC d/b/a The Nursing Center at Mercy.

These entities have been referred to collectively as the "Operating Entities."

5. On November 21, 2019, the Court granted the government's motion for leave to forfeit the directly forfeitable assets listed in paragraph 4 above. ECF No.1456. See, Exhibit "A" hereto.

6.  The Order of Forfeiture of Directly Forfeitable Assets affords claimants 60 days from the first publication of notice of forfeiture or 30 days from direct notice of forfeiture to file their respective claims. See Exhibit "A". ECF No.1456.

7. On December 15, 2020 the United States made the first publication of the Court's order "condemning and forfeiting" the seven entities and their assets. A copy of the Notice of Forfeiture provided by publication is attached hereto as Exhibit "B". The publication in relevant part states:

> "Any person, other than the defendant(s) in this case, claiming an interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (December 15, 2020) of this Notice on this official government web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 853(n)(1)."

8. On January 5, 2021, the United States gave direct notice to Counsel for Petitioner/Claimant, Sherri Esformes, regarding the forfeiture of the seven entities. A copy of the direct notice of forfeiture is attached hereto as Exhibit "C".

9. The filing of this Petition is timely. The due date for this Petition to be filed with the Court is February 4, 2021.

10. In December 1992, Petitioner, Sherri Esformes, married Defendant Philip Esformes in Manhattan, New York and they were issued marriage license number 24991.

11. Sherri Esformes and Philip Esformes were continuously married from December 1992 through July 30, 2020.

12. Assets acquired during the marriage were marital property with husband and wife each owning 50%.

13. Each of the seven entities listed in the Notice of the United States was formed during the marriage of Sherri Esformes and Philip Esformes. The date each entity was formed and registered is as follows:

| Entity | Date | Exhibit |
|---|---|---|
| Flamingo Park Manor, LLC | June 10, 2009 | See, Exhibit "D". |
| ADME Investment Partners LTD | April 25, 1996 | See, Exhibit "E". |
| Almovea Associates, LLC | July 9, 2014 | See, Exhibit "F". |

| | | |
|---|---|---|
| Ayintove Associates, LLC | July 2, 2003 | See, Exhibit "G". |
| Eden Gardens, LLC | March 5, 2004 | See, Exhibit "H". |
| Fair Havens Center, LLC | March 8, 2002 | See, Exhibit "I". |
| Sefardik Associates, LLC | October 21, 2002 | See, Exhibit "J". |

14. Any interest acquired by Philip Esformes in the entities occurred during the marriage of Sherri Esformes and Philip Esformes, are marital assets, and owned 50% by Sherri Esformes and 50% by Philip Esformes.

15. The Government has argued that violations that support forfeiture of these entities occurred from at least 2010 through 2016.

16. Philip Esformes acquired his interest in each entity on or about the date the entity was formed and registered and prior to any alleged illegal activity by the entity.

17. Sherri Esformes' interest in each entity was perfected and vested at the time that Philip Esformes acquired an interest in each entity.

18. Sherri Esformes' interest in each entity predates the date the United States acquired an interest in each entity.

19. Petitioner, Sherri Esformes', interest is a 50% interest in the entities and is a superior interest to the interest of the United States and all other parties.

20. Petitioner, Sherri Esformes, has a legal right, title and interest in the property set forth in the Notice which renders the order of forfeiture invalid in whole or part because the right, title, or interest was vested in Petitioner, Sherri Esformes, rather than the defendant or was superior to any right, title, or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property.

21. Petitioner at all times relevant hereto, did not know of the Defendant's conduct that gave rise to the forfeiture in this case and Petitioner was an innocent owner.

22. Petitioner filed for divorce from Philip Esformes in October 2015 and retained her 50% ownership in all marital assets consistent with Florida Statute Section 61.075.

23. Philip Esformes was arrested on the original indictment in July 2016.

24. Petitioner's divorce from the Defendant Philip became final on July 30, 2020. See Exhibit "K" hereto. Petitioner has retained her 50% ownership interest in all marital assets.

25. Title 18 U.S.C. 853(k) provides a bar to certain legal action during the pendency of the criminal case of the defendant:

> "Bar on intervention. Except as provided in subsection (n), no party claiming an interest in property subject to forfeiture under this section may –
>
> (1) intervene in a trial or appeal of a criminal case involving the forfeiture of such property under this section; or
>
> (2) commence an action at law or equity against the United States concerning the viability of his alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture under this section."

26. The interests of justice would be best served by the granting of this motion. Title 18 U.S.C. Section 853(o) provides: "(o) Construction The provisions of this section shall be liberally construed to effectuate its remedial purposes."

27. Philip Esformes' interest in each of the subject entities was a marital assets at the time it was initially acquired by Philip Esformes. As a marital asset Petitioner Sherri Esformes owns a fully vested and perfected ownership interest in 50% of each property/entity commencing at the moment Philip Esformes' acquired an

interest in each entity. Petitioner, Sherri Esformes' ownership interest of 50% is superior to any interest of the United States or third party.

28. Further, Petitioner, Sherri Esformes, gives notice that all assets acquired by Philip Esformes during the marriage are marital assets in which Petitioner, Sherri Esformes, has a 50% ownership interest and therefore cannot be forfeited by the United States as substitute assets.

Wherefore, Petitioner, Sherri Esformes, respectfully petitions this Honorable Court for a hearing at which the Petitioner may testify and present evidence and witnesses on her behalf to establish by a preponderance of the evidence that she has a 50% interest in the subject entities and their assets and the Court should amend the order of forfeiture. Petitioner further requests the Court amend its order of forfeiture and recognize her legal interest in each entity and the assets of each entity.

Respectfully submitted,

*David M. Garvin*
David M. Garvin
Florida Bar #347736
David M. Garvin, P.A.
Counsel for Sherri Esformes
200 South Biscayne Blvd.
Suite 3150
Miami, Florida 33131
Tel: 305-371-8101
Email: dgarvin@garvin.law

## VERIFICATION OF PETITIONER SHERRI ESFORMES

Under the penalties of perjury, I hereby declare, certify, verify and state under oath that the facts, statements and exhibits contained in this Verified Petition are true, accurate, and correct. Executed on this 11th day of January, 2021.

_____
Sherri Esformes

## NOTARY

County of Miami Dade
State of Florida

I hereby certify that on this 11th day of January, 2021, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared Sherri Esformes, known to me to be the person described in and who executed this Petition, who acknowledged before me that she had executed the same, and in fact did so in my presence, after being duly sworn, and an oath was taken. Said person, Sherri Esformes, provided her Florida Driver's license as identification.

Witness my hand and official seal in the County and State last aforesaid this 11th Day of January, 2021.



_____
Rolando Casais, Notary Public

Notary Public State of Florida
Rolando Casais Jr
My Commission GG 127541
Expires 08/12/2021

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021 I electronically filed this Petition of Sherri Esformes with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record. In addition, the undersigned served a copy of this Petition upon Daren Grove, AUSA, Counsel for the United States by email to Daren.Grove@usdoj.gov

David M. Garvin