# Exhibit "K"

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2015-024496-FC-04
SECTION: FC12
JUDGE: David Young

**Esformes, Sherri Beth**

Petitioner(s)

vs.

**Esformes, Philip**

Respondent(s)

_____/

## PARTIAL FINAL JUDGMENT FOR DISSOLUTION OF MARRIAGE

THIS CAUSE having come on for final hearing before the undersigned Judge of the above-styled Court, on the ____ day of JULY, 2020, upon the Petitioner's *Petition for Dissolution of Marriage filed on October 1, 2015*, and the Husband's *Answer to Wife's Petition for Dissolution of Marriage and Husband's Counter-Petition for Dissolution of Marriage and for Other Relief* filed on January 7, 2016, and the Court after hearing testimony and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED as follows**:

1. That this Court has jurisdiction of the parties hereto and of the subject matter hereof. That the marriage of the Wife, SHERRI BETH ESFORMES, and the Husband, PHILIP ESFORMES, is dissolved because it is irretrievably broken. This Court entered an Order on Pending Motions on July 29, 2020, bifurcating the divorce from all remaining issues.

1. The Court specifically reserves jurisdiction on any and all issues dealing with past,

present and future equitable distribution, all property rights, support, maintenance, past, present and future attorney's fees and costs, and any and all other past, present and future financial rights and obligations of one party or the other, including descent and distribution in light of the fact that the Court has bifurcated the actual divorce, from all remaining issues and the death of either party shall not be affected by the entry of the Partial Final Judgment of Dissolution of Marriage. <u>Accordingly, any and all past, present and future issues dealing with the parties' finances, support, assets and liabilities, fees, costs, descent, and distributions consistent with Florida Statute §61 are hereby reserved, regardless of the death or remarriage of either party, and shall be addressed at a mutually agreed upon hearing, unless otherwise resolved between the parties.</u>**RESERVATION OF JURISDICTION**: This Court shall retain jurisdiction of the parties hereto, the subject matter hereof, to enforce and determine the specific terms and provisions as set forth in this Partial Final Judgment, to address any requests for charging liens sought in this cause, and to enforce any Fee Agreement between the parties and counsel. The Court retains jurisdiction over the parties hereto and the subject matter herein.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>30th day of July, 2020</u>.

2015-024496-FC-04 07-30-2020 2:46 PM
Hon. David Young

**CIRCUIT COURT JUDGE**
Electronically Signed

> No Further Judicial Action Required on **THIS MOTION**
>
> CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Andrew M Leinoff, eservice@llpa.com
Andrew M Leinoff, valerie@llpa.com
Andrew M Leinoff, dina@llpa.com
Andrew M. Leinoff, Andy@llpa.com
Christina I Echeverri, CEcheverri@KlugerKaplan.com
Christina I Echeverri, GRodriguez@KlugerKaplan.com
Christina I Echeverri, SZamora@KlugerKaplan.com
DIV 12, 11thfc12@jud11.flcourts.org
Deborah S Chames, DChames@KlugerKaplan.com
Deborah S Chames, SZamora@KlugerKaplan.com
Deborah S Chames, Service@klugerkaplan.com
Gricel Rodriguez, GRodriguez@KlugerKaplan.com
Jessica Elise Elliott, jessica.elliott@usdoj.gov
Natalie S Lemos, eservice@llpa.com
Natalie S Lemos, Natalie@llpa.com
Natalie S Lemos, Belkis@llpa.com
Paul S Leinoff, amanda@llpa.com
Paul S Leinoff, eservice@llpa.com
Paul S Leinoff, paul@llpa.com
Sherri Esformes, SherriE0711@gmail.com

**Physically Served:**