**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 16-CR-20549-SCOLA/OTAZO-REYES

**UNITED STATES OF AMERICA**

**v.**

**PHILIP ESFORMES,**

      **Defendant.**
_____/

**PROTECTIVE ORDER**

  Before the Court is the filter team for the United States' amended motion for a protective order relating access to filter side materials, in which Philip Esformes, without waiving any privilege covering the filter side materials addressed below, and the government have agreed that good cause exists for a protective order. The Court finds that good cause has been established to warrant the protective order.

  IT IS ORDERED that the motion (**ECF No. 1538**) is **GRANTED**.

  IT IS FURTHER ORDERED that, by agreement of the parties, Paul T. Crane of the Appellate Section of the Criminal Division, as well as one supervisor and one paralegal from the Appellate Section of the Criminal Division, may be permitted access to the filter side materials for the limited purpose of litigating defendant's direct appeal of the judgment of conviction and sentence pending in the Eleventh Circuit, and that Mr. Crane and the designated supervisor and designated paralegal may communicate with members of the filter team concerning legal and factual issues associated with the filter side materials for that same limited purpose.

  IT IS FURTHER ORDERED that Mr. Crane and the designated supervisor and designated paralegal will maintain securely and will not disclose those materials to anyone else in the Department of Justice, except for members of the government filter team identified above, absent

1

further order of this Court or the Court of Appeals.

IT IS FURTHER ORDERED that Mr. Crane and the designated supervisor and designated paralegal will not be involved in any way with further proceedings against or investigations of Mr. Esformes related in any way to this prosecution, including but not limited to retrial or other further proceedings on remand, any new trial after dismissal, and decisions regarding whether to take further action against Mr. Esformes.  Subject to the restrictions contained in this Order, Mr. Crane and the designated supervisor and designated paralegal may be involved in further appeals arising out of this prosecution.

IT IS FURTHER ORDERED that, by agreement of the parties, providing Mr. Crane and the designated supervisor and designated paralegal access to the filter side materials as contemplated by this protective order will not provide cause to disqualify a member of the government's prosecution team.

IT IS FURTHER ORDERED that nothing contained in this Order shall preclude any party from applying to this Court or the Court of Appeals for further relief or for modification of any provision hereof.

**DONE AND ORDERED** in Chambers in Miami, Florida, on January 13, 2021.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

2