United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Philip Esformes,<br>Defendant. | )<br>)<br>)<br>) Criminal Case No. 16-20549-CR-Scola<br>)<br>)<br>) |

**Order Setting Status Conference – Ends of Justice**

      On April 26, 2021 this matter came before the Court for telephonic status conference to set trial date. Based on the matters presented and argument of counsel, it is hereby
      **Ordered and Adjudged** as follows:
      1) The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from April 26, 2021 until February 7, 2022, and **until after the appeal of his convictions** — is excludable time under 18 U.S.C. § 3161(h)(1) and 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act.
      2) This cause is set for telephonic status conference on **February 7, 2022 at 8:30 a.m.** to set a trial date before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida.
      3) Due to the coronavirus, the status conference shall be conducted only **telephonically**. Attorneys shall call preferably from a land-line, toll free 1-888-684-8852 five minutes prior to the scheduled time, enter access code 5939288 followed by the # sign, and then security code 2525 followed by the # sign.
      **Done and Ordered** in Chambers at Miami, Florida, on April 26, 2021.

*[signature]*
**Robert N. Scola, Jr.**
**United States District Judge**

cc: counsel of record