UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**vs.**

Case No. 16-20549-CR-SCOLA

**PHILIP ESFORMES,**

**Defendant.**

_____/

### DEFENDANT'S MOTION TO SET A BRIEFING SCHEDULE AND TO CONTINUE HEARING SET FOR MAY 4, 2021

PHILIP ESFORMES, by his co-counsel, hereby moves for a continuance of the hearing set for May 7, 2021 by this Court to consider bond issues and says:

1.      The undersigned has been newly retained to assist Defendant Philip Esformes in connection with the effect of the Presidential clemency order issued as to Defendant on the Government's ability to further pursue prosecution of him.  The facts of this case, which, while still being developed and digested, involve a decision by the Attorney General of the United States that the prosecution of the Defendant should be concluded, and a recommendation to the President of the United States to accomplish this by commuting the sentence, leading to the Defendant's immediate release.  This recommendation was adopted, leading to issuance of a Clemency Warrant.  Exhibit 1 hereto.  This commutation order, and its related circumstances, raise extremely serious legal issues with respect to **any** continued prosecution of the Defendant, including whether the President's order has the intent and effect of terminating the entire prosecution, and whether, under separation of powers principles, this Court may negate the Presidential action by further detaining the defendant or subjecting him to further conditions of supervised release based on a potential retrial of Count 1 and other hung counts.

2.      At sentencing on this matter, this Court made clear, in the course of resolving the dispute as to the amount of loss, that it was considering the conduct alleged in Count 1 in imposing sentence, expressly stating that the same twenty-year  sentence would be imposed if the jury had convicted Defendant on Count 1. DE  1439 at 140.   This sentence is the subject of appeal to the Eleventh Circuit Court of Appeals, which also raises the issue of whether the entire indictment should be dismissed.  The dismissal argument was supported by an amicus brief prepared on behalf of nine former high ranking Department of Justice officials, including four former Attorneys General, who called for the dismissal of the indictment with prejudice.   After the Appellants' brief and amicus briefs were filed, the President issued a commutation warrant, expressly citing in an explanatory press release the amicus brief and its conclusions of serious prosecutorial misconduct. See Exhibit 2 hereto at 6-7.

3.      The Government and the Defendant, in a joint motion submitted on behalf of Defendant and the Department of Justice,  advised the Eleventh Circuit of the commutation warrant and agreed that supplemental briefing in that Court should address the effect of the commutation warrant on the issues in the appeal, which would include whether the President's action had the intended effect of terminating the indictment.  See Exhibit 3 hereto.  These briefs have not been filed because, as Esformes counsel advised the Eleventh Circuit that "due to the transition in administrations along with the succession of decision-makers at the Department of Justice who have not been confirmed" Defendant "has been unable to confirm whether the Government agrees or disagrees with their analysis." Exhibit 4 at 2.  In short, the Department of Justice has not made the ultimate determination whether, in light of the commutation warrant and related circumstances, this prosecution will continue.  Defendant's appellate counsel have been advised that this decision will be made in a comprehensive and reasoned manner in the future, involving decision-makers

who have not yet been confirmed.

4.      If, as is clearly the case, the decision-makers identified by the Government in its discussions with appellate counsel have not yet made decision with respect to the impact of the commutation order on any possible further prosecution of the Defendant—which is a central issue currently before the Eleventh Circuit—the time is not ripe for this Court to address the issue.  At a minimum, the serious issues addressed herein should be addressed via a briefing schedule.  We would suggest simultaneous briefs on the subject in approximately ninety days.  Appellate counsel for Defendant, Laurie Daniel of Holland and Knight in Atlanta, would be involved in the briefing and hearing on behalf of Defendant.

5.      Being newly retained in this highly complex and nuanced matter, which will require careful and complex legal analysis of the clemency request as supported by the Attorney General of the United States by a team of counsel, the undersigned respectfully requests that the hearing be re-set before this Court for a date in this future.

6.      There is no harm to the interests of justice and no risk of flight or harm to the community from the Defendant being at liberty under the same terms of supervised release he has been under since the date of the commutation, December 20, 2021.  The undersigned has confirmed with the Defendant's supervising officer, Danielle Caron, that the Defendant has been fully compliant with all conditions of release.  The Defendant is aggressively pursuing his appeal, which includes a claim to some thirty million of assets that have been seized from him.   He has no intention of foregoing this claim under the fugitive disentitlement doctrine.  Even the Government recognized this matter in the last hearing before the Court, as we understand it, saying that the Government they were only asking for additional conditions of bail, specifically  home confinement with a bracelet, and not pretrial detention.   While the Defendant would not object to

a personal surety bond or reasonable cash bond , any significant restrictions on his ability to work and interact with counsel should be avoided as inappropriate.

   7.  The undersigned has attempted to contact the Department of Justice with respect to this request, but several calls to Mr. Medina were not returned.

   WHEREFORE, Defendant respectfully request that this Court continue the hearing set for May 4 and set an appropriate briefing schedule on the issues addressed herein.

         Respectfully submitted,

         **COFFEY BURLINGTON, P.L.**
         2601 South Bayshore Drive, Penthouse One
         Miami, Florida 33133
         Telephone: (305) 858-2900
         Facsimile: (305) 858-5261

         By: */s/ Kendall B. Coffey*
           Kendall B. Coffey, Esq., FBN.259861
           Jeffrey B. Crockett, Esq., FBN. 347401
           kcoffey@coffeyburlington.com
           jcrockett@coffeyburlington.com
           bdiaz@coffeyburlington.com
           service@coffeyburlington.com

         *CoCounsel for Defendant*

Case No. 16-20549-CR-Scola

### <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document and its attached Exhibits has been filed and furnished by the Florida Courts e-filing Portal pursuant to Fla. R. Jud. Admin. 2.516(b)(1), this 30th day of April 2021, on all counsel or parties on the EC-EMF system.

By: _/s/ Kendall B. Coffey_
Kendall B. Coffey

# EXHIBIT 1

# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

    *WHEREAS* **PHILIP ESFORMES**, Reg. No. 13746-104, was convicted, in the United States District Court for the Southern District of Florida on an indictment (Docket No. 16-20549-CR-SCOLA) of violations of Sections 371, 1503, 1956(a)(1)(B)(i), and 1956(h), Title 18, and Sections 1320a-7b(b)(1)(A) and 1320a-7b(b)(2)(A), Title 42, United States Code, for which a total sentence of 240 months' imprisonment, three years' supervised release, $5,530,207 restitution, and a special assessment of $2,000 was imposed on September 12, 2019, as amended on November 21, 2019; and

    *WHEREAS* the said **PHILIP ESFORMES** has been confined continuously since his arrest on July 22, 2016, and is presently incarcerated at the Federal Correctional Institution—Miami in Miami, Florida; and

    *WHEREAS* it has been made to appear that the ends of justice do not require the said **PHILIP ESFORMES** to remain confined until his currently projected release date of August 6, 2033, and the safety of the community will not be compromised if he is released;

    NOW, THEREFORE, BE IT KNOWN that I, **DONALD J. TRUMP**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **PHILIP ESFORMES**: I commute the 240-month prison sentence imposed upon the said **PHILIP ESFORMES** to time served. I leave intact and in effect the remaining three-year term of supervised release with all its conditions, the unpaid balance of his $5,530,207 restitution obligation, if any, and all other components of the sentence.

    **I HEREBY DESIGNATE**, direct, and empower, the Office of the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons, to the United States District Court for the Southern District of Florida, and to the said **PHILIP ESFORMES** a certified copy of this document as evidence of my action in order to carry into effect the terms of this grant.

    **I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant, to effect the immediate release of the said **PHILIP ESFORMES** with all possible speed.

    **IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this twenty-second day of December in the Year of Our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**

# EXHIBIT 2

This is historical material "frozen in time". The website is no longer updated and links to external websites and some internal pages may not work.



STATEMENTS & RELEASES

# Statement from the Press Secretary Regarding Executive Grants of Clemency

LAW & JUSTICE

Issued on: **December 22, 2020**

★ ★ ★

Today, President Donald J. Trump granted Full Pardons to 15 individuals and commuted part or all of the sentences of an additional 5 individuals.

**Alfonso Costa —** President Trump granted a full pardon to Alfonso Costa, a dentist from Pittsburgh. Dr. Costa's request for clemency was supported by Dr. Ben Carson and Jerome Bettis, as well as by numerous business associates, patients, and community leaders from Pittsburgh. Dr. Costa pled guilty to one count of health care fraud related to false billing, took full responsibility for his conduct, served two years of probation, and paid nearly $300,000 in fines and restitution. He has devoted much of his adult life to service to his community, including serving on the board of the Pittsburgh Opera, and doing significant service for children and the underprivileged.

**Alfred Lee Crum —** President Trump granted Alfred Lee Crum a full pardon. Mr. Crum, who is now 89, pled guilty in 1952—when he was 19 years old—to helping his wife's uncle illegally distill moonshine in Oklahoma. Mr. Crum served three years of probation, and paid a $250 fine. Mr. Crum has maintained a clean record and a strong marriage for nearly 70 years, attended the same church for 60 years, raised four children, and regularly participated in charity fundraising events. Former Deputy Attorney General Rod Rosenstein and the U.S. Attorney for the Eastern District of Oklahoma Brian Kuester supported Mr. Crum's request for a pardon.

**Crystal Munoz —** Today, President Trump commuted Crystal Munoz's remaining term of supervised release, having previously commuted her sentence of incarceration after she had served 12 years in

prison.  Alice Johnson, the Texas A&M Criminal Defense Clinic, and the Clemency for All Non-Violent Drug Offenders Foundation are among the many who supported clemency for Ms. Munoz.  Former Florida Attorney General Pam Bondi supports the President's further act of clemency today. Ms. Munoz was convicted of conspiracy to distribute marijuana based on her role in a marijuana smuggling ring.  During her time in prison, she mentored people working to better their lives, volunteered with a hospice program, and demonstrated an extraordinary commitment to rehabilitation.

**Tynice Nichole Hall —** President Trump has commuted the remainder of Tynice Nichole Hall's term of supervised release.  He previously commuted her term of incarceration after she had served nearly 14 years of an 18-year sentence for allowing her apartment to be used to distribute drugs.  Alice Johnson, The Clemency for All Non-Violent Drug Offenders Foundation, and The Ladies of Hope Ministries are among the many who supported clemency for Ms. Hall. Former Florida Attorney General Pam Bondi supports the President's further act of clemency today. While in prison, Ms. Hall completed a number of job-training programs and apprenticeships, as well as coursework towards a college degree.  In addition, Ms. Hall taught prison educational programs to other inmates.  She has accepted responsibility for her past behavior and has worked hard to rehabilitate herself.

**Judith Negron —** President Trump has today commuted the remainder of Judith Negron's term of supervised release.  He previously commuted her term of incarceration after she had served 8 years of her sentence.  Alice Johnson, the Clemency for All Non-Violent Drug Offenders Foundation, Change.org, and the Warden at Aliceville Federal Correctional Institution have all supported clemency for Ms. Negron.  Former Florida Attorney General Pam Bondi supports the President's further act of clemency today. Ms. Negron is a wife and mother who was sentenced to 35 years for her role as a minority-owner of a healthcare company engaged in a scheme to defraud the Federal Government.  During her incarceration, Ms. Negron dedicated her time to improving her life as well as the lives of her fellow inmates.  She completed hundreds of hours of educational programs, served as a tutor, and mentored other inmates.  Her acts of selflessness won her the praise of her prison warden.

**Steve Stockman** — Today, President Trump commuted the remaining prison sentence of Steve Stockman.  Former Representatives Bob McEwen and Bob Barr, along with James Dobson and L. Brent Bozell are among the many public figures who have called for Mr. Stockman's release from incarceration on humanitarian and compassionate grounds.  Mr. Stockman is 64 and has underlying pre-existing health conditions that place his health at greater risk during the COVID epidemic, and

Case 1:16-cr-20549-RNS   Document 564   Entered on FLSD Docket 04/30/2021   Page 11 of 43

he has already contracted COVID while in prison.  Mr. Stockman, who was twice a member of the U.S. House of Representatives, representing Texas's 9th congressional district from 1995 to 1997 and Texas's 36th congressional district from 2013 to 2015, was convicted in 2018 of misuse of charitable funds.  Mr. Stockman has served more than two years of his ten-year sentence and will remain subject to a period of supervised release and an order requiring that he pay more than $1,000,000 in restitution.

**Duncan Hunter** – At the request of many Members of Congress, President Trump granted a full pardon to Duncan Hunter.  His pardon is also supported by former Commissioner of the Federal Election Commission Bradley Smith.

Mr. Hunter has dedicated much of his adult life to public service.  Mr. Hunter represented California's 50th Congressional District from 2013 to 2020.  Prior to his time in Congress, Mr. Hunter was an officer in the United States Marine Corps.  Inspired to enlist after the September 11, 2001 attacks, Mr. Hunter saw combat in both Iraq and Afghanistan.

In 2019, Mr. Hunter pled guilty to one count of misusing campaign funds, an offense that could have been handled as a civil case via the Federal Election Commission, according to former FEC Commissioner Bradley Smith.  He was sentenced to 11 months' imprisonment set to begin in January 2021.

**Chris Collins** – Today, President Trump granted a full pardon to Chris Collins, at the request of many Members of Congress.

Mr. Collins served in Congress for nearly seven years, representing the people of Western New York from 2013 to 2019.  Mr. Collins spent his early career as a successful businessman and entrepreneur, before devoting his life to public service.  In 2007, Mr. Collins was elected County Executive for Erie County, New York, a position he held for one four-year term, and in 2012 the people of New York's 27th congressional district elected Mr. Collins to the U.S. House of Representatives.  He was subsequently re-elected to this seat three times.  During his tenure in Congress, Mr. Collins was known for his particular focus on the wellbeing of small businesses, agriculture, and sciences.

In 2019, Mr. Collins pled guilty to the charges of conspiring to commit securities fraud and making false statements to the FBI.  Mr. Collins is currently serving his 26-month sentence.

**Ignacio Ramos and Jose Compean** – Today, President Trump granted full pardons to Ignacio Ramos and Jose Compean. These former Border Patrol Agents have been supported by one hundred members of Congress, including Rep. Louie Gohmert, Rep. Steve King, Rep. Ted Poe, Rep. Paul Gosar, Rep. Brian Babin, as well as the U.S. Border Control Foundation and the Conservative Legal Defense and Education Fund.

Mr. Ramos participates in numerous community activities and charities, and Mr. Compean is active in his local church.

Both men served as Border Patrol Agents and put themselves in harm's way to help secure our southern border with Mexico.  On one such occasion in 2005, they stopped an illegal alien trafficking 700 pounds of marijuana. When the illegal alien—who was thought to be armed— resisted arrest, Mr. Ramos shot the suspect, who fled back across the border.  For this, Mr. Ramos and Mr. Compean were charged and convicted of assault, using a firearm during a crime of violence, and deprivation of civil rights.  After they were sentenced to 11 and 12 years imprisonment, respectively, their case gained widespread attention.

One hundred members of Congress, as well as the organizations above, supported Mr. Ramos' and Mr. Compean's release from prison. The Senate Judiciary Committee held hearings on the excessive sentence imposed on the former agents. And President George W. Bush ultimately commuted these sentences with strong bipartisan support.

**George Papadopoulos** – Today, President Trump granted a full pardon to George Papadopoulos. Mr. Papadopoulos was charged with a process-related crime, one count of making false statements, in connection with Special Counsel Robert Mueller's investigation into possible Russian interference in the 2016 presidential election.  Notably, Mueller stated in his report that he found no evidence of collusion in connection with Russia's attempts to interfere in the election.  Nonetheless, the Special Counsel's team still charged Mr. Papadopoulos with this process-related crime.

At the time that Mr. Papadopoulos allegedly made the false statements, he was not represented by counsel, and, after he was arrested, Mr. Papadopoulos gave additional information on his prior statements to the Special Counsel. Today's pardon helps correct the wrong that Mueller's team inflicted on so many people.

**Alex van der Zwaan** – Today, President Trump granted a full pardon to Alex van der Zwaan. His pardon is supported by former Rep. Trey Gowdy.

Mr. van der Zwaan was charged with a process-related crime, one count of making false statements, in connection with Special Counsel Robert Mueller's investigation. None of his underlying conduct was alleged to have been unlawful, nor did prosecutors note any prior criminal history. Mr. van der Zwaan is a Dutch national who voluntarily returned to the United States to correct his statements and surrendered his passport upon entry.

**Nicholas Slatten, Paul Slough, Evan Liberty, and Dustin Heard** – Today, President Trump granted full pardons to Nicholas Slatten, Paul Slough, Evan Liberty, and Dustin Heard. The pardon of these four veterans is broadly supported by the public, including Pete Hegseth, and elected officials such as Rep. Louie Gohmert, Rep. Paul Gosar, Rep. Ralph Norman, Rep. Bill Flores, Rep. Brian Babin, Rep. Michael Burgess, Rep. Daniel Webster, Rep. Steve King, and Rep. Ted Yoho.

Mr. Slatten, Mr. Slough, Mr. Liberty, and Mr. Heard have a long history of service to the Nation. Mr. Slatten was inspired to serve his country after the attacks of September 11, 2001, and served two tours in Iraq with the 82nd Airborne Division. Mr. Slough served in the United States Army and deployed to Iraq with his National Guard unit. Mr. Liberty served in the United States Marine Corps and protected United States Embassies abroad. Mr. Heard served in the United States Marine Corps during Operation Iraqi Freedom.

These veterans were working in Iraq in 2007 as security contractors responsible for securing the safety of United States personnel. When the convoy attempted to establish a blockade outside the "Green Zone," the situation turned violent, which resulted in the unfortunate deaths and injuries of Iraqi civilians. Initial charges against the men were dismissed, but they were eventually tried and convicted on charges ranging from first degree murder to voluntary manslaughter. On appeal, the D.C. Circuit Court of Appeals ruled that additional evidence should have been presented at Mr. Slatten's trial. Further, prosecutors recently disclosed—more than 10 years after the incident—that the lead Iraqi investigator, who prosecutors relied heavily on to verify that there were no insurgent victims and to collect evidence, may have had ties to insurgent groups himself.

**Weldon Angelos** – Today, President Trump granted a full pardon to Weldon Angelos. Mr. Angelos' pardon is supported by Senator Mike Lee, Senator Rand Paul, Alice Johnson, former U.S. Attorney Brett Tolman, and others.

Mr. Angelos is an active criminal justice reform advocate and champion of giving second chances. Because of mandatory minimums, Mr. Angelos was sentenced in 2002 to 55 years' imprisonment for selling marijuana and carrying a handgun in the course of dealing. The presiding judge called this excessive sentence "unjust and cruel and even irrational."

Mr. Angelos was eventually released by judicial order after serving 13 years in prison, and committed to changing the world for the better through criminal justice reform advocacy. His story has been cited as an inspiration for sentencing reform, including the First Step Act, and he participated in a Prison Reform Summit at the White House in 2018. In his own words, Mr. Angelos wants "to become whole again and put the bad choices in the past and continue changing the world for the better."

**Philip Lyman** – Today, President Trump granted a full pardon to Philip Lyman. Mr. Lyman's pardon is supported by Senator Mike Lee, Former Rep. Jason Chaffetz, and other notable members of the Utah community.

Mr. Lyman is known to be a man of integrity and character who was serving as a county commissioner in Utah when he was subjected to selective prosecution for protesting the Bureau of Land Management's closure of the Recapture Canyon to ATV riders. He had no other criminal history, but he was arrested and sentenced to 10 days in prison and nearly $96,000 in restitution.

**Otis Gordon** – Today, President Trump granted a full pardon to Otis Gordon. Mr. Gordon's pardon is supported by Senator Tim Scott.

Mr. Gordon has become a Pastor at Life Changer's International Ministries since his conviction for possession with intent to distribute. In 2015, in the wake of the shooting at a Bible study in Charleston, South Carolina, Mr. Gordon led a prayer session at the United States Capitol. Mr. Gordon mentors at-risk youths in his community. Senator Tim Scott describes Mr. Gordon as "a model citizen" since his release and "focused on helping young men avoid the same traps he once fell in."

**Philip Esformes** – Today, President Trump commuted the term of imprisonment of Philip Esformes, while leaving the remaining aspects of his sentence, including supervised release and restitution, intact. This commutation is supported by former Attorneys General Edwin Meese and Michael Mukasey, as well as former Deputy Attorney General Larry Thompson. In addition, former

Attorneys General Edwin Meese, John Ashcroft, and Alberto Gonzalez, as well as other notable legal figures such as Ken Starr, have filed in support of his appeal challenging his conviction on the basis of prosecutorial misconduct related to violating attorney-client privilege.

While in prison, Mr. Esformes, who is 52, has been devoted to prayer and repentance and is in declining health.

**The White House**

President Donald J. Trump

Vice President Mike Pence

First Lady Melania Trump

Mrs. Karen Pence

The Cabinet

Administration Accomplishments

News

Remarks

Articles

Presidential Actions

Briefings & Statements

About The White House

Economy & Jobs

Budget & Spending

Education

Immigration

National Security & Defense

Healthcare

Council of Economic Advisers

Council of Environmental Quality

National Security Council

Office of Management and Budget

Office of National Drug Control Policy

Office of Science and Technology Policy

Copyright    Privacy Policy

# EXHIBIT 3

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## Nos. 19-13838-AA & 19-14874-AA

_____

## UNITED STATES OF AMERICA,

### Plaintiff-Appellee,

### v.

## PHILIP ESFORMES,

### Defendant-Appellant.

_____

## CERTIFICATE OF INTERESTED PERSONS FOR
## <u>JOINT MOTION TO MODIFY BRIEFING SCHEDULE</u>

In compliance with Federal Rule of Appellate Procedure 26.1 and 11th Cir. Rule

26.1-4, the undersigned certifies that the list set forth below is a complete list of the

persons and entities previously included in the Certificates of Interested Parties who

have an interest in the outcome of this case:

Adirhu Associates, LLC

ADME Investment Partners, LTD

ALF Holdings, Inc.

Almovea Associates, LLC

Arteaga-Gomez, Rossana

Ashcroft, John D.

Ayintove Associates, LLC

Baker Botts, LLP

Barcha, Odette

Benczkowski, Brian A.

Bernstein, Daniel

Black, Roy

Boyd, Nicholas

Bradylyons, Drew

Carmouze, Arnaldo

Centers for Medicare and Medicaid Services

Christianson, Jennifer

Courtyard Manor Retirement Investors, Ltd.

Courtyard Manor Retirement Living, Inc.

Crane, Paul T.

Cronan, John P.

Daniel, Laurie Webb

Descalzo, Marissel

Do Campo, Orlando

C-2

Eden Gardens, LLC

Esformes, Philip

Fair Havens Center, LLC

Ferrer, Wilfredo A.

Flamingo Park Manor, LLC

Freeh, Louis J.

Gonzales, Alberto R.

Goode, David

Gould, William

Grove, Daren

Hayes, James V.

Holland & Knight, LLP

Jene's Retirement Investors, Ltd.

Jene's Retirement Living, Inc.

Kabirhu Associates, LLC

Keller, Scott

Kuntz, Robert J.

La Hacienda Gardens, LLC

Lake Erswin, LLC

Lauderhill Manor, LLC

Lehr, Alison Whitney

Lenard, The Hon. Joan A.

Locke, Ryan C.

Locke Law Firm, LLC

McFarlane, Ashlee

Medina, Allan J.

Meese III, Edwin

Meltzer, Ellen R.

Miner, Matthew S.

Morsey, LC

Mukasey, Michael B.

National Association of Criminal Defense Lawyers (NACDL)

Ogden, David W.

Orshan, Ariana Fajardo

Otazo-Reyes, The Hon. Alicia M.

Palchak, Jo Ann

Pasano, Michael S.

Perczek, Jackie

Quigley, Brendan

Rabbit, Brian C.

Rabin, Samuel J.

Rainbow Retirement Investors, Ltd.

Rasco, Guy A.

Sanders, Jeremy R.

Scola, The Hon. Robert N., Jr.

Sefardik Associates, LLC

Shipley, John C., Jr.

Sierra ALF Management, LLC

Smachetti, Emily M.

Sombuntham, Nalina

Srebnick, Howard M.

Srebnick, Scott

Starr, Kenneth W.

Takifhu Associates, LLC

Tettlebaum, Harvey M.

The Pointe Retirement Investors, Ltd.

Thompson, Larry D.

Torres, The Hon. Edwin G.

Wagner, Catherine

Waxman, Seth P.

Weil, Amy Levin

Young, Elizabeth

The parties are not aware of any publicly-traded company or corporation with an interest in the outcome of this case or appeal.

By:   /s/ Laurie Webb Daniel                    /s/ Paul T. Crane
      Laurie Webb Daniel                        Paul T. Crane
      Nicholas Boyd                             United States Department of Justice
      Holland & Knight LLP                      Criminal Appellate Section
      1180 West Peachtree Street NW             950 Pennsylvania Ave., NW, Ste. 1264
      Suite 1800                                Washington DC 20530
      Atlanta, GA 30309                         (202) 616-9316
      (404) 817-8533                            Paul.Crane@usdoj.gov
      laurie.daniel@hklaw.com
      nicholas.boyd@hklaw.com                   *Counsel for Appellee United States*

      *Counsel for Appellant Philip Esformes*

C-6

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

### Nos. 19-13838-AA & 19-14874-AA

_____

### UNITED STATES OF AMERICA,

### Plaintiff-Appellee,

### v.

### PHILIP ESFORMES,

### Defendant-Appellant.

_____

### JOINT MOTION TO MODIFY BRIEFING SCHEDULE

In this joint motion, the parties respectfully move for a modification of the briefing schedule.  On December 22, 2020, the President of the United States commuted the prison sentence of defendant-appellant Philip Esformes.  In light of that recent development, and in the interests of judicial economy, the parties respectfully request that Mr. Esformes be permitted to file a supplemental brief addressing what impact, if any, the President's grant of executive clemency has on this appeal, and that the briefing schedule be further modified as follows:

1

Appellant's Supplemental Brief                     March 15, 2021

Appellee's Answering Brief                         May 17, 2021

Appellant's Reply Brief                            June 16, 2021

In support of this motion, the parties state the following:

1.      Defendant-Appellant Philip Esformes brings this appeal after a jury convicted him on one count of conspiracy to receive and pay health care kickbacks, in violation of 18 U.S.C. § 371; two counts of receipt of kickbacks in connection with a federal health care program, in violation of 42 U.S.C. § 1320a-7b(b)(1)(A); four counts of payment of kickbacks in connection with a federal health care program, in violation of 42 U.S.C. § 1320a-7b(b)(2)(A); one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h); nine counts of money laundering, in violation of 18 U.S.C. § 1956(a); two counts of conspiracy to commit federal program bribery, in violation of 18 U.S.C. § 371; and one count of obstruction of justice, in violation of 18 U.S.C. § 1503. The district court sentenced Mr. Esformes to 240 months of imprisonment, to be followed by three years of supervised release. The district court also ordered restitution in the amount of $5,530,207.00 and forfeiture in the amount of $38,700,795.00.

2.      Mr. Esformes filed a notice of appeal in No. 19-13838 on September 26, 2019, and a notice of appeal in No. 19-14874 on December 5, 2019. On February 4, 2020, this Court consolidated those appeals.

3.     After this Court granted four separate unopposed motions for an extension of time, Mr. Esformes filed his opening brief on September 4, 2020. In his opening brief, Mr. Esformes challenges the validity of his convictions, as well as the district court's rulings on the prison sentence, restitution, and forfeiture.

4.     After this Court granted two separate unopposed motions for an extension of time, the government's answering brief is currently due to be filed by February 3, 2021.

5.     On December 22, 2020, the President of the United States granted Mr. Esformes an Executive Grant of Clemency.  The warrant of commutation states, *inter alia*, as follows: "I, Donald J. Trump, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said PHILIP ESFORMES: I commute the 240-month prison sentence imposed upon the said PHILIP ESFORMES to time served.  I leave intact and in effect the remaining three-year term of supervised release with all its conditions, the unpaid balance of his $5,530,207 restitution obligation, if any, and all other components of his sentence."

The warrant further directs the Bureau of Prisons (BOP), "upon receipt of this warrant, to effect the immediate release of the said PHILIP ESFORMES with all possible speed."

6.     Mr. Esformes was released from BOP custody on December 22, 2020.

3

7.     In order to assist the Court in resolving this appeal, the parties agree that the briefing schedule should be modified to permit Mr. Esformes to file a supplemental brief addressing what impact, if any, the President's grant of executive clemency has on this appeal. The parties further agree that, in the interests of judicial economy, the government's answering brief should be due after Mr. Esformes has filed his supplemental brief. The parties respectfully request, therefore, that the briefing schedule be modified as described above.

8.     The parties also respectfully request that Mr. Esformes's supplemental brief have a word limit of 4,500 words.

For these reasons, the parties respectfully request that this Court grant this joint motion for modifying the briefing schedule.

Respectfully submitted,

/s/ *Laurie Webb Daniel*

LAURIE WEBB DANIEL
NICHOLAS BOYD
Holland & Knight LLP
1180 West Peachtree Street NW
Suite 1800
Atlanta, GA 30309
(404) 817-8533
laurie.daniel@hklaw.com
nicholas.boyd@hklaw.com

*Counsel for Appellant Philip Esformes*

DAVID P. BURNS
Acting Assistant Attorney General

ROBERT A. ZINK
Acting Deputy Assistant Attorney General

/s/ Paul T. Crane
PAUL T. CRANE
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., NW, Ste. 1264
Washington, DC 20530
202-616-9316
Paul.Crane@usdoj.gov

*Counsel for Appellee United States*

4

## **Certificate of Service**

I hereby certify that on January 20, 2021, the foregoing Joint Motion For Modified Briefing Schedule was filed via CM/ECF with this Court and served via CM/ECF on counsel for defendant.

/s/ Paul T. Crane
Paul T. Crane
U.S. Department of Justice
Criminal Division, Appellate Section

## <u>Certificate of Compliance</u>

1.      This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 670 words.

2.      This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) & (a)(6) because it has been prepared in a proportionally spaced, 14-point font in text and footnotes using Microsoft Word 2013.

3.      This motion complies with the privacy redaction requirement of Fed. R. App. P 25(a) because it contains no personal data identifiers.

4.      This motion has been scanned for viruses with the most recent version of McAfee Endpoint Security, version 10.50, which is continuously updated, and, according to that program, is free of viruses.


/s/ Paul T. Crane
Paul T. Crane
U.S. Department of Justice
Criminal Division, Appellate Section

# EXHIBIT 4

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NO. 19-13838** |
| **v.** | **NO. 19-14874** |
| **PHILIP ESFORMES** | |

# MOTION TO FURTHER EXTEND BRIEFING SCHEDULE IN ORDER TO ADDRESS IMPACT OF CLEMENCY WARRANT ON PENDING APPEAL

**Laurie Webb Daniel**
Georgia Bar No. 204225
laurie.daniel@hklaw.com
**Nicholas R. Boyd**
Georgia Bar No. 849842
nicholas.boyd@hklaw.com
**HOLLAND & KNIGHT LLP**
1180 West Peachtree Street NW, Suite 1800
Atlanta, GA 30309
Telephone: 404.817.8500
Facsimile: 404.881.0470

*Counsel for Appellant*

*USA v. Esformes*, Case Nos. 19-13838 and 14874

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

In connection with this motion and pursuant to Eleventh Circuit Rule 27-

1(a)(9), Appellant, PHILIP ESFORMES, submits this Certificate of Interested

Persons and Corporate Disclosure Statement, listing the parties and entities

interested in this appeal, as required by Rule 26.1 of the Federal Rules of Appellate

Procedure and Eleventh Circuit Rule 26.1-1.

Adirhu Associates LLC

ADME Investment Partners LTD

ALF Holdings Inc.

Almovea Associates LLC

Arteaga-Gomez, Rossana

Ashcroft, John D.

Ayintove Associates LLC

Baker Botts, LLP

Barcha, Odette

Benczkowski, Brian A.

Bernstein, Daniel

Black, Roy

Boyd, Nicholas

Bradylyons, Drew

*USA v. Esformes*, Case Nos. 19-13838 and 14874

Carmouze, Arnaldo

Centers for Medicare and Medicaid Services

Christianson, Jennifer

Courtyard Manor Retirement Investors Ltd.

Courtyard Manor Retirement Living, Inc.

Crane, Paul T.

Cronan, John P.

Daniel, Laurie Webb

Descalzo, Marissel

Do Campo, Orlando

Eden Gardens LLC

Esformes, Philip

Fair Havens Center, LLC

Ferrer, Wifredo A.

Flamingo Park Manor LLC

Freeh, Louis J.

Gonzales, Alberto R.

Goode, David

Gould, William

Grove, Daren

*USA v. Esformes*, Case Nos. 19-13838 and 14874

Hayes, James V.

Holland & Knight, LLP

Jene's Retirement Investors Ltd.

Jene's Retirement Living, Inc.

Kabirhu Associates LLC

Keller, Scott

Kuntz, Robert J.

La Hacienda Gardens LLC

Lake Erswin LLC

Lauderhill Manor LLC

Lehr, Alison Whitney

Lenard, The Hon. Joan A.

Locke, Ryan C.

Locke Law Firm, LLC

McFarlane, Ashlee

Medina, Allan J.

Meese III, Edwin

Meltzer, Ellen R.

Miner, Matthew S.

Morsey, LC

*USA v. Esformes*, Case Nos. 19-13838 and 14874

Mukasey, Michael B.

National Association of Criminal Defense Lawyers (NACDL)

Ogden, David W.

Orshan, Ariana Fajardo

Otazo-Reyes, The Hon. Alicia M.

Palchak, Jo Ann

Pasano, Michael S.

Perczek, Jackie

Quigley, Brendan

Rabbit, Brian C.

Rabin, Samuel J.

Rainbow Retirement Investors Ltd.

Rasco, Guy A.

Sanders, Jeremy R.

Scola, The Hon. Robert N. Jr.

Sefardik Associates, LLC

Shipley, John C., Jr.

Sierra ALF Management LLC

Smachetti, Emily M.

Sombuntham, Nalina

*USA v. Esformes*, Case Nos. 19-13838 and 14874

Srebnick, Howard M.

Srebnick, Scott

Starr, Kenneth W.

Takifhu Associates LLC

Tettlebaum, Harvey M.

The Pointe Retirement Investors, Ltd.

Thompson, Larry D.

Torres, The Hon. Edwin G.

Wagner, Catherine

Waxman, Seth P.

Weil, Amy Levin

Young, Elizabeth

*Signature on next page*

*USA v. Esformes*, Case Nos. 19-13838 and 14874

Respectfully submitted this March 2, 2021,

*/s/ Nicholas R. Boyd*

Laurie Webb Daniel
Nicholas R. Boyd
HOLLAND & KNIGHT LLP
1180 West Peachtree Street NW, Ste. 1800
Atlanta, Georgia 30309
404-817-8533
laurie.daniel@hklaw.com
nicholas.boyd@hklaw.com

*Counsel for Appellant Philip Esformes*

## MOTION TO FURTHER EXTEND BRIEFING SCHEDULE IN ORDER TO ADDRESS IMPACT OF CLEMENCY WARRANT ON PENDING APPEAL

This appeal is unusual because, as discussed below, on December 22, 2020, the President of the United States granted Appellant, PHILIP ESFORMES, clemency with a commutation of his prison sentence, but leaving intact certain monetary penalties. As a result, counsel for Esformes and counsel for the Government have had several discussions about the need to inform the Court of the impact of the clemency warrant on the pending appeal. And, on January 27, 2021, the Court granted the parties' joint motion to revise the briefing schedule to allow Mr. Esformes to file a supplemental brief on this issue, on or before March 15, 2021, with the Government's brief to be due two months later.

Mr. Esformes' counsel have been diligent in formulating their analysis of the issue; however, due to the transition in administrations along with the succession of decision-makers at the Department of Justice who have not yet been confirmed, Esformes' counsel have been unable to confirm whether the Government agrees or disagrees with their analysis. Accordingly, because it is the belief of the undersigned that the Court would benefit from a more fully-informed discussion of the issue, counsel for Mr. Esformes respectfully requests an additional extension of time of two months to file their supplemental brief, such that the new briefing schedule would be as follows:

Appellant's Supplemental Brief                    May 17, 2021

Appellee's Answering Brief                        July 19, 2021

Appellant's Reply Brief                           August 18, 2021

In further support of this motion, Esformes states:

1.      Defendant-Appellant Philip Esformes was convicted on various

counts in the Third Superseding Indictment that included allegations of, *inter alia*,

healthcare-related kickbacks and money-laundering. The district court sentenced

Esformes to 240 months of imprisonment, to be followed by three years of

supervised release. The district court also ordered restitution in the amount of

$5,530,207.00 and forfeiture in the amount of $38,700,795.00.

2.      Esformes filed notices of appeal from the adverse orders and

judgments, which were docketed in this Court as Case No. 19-13838 and No. 19-

14874. These appeals were later consolidated.

3.      On September 4, 2020, Esformes timely filed his opening appellate

brief, which challenges the validity of his convictions, as well as the district court's

rulings on the prison sentence, restitution, and forfeiture. A week later, a group of

former high-ranking officials of the Department of Justice filed an amicus curiae

brief in support of Esformes' appeal. Subsequently, this Court granted the

Government two extensions of time for filing its answering brief.

4.    On December 22, 2020, the President of the United States issued an

Executive Grant of Clemency, stating, *inter alia*, as follows:

> I, Donald J. Trump, President of the United States of America, in
> consideration of the premises, divers other good and sufficient reasons
> me thereunto moving, do hereby grant clemency to the said PHILIP
> ESFORMES: I commute the 240-month prison sentence imposed
> upon the said PHILIP ESFORMES to time served. I leave intact and
> in effect the remaining three-year term of supervised release with all
> its conditions, the unpaid balance of his $5,530,207 restitution
> obligation, if any, and all other components of his sentence.

5.    The clemency warrant further directs the Bureau of Prisons "upon

receipt of this warrant, to effect the immediate release of the said PHILIP

ESFORMES with all possible speed."

6.    Esformes was released from incarceration on December 22, 2020.

7.    On January 27, 2021, this Court granted a joint motion by the parties

to modify the briefing schedule.  The parties requested that Esformes be permitted

"to file a supplemental brief addressing what impact, if any, the President's grant

of executive judicial clemency has on this appeal," and, in the interests of judicial

economy, the answering brief and reply brief be moved back in turn.

8.    As discussed above, Esformes now requests additional time to assess

the impact of the clemency warrant on his appeal in light of the transition in

presidential administrations. Accordingly, Esformes respectfully requests that the

briefing schedule be extended by a further two months, as described above.

9.     Counsel for Esformes has consulted with counsel for the Government and has been informed that the Government takes no position on Esformes' request for a two-month extension of time for the filing of his supplemental brief.

WHEREFORE, Appellant Philip Esformes respectfully moves to extend the briefing schedule as set forth above.

Respectfully submitted this 2nd day of March, 2021.

*/s/   Nicholas R. Boyd*
Laurie Webb Daniel
Georgia Bar No. 204225
Nicholas R. Boyd
Georgia Bar No. 849842
HOLLAND & KNIGHT LLP
1180 West Peachtree Street NW, Suite 1800
Atlanta, Georgia 30309
Telephone: 404.817.8500
laurie.daniel@hklaw.com
nicholas.boyd@hklaw.com

*Counsel for Philip Esformes*

## CERTIFICATE OF COMPLIANCE

1.     This documents complies with the word limit of Fed. R. App. P.

27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R.

App. P. 32(f), this document contains 731 words.

2.     This document complies with the typeface requirements of Fed. R.

App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).

*/s/ Nicholas R. Boyd*
Attorney for Philip Esformes

Dated: March 2, 2021.

6

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed via CM/ECF this 2nd

day of March, 2021, which distributes it to all counsel of record.

By: */s/ Nicholas R. Boyd*
Laurie Webb Daniel

7