UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Cr-20549-Scola(s)(s)(s)

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES,

        Defendant.
_____ /

re:

SHERRI ESFORMES,

        Third Party Petitioner.
_____ /

**UNITED STATES' FOURTH UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO THIRD PARTY PETITIONER'S CLAIM TO
DIRECTLY FORFEITABLE ASSETS
IN ORDER TO ENGAGE IN SETTLEMENT DISCUSSIONS**

      The United States of America (hereinafter, the "United States" or the "Government") hereby respectfully moves, without opposition, for a third enlargement of time in which to respond to Third Party Petitioner's (Sherri Esformes[']s) Verified Petition/Claim [ECF No. 1535] (the "Petition"). The Court previously ordered the United States to respond to the Petition by May 3, 2021. *See* Paperless Order, ECF No. 1558. The United States respectfully requests a thirty (30)-day enlargement of this deadline, or until on or before June 3, 2021, for the reasons set forth below.

1. On November 21, 2019, the Court entered its Order of Forfeiture of Directly Forfeitable Assets [ECF No. 1456] in which all interest held by, on behalf of, or for the benefit of Defendant, **PHILIP ESFORMES**, in the following business entities and their assets were forfeited to the United States, subject to any third party interests, pursuant to 18 U.S.C. § 982(a)(1), and the procedures set forth in 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2:

(a) ADME Investment Partners LTD (Operating Company)(D/B/A **Oceanside Extended Care Center**)("Oceanside");

(b) Almovea Associates, LLC (Operating Company) (D/B/A **North Dade Nursing and Rehabilitation Center**) ("North Dade");

(c) Ayintove Associates, LLC (Operating Company) (D/B/A **Harmony Health Center**) ("Harmony");

(d) Eden Gardens, LLC (Operating Company) **(D/B/A Eden Gardens**) ("Eden Gardens");

(e) Fair Havens Center, LLC (Operating Company) (D/B/A **Fair Haven Center**) ("Fair Havens");

(f) Flamingo Park Manor, LLC (Operating Company) (D/B/A **Flamingo Park Manor**); and

(g) Sefardik Associates, LLC (Operating Company) (D/B/A **The Nursing Center at Mercy**)("Nursing Center at Mercy")

(collectively, the "Directly Forfeitable Assets").

2. The United States posted notice of the forfeiture on an official government internet site (www.forfeiture.gov) for a period of 30 days, beginning on December 18, 2020, and ending on January 16, 2021. *See* Decl. of Publication, ECF No. 1543; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Additionally, on January 5, 2021, the United States sent direct notice of the forfeiture to Third Party Petitioner, who is the only known potential claimant, by electronic mail (e-mail). *See* Verified Petition, ECF No. 1535, Ex. C. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).

4. On January 11, 2021, Third Party Petitioner, through counsel, filed the Petition claiming a fifty percent (50%) marital interest in the Directly Forfeitable Assets. *See* Verified Petition, ECF No. 1535.

5. On January 27, 2021, the Government filed the United States' Unopposed Motion for Enlargement of Time in Which to Respond to Third Party Petitioner's Claim [ECF No. 1544], which the Court granted directing the United States to respond to the Petition by March 2, 2021. *See* Paperless Order, ECF No. 1545.

6. On March 1, 2021, the Government filed the United States' Second Unopposed Motion for Enlargement of Time in Which to Respond to Third Party Petitioner's Claim [ECF No. 1555], which the Court granted directing the United States to respond to the Petition by April 2, 2021. *See* Paperless Order, ECF No. 1556.

7. On April 5, 2021, the Government filed the United States' Third Unopposed Motion for Enlargement of Time in Which to Respond to Third Party Petitioner's Claim [ECF No. 1557], which the Court granted directing the United States to respond to the Petition by May 3, 2021. *See* Paperless Order, ECF No. 1558.

The United States now respectfully requests an additional thirty (30)-day enlargement of the Court's deadline for responding to the Petition (or until on or before June 3, 2021) so that it may confer with Third Party Petitioner to resolve the Petition without a hearing or other expenditure of judicial resources, if appropriate.

**WHEREFORE**, the Government respectfully requests an additional thirty (30)-day enlargement of Court's deadline for responding to the Petition (or until on or before June 3, 2021) for the reasons set forth herein.

### S.D. Fla. L.R. 88.9 CERTIFICATION

Pursuant to S.D. Fla. L.R. 88.9, I hereby certify that the undersigned Assistant United States Attorney conferred with Third Party Petitioner's counsel, Mr. David Garvin, Esquire, by telephone, who relayed that there is no opposition/objection to the relief sought herein.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Respectfully submitted,

By: *s/Daren Grove*
_____
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 822
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile:  954.356.7180