UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20549 RNS

UNITED STATES OF AMERICA

       Plaintiff,

vs.

PHILIP ESFORMES,

       Defendant.
_____/

**ORDER ON UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO FIRST MOTION FOR PRELIMINARY FORFEITURE ORDER**

THIS CAUSE came before this Court upon Defendant Philip Esformes ("Defendant"), Order on Unopposed Motion for Enlargement of Time to Respond to First Motion for Preliminary Forfeiture Order [ECF No. 1575], the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion (**ECF No. 1578**) is hereby granted. Defendant Philip Esformes shall have up to and including **August 2, 2021** to respond to Plaintiff's First Motion for Preliminary Forfeiture Order.

DONE AND ORDERED in Chambers at Miami, Florida, on July 1, 2021.

                                                     _____
                                                     Robert N. Scola, Jr.
                                                     United States District Judge

Copies furnished to counsel of record