UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 16-CR-20549 RNS**

UNITED STATES OF AMERICA

    Plaintiff,

vs.

PHILIP ESFORMES,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF NON-OBJECTION TO GOVERNMENT'S MOTION FOR ENTRY OF PRELIMINARY FORFEITURE ORDER**

Defendant PHILIP ESFORMES ("Defendant"), by and through undersigned counsel, after conferring with Assistant United States Attorney Daren Groves, hereby provides notice that Defendant has no objection to the entry of the proposed Preliminary Order of Forfeiture requested in the United States' First Motion for Preliminary Order of Forfeiture of Substitute Property [ECF No. 1575].

Respectfully submitted,

By: *Jared W. Whaley*
Jared W. Whaley, FBN 972169
jwhaley@coffeyburlington.com
groque@coffeyburlington.com
service@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse
Miami, FL  33133
Tel:  305-858-2900

*Counsel for Philip Esformes*

**CASE NO. 16-CR-20549 RNS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on August 4, 2021, on all counsel or parties of record on the Service List below.

By:    *Jared W. Whaley*

| Service List | |
|---|---|
| Daren Grove<br>Assistant United States Attorney<br>United States Attorney's Office<br>500 E. Broward Boulevard, Suite 822<br>Ft. Lauderdale, FL 33394<br>Tel: (954) 660-5774<br>Daren.grove@usdoj.gov<br><br>Attorney for United States of America | |