UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Cr-20549-Scola(s)(s)(s)

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES,

        Defendant.
_____/

re:

SHERRI ESFORMES,

        Third Party Petitioner.
_____/

**UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO THIRD PARTY PETITIONER'S CLAIM TO DIRECTLY FORFEITABLE ASSETS IN ORDER TO ENGAGE IN SETTLEMENT DISCUSSIONS**

The United States of America (hereinafter, the "United States" or the "Government") hereby respectfully moves, without opposition, for a third enlargement of time in which to respond to Third Party Petitioner's (Sherri Esformes[']s) Verified Petition/Claim [ECF No. 1535] (the "Petition"). The Court previously extended the deadline for the United States to respond to the Petition to July 19, 2021. *See* Paperless Order, ECF No. 1577.

For the reasons set forth below, the Government requests a deadline to respond to the Petition which is 60-days after the Court acts on the United States' First Motion for Preliminary

Order of Forfeiture of Substitute Property [ECF No. 1575] ("Motion for Substitute Assets"), or until October 2, 2021, whichever date is later.

  1. On November 21, 2019, the Court entered its Order of Forfeiture of Directly Forfeitable Assets [ECF No. 1456] in which all interest held by, on behalf of, or for the benefit of Defendant, **PHILIP ESFORMES**, in the following business entities and their assets were forfeited to the United States, subject to any third party interests, pursuant to 18 U.S.C. § 982(a)(1), and the procedures set forth in 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2:

  (a) ADME Investment Partners LTD (Operating Company)(D/B/A **Oceanside Extended Care Center**)("Oceanside");

  (b) Almovea Associates, LLC (Operating Company) (D/B/A **North Dade Nursing and Rehabilitation Center**) ("North Dade");

  (c) Ayintove Associates, LLC (Operating Company) (D/B/A **Harmony Health Center**) ("Harmony");

  (d) Eden Gardens, LLC (Operating Company) **(D/B/A Eden Gardens**) ("Eden Gardens");

  (e) Fair Havens Center, LLC (Operating Company) (D/B/A **Fair Haven Center**) ("Fair Havens");

  (f) Flamingo Park Manor, LLC (Operating Company) (D/B/A **Flamingo Park Manor**); and

  (g) Sefardik Associates, LLC (Operating Company) (D/B/A **The Nursing Center at Mercy**)("Nursing Center at Mercy")

(collectively, the "Directly Forfeitable Assets").

2. The United States posted notice of the forfeiture on an official government internet site (www.forfeiture.gov) for a period of 30 days, beginning on December 18, 2020, and ending on January 16, 2021. *See* Decl. of Publication, ECF No. 1543; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Additionally, on January 5, 2021, the United States sent direct notice of the forfeiture to Third Party Petitioner, who is the only known potential claimant, by electronic mail (e-mail). *See* Verified Petition, ECF No. 1535, Ex. C. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).

4. On January 11, 2021, Third Party Petitioner, through counsel, filed the Petition claiming a fifty percent (50%) marital interest in the Directly Forfeitable Assets. *See* Verified Petition, ECF No. 1535.

5. On May 4, 2021, the Government filed the United States' Fourth Unopposed Motion for Enlargement of Time in Which to Respond to Third Party Petitioner's Claim [ECF No. 1569], which the Court granted directing the United States to respond to the Petition by June 3, 2021. *See* Paperless Order, ECF No. 1571.

6. On June 3, 2021, the Government filed its Motion for Substitute Assets in which the United States seeks forfeiture of the following substitute assets in partial satisfaction of the $38,700,795 (US) forfeiture money judgment [ECF No. 1455] the Court imposed against the Defendant as part of his sentence in this case:

(a) <u>Bank Accounts ("BA")</u> (collectively, the "Bank Accounts"): All principal, deposits, interest, dividends, and/or any other funds credited to the following bank accounts:

(BA1) Account number 898049003513 held at Bank of America, N.A. in

the name of Sherri Beth Esformes and Philip Esformes;

(BA2) Account number 003676209546 held at Bank of America, N.A. in the name of Philip Esformes and Julie Betancourt;

(BA3) Account number 102747 held at 1st Equity Bank, N.A. in the name of Sherri Esformes, Jason Tennenbaum, and Philip Esformes;

(BA4) {**space left intentionally blank**};

(BA5) Account number 204735 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. (c/o Norman Knopf);

(BA6) {**space left intentionally blank**};

(BA7) Account number 209882 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. (c/o Norman Knopf);

(BA8) Account number 312320 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. Pension Plan & Trust;

(BA9) {**space left intentionally blank**};

(BA10) Account number 454362 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. Pension Plan & Trust;

(BA11) {**space left intentionally blank**};

(BA12) {**space left intentionally blank**};

(BA13) {**space left intentionally blank**};

(BA14) Account number 1560024295 held at MB Financial Bank, N.A. in the name of Philip Esformes or Alvin Norman Knopf;

(BA15) {**space left intentionally blank**};

(BA16) Account number 1560025577 held at MB Financial Bank, N.A. in

the name of Philip Esformes, Inc.;

       (BA17) Account number 1560024473 held at MB Financial Bank in the name of Alvin Norman Knopf or Philip Esformes; and

       (BA18) Account number 16021230 held at National Securities Bank, N.A. in the name of Philip Esformes Inc. Pension.

    (b)    <u>Real Property ("RP")</u> (collectively, the "Real Property"): Real property, together with all appurtenances, improvements, fixtures, easements and attachments, therein and/or thereon, which are known and numbered as follows, or the remaining share of the net seller proceeds from any interlocutory sale of such assets ordered by the Court:

       (RP1)  5077 N. Bay Road, Miami Beach, Florida 33140;

       (RP2)  5069 N. Bay Road, Miami Beach, Florida 33140;

       (RP3)  980 W. 48th Street, Miami Beach, Florida 33140;

       (RP4)  180 E. Pearson, Unit 7201, Chicago, Illinois 60611;

       (RP5)  6849-50 S. Clyde Avenue, Chicago, Illinois 60649; and

       (RP6)  9427 Sawyer Street, Los Angeles, California 90035.

(collectively "Substitute Assets").[1]

7. On June 4, 2021, the Government filed the United States' Fifth Unopposed Motion for Enlargement of Time in Which to Respond to Third Party Petitioner's Claim [ECF No. 1576], which the Court granted directing the United States to respond to the Petition by July 19, 2021. *See* Paperless Order, ECF No. 1577. The basis for the Government's request was to provide adequate time for Third Party Petitioner to consolidate her claims to the Directly Forfeitable Assets

---

[1] The Substitute Assets are among other assets that the petit jury did not reach a special verdict answering whether the United States established the requisite nexus between the assets and Defendant's crimes. *See* Forfeiture Verdict, ECF No. 1263; Fed. R. Crim. P. 32.2(b)(5).

and the Substitute Assets and file a petition with Court accordingly after the Court enters a forfeiture order for the Substitute Assets.

8.  On July 1, 2021, the Defendant filed an unopposed motion for a 60-day extension of time in which to respond to the Government's Motion for Substitute Property. *See* Defendant's Unopposed Motion for Enlargement of Time to Respond to First Motion for Preliminary Forfeiture Order, ECF No. 1578. The Court subsequently granted the Defendant's motion and set a deadline of August 2, 2021, before which the Defendant may respond to the Motion for Substitute Property. *See* Order, ECF No. 1580.

9.  The Defendant has not responded to the Motion for Substitute Property, and the deadline for doing so has expired.

10. The undersigned has conferred with Third Party Petitioner's counsel who has again confirmed that it is Third Party Petitioner's intent to amend the Petition after the Court enters an order forfeiting the Substitute Assets to consolidate her claims to the Directly Forfeitable Assets and the Substitute Assets.

**WHEREFORE**, the United States now respectfully requests an extension of time in which to respond to the Petition so that the Court may act on the Government's Motion for Substitute Property; so that Third Party Petitioner may amend the Petition consolidating her claims to the Directly Forfeitable Assets and the Substitute Assets after the Court enters its order; and so that the Parties may confer regarding settlement of Third Party Petitioner's claims without a hearing or other expenditure of judicial resources, if appropriate. Specifically, the Government requests a deadline in which to respond to the Petition which is 60-days after the Court acts on the Government's Motion for Substitute Property, or October 2, 2021, whichever date is later.

## S.D. Fla. L.R. 88.9 CERTIFICATION

Pursuant to S.D. Fla. L.R. 88.9, I hereby certify that the undersigned Assistant United States Attorney conferred with Third Party Petitioner's counsel, Mr. David Garvin, Esquire, by email, who relayed that there is no opposition/objection to the relief sought herein.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        ACTING UNITED STATES ATTORNEY

        Respectfully submitted,

By:   *s/Daren Grove*
        _____
        Daren Grove (Court No. A5501243)
        Assistant United States Attorney
        E-mail: daren.grove@usdoj.gov
        500 E. Broward Boulevard, Suite 822
        Fort Lauderdale, Florida 33394
        Telephone: 954.660.5774
        Facsimile:  954.356.7180