## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20549-CR-Scola

United States of America,

vs.

Philip Esformes,

      Defendant.
_____/

## MOTION TO CONTINUE MAY 13 HEARING AND NOTICE OF FILING OF BRIEFING ON APPEAL OF THIS CAUSE

Defendant, PHILIP ESFORMES, by his undersigned counsel, hereby moves to continue the hearing on bond conditions set for August 13, 2021, on grounds stated herein.

Defendant has previously addressed in a prior motion (DE 1564), the serious legal issues arising from a potential retrial of Defendant on any charges the sentence for which was commuted by the President.  This Court has previously ruled that no retrial in this cause will be reset until the appeal to the Eleventh Circuit is concluded.  Consequently, after consulting with counsel for the government, the Defendant suggests that any briefing on that issue should occur in this Court after release of a final decision by the Eleventh Circuit Court of Appeals on the pending appeal.  We believe that this would be the most expeditious and

appropriate way to handle the pending issues, while avoiding wasted effort in this Court.

There is no prejudice to the Government from this motion; the Defendant, who was released by presidential order, has been at large for the greater part of the year, and as the Court indicated in May 2021, does not present a risk of flight.  The Government is not seeking pretrial detention here, and it is apparent that there is no danger to the community from his continued supervised release.

Further, Defendant files for the consideration of the Court in relation to this and other pending matters the briefs filed on behalf of Defendant in the Eleventh Circuit Court of Appeals on appeal of the judgment and sentence (including forfeiture and restitution orders) in this cause.  Attached hereto are the Initial Brief (Exhibit 1); the Supplemental Brief (Exhibit 2) and the Supplemental Appendix (Exhibit 3).

Most pertinent is the Supplemental Brief and Appendix filed on behalf of the Defendant, which address the effect of the Presidential clemency order on any potential retrial or resentencing of Defendant beyond the punishment as limited by the Presidential order of clemency.  Defendant submits that, as stated in the Declaration of Margaret Love, the effect of the clemency order was to "bring to an end Esformes' prosecution, leaving intact only the monetary provisions of Esformes' sentence and the previously ordered supervised release."  Appendix,

2

Exhibit 3, page 157 or 159, ¶18-20. Those "monetary" provisions, addressing

forfeiture and restitution, are challenged on legal grounds in the pending appeal.

The Government has not yet filed its Answer Brief.  Defendant expects that

briefing should be completed by October 2021, with a decision on the appeal

issued later, on a timetable set by the panel that ultimately is assigned to the matter.

 The undersigned has forwarded a draft of this motion to the government last

week but the Department of Justice has not yet advised of its position with respect

to this motion.

WHEREFORE, Defendant prays that the hearing set for August 13, 2021 be

canceled as unnecessary; that briefing on the legal issues occur following the

resolution of the pending appeal.

Respectfully submitted,

**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

By:   */s/ Kendall B. Coffey*
        Kendall B. Coffey, Esq., FBN.259861
        Jeffrey B. Crockett, Esq., FBN. 347401
        kcoffey@coffeyburlington.com
        bdiaz@coffeyburlington.com
        service@coffeyburlington.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document has been filed and furnished by the Florida Courts e-filing Portal pursuant to Fla. R. Jud. Admin. 2.516(b)(1), this 9th day of August 2021, on all counsel or parties of record on the Service List below.

| | | |
|---|---|---|
| **Rossana Arteaga-Gomez**<br>AXS Law Group, PLLC<br>2121 NW 2nd Avenue, Suite 201<br>Miami, FL 33127<br>305-297-1878<br>rossana@axslawgroup.com<br> *Designation: Retained*<br> *Assigned: 08/01/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Jill Marie Bennett**<br>Office of Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-6536<br>850-414-3300<br>850-487-9475 (fax)<br>Jill.Bennett@myfloridalegal.com<br> *Designation: Retained*<br> *Assigned: 09/28/2017*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **State of Florida Office of the Attorney General**<br>*(Interested Party)* |
| **Dan Bernstein**<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>305-961-9169 | representing | **USA**<br>*(Plaintiff)* |

530-7976 (fax)
daniel.bernstein@usdoj.gov
 *Assigned: 03/17/2017*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Michael Ira Bernstein**
The Bernstein Law Firm
3050 Biscayne Boulevard
Suite 403
Miami, FL 33137
United Sta                                    representing
305-672-9544
305 672-4572 (fax)
michael@bernstein-lawfirm.com
 *Designation: Retained*
 *Assigned: 08/31/2018*
 *LEAD ATTORNEY*

**221 Park Place Holdings LLC**
*(Interested Party)*

**Roy Eric Black**
Black Srebnick Kornspan &
Stumpf
201 S Biscayne Boulevard
Suite 1300
Miami, FL 33131                               representing
305-371-6421
358-2006 (fax)
rblack@royblack.com
 *Designation: Retained*
 *Assigned: 09/06/2016*
 *ATTORNEY TO BE NOTICED*

**Philip Esformes** (1)
*(Defendant)*

**Nicholas R. Boyd**
Holland and Knight LLP                        representing
1180 West Peachtree Street, Suite
1800

**Philip Esformes** (1)
*(Defendant)*

Atlanta, GA 30309
(404) 817-8500
nicholas.boyd@hklaw.com
*Designation: Retained*
*Assigned: 04/02/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Drew Bradylyons**
U.S. Department of Justice
1400 New York Avenue, NW, 3rd
Floor
Washington, DC 20005                    representing    **USA**
202-262-7809                                            *(Plaintiff)*
drew.bradylyons@usdoj.gov
*Assigned: 10/28/2016*
*ATTORNEY TO BE NOTICED*

**Michael Caruso**
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-530-7000X135                                        **Philip Esformes** (1)
536-4559 (fax)                          representing    *(Defendant)*
michael_caruso@fd.org
*Designation: Public Defender*
*Appointment*
*Assigned: 08/11/2017*
*TERMINATED: 09/14/2018*

**Jennifer Christianson**
Tache, Bronis, Christianson and
Descalzo, P.A.                                          **Philip Esformes** (1)
150 S.E. Second Ave.                    representing    *(Defendant)*
Suite 600
Miami, FL 33131

6

305-537-9565
305-537-9567 (fax)
jchristianson@tachebronis.com
 *Designation: Retained*
 *Assigned: 11/01/2016*

**Laurie Webb Daniel**
Holland and Knight LLP
1180 West Peachtree Street, Suite 1800
Atlanta, GA 30309
(404) 817-8500
laurie.daniel@hklaw.com
 *Designation: Retained*
 *Assigned: 04/02/2020*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Philip Esformes** (1)
*(Defendant)*

**Marissel Descalzo**
Tache, Bronis, Christianson and Descalzo, P.A.
150 S.E. Second Ave.
Suite 600
Miami, FL 33131
305-537-9565
305-537-9567 (fax)
mdescalzo@tachebronis.com
 *Designation: Retained*
 *Assigned: 07/22/2016*
 *ATTORNEY TO BE NOTICED*

representing

**Philip Esformes** (1)
*(Defendant)*

**Charles Craig Eller**
1 N Clematis Street
Suite 500
West Palm Beach, FL 33401
561-832-3300

representing

**1st Equity Bank**
*(Intervenor)*

561-650-1153 (fax)
craig.eller@nelsonmullins.com
 *Designation: Retained*
 *Assigned: 11/07/2017*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Anthony Erickson-Pogorzelski**
US Attorney's Office
Civil
99 NE 4th Street
Suite 335
Miami, FL 33132                   representing      **USA**
305-961-9296                                        *(Plaintiff)*
305-530-7139 (fax)
anthony.pogorzelski@usdoj.gov
 *Assigned: 06/15/2017*
 *ATTORNEY TO BE NOTICED*


**David Michael Garvin**
David M Garvin PA
200 S Biscayne Boulevard
Suite 3150
Miami, FL 33131                                     **Sherri Esformes**
305-371-8101                      representing      *(Petitioner)*
305-371-8848 (fax)
ontrial2@gmail.com
 *Designation: Retained*
 *Assigned: 01/12/2021*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**William F. Gould**
Holland and Knight LLP                              **Philip Esformes** (1)
800 17th Street N.W., Suite 1100  representing      *(Defendant)*
Washington, DC 20006

(202) 955-3000
william.gould@hklaw.com
 *Designation: Retained*
 *Assigned: 04/02/2020*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*


**Daren Grove**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132               representing     **USA**
954-660-5774                                   *(Plaintiff)*
daren.grove@usdoj.gov
 *Designation: Retained*
 *Assigned: 07/22/2016*
 *ATTORNEY TO BE NOTICED*


**James V. Hayes**
US Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Bond Building, 8th Floor
Washington, DC 20005          representing     **USA**
202-774-4276                                   *(Plaintiff)*
James.Hayes@usdoj.gov
 *Assigned: 11/30/2018*
 *ATTORNEY TO BE NOTICED*


**Lynn Colby Hearn**                           **Florida Long-Term**
Florida Long Term Care                         **Care Ombudsman**
Ombudsman Program                              **Program (LTCOP)**
4040 Esplanade Way                             *TERMINATED:*
Tallahassee, FL 32399         representing     *02/08/2021*
850-414-2054                                   *(Interested Party)*
hearnl@elderaffairs.org
 *Assigned: 02/05/2021*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Bradley Horenstein**<br>The Horenstein Firm, P.A.<br>40 NW 3rd St<br>PH1<br>Miami, FL 33128<br>(786) 444-2723<br>brad@thehorensteinfirm.com<br>*Designation: Retained*<br>*Assigned: 03/04/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Robert J. Kuntz**<br>Devine Goodman Rasco & Watts-FitzGerald LLP<br>2800 Ponce De Leon Boulevard<br>Suite 1400<br>Coral Gables, FL 33134<br>305-374-8200<br>305-374-8208 (fax)<br>rkuntz@devinegoodman.com<br>*Designation: Retained*<br>*Assigned: 07/28/2016*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Alison Whitney Lehr**<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>305-961-9176<br>536-7599 (fax)<br>Alison.Lehr@usdoj.gov | representing | **USA**<br>*(Plaintiff)* |

*Designation: Retained*
*Assigned: 07/22/2016*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **David Oscar Markus**<br>Markus/Moss PLLC<br>40 N.W Third Street<br>Penthouse 1<br>Miami, FL 33128<br>305-379-6667<br>305-379-6668 (fax)<br>dmarkus@markuslaw.com<br>*Designation: Retained*<br>*Assigned: 06/19/2018*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Norman Ginsparg**<br>*(Interested Party)* |
| **Roberto Martinez**<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>476-7444 (fax)<br>bob@colson.com<br>*Assigned: 10/31/2018*<br>*TERMINATED: 12/04/2018*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Elizabeth Young**<br>*(Interested Party)* |
| **Allan J. Medina**<br>U.S. Department of Justice<br>Criminal Division<br>Fraud Section<br>1400 New York Avenue NW<br>Washington, DC 20530 | representing | **USA**<br>*(Plaintiff)* |

202-257-6537
305-536-5321 (fax)
Allan.Medina@usdoj.gov
 *Designation: Retained*
 *Assigned: 07/22/2016*
 *ATTORNEY TO BE NOTICED*


**Joaquin Mendez, Jr.**
Joaquin Mendez
251 Valencia Avenue No. 141447
Coral Gables, FL 33114
305-375-0886                                representing          **Gabriel Delgado**
jm@jmendezlaw.com                                                *(Interested Party)*
 *Designation: Retained*
 *Assigned: 07/06/2017*
 *ATTORNEY TO BE NOTICED*


**Jane Wollner Moscowitz**
Moscowitz & Moscowitz, P.A.
2525 Ponce de Leon Blvd
Suite 1000
Coral Gables, FL 33134
305-379-6700
379-4404 (fax)                             representing          **Norman Moscowitz**
jmoscowitz@moscowitz.com                                         *(Interested Party)*
 *Designation: Retained*
 *Assigned: 02/05/2019*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Anita Margot Moss**
Markus/Moss PLLC
40 NW Third Street
Penthouse One                              representing          **Norman Ginsparg**
Miami, FL 33128                                                  *(Interested Party)*
305-379-6667

305-379-6668 (fax)
mmoss@markuslaw.com
 *Designation: Retained*
 *Assigned: 06/08/2018*
 *ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Michael S. Pasano**<br>Carlton Fields Jorden Burt, P.A.<br>100 SE 2nd Street<br>Suite 4000 PO Box 019101<br>Miami, FL 33131-9101<br>305-530-0050<br>305-530-0055 (fax)<br>mpasano@carltonfields.com<br> *Designation: Retained*<br> *Assigned: 08/01/2016*<br> *TERMINATED: 12/27/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Jacqueline Perczek**<br>Black Srebnick Kornspan &<br>Stumpf<br>201 S Biscayne Boulevard<br>Suite 1300<br>Miami, FL 33131<br>305-371-6421<br>305-358-2006 (fax)<br>jperczek@royblack.com<br> *Designation: Retained*<br> *Assigned: 08/21/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Guy Austin Rasco**<br>Devine Goodman Rasco & Watts-<br>FitzGerald LLP<br>2800 Ponce De Leon Boulevard | representing | **ADME Investment<br>Partners LTD**<br>*(Intervenor)* |

Suite 1400
Coral Gables, FL 33134
305-374-8200
305 374-8208 (fax)
grasco@devinegoodman.com
*Designation: Retained*
*Assigned: 03/08/2017*
*ATTORNEY TO BE NOTICED*

|  |  | **Courtyard Manor Retirement Investors Ltd.** *(Intervenor)* |
|---|---|---|
| **Zaynab Salman** <br> 4040 Esplanade Way. Suite 380 <br> Tallahassee, FL 32399 <br> 850-4142054 <br> *Designation: Retained* <br> *Assigned: 08/23/2017* <br> *TERMINATED: 02/08/2021* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* | representing | **Florida Long-Term Care Ombudsman Program (LTCOP)** *TERMINATED: 02/08/2021* *(Interested Party)* |
| **Jeremy R. Sanders** <br> U.S. Department of Justice <br> Bond Building, 11th Floor <br> 1400 new York Avenue N.W. <br> Washington, DC 20005 <br> 202-616-2650 <br> jeremy.sanders@usdoj.gov <br> *Assigned: 08/28/2018* <br> *ATTORNEY TO BE NOTICED* | representing | **USA** *(Plaintiff)* |
| **John Charlton Shipley, Jr.** <br> United States Attorney's Office | representing | **USA** *(Plaintiff)* |

99 N.E. 4th Street
Miami, FL 33132
305-961-9111
305-536-4675 (fax)
john.shipley@usdoj.gov
 *Assigned: 09/25/2018*
 *ATTORNEY TO BE NOTICED*

**Jeffrey Henry Sloman**
Stumphauzer Foslid Sloman Ross
& Kolaya, PLLC
2 South Biscayne Blvd.
Suite 1600
Miami, FL 33131              representing      **Dan Bernstein**
305-614-1403                                   *(Interested Party)*
305-614-1425 (fax)
jsloman@sfslaw.com
 *Designation: Retained*
 *Assigned: 10/18/2018*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Nalina Sombuntham**
US Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132              representing      **USA**
305-961-9224                                   *(Plaintiff)*
nalina.sombuntham2@usdoj.gov
 *Assigned: 08/21/2017*
 *ATTORNEY TO BE NOTICED*

**John C. Spaccarotella**
United States Attorney         representing      **USA**
99 N.E. 4 Street                                 *(Plaintiff)*
Miami, FL 33132

305.961.9212
john.spaccarotella@usdoj.gov
 *Assigned: 06/29/2017*
 *ATTORNEY TO BE NOTICED*

**Howard Milton Srebnick**
Black Srebnick Kornspan &
Stumpf
201 S Biscayne Boulevard
Suite 1300
Miami, FL 33131
305-371-6421
358-2006 (fax)
HSrebnick@RoyBlack.com
 *Designation: Retained*
 *Assigned: 09/07/2016*
 *ATTORNEY TO BE NOTICED*

representing **Philip Esformes** (1)
*(Defendant)*

**Catherine Wagner**
US Department of Justice
Criminal Division, Fraud Section
10000 Louisana, Suite 2300
Houston, TX 77002
202-794-0097
catherine.wagner@usdoj.gov
 *Assigned: 01/26/2018*
 *ATTORNEY TO BE NOTICED*

representing **USA**
*(Plaintiff)*

**Elizabeth Young**
DOJ-USAO
Criminal Division
United States Attorney's Office
Southern District of Florida
99 N.E. 4th St., Ste 426
Miami, FL 20530
786-761-3153

representing **USA**
*(Plaintiff)*

elizabeth.young@usdoj.gov
*Designation: Retained*
*Assigned: 07/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

By:  */s/ Kendall B. Coffey*
        Kendall B. Coffey