UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20549-SCOLA/OTAZO-REYES (s)(s)(s)

UNITED STATES OF AMERICA

vs.

PHILIP ESFORMES,

        **Defendant.**

_____/

### UNITED STATES OF AMERICA'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE THE AUGUST 13, 2021 BOND HEARING

The United States hereby opposes Defendant's motion to continue the bond hearing currently set for August 13, 2021. [D.E. 1585 & 1587]. On April 5, 2019, the Defendant was found guilty on 20 counts, including conspiracy to defraud the United States and money laundering, the payment and receipt of kickbacks, obstruction of justice, money laundering, and conspiracy to commit federal program bribery, for his role in a massive scheme to steal from the Medicare and Florida Medicaid programs. The fraud was brazen, and the Defendant's actions were sophisticated, calculated, and repeated.

On April 26, and again on May 4, 2021, in hearings before this Court, the United States announced its intention to proceed against the Defendant on the six counts on which the jury was unable to reach a verdict, and that are still pending before this Court. Thus, the Defendant's current status is the same as any other defendant awaiting trial, and a bond hearing is required to determine whether any combination of conditions exist to ensure the Defendant's presence at future proceedings in this case, and to prevent the Defendant from engaging in continuing attempts to obstruct justice. This Court continued the bond hearing set for May 4, 2021, until August 13, 2021 [D.E. 1572], and this bond hearing should now take place. Defendant's prior commutation of the

1

sentence imposed by the court on his counts of conviction do not change his current status as a defendant awaiting trial, and whether or not his trial proceeds based on his arguments is a separate issue from his upcoming bond hearing. The Government does not object to briefing this issue once his appeal is exhausted before the Eleventh Circuit, but Defendant's scheduled bond hearing should still take place on August 13, 2021.  The Government notes that its position regarding Defendant's arguments concerning the effect of the commutation order on his re-trial is that:  (i) the Eleventh Circuit currently lacks jurisdiction to consider Defendant's challenges to the hung counts, because they are not part of an appealable final judgment; and (ii) the commutation order was expressly limited to the counts of conviction, and does not extend to any of the hung counts.

The Defendant is currently on supervised release, and is therefore subject to the standard conditions of supervised release in this District, with the added special conditions of a financial disclosure requirement, health care business restriction, no new debt restriction, and other conditions. [Judgement, D.E. 1459].

The Government proposes the following bond conditions:

- A $5.5 Million Corporate Surety Bond;
- A $5 Million Personal Surety Bond with a *Nebbia* Requirement;
- Home Confinement with Electronic Monitoring paid for by the Defendant;
- No visiting any travel establishments or obtaining new travel documents; and
- Prohibitions against contact with any witnesses or former employees.

These additional bond conditions proposed by the Government are necessary given Defendant's pre-trial obstruction of justice in the past, and due to the fact that he was convicted of obstruction of justice at his previous trial.

**CONCLUSION**

Based on the foregoing, the Government opposes Defendant's Motion to Continue the August 13, 2021, Bond Hearing, and asks that this hearing take place as scheduled.

Dated:  August 11, 2021

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   */s/ James V. Hayes*
JAMES V. HAYES
Senior Litigation Counsel
ALLAN MEDINA
Deputy Chief
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
James.Hayes@usdoj.gov
Telephone: 202-774-4276