UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Miami Division**

CASE NO. 16-20549-CR-Scola

United States of America,

    Plaintiff,

vs.

Philip Esformes,

    Defendant.

_____/

**REPLY MEMO RE: MOTION TO CONTINUE AUGUST 13 HEARING**

Defendant, PHILIP ESFORMES, by his undersigned counsel, hereby files his Reply Memorandum in support of his Motion to Continue August 13, 2021 hearing (DE 1585, DE 1587) and in reply to the Government's Opposition (DE 1588).

In its Opposition, the Government takes the position that the Defendant should be precluded from leaving his home, or travel (even for business, religious or personal purposes which his probation officer has approved) despite the fact that his sentence was commuted to time served by Presidential decree and that he has been at liberty for eight months with no issues. The Government does not address in any substantive or serious way the issue of the effect of the Presidential commutation of Defendant's sentence to time served in its brief Opposition.

In our view the serious legal issue of the effect of the commutation cannot be swept lightly aside. The Government committed in open court that "we have entered into agreements to dismiss the hung counts if the defendant's appeal is dismissed, and we would agree to do so here." DE 1460 at 61 (Statement of Elizabeth Young). As stated in the previously filed declaration of

Margaret Love, attached hereto, the legal effect of the commutation to time served is that no additional incarceration can be imposed on the Defendant. As for the financial consequences of the sentence, we understand that the Government is holding (pending appeal and related forfeiture disputes from third parties) the greater part of the total amount ordered for restitution and forfeiture (some $30 million). While the Government may not agree that the Presidential commutation order is a fatal bar to any retrial or sentence beyond time served, these issues, at a minimum, warrant serious briefing and consideration by this Court. The defendant's status is unique and in no way "like any other defendant."

Defendant would further submit that a full hearing on the issue of bond conditions already occurred on May 4, 2021. At this hearing, both sides offered evidence and argument (the transcript of which is DE 1574). At that hearing, the Court heard from the Defendant and his supervising Probation Officer (as to his compliance with supervised release conditions). The Court heard that the Defendant, based on the fugitive disentitlement doctrine, already has essentially a $30 million cash bond which will ensure his appearance at any future hearing where it is required. The defendant's father, Morris Esformes, has substantial assets and would cosign any personal surety bond ordered by the Court. The Court has heard before it ample record (from numerous filings) of the Defendant's ties to the community, family and friends. Of course, the governing statute, 18 USC 1342 requires that release be under "the least restrictive conditions" that will ensure the Defendant's appearance and community safety. The record is clear that—even leaving aside the commutation issue—a substantial personal surety bond and the existing supervised release conditions would satisfy these twin goals. The absence of any problem during the eight months of the Defendant's existing release terms confirms this.

While it is the Defendant's position that no bond at all is necessary given the above facts,

we do propose that based on the full record before this Court, including the testimony of the Defendant as to his present activities and the testimony of his supervising Probation Officer as to his compliance with all conditions of supervised release for some eight months (in the record of the May 4, 2021 hearing), the Court may, without further hearing, simply order a million dollar personal surety bond, signed by the defendant and co-signed by his father Morris Esformes, to be executed in front of a Magistrate Judge within the next ten days.

WHEREFORE, Defendant prays that the hearing set for August 13, 2021 be canceled as unnecessary; and that if any bond is needed the Court set a personal surety bond cosigned by the Defendant's father based on the evidentiary record already before the Court.

Respectfully submitted,

**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

By: _/s/ Jeffrey B. Crockett_
Kendall B. Coffey, Esq., FBN.259861
Jeffrey B. Crockett, Esq., FBN. 347401
kcoffey@coffeyburlington.com
bdiaz@coffeyburlington.com
service@coffeyburlington.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on August 12, 2021, on all counsel or parties of record on the Service List below.

**Rossana Arteaga-Gomez**
AXS Law Group, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
305-297-1878
rossana@axslawgroup.com
 *Designation: Retained*
 *Assigned: 08/01/2016*
 *ATTORNEY TO BE NOTICED*

representing

**Philip Esformes** (1)
*(Defendant)*

**Jill Marie Bennett**
Office of Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-6536
850-414-3300
850-487-9475 (fax)
Jill.Bennett@myfloridalegal.com
 *Designation: Retained*
 *Assigned: 09/28/2017*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**State of Florida Office of the Attorney General**
*(Interested Party)*

**Dan Bernstein**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9169
530-7976 (fax)
daniel.bernstein@usdoj.gov
 *Assigned: 03/17/2017*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**USA**
*(Plaintiff)*

| | | |
|---|---|---|
| **Michael Ira Bernstein**<br>The Bernstein Law Firm<br>3050 Biscayne Boulevard<br>Suite 403<br>Miami, FL 33137<br>United Sta<br>305-672-9544<br>305 672-4572 (fax)<br>michael@bernstein-lawfirm.com<br> *Designation: Retained*<br> *Assigned: 08/31/2018*<br> *LEAD ATTORNEY* | representing | **221 Park Place Holdings LLC**<br>*(Interested Party)* |
| **Roy Eric Black**<br>Black Srebnick Kornspan & Stumpf<br>201 S Biscayne Boulevard<br>Suite 1300<br>Miami, FL 33131<br>305-371-6421<br>358-2006 (fax)<br>rblack@royblack.com<br> *Designation: Retained*<br> *Assigned: 09/06/2016*<br> *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Nicholas R. Boyd**<br>Holland and Knight LLP<br>1180 West Peachtree Street, Suite 1800<br>Atlanta, GA 30309<br>(404) 817-8500<br>nicholas.boyd@hklaw.com<br> *Designation: Retained*<br> *Assigned: 04/02/2020*<br> *PRO HAC VICE*<br> *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Drew Bradylyons**<br>U.S. Department of Justice<br>1400 New York Avenue, NW, 3rd Floor | representing | **USA**<br>*(Plaintiff)* |

Washington, DC 20005
202-262-7809
drew.bradylyons@usdoj.gov
  *Assigned: 10/28/2016*
  *ATTORNEY TO BE NOTICED*

**Michael Caruso**
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-530-7000X135
536-4559 (fax)
michael_caruso@fd.org
  *Designation: Public Defender Appointment*
  *Assigned: 08/11/2017*
  *TERMINATED: 09/14/2018*

representing

**Philip Esformes** (1)
*(Defendant)*

**Jennifer Christianson**
Tache, Bronis, Christianson and Descalzo, P.A.
150 S.E. Second Ave.
Suite 600
Miami, FL 33131
305-537-9565
305-537-9567 (fax)
jchristianson@tachebronis.com
  *Designation: Retained*
  *Assigned: 11/01/2016*

representing

**Philip Esformes** (1)
*(Defendant)*

**Laurie Webb Daniel**
Holland and Knight LLP
1180 West Peachtree Street, Suite 1800
Atlanta, GA 30309
(404) 817-8500
laurie.daniel@hklaw.com
  *Designation: Retained*
  *Assigned: 04/02/2020*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Philip Esformes** (1)
*(Defendant)*

**Marissel Descalzo**
Tache, Bronis, Christianson and Descalzo, P.A.
150 S.E. Second Ave.
Suite 600
Miami, FL 33131
305-537-9565
305-537-9567 (fax)
mdescalzo@tachebronis.com
 *Designation: Retained*
 *Assigned: 07/22/2016*
 *ATTORNEY TO BE NOTICED*

representing

**Philip Esformes** (1)
*(Defendant)*

**Charles Craig Eller**
1 N Clematis Street
Suite 500
West Palm Beach, FL 33401
561-832-3300
561-650-1153 (fax)
craig.eller@nelsonmullins.com
 *Designation: Retained*
 *Assigned: 11/07/2017*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**1st Equity Bank**
*(Intervenor)*

**Anthony Erickson-Pogorzelski**
US Attorney's Office
Civil
99 NE 4th Street
Suite 335
Miami, FL 33132
305-961-9296
305-530-7139 (fax)
anthony.pogorzelski@usdoj.gov
 *Assigned: 06/15/2017*
 *ATTORNEY TO BE NOTICED*

representing

**USA**
*(Plaintiff)*

**David Michael Garvin**
David M Garvin PA
200 S Biscayne Boulevard
Suite 3150

representing

**Sherri Esformes**
*(Petitioner)*

Miami, FL 33131
305-371-8101
305-371-8848 (fax)
ontrial2@gmail.com
*Designation: Retained*
*Assigned: 01/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F. Gould**
Holland and Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
(202) 955-3000
william.gould@hklaw.com
*Designation: Retained*
*Assigned: 04/02/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

representing  **Philip Esformes** (1)
*(Defendant)*

**Daren Grove**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
954-660-5774
daren.grove@usdoj.gov
*Designation: Retained*
*Assigned: 07/22/2016*
*ATTORNEY TO BE NOTICED*

representing  **USA**
*(Plaintiff)*

**James V. Hayes**
US Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Bond Building, 8th Floor
Washington, DC 20005
202-774-4276
James.Hayes@usdoj.gov
*Assigned: 11/30/2018*
*ATTORNEY TO BE NOTICED*

representing  **USA**
*(Plaintiff)*

| | | |
|---|---|---|
| **Lynn Colby Hearn**<br>Florida Long Term Care Ombudsman Program<br>4040 Esplanade Way<br>Tallahassee, FL 32399<br>850-414-2054<br>hearnl@elderaffairs.org<br>  *Assigned: 02/05/2021*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Florida Long-Term Care Ombudsman Program (LTCOP)**<br>*TERMINATED: 02/08/2021*<br>*(Interested Party)* |
| **Bradley Horenstein**<br>The Horenstein Firm, P.A.<br>40 NW 3rd St<br>PH1<br>Miami, FL 33128<br>(786) 444-2723<br>brad@thehorensteinfirm.com<br>  *Designation: Retained*<br>  *Assigned: 03/04/2019*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Robert J. Kuntz**<br>Devine Goodman Rasco & Watts-FitzGerald LLP<br>2800 Ponce De Leon Boulevard<br>Suite 1400<br>Coral Gables, FL 33134<br>305-374-8200<br>305-374-8208 (fax)<br>rkuntz@devinegoodman.com<br>  *Designation: Retained*<br>  *Assigned: 07/28/2016*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Alison Whitney Lehr**<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132 | representing | **USA**<br>*(Plaintiff)* |

305-961-9176
536-7599 (fax)
Alison.Lehr@usdoj.gov
 *Designation: Retained*
 *Assigned: 07/22/2016*
 *ATTORNEY TO BE NOTICED*

**David Oscar Markus**
Markus/Moss PLLC
40 N.W Third Street
Penthouse 1
Miami, FL 33128
305-379-6667
305-379-6668 (fax)
dmarkus@markuslaw.com
 *Designation: Retained*
 *Assigned: 06/19/2018*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Norman Ginsparg**
*(Interested Party)*

**Roberto Martinez**
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
476-7444 (fax)
bob@colson.com
 *Assigned: 10/31/2018*
 *TERMINATED: 12/04/2018*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Elizabeth Young**
*(Interested Party)*

**Allan J. Medina**
U.S. Department of Justice
Criminal Division
Fraud Section
1400 New York Avenue NW
Washington, DC 20530
202-257-6537
305-536-5321 (fax)

representing

**USA**
*(Plaintiff)*

Allan.Medina@usdoj.gov
  *Designation: Retained*
  *Assigned: 07/22/2016*
  *ATTORNEY TO BE NOTICED*

**Joaquin Mendez, Jr.**
Joaquin Mendez
251 Valencia Avenue No. 141447
Coral Gables, FL 33114
305-375-0886
jm@jmendezlaw.com
  *Designation: Retained*
  *Assigned: 07/06/2017*
  *ATTORNEY TO BE NOTICED*

representing

**Gabriel Delgado**
*(Interested Party)*

**Jane Wollner Moscowitz**
Moscowitz & Moscowitz, P.A.
2525 Ponce de Leon Blvd
Suite 1000
Coral Gables, FL 33134
305-379-6700
379-4404 (fax)
jmoscowitz@moscowitz.com
  *Designation: Retained*
  *Assigned: 02/05/2019*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Norman Moscowitz**
*(Interested Party)*

**Anita Margot Moss**
Markus/Moss PLLC
40 NW Third Street
Penthouse One
Miami, FL 33128
305-379-6667
305-379-6668 (fax)
mmoss@markuslaw.com
  *Designation: Retained*
  *Assigned: 06/08/2018*
  *ATTORNEY TO BE NOTICED*

representing

**Norman Ginsparg**
*(Interested Party)*

| | | |
|---|---|---|
| **Michael S. Pasano**<br>Carlton Fields Jorden Burt, P.A.<br>100 SE 2nd Street<br>Suite 4000 PO Box 019101<br>Miami, FL 33131-9101<br>305-530-0050<br>305-530-0055 (fax)<br>mpasano@carltonfields.com<br> *Designation: Retained*<br> *Assigned: 08/01/2016*<br> *TERMINATED: 12/27/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Jacqueline Perczek**<br>Black Srebnick Kornspan & Stumpf<br>201 S Biscayne Boulevard<br>Suite 1300<br>Miami, FL 33131<br>305-371-6421<br>305-358-2006 (fax)<br>jperczek@royblack.com<br> *Designation: Retained*<br> *Assigned: 08/21/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Guy Austin Rasco**<br>Devine Goodman Rasco & Watts-FitzGerald LLP<br>2800 Ponce De Leon Boulevard<br>Suite 1400<br>Coral Gables, FL 33134<br>305-374-8200<br>305 374-8208 (fax)<br>grasco@devinegoodman.com<br> *Designation: Retained*<br> *Assigned: 03/08/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **ADME Investment Partners LTD**<br>*(Intervenor)* |
| | | **Courtyard Manor Retirement Investors Ltd.**<br>*(Intervenor)* |

**Zaynab Salman**
4040 Esplanade Way. Suite 380
Tallahassee, FL 32399
850-4142054
 *Designation: Retained*
 *Assigned: 08/23/2017*
 *TERMINATED: 02/08/2021*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Florida Long-Term Care Ombudsman Program (LTCOP)**
*TERMINATED: 02/08/2021*
*(Interested Party)*

**Jeremy R. Sanders**
U.S. Department of Justice
Bond Building, 11th Floor
1400 new York Avenue N.W.
Washington, DC 20005
202-616-2650
jeremy.sanders@usdoj.gov
 *Assigned: 08/28/2018*
 *ATTORNEY TO BE NOTICED*

representing

**USA**
*(Plaintiff)*

**John Charlton Shipley, Jr.**
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
305-961-9111
305-536-4675 (fax)
john.shipley@usdoj.gov
 *Assigned: 09/25/2018*
 *ATTORNEY TO BE NOTICED*

representing

**USA**
*(Plaintiff)*

**Jeffrey Henry Sloman**
Stumphauzer Foslid Sloman Ross & Kolaya, PLLC
2 South Biscayne Blvd.
Suite 1600
Miami, FL 33131
305-614-1403
305-614-1425 (fax)
jsloman@sfslaw.com
 *Designation: Retained*
 *Assigned: 10/18/2018*

representing

**Dan Bernstein**
*(Interested Party)*

| | | |
|---|---|---|
| *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | | |
| **Nalina Sombuntham**<br>US Attorney's Office<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132<br>305-961-9224<br>nalina.sombuntham2@usdoj.gov<br>  *Assigned: 08/21/2017*<br>  *ATTORNEY TO BE NOTICED* | representing | **USA**<br>*(Plaintiff)* |
| **John C. Spaccarotella**<br>United States Attorney<br>99 N.E. 4 Street<br>Miami, FL 33132<br>305.961.9212<br>john.spaccarotella@usdoj.gov<br>  *Assigned: 06/29/2017*<br>  *ATTORNEY TO BE NOTICED* | representing | **USA**<br>*(Plaintiff)* |
| **Howard Milton Srebnick**<br>Black Srebnick Kornspan & Stumpf<br>201 S Biscayne Boulevard<br>Suite 1300<br>Miami, FL 33131<br>305-371-6421<br>358-2006 (fax)<br>HSrebnick@RoyBlack.com<br>  *Designation: Retained*<br>  *Assigned: 09/07/2016*<br>  *ATTORNEY TO BE NOTICED* | representing | **Philip Esformes** (1)<br>*(Defendant)* |
| **Catherine Wagner**<br>US Department of Justice<br>Criminal Division, Fraud Section<br>10000 Louisana, Suite 2300<br>Houston, TX 77002<br>202-794-0097 | representing | **USA**<br>*(Plaintiff)* |

catherine.wagner@usdoj.gov
  *Assigned: 01/26/2018*
  *ATTORNEY TO BE NOTICED*

**Elizabeth Young**
DOJ-USAO
Criminal Division
United States Attorney's Office
Southern District of Florida
99 N.E. 4th St., Ste 426
Miami, FL 20530                                  representing        **USA**
786-761-3153                                                          *(Plaintiff)*
elizabeth.young@usdoj.gov
  *Designation: Retained*
  *Assigned: 07/21/2016*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


                                        By:   */s/ Jeffrey B. Crockett*
                                                Jeffrey B. Crockett, Esq.