## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Cr-20549-Scola(s)(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP ESFORMES,

    Defendant.

_____/

re:

SHERRI ESFORMES,

    Third Party Petitioner.

_____/

## PARTIES' JOINT NOTICE OF SETTLEMENT

    Third Party Petitioner/Claimant, Sherri Esformes and the United States of America hereby notify the Court that they have reached a settlement of Ms. Esformes' verified claim [ECF No. 1535] to certain directly forfeitable assets listed in the Order of Forfeiture of Directly Forfeitable Assets [ECF No. 1456]. The parties are in the process of finalizing a Stipulation and Settlement Agreement on Directly Forfeitable Assets that will be incorporated in a final order of forfeiture of the directly forfeitable assets. This settlement does not resolve Ms. Esformes' verified claim [ECF No. 1597] to assets listed in the First Preliminary Order of Forfeiture of Substitute Property [ECF No. 1583].

62873550;1

## CERTIFICATION

Undersigned counsel Jacqueline Arango certifies that Assistant United States Attorneys Daren Grove and Sara Klco reviewed and approved this Joint Notice of Settlement and consented to the filing of this Joint Notice with the Court.

Respectfully submitted,

FOR THIRD PARTY PETITIONER/CLAIMANT,
**SHERRI ESFORMES**

**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 Southeast Seventh Street
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095

*/s/ Jacqueline M. Arango*

Jacqueline M. Arango (FBN 664162)
Jacqueline.arango@akerman.com

*/s/ Sergio Acosta*

Sergio Acosta (Admitted *Pro Hac Vice*)
sergio.acosta@akerman.com

FOR PLAINTIFF,
**UNITED STATES OF AMERICA**

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *s/Daren Grove*

Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov

2

62873550;1

500 E. Broward Boulevard, Suite 822
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774

*s/Sara M. Klco*

_____
Sara M. Klco (Fla Bar No. 60358)
Assistant United States Attorney
E-mail: sara.klco@usdoj.gov
99 NE 4th Street, 7th Floor
Miami Florida 33132
Telephone: 305.961.9165

3