UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-CR-20549-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES, et al.

    Defendants.

_____

**MOTION FOR SUBSTITUTION OF COUNSEL**

    Defendant Philip Esformes ("Defendant") moves this Court for entry of Consent Orders granting the substitution of Julia Nestor, A. Scott Bolden, Jordan W. Siev, and Mark E. Bini, of Reed Smith LLP, as counsel of record in place of Roy Black, Howard M. Srebnick, and Jackie Perczek, of Black Srebnick Kornspan & Stumpf.  The Defendant has consented to the substitution of counsel and has signed each of the Consent Orders Granting Substitution of Attorney, attached hereto.

Dated: July 1, 2022

                                                  Respectfully submitted,

                                                  **REED SMITH LLP**
599 Lexington Avenue New York, New York 10022
Phone: (212) 521-5400
Fax: (212) 521-5450

-and-

1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Phone: (786) 747-0286

*/s/ Mark E. Bini*
Mark E. Bini, Esq. (FBN: 1026547)

- 2 -

Julia Nestor, Esq.*
A. Scott Bolden, Esq.*
Jordan W. Siev, Esq.*
mbini@reedsmith.com
jnestor@reedsmith.com
abolden@reedsmith.com
jsiev@reedsmith.com
*Admitted Pro Hac Vice*

*Counsel for Defendant Philip Esformes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2022 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

*/s/Mark E. Bini*
Mark E. Bini, Esq.