UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20549-Scola

UNITED STATES OF AMERICA

v.

PHILIP ESFORMES,

        Defendant.

In Re:

SHERRI ESFORMES,
MSJ FAMILY TRUST, SMJ FAMILY TRUST, and RIW FAMILY TRUST,

        Third-Party Petitioners.

**UNITED STATES OF AMERICA'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO THIRD-PARTY PETITIONS REGARDING SUBSTITUTE ASSETS [ECF NOS. 1597, 1634, 1635, 1636]**

Plaintiff United States of America (the "United States"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1, moves for an extension of time to file responses to the Verified Petition/Claim of Petitioner/Claimant Sherri Beth Esformes as to Substitute Property [ECF No. 1597]("Esformes Petition"), Notice of Claim and Verified Petition filed by the MSJ Family Trust [ECF No. 1634]("MSJ Petition"), Notice of Claim and Verified Petition filed by the SMJ Family Trust [ECF No. 1635]("SMJ Petition"), and Notice of Claim and Verified Petition filed by the RIW Family Trust [ECF No. 1636]("RIW Petition"), and states:

1. On August 4, 2021, the Court entered its First Preliminary Order of Forfeiture of Substitute Property [ECF No. 1583] in which the United States is seeking forfeiture of the following substitute assets in partial satisfaction of the $38,700,795 (US) forfeiture money judgment [ECF No. 1455] the Court imposed against the Defendant as part of his sentence in this case:

(a) <u>Bank Accounts ("BA")</u> (collectively, the "Bank Accounts"): All principal, deposits, interest, dividends, and/or any other funds credited to the following bank accounts:

(BA1) Account number 898049003513 held at Bank of America, N.A. in the name of Sherri Beth Esformes and Philip Esformes;

(BA2) Account number 003676209546 held at Bank of America, N.A. in the name of Philip Esformes and Julie Betancourt;

(BA3) Account number 102747 held at 1st Equity Bank, N.A. in the name of Sherri Esformes, Jason Tennenbaum, and Philip Esformes;

(BA4) {**space left intentionally blank**};

(BA5) Account number 204735 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. (c/o Norman Knopf);

(BA6) {**space left intentionally blank**};

(BA7) Account number 209882 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. (c/o Norman Knopf);

(BA8) Account number 312320 held at 1st Equity Bank, N.A. in the name of Philip Esformes Inc. Pension Plan & Trust;

(BA9) {**space left intentionally blank**};

(BA10) Account number 454362 held at 1st Equity Bank, N.A. in the name

of Philip Esformes Inc. Pension Plan & Trust;

    (BA11) {**space left intentionally blank**};

    (BA12) {**space left intentionally blank**};

    (BA13) {**space left intentionally blank**};

    (BA14) Account number 1560024295 held at MB Financial Bank, N.A. in the name of Philip Esformes or Alvin Norman Knopf;

    (BA15) {**space left intentionally blank**};

    (BA16) Account number 1560025577 held at MB Financial Bank, N.A. in the name of Philip Esformes, Inc.;

    (BA17) Account number 1560024473 held at MB Financial Bank in the name of Alvin Norman Knopf or Philip Esformes; and

    (BA18) Account number 16021230 held at National Securities Bank, N.A. in the name of Philip Esformes Inc. Pension.

    (b)  Real Property ("RP") (collectively, the "Real Property"): Real property, together with all appurtenances, improvements, fixtures, easements and attachments, therein and/or thereon, which are known and numbered as follows, or the remaining share of the net seller proceeds from any interlocutory sale of such assets ordered by the Court:

    (RP1)  5077 N. Bay Road, Miami Beach, Florida 33140;

    (RP2)  5069 N. Bay Road, Miami Beach, Florida 33140;

    (RP3)  980 W. 48th Street, Miami Beach, Florida 33140;

    (RP4)  180 E. Pearson, Unit 7201, Chicago, Illinois 60611;

    (RP5)  6849-50 S. Clyde Avenue, Chicago, Illinois 60649; and

    (RP6)  9427 Sawyer Street, Los Angeles, California 90035.

(collectively "Substitute Assets").[1]

2. On August 27, 2021, Third-Party Petitioner Sherri Beth Esformes, through counsel, filed the Esformes Petition claiming a marital interest in the Substitute Assets. *See* Petition, ECF No. 1597.

3. The Government subsequently obtained enlargements of time to respond to the Esformes Petition in anticipation that other third-parties would be filing petitions for the Substitute Assets with competing claims, and therefore the United States could address all claims at once.

4. On March 21, 2022, Third-Party Petitioners, MSJ Family Trust filed the MSJ Petition, SMJ Family Trust filed the SMJ Petition, and the RIW Family Trust filed the RIW Petition. *See* ECF Nos. 1634, 1635, 1636.

5. On March 22, 2022, the Court entered a paperless Order [ECF No. 1637] requiring responses to the claims from the United States by April 13, 2022. On April 8, 2022, the Court extended this deadline until June 6, 2022. *See* Order on Motion for Extension of Time, ECF No. 1642.

6. On May 26, 2022, the Parties filed a Joint Request for Mediation [ECF No. 1646], which the Court granted. *See* Order, ECF No. 1647. Mediation was set for July 7, 2022. *See* Orders, ECF Nos. 1648, 1649.

7. On June 6, 2022, the United States filed its unopposed motion for extension of time to file responses to the claims [ECF No. 1650], which the Court granted setting August 1, 2022, as the new deadline for the Government's responses. See Paperless Order, ECF No. 1651.

---

[1] The Substitute Assets are among other assets that the petit jury did not reach a special verdict answering whether the United States established the requisite nexus between the assets and Defendant's crimes. *See* Forfeiture Verdict, ECF No. 1263; Fed. R. Crim. P. 32.2(b)(5).

8. On June 27, 2022, the Parties jointly filed a motion to continue the Mediation set for July 7, 2022 [ECF No. 1666], which the Court granted resetting the Mediation for August 9, 2022. *See* Paperless Order, ECF No. 1667.

WHEREFORE, the United States requests that the August 1st deadline for it to respond to the Esformes Petition, the MSJ Petition, the SMJ Petition, and the RIW Petition be enlarged to September 1, 2022, so that the Parties may first engage in scheduled mediation.

### S.D. Fla. L.R. 88.9 CERTIFICATION

Pursuant to S.D. Fla. L.R. 88.9, I hereby certify that the undersigned Assistant United States Attorney conferred with Third Party Petitioners' counsel by email, who relayed that there is no opposition/objection to the relief sought herein.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *s/Daren Grove*
_____
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 822
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile:  954.356.7180