UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-CR-20549-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP ESFORMES, et. al.,

    Defendants.

vs.

SHERRI BETH ESFORMES,

    Petitioner/Claimant.
_____/

## MOTION TO STRIKE DOCKET ENTRY [ECF NO. 1695]

Petitioner/Claimant, Sherri Beth Esformes, files this Motion to Strike Docket Entry (ECF No. 1695) because due to a Scrivener's Error, the motion was inadvertently filed under the incorrect case number.

Date: April 20, 2023.

Respectfully submitted,

*/s/ Jacqueline M. Arango*
Jacqueline M. Arango (FBN 664162)
**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 Southeast Seventh Street
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095
jacqueline.arango@akerman.com

*Counsel for Petitioner/Claimant*
*Sherri Beth Esformes*

70028449;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing document will be served on all counsel of record via transmission of Notice of Electronic Filing generated by the CM/ECF system.

*/s/ Jacqueline M. Arango*
Jacqueline M. Arango, Esq.

70028449;1