United States District Court
Southern District of Florida

United States of America,               )
Plaintiff                               )
                                        )
v.                                      )
                                        )      Criminal Case No. 16-20549-CR-Scola
                                        )
Philip Esformes,                        )
Defendant.                              )

### **<u>Order Continuing Status Conference – Ends of Justice</u>**

This matter is before the Court on the parties Joint Motion to Continue the May 5, 2023 Status Conference, it is hereby

**Ordered and Adjudged** as follows:

1) Joint Motion to Continue the May 5, 2023 Status Conference (**ECF No. 1703**) is **granted**.

2) The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, May 3, 2023, through the next scheduled status conference, November 3, 2023, and **until after the appeal of his convictions** — is excludable time under 18 U.S.C. § 3161(h)(1) and 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act.

3) The **telephonic** status conference to set a trial date is continued to **Friday, November 3, 2023, at 8:30 a.m.** before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida.

4) Counsel/parties shall dial, preferably from a landline phone, toll free **1-888-684-8852** five minutes prior to the scheduled time, enter access code 5939288 followed by the # sign, and then security code 2525 followed by the # sign.

**Done and Ordered** in Chambers at Miami, Florida, on May 3, 2023.

**Robert N. Scola, Jr.**
**United States District Judge**

cc:    counsel of record