IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES, *et al*.

Defendants.

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR CIVIL INTERVENORS
AND REQUEST TO NO LONGER RECEIVE NOTICE OF ELECTRONIC FILING**

Undersigned counsel to the Civil Intervenors,[1] having departed the firm of Devine Goodman & Rasco, LLP, respectfully requests leave to withdraw as counsel and to cease receiving notice of electronic filing.

1.     Robert J. Kuntz Jr. has departed the Devine Goodman firm and joined Rivero Mestre LLP.

2.     Guy Rasco, lead counsel for the Civil Intervenors remains associated with the Devine Goodman firm and continues as counsel of record to the Civil Intervenors.

---

[1] The 22 Civil Intervenors include Adirhu Associates LLC; ADME Investment Partners LTD d/b/a Oceanside Extended Care; ALF Holdings Inc.; Almovea Associates LLC d/b/a North Dade Nursing and Rehabilitation Center; Ayintove Associates LLC d/b/a Harmony Health Center; Courtyard Manor Retirement Investors Ltd.; Courtyard Manor Retirement Living, Inc.; Fair Havens Center, LLC; Eden Gardens LLC; Flamingo Park Manor LLC d/b/a The Pointe; Jene's Retirement Living, Inc. d/b/a North Miami Retirement Living; Kabirhu Associates LLC d/b/a Golden Glades Nursing and Rehabilitation Center; La Hacienda Gardens LLC; Lake Erswin LLC d/b/a South Hialeah Manor; Lauderhill Manor LLC; Morsey LC; The Pointe Retirement Investors Ltd.; Rainbow Retirement Investors Ltd.; Jene's Retirement Investors Ltd.; Sefardik Associates, LLC d/b/a The Nursing Center at Mercy; Sierra ALF Management LLC; and Takifhu Associates LLC d/b/a South Dade Nursing and Rehabilitation Center. For purposes of this Motion the Civil Intervenors will also include Terrace of Kissimmee, LLC; and Terrace of St. Cloud, LLC, both of whom are parties to the IFMA. DE 83-1.

3.      Accordingly, Mr. Kuntz requests leave of the Court to withdraw and to no longer receive notice of electronic filing in this matter.

Respectfully submitted on May 4, 2023.

RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email:  rkuntz@riveromestre.com
Email: receptionist@riveromestre.com

By: /s/ *Robert Kuntz*
ROBERT KUNTZ, ESQ.
Florida Bar No. 094668

## <u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that on this May 4, 2023, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

       */s/ Robert Kuntz*
       Robert Kuntz