UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-20549-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP ESFORMES et al,

    Defendants.
    _____/

## HOLLAND & KNIGHT LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT PHILIP ESFORMES

COME NOW Holland & Knight LLP ("Holland & Knight"), William F. Gould, Nicholas R. Boyd, and Alec M. Puig (who appears solely for the purpose of filing this motion) and, pursuant to Local Rule 11.1(d)(3)(A), move to withdraw as counsel for Defendant Philip Esformes.

Holland & Knight LLP was retained as appellate counsel for Esformes on March 5, 2020, made an appearance as Esformes as co-counsel for Esformes on or about April 2, 2020 (DE##1484–1489), and has addressed certain aspects of this pending criminal matter since then. In July 2022 (DE#1673, DE#1675), this Court granted Esformes' motion that four counsel from Reed Smith LLP should replace Black Srebnick as lead counsel. Given that Esformes is well-represented by existing counsel, the undersigned firm moves to withdraw as co-counsel for Defendant,

Philip Esformes. We have discussed this matter with Reed Smith LLP and were informed that they have no objection to the withdrawal.

WHEREFORE, Holland & Knight and its attorneys request that the Court enter an order granting this Motion, permitting Holland & Knight and its attorneys to withdraw as counsel for Esformes, and relieving Holland & Knight of all further responsibility for the representation of Esformes.

Respectfully submitted this May 8, 2023.

> */s/ Alec M. Puig*
> Alec M. Puig
> Florida Bar No. 1003509
> Holland & Knight LLP
> 701 Brickell Avenue, Ste. 3300
> Miami, Florida 33131
> Telephone: 305-789-7558
> alec.puig@hklaw.com
>
> William F. Gould (*pro hac vice*)
> Holland & Knight LLP
> 800 17th Street NW, Ste. 1100
> Washington, DC 20006
> Telephone: 202-419-2577
> william.gould@hklaw.com
>
> Nicholas R. Boyd (*pro hac vice*)
> Holland & Knight LLP
> 1180 W Peachtree Street NW, Ste. 1800
> Atlanta, Georgia 30309
> Telephone: 404-817-8533
> nicholas.boyd@hklaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF, on May 8, 2023, on all counsel or parties of record on the service list.

*/s/ Alec M. Puig*
Alec M. Puig