UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 16-20549-CR-SCOLA

UNITED STATES OF AMERICA
                                    /
          Plaintiff(s)

v.

PHILIP ESFORMES.
                                    /
          Defendant(s)

**CLERK'S NOTICE OF INTENT TO DISPOSE OF EXHIBITS**

Pursuant to Local Rule 5.3(c) The Clerk's Office in the Southern District of Florida is in the process of purging exhibits introduced into evidence by parties.

**RULE 5.3C   FILES AND EXHIBITS**

**C. REMOVAL OF EXHIBITS:** Within ten (10) days after a party electronically files the exhibits it offered or introduced into evidence at a hearing or trial, the party shall make arrangements with the Clerk of the Court to retrieve all of the original exhibits that were electronically filed. Any original exhibits that have been returned to or retained by the filing party after either electronic filing or the submission of electronic copies pursuant to subsections (b)(3)(B) or (b)(3)(C) shall be kept for safe keeping until the conclusion of any appeals, and, in a criminal case, shall be retained for an additional period of one year after the date on which the pertinent defendant's judgment of conviction becomes final; upon order of the Court, the filing party must return the original exhibits to the Clerk of the Court. For any other original exhibit that was offered or introduced in evidence at a hearing or trial and that was retained by the Clerk of the Court because the exhibit was exempt from electronic filing, the party that offered or introduced that exhibit shall retrieve the exhibit from the Clerk of the Court within three (3) months after final adjudication of the action or proceeding and disposition of any appeal and, in a criminal case, shall retain the exhibit until one year after the date on which the pertinent defendant's judgment of conviction becomes final; otherwise, such original exhibit may be destroyed or otherwise disposed of as the Clerk of the Court may deem proper.

Our records indicate that exhibits attached to docket entry #. 730, 1317, 1319 were introduced into evidence by Defendant . in the above matter. If you submitted such exhibits and wish to retain these exhibits, you must make arrangements to retrieve them by contacting the Clerk's Office at 305 523-5210 (Records) within 20 days of the date of this notice. If you do not contact us within this period, the exhibits will be **DESTROYED**.

Done at Miami , Florida this 13th day of October 20 23 .

Angela E. Noble
Court Administrator - Clerk of Court

By: Richard Ramos
Deputy Clerk

c: All counsel of record                                          Revised 01/29/2019