United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Philip Esformes,<br>Defendant. | )<br>)<br>)<br>)<br>) Criminal Case No. 16-20549-CR-Scola<br>)<br>)<br>) |

### Order Continuing Status Conference – Ends of Justice

This matter is before the Court on the parties' Joint Motion to Continue the November 20, 2023, status conference regarding trial date, it is hereby

**Ordered and Adjudged** as follows:

1) Parties' Joint Motion to Continue the November 20, 2023, status conference regarding trial date (**ECF No. 1715**) is **granted**.

2) The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, November 16, 2023, through the next scheduled status conference, December 4, 2023, and **until after the appeal of his convictions** — is excludable time under 18 U.S.C. § 3161(h)(1) and 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act.

3) The **telephonic** status conference to set a trial date is continued to **December 4, 2023, at 9:00 a.m.** before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida.

4) Preferably from a landline telephone, counsel/parties shall dial toll-free **1-888-684-8852** five minutes prior to the scheduled time, enter access code 5939288 followed by the # sign, and then security code 2525 followed by the # sign.

**Done and Ordered** in Chambers at Miami, Florida, on November 17, 2023.

_____
Robert N. Scola, Jr.
**United States District Judge**

cc:   counsel of record