UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-CR-20549-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,

v.

PHILIP ESFORMES, et al.,

    Defendants.

_____/

**JOINT MOTION TO CONTINUE THE
DECEMBER 18, 2023 STATUS CONFERENCE**

1. On November 21, 2019, the Court issued an order setting Counts 1, 14, 15, 22, 23, and 33 of the Third Superseding Indictment for retrial during the two-week period commencing on January 21, 2020. (ECF No. 1458).

2. Without waiving his prior objections to a retrial on the hung counts, Mr. Esformes moved to continue the January 21, 2020 retrial date until after the appeal of his convictions. (ECF No. 1468). The Court granted the motion, held that Mr. Esformes' trial date would be continued until after the appeal of his convictions is decided, and scheduled a status conference for July 17, 2020 to determine a retrial date. (ECF No. 1470).

3. The Court has since granted subsequent motions jointly submitted by the parties continuing the status conferences related to the retrial date (ECF Nos. 1513, 1529, 1561, 1633, 1665, 1685, 1704, 1713, 1716, 1718). When granting such continuances, the Court has excluded time pursuant to the Speedy Trial Act through the next status conference and until after the appeal of Mr. Esformes' convictions based upon a finding that interests of justice served by a continuance

outweigh any interest of the public or the Defendant in a speedy trial. A telephonic status conference is presently scheduled for December 18, 2023.

4. On January 6, 2023, the Court of Appeals for the Eleventh Circuit issued a decision on Mr. Esformes' appeal affirming the district court. Mr. Esformes sought a rehearing en banc, but that motion was unsuccessful, and the mandate was issued to the Court on April 3, 2023. On July 31, 2023, Mr. Esformes filed a writ of certiorari. The writ of certiorari has been denied.

5. The parties have initiated dialogue concerning issues inherent in this matter, and wish to have the opportunity to continue such dialogue. In light of the upcoming holidays, and complexity of certain issues under discussion, the parties respectfully request that the Court continue the status conference in this matter to January 29, 2024. Without waiving Mr. Esformes' prior objections to a retrial on the hung counts (see, e.g., ECF No. 1468), the parties agree that the interests of justice served by an additional adjournment continue to outweigh any interest of the public or Mr. Esformes in a speedy trial and ask that the Court continue to exclude time under the Speedy Trial Act through the next-scheduled status conference.

Respectfully submitted,

| | |
|---|---|
| **REED SMITH LLP**<br>599 Lexington Avenue<br>New York, New York 10022<br>Phone: (212) 521-5400<br>Fax: (212) 521-5450<br><br> -and-<br><br>200 South Biscayne Blvd, 26th Fl<br>Miami, Florida 33131<br>Phone: (786) 747-0286<br><br>By: */s/ Mark E. Bini*<br>   Mark E. Bini, Esq. (FBN 1026547)<br>   A. Scott Bolden, Esq. (*pro hac vice*)<br>   Katherine J. Seikaly, Esq. (*pro hac vice*)<br>   Jordan W. Siev, Esq. (*pro hac vice*)<br>   mbini@reedsmith.com<br>   abolden@reedsmith.com<br>   kseikaly@reedsmith.com<br>   jsiev@reedsmith.com<br><br>*Counsel for Defendant Philip Esformes* | **GLENN LEON**<br>**CHIEF**<br>**CRIMINAL DIVISION, FRAUD SECTION**<br>**U.S. DEPARTMENT OF JUSTICE**<br><br>By: */s/ James v. Hayes*<br>   James V. Hayes, Esq.<br>   SENIOR LITIGATION COUNSEL<br>   United States Department of Justice<br>   Criminal Division, Fraud Section<br>   1400 New York Avenue NW<br>   Washington, DC 20530<br>   james.hayes@usdoj.gov |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 14, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing document will be served on all counsel of record via transmission of Notice of Electronic Filing generated by the CM/ECF system.

*/s/ Mark E. Bini*
Mark E. Bini (FBN 1026547)