UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-CR-20549-SCOLA

UNITED STATES OF AMERICA

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.

_____/

## JOINT MOTION FOR ORDER
## REGARDING CERTAIN PERSONAL PROPERTY

1.    On April 8, 2019, Marissel Descalzo, former counsel for Mr. Esformes, appeared before the Court on her *Ex Parte* Request for Hearing and/or Order Regarding Certain Properties. (ECF No. 1250). At that hearing, the Court ordered Ms. Descalzo's firm to continue to preserve the property (the "Personal Property"). The Court also ordered Counsel to inventory the Personal Property and to provide the inventory with photos to the Court *ex parte*. On April 23, 2019, the Court issued an additional order instructing Ms. Descalzo to file an inventory with photos of the Personal Property under seal by May 1, 2019. (ECF No. 1284). In accordance with the Court's orders, on April 26, 2019, Ms. Descalzo submitted an *Ex Parte* Notice of Compliance with Court Order attaching as Exhibit A the inventory and pictures of the Personal Property. Ms. Descalzo also advised the Court that the Personal Property had been moved to a safety deposit box at Iberia Bank located at 44 West Flagler Street, Miami, Florida 33130, where the Personal Property would remain until further instructions from the Court.

2.    The parties have entered into an agreement in this matter, as documented in the plea agreement dated February 22, 2024 (as approved by the Court by order of the same date (ECF No. 1727 ) the "Plea Agreement"), that does not involve the Personal Property. Therefore, subject to

Mr. Esformes' ongoing obligations (including, *inter alia*, pursuant to Paragraph 21 of the Plea Agreement to not "sell, hide, waste, encumber, destroy, or otherwise devalue any asset") and the Government's ongoing rights pursuant to the terms of the Plea Agreement, the parties respectfully request that the Court order the return of the Personal Property to Mr. Esformes' daughter, Serena Esformes Levey.

3. Mr. Esformes agrees that: (i) in advance of Serena Esformes Levey accepting custody of the Personal Property, he will procure and provide evidence to the Government of insurance for the full appraised value of the Personal Property, and he shall maintain such insurance for so long as any amounts remain owing to the Government pursuant to the Forfeiture Money Judgement (ECF No. 1455) or the Order of Restitution (ECF No. 1459); and (ii) at all times after Serena Esformes Levey accepts custody of the Personal Property, for so long as any amounts remain owing to the Government pursuant to the Forfeiture Money Judgement or the Order of Restitution, neither Serena Esformes Levey nor Mr. Esformes nor his respective agents, representatives, employees, attorneys, family members, and those persons in active concert or participation with them, shall sell, transfer, assign, pledge, distribute, give away, encumber, or otherwise participate in the disposal of the Personal Property, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard.

4. Additionally, Mr. Esformes agrees to voluntarily turn over to the Government the Greubel Forsey Technique timepiece (ALDC No. 14) (the "Greubel Watch") set forth in the forfeiture provisions of the Third Superseding Indictment. The Government agrees to accept custody and secure the Greubel Watch. If Mr. Esformes fulfills his obligation to pay the Forfeiture Money Judgement from the assets which are currently subject to a forfeiture order, then the Government will release the Greubel Watch to Mr. Esformes accordingly. However, if Mr. Esformes is unable to fulfill his obligation to pay the Forfeiture Money Judgement from the assets

which are currently subject to a forfeiture order, then Mr. Esformes authorizes the Government to seek and obtain an order of forfeiture for the Grubel Watch and to apply the resulting sale proceeds after forfeiture toward the outstanding balance of the Forfeiture Money Judgment.

Respectfully submitted,

**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Phone: (212) 521-5400
Fax: (212) 521-5450

 -and-

200 South Biscayne Blvd, 26th Fl
Miami, Florida 33131
Phone: (786) 747-0286

By: */s/Mark E. Bini*
    Mark E. Bini, Esq. (FBN 1026547)
    A. Scott Bolden, Esq. (*pro hac vice*)
    Katherine J. Seikaly, Esq. (*pro hac vice*)
    Jordan W. Siev, Esq. (*pro hac vice*)
    mbini@reedsmith.com
    abolden@reedsmith.com
    kseikaly@reedsmith.com
    jsiev@reedsmith.com

*Counsel for Defendant Philip Esformes*

**GLENN LEON, CHIEF**

**U.S. DEPARTMENT OF JUSTICE**
**CRIMINAL DIVISION, FRAUD SECTION**

By: */s/ James V. Hayes*
    James V. Hayes, Esq.
    SENIOR LITIGATION COUNSEL
    United States Department of Justice
    Criminal Division, Fraud Section
    1400 New York Avenue NW
    Washington, DC 20530
    james.hayes@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 4, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing document will be served on all counsel of record via transmission of Notice of Electronic Filing generated by the CM/ECF system.

                                                  */s/ Mark E. Bini*
                                                  Mark E. Bini (FBN 1026547)