UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-CR-20549-SCOLA

UNITED STATES OF AMERICA

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION
REGARDING CERTAIN PERSONAL PROPERTY**

THIS CAUSE having come before the Court on the parties' Joint Motion for Order Regarding Certain Personal Property (the "Motion").

WHEREAS, on April 8, 2019, Marissel Descalzo, former counsel for Mr. Esformes, appeared before the Court on her *Ex Parte* Request for Hearing and/or Order Regarding Certain Properties. (ECF No. 1250).

WHEREAS, at that hearing, the Court ordered Ms. Descalzo's firm to continue to preserve the property (the "Personal Property"). (ECF No. 1252).

WHEREAS, the parties have entered into a Plea Agreement that does not involve the Personal Property. (ECF No. 1727).

It is hereby **ORDERED AND ADJUDGED** that:

The Motion (**ECF No. 1735**) is **granted**. It is FURTHER ORDERED AND ADJUDGED that:

    1.    Subject to Mr. Esformes' ongoing obligations and the Government's ongoing rights pursuant to the terms of the Plea Agreement, as well as the terms set forth in the Motion, Ms. Descalzo shall return the Personal Property to Mr. Esformes' daughter, Serena Esformes Levey. Mr. Esformes shall procure and provide evidence to the Government of insurance for the full appraised value of the Personal Property, and he shall maintain such insurance for so long as any amounts remain owing to the Government pursuant to the Forfeiture Money Judgment (ECF No.

1455) or the Order of Restitution (ECF No. 1459). For so long as any amounts remain owing to the Government pursuant to the Forfeiture Money Judgement or the Order of Restitution, neither Serena Esformes Levey nor Mr. Esformes nor his respective agents, representatives, employees, attorneys, family members, and those persons in active concert or participation with them, shall sell, transfer, assign, pledge, distribute, give away, encumber, or otherwise participate in the disposal of the Personal Property, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard.

2. Mr. Esformes shall turn over to the Government the Greubel Watch set forth in forfeiture provisions of the Third Superseding Indictment, which the Government shall retain custody of until Mr. Esformes fulfills his obligation to pay the Forfeiture Money Judgment from the assets which are currently subject to a forfeiture order, at which time the Government shall release the Greubel Watch to Mr. Esformes.

3. If Mr. Esformes is unable to fulfill his obligation to pay the Forfeiture Money Judgement from the assets which are currently subject to a forfeiture order, then the Government may seek and obtain an order of forfeiture for the Grubel Watch and apply the resulting sale proceeds after forfeiture toward the outstanding balance of the Forfeiture Money Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 6, 2024.

_____
ROBERT N. SCOLA, JR.
United States District Judge

Copies furnished to: All Counsel of Record