UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Cr-20549-Scola(s)(s)(s)

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES,

        Defendant.

_____ /

re:

SHERRI ESFORMES,

        Third-Party Petitioner.

_____ /

## JOINT STATUS REPORT

In accordance with the Court's Sua Sponte Paperless Order Setting Deadline [ECF No. 1744] ("Order"), the United States of America, by its undersigned Assistant United States Attorney, and Third-Party Petitioner, Sherri Esformes, by her counsel, Jacqueline Arango, Esquire, (collectively, the "Parties") file this Joint Status Report regarding the following motions in this case: (a) ECF No. 1597: Verified Petition/Claim of Petitioner/Claimant Sherri Beth Esformes as to Substitute Property filed by Sherri Esformes, (b) ECF No. 1634: Motion to Set Aside Forfeiture filed by The MJS Family Trust, (c) ECF No. 1635: Motion to Set Aside Forfeiture filed by The SMJ Family Trust, (d) ECF No. 1636: Motion to Set Aside Forfeiture filed by The RIW Family Trust, (e) ECF No. 1743: Verified Petition/Claim of Petitioner Sherri Esformes Regarding Her Legal Interest in Forfeited Property, re:

[ECF No. 1733] Order on Motion for Forfeiture of Property/Bond filed by Sherri Esformes.

1. The Parties concur that the Verified Petition/Claim of Petitioner/Claimant Sherri Beth Esformes as to Substitute Property filed by Sherri Esformes [ECF No. 1597] has been resolved in pursuant to the Court's Final Order of Forfeiture of Substitute Property [ECF No. 1738] ("Final Order"). The Parties have complied with all mandates of the Final Order, other than Sherri Esformes selling RP1. Regardless, counsel for Sherri Esformes shall file a withdrawal of her petition/claim accordingly. The Parties acknowledge that the Court retains jurisdiction of the matter until RP1 is sold pursuant to the Final Order.

2. The Order directs only that the Government and Third-Party Petitioner, Sherri Esformes, shall file a Joint Status Report regarding the above-listed motions. However, the Government has conferred by email with Stephen Binhak, Esquire, counsel for The MJS Family Trust, The SMJ Family Trust, and The RIW Family Trust (collectively, the "The Family Trusts") and can represent that The Family Trusts' respective claims, ECF Nos. 1634, 1635, and 1636, have been resolved pursuant to the Court's Amended Final Order of Forfeiture [ECF No. 1740]("Amended Final Order"), and that the Family Trusts intend to withdraw their respective claims in accordance with the Amended Final Order upon the Government's remittance of funds derived from the interlocutory sale of RP6 pursuant to its terms. Furthermore, The Family Trusts have submitted documents for remittance to the United States Marshals Service (USMS), which is the custodial agency, and the USMS will process the payment accordingly as soon as possible.

3. The Parties concur that the Verified Petition/Claim of Petitioner Sherri Esformes Regarding Her Legal Interest in Forfeited Property, re: [ECF No. 1733] Order on Motion for Forfeiture of Property/Bond filed by Sherri Esformes [ECF No. 1743] (the "Esformes Petition") is unresolved and pending. Furthermore, the Parties request that they be given fourteen (14)-days from this filing (or no later than November 18, 2024) in which to file dispositive motions regarding the

Esformes Petition with responses and replies due thereafter in accordance with the Local Rules. The Parties agree that if the Esformes Petition cannot be resolved by dispositive motion, then the Court will need to set the matter for an evidentiary hearing pursuant to 21 U.S.C. § 853(n).

**LOCAL RULE 88.9 CERTIFICATION**

Pursuant to Southern District of Florida Local Rule 88.9, the undersigned Assistant United States Attorney has conferred with Jacqueline Arango, Esquire, counsel for Third-Party Petitioner Sherri Esformes, regarding the status represented above. Additionally, Ms. Arango consented to the undersigned Assistant United States Attorney filing this Joint Status Report.

FOR THE UNITED STATES OF AMERICA:

                         MARKENZY LAPOINTE
                         UNITED STATES ATTORNEY

By: *Daren Grove*

                         Daren Grove (Court No. A5501243)
                         Assistant United States Attorney
                         E-mail: daren.grove@usdoj.gov
                         500 E. Broward Boulevard, Suite 822
                         Fort Lauderdale, Florida 33394
                         E-mail: daren.grove@usdoj.gov
                         Telephone: 954.660.5774
                         Facsimile:  954.356.7180

FOR THIRD-PARTY PETITIONER SHERRI ESFORMES:

By: *Jacqueline Arango*

                         Jacqueline M. Arango (Fla. Bar No. 664162)
                         Akerman LLP
                         Three Brickell City Centre, Suite 1100
                         98 Southeast Seventh Street
                         Miami, Florida 33131
                         Email: jacqueline.arango@akerman.com
                         Telephone: 305.374.5600
                         Facsimile: 305.374.5095