UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-CR-20549-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP ESFORMES, et. al.,

    Defendants.

vs.

SHERRI BETH ESFORMES,

    Petitioner/Claimant.
_____/

**PETITIONER SHERRI ESFORMES' NOTICE OF
VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE**

    Petitioner/Claimant, Sherri Esformes, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby gives notice that her Claim Petition filed on August 27, 2021 as to the First Substitute Property Forfeiture (ECF No. 1597) has been resolved by settlement as set forth in this Court's Final Order of Forfeiture on First Substitute Property (ECF No. 1738), and is therefore voluntarily dismissed with prejudice.  This dismissal is pursuant to a settlement agreement, and each side is responsible for its own fees and costs.

Date:  January 23, 2025.

                                                      Respectfully submitted,

                                                      */s/ Jacqueline M. Arango*_____
                                                      Jacqueline M. Arango (FBN 664162)
                                                      **AKERMAN LLP**
                                                      Three Brickell City Centre, Suite 1100
                                                      98 Southeast Seventh Street

Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095
jacqueline.arango@akerman.com

*Counsel for Petitioner/Claimant*
*Sherri Beth Esformes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that a true and correct copy of the foregoing document will be served on all counsel of record via transmission of Notice of Electronic Filing generated by the CM/ECF system.

*/s/ Jacqueline M. Arango*__
Jacqueline M. Arango

79687632;1