UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Cr-20549-Scola(s)(s)(s)

UNITED STATES OF AMERICA,

vs.

PHILIP ESFORMES,

        Defendant.

_____ /

re:

SHERRI ESFORMES,

        Third-Party Petitioner.

_____ /

## JOINT STATUS REPORT

In accordance with the Court's Sua Sponte Paperless Order Setting Deadline [ECF No. 1746] ("Order"), the United States of America, by its undersigned Assistant United States Attorney, and Third-Party Petitioner, Sherri Esformes, by her counsel, Jacqueline Arango, Esquire, (collectively, the "Parties") file this Joint Status Report regarding the following motions in this case: (a) ECF No. 1597: Verified Petition/Claim of Petitioner/Claimant Sherri Beth Esformes as to Substitute Property filed by Sherri Esformes, (b) ECF No. 1634: Motion to Set Aside Forfeiture filed by The MJS Family Trust, (c) ECF No. 1635: Motion to Set Aside Forfeiture filed by The SMJ Family Trust, (d) ECF No. 1636: Motion to Set Aside Forfeiture filed by The RIW Family Trust, (e) ECF No. 1743: Verified Petition/Claim of Petitioner Sherri Esformes Regarding Her Legal Interest in Forfeited Property, re:

[ECF No. 1733] Order on Motion for Forfeiture of Property/Bond filed by Sherri Esformes.

1. The Parties concur that the Verified Petition/Claim of Petitioner/Claimant Sherri Beth Esformes as to Substitute Property filed by Sherri Esformes [ECF No. 1597]("Esformes Claim") has been resolved pursuant to the Court's Final Order of Forfeiture of Substitute Property [ECF No. 1738] ("Final Order"). The Parties have complied with all mandates of the Final Order, other than Sherri Esformes selling RP1. Accordingly, on January 23, 2025, counsel for Sherri Esformes filed a notice of voluntary dismissal of the Esformes Claim with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See United States v. Negron–Torres*, 876 F. Supp. 2d 1301, 1304 (M.D. Fla. 2012) (ancillary forfeiture proceedings arising out of criminal cases are civil in nature and are governed by the Federal Rules of Civil Procedure). The Parties acknowledge that the Court retains jurisdiction of the matter until RP1 is sold pursuant to the Final Order.

2. Government counsel conferred by with counsel for The MJS Family Trust, The SMJ Family Trust, and The RIW Family Trust (collectively, the "Family Trusts"). The Family Trusts' respective claims, ECF Nos. 1634, 1635, and 1636, have been resolved pursuant to the Court's Amended Final Order of Forfeiture [ECF No. 1740]("Amended Final Order"). Accordingly, on January 23, 2025, counsel for the Family Trusts filed separate notices of voluntary dismissal of their respective claims with prejudice. *See* Notices of Voluntary Dismissal, ECF Nos. 1747 (RIW Family Trust Claim), 1748 (SMJ Family Trust Claim), and 1749 (MJS Family Trust Claim).

3. The Parties concur and agree that, due to a correctable defect in the pleading, counsel for Sherri Esformes shall withdraw the Verified Petition/Claim of Petitioner/Claimant Sherri Esformes [ECF No. 1743] ("2d Esformes Petition") and file a corrected pleading no later than Tuesday, January 28, 2025. Furthermore, the Parties request that they be given seven (7)-days from date on which a corrected pleading is filed in which to file dispositive motions regarding the pleading. The Parties also agree that if the pleading cannot be resolved by dispositive motion, then the Court

will need to set the matter for an evidentiary hearing pursuant to 21 U.S.C. § 853(n).

**LOCAL RULE 88.9 CERTIFICATION**

Pursuant to Southern District of Florida Local Rule 88.9, the undersigned Assistant United States Attorney has conferred with Jacqueline Arango, Esquire, counsel for Third-Party Petitioner Sherri Esformes, regarding the status represented above. Additionally, Ms. Arango consented to the undersigned Assistant United States Attorney filing this Joint Status Report.

FOR THE UNITED STATES OF AMERICA:

          MICHAEL S. DAVIS
          ACTING UNITED STATES ATTORNEY

By: *Daren Grove*

          Daren Grove (Court No. A5501243)
          Assistant United States Attorney
          E-mail: daren.grove@usdoj.gov
          500 E. Broward Boulevard, Suite 822
          Fort Lauderdale, Florida 33394
          E-mail: daren.grove@usdoj.gov
          Telephone: 954.660.5774
          Facsimile:  954.356.7180

FOR THIRD-PARTY PETITIONER SHERRI ESFORMES:

By: *Jacqueline Arango*

          Jacqueline M. Arango (Fla. Bar No. 664162)
          Akerman LLP
          Three Brickell City Centre, Suite 1100
          98 Southeast Seventh Street
          Miami, Florida 33131
          Email: jacqueline.arango@akerman.com
          Telephone: 305.374.5600
          Facsimile: 305.374.5095