UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20549-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ESFORMES,

    Defendant.

_____/

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO AUTHORIZE
THE UNITED STATES MARSHALS SERVICE AND THE CENTERS FOR
MEDICARE AND MEDICAID SERVICES TO TURN OVER
<u>PROPERTY BELONGING TO THE DEFENDANT</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to 18 U.S.C. §3613(c), requests that this Court enter an Order authorizing the U.S. Marshals Service ("USMS") to turn over to the Clerk of Court, the funds described below which were frozen pursuant to a Preliminary Injunction ("PI") entered in *U.S. v. Philip Esformes*, 16-CV-23148-Rosenberg/Torres (S.D. Fla.) (ECF No. 217), on November 13, 2018 freezing assets of Defendant Philip Esformes pending his criminal prosecution and authorizing the Centers for Medicare and Medicaid Services ("CMS") to turn over to the Clerk of Court the funds described below it is holding in accounts receivable attributable to Philip Esformes' ownership interest in certain accounts and apply said funds toward the Defendant's criminal restitution judgment. The government also seeks to have an ongoing turnover order regarding certain routine distribution payments. In support thereof, the United States alleges as follows:

    1.    On November 13, 2018, the PI was entered pursuant to 18 U.S.C. § 1345, which expressly authorizes injunctive relief to protect the public interest, where a defendant is alienating

or disposing of property, and unless enjoined could continue to alienate or dispose of property, obtained as a result of a federal health care offense, and the property is traceable to such violation, or is property of equivalent value. 18 U.S.C. § 1345(a)(2).

2. The purpose of the injunctive relief available to the Government under 18 U.S.C. § 1345 is to freeze the defendant's assets up to the amount of the fraud so that, if the Government secures criminal convictions or judgments against the defendant, assets will be available for the victim – in this case, the Medicare Trust Fund – either through forfeiture or restitution. *See* 18 U.S.C. § 1345; *see also U.S. v. DBB, Inc.*, 180 F.3d 1277, 1284, 1286 (11th Cir. 1999); *U.S. v. Petters*, No. 08-5348 ADM/JSM, 2009 WL 1794799, at *1 (D. Minn. Jun. 23, 2009).

3. On April 5, 2019, Esformes was convicted on 20 counts: one count of conspiracy to defraud the United States and to pay and receive healthcare kickbacks in violation of 18 U.S.C. §371, two counts of receiving kickbacks 42 U.S.C. §1320a-7b(b)(1)(A), four counts of paying kickbacks in violation of 42 U.S.C. §1320a-7b(b)(2)(A), one count of conspiracy to commit money laundering in violation of 18 U.S.C. §1956(h), nine counts of money laundering in violation of 18 U.S.C. §1956(a)(1)(B)(i), one count of conspiracy to commit federal program bribery in violation of 18 U.S.C. §371, one count of conspiracy to commit federal program bribery and honest services wire fraud in violation of 18 U.S.C. §371, and one count of obstruction of justice in violation of 18 U.S.C. §1503. *See U.S. v. Esformes*, 60 F.4th 621, 631 (11th Cir. 2023).

4. On September 12, 2019, Esformes was sentenced for the above-referenced convictions to a total of 240 months imprisonment and the determination of restitution was deferred. ECF No. 1387. On November 21, 2019, the judgment in a criminal case was amended to include restitution in the amount of $5,530,207.00, plus statutory interest. ECF No. 1459.

5. As a result of the PI, the USMS has in its custody or control the following assets that belong to Philip Esformes:

| Property Description | Approx. Value with accrued interest as of January 31, 2025 |
|---|---|
| $38,511.00 from The Private Bank A/C 2416652, The Terrace of St. Cloud | $42,469.24 |
| $14,004.00 from The Private Bank A/C 2413122, The Terrace of Kissimmee | $15,443.42 |
| Distribution payments – Philip Esformes' Interest in Canoe Creek Holdings LLC | $506,788.80 |
| Distribution payments – Philip Esformes' Interest in 221 Park Place Holdings LLC | $643,522.24 |
| Distribution payments for Fountain Manor Nursing & Rehab Center – Philip Esformes' Interest in 390 LLC | $576,890.09 |
| Cash/Currency in lieu of Real Property located at 6811 S. Paxton, Chicago, Illinois 60649 | $53,978.81 |
| Cash/Currency in lieu of Real Property located at 7337-43 S Ridgeland, Chicago, Illinois 60649 | $357,463.25 |
| Cash/Currency in lieu of Real Property located at 7801-7803 South Bennett, Chicago, Illinois 60649 | $49,891.62 |
| Cash/Currency in lieu of Real Property located at 7040-7050 S. Merrill, Chicago, Illinois 60649 | $352,581.39 |
| Cash/Currency in lieu of Real Property located at 6148-52 S. Sacramento, Chicago, Illinois 60629 | $317,993.98 |
| Cash/Currency in lieu of Real Property located at 6155-59 S. Sacramento, Chicago, Illinois 60629 | $202,502.22 |

| | |
|---|---|
| Cash/Currency in lieu of Real Property located at 6154-58 S. Richmond, Chicago, Illinois 60629 | $125,598.23 |
| Cash/Currency in lieu of Real Property located at 7919-25 S. Wood, Chicago, Illinois 60620 | $249,049.54 |
| Cash/Currency in lieu of Real Property located at 6700 S. Claremont, Chicago, Illinois 60636 | $264,770.82 |
| Canyon Tove | $30,151.54 |
| Ainode Milvado | $58,567.67 |
| Gladheavens & Sagelaretz, LLC | $7,017.43 |
| SMAK Real Estate, LLC | $4,636.48 |

6. The aforementioned funds totaling $3,859,316.77 is currently in the custody of the USMS located at 400 N. Miami Avenue, 6th Floor, Miami, Florida.

7. Also as a result of the PI, the Federal Bureau of Investigation ("FBI") may continue to receive periodic distribution payments from Philip Esformes' interest in Canoe Creek Holdings LLC, distribution payments from Philip Esformes' interest in 221 Park Place Holdings LLC, and distribution payments for Fountain Manor Nursing & Rehab Center from Philip Esformes' Interest in 390 LLC. These payments belonging to the Defendant would be sent directly to the FBI and in turn forwarded to the USMS to be held.

8. In addition to these assets, CMS has in its custody or control accounts receivable totaling $1,399,235.72 payable to Philip Esformes attributable to his ownership interest in the accounts. Currently, CMS has the following in its custody payable to Philip Esformes:

| Property Description | Approximate Value |
|---|---|
| Terrace of Kissimmee | $818,101.96 |
| Terrace of St. Cloud | $581,133.76 |

9. 18 U.S.C. §3613(c) imposes a lien in favor of the United States on all property or interests in property owned by a criminal defendant who owes restitution and provides,

> (c) Lien.--A fine imposed pursuant to the provisions of subchapter C of chapter 227 of this title, or an order of restitution made pursuant to sections 2248, 2259, 2264, 2327, 3663, 3663A, or 3664 of this title, is a lien in favor of the United States on all property and rights to property of the person fined as if the liability of the person fined were a liability for a tax assessed under the Internal Revenue Code of 1986. The lien arises on the entry of judgment and continues for 20 years or until the liability is satisfied, remitted, set aside, or is terminated under subsection (b).

10. Payments totaling $79,022.05 have been received and credited toward the Defendant's restitution judgment. However, the Defendant currently owes $5,451,184.95.

11. The $3,859,316.77 held by the USMS belongs to the Defendant and the $1,399,235.72 held by CMS belongs to the Defendant. Therefore, the total amount of these funds, $5,258,552.42, should be turned over to the Clerk of the Court, United States District Court, Southern District of Florida and applied to Defendant's restitution balance in this case.

12. Interest may continue to accrue on the assets held by USMS during the pendency of this motion. Additionally, periodic distribution payments from Philip Esformes' interest in Canoe Creek Holdings LLC, distribution payments from Philip Esformes' interest in 221 Park Place Holdings LLC, and distribution payments for Fountain Manor Nursing & Rehab Center from Philip Esformes' interest in 390 LLC may continue to be sent directly to the FBI and in turn forwarded to the USMS during the pendency of this motion to be held, which also belong to the Defendant. The additional interest that accrues and any distribution payments received during the pendency of this motion should be turned over to the Clerk of the Court to be applied to the restitution balance. Additionally, any future disbursement payments from Philip Esformes' interest in Canoe Creek Holdings LLC, distribution payments from Philip Esformes' interest in

221 Park Place Holdings LLC, and distribution payments for Fountain Manor Nursing & Rehab Center from Philip Esformes' Interest in 390 LLC should be directly paid to the Clerk of the Court, United States District Court, Southern District of Florida and applied to Defendant's restitution balance in this case until the restitution judgment is satisfied or the judgment expires.

WHEREFORE, based on the foregoing, the United States of America, respectfully requests that this Court issue an Order:

1) Directing the USMS to turn over the $3,859,316.77 in United States Currency, which was frozen by the PI for purposes of restitution, to the Clerk of Court and further to order the Clerk of Court, United States District Court, Southern District of Florida to apply those funds to Defendant's criminal restitution judgment imposed in this case; and

2) Directing CMS to turn over the $1,399,235.72 in accounts receivable in its custody payable to Philip Esformes to the Clerk of Court and further to order the Clerk of Court, United States District Court, Southern District of Florida to apply those funds to Defendant's criminal restitution judgment imposed in this case.

3) Directing the USMS to turn over any additional interest that accrues on the assets described in paragraph 5 from January 31, 2025 to the date of disbursement as well as distribution payments received from Philip Esformes' interest in Canoe Creek Holdings LLC, distribution payments from Philip Esformes' interest in 221 Park Place Holdings LLC, and distribution payments for Fountain Manor Nursing & Rehab Center from Philip Esformes' interest in 390 LLC received while this motion was pending to the Clerk of Court and further to order the Clerk of Court, United States District Court, Southern District of Florida to apply those funds to Defendant's criminal restitution judgment imposed in this case; and

4) Directing that all future disbursement payments from Philip Esformes' interest in Canoe Creek Holdings LLC, distribution payments from Philip Esformes' interest in 221 Park Place Holdings LLC, and distribution payments for Fountain Manor Nursing & Rehab Center from Philip Esformes' interest in 390 LLC shall be paid directly to U.S. Courts, Financial Section, 400 N. Miami Avenue, Room 8N09, Miami, Florida 33128 and further to order the Clerk of Court, United States District Court, Southern District of Florida to apply those funds to Defendant's criminal restitution judgment imposed in this case until the restitution judgment is satisfied or it expires; and

## LOCAL RULE 88.9 CERTIFICATION

Pursuant to Local Rule 88.9, I hereby certify that the undersigned counsel has conferred in good faith to resolve the issues raised in the motion with defense counsel via e-mail on February 27, 2025 and conference call on April 23, 2025 and there is not an objection to the motion.

Respectfully submitted,

**HAYDEN P. O'BYRNE**
**UNITED STATES ATTORNEY**

By: *s/ Danielle Croke*
Danielle N. Croke
Assistant U.S. Attorney
Florida Bar No. 0723258
500 S. Australian Avenue, 4th Floor
West Palm Beach, FL 33401
Telephone No. (561) 209-1035
Fax No. (561) 655-9785
E-mail: danielle.croke@usdoj.gov
Counsel for United States of America

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing is being served by U.S. Mail and e-mail to the following parties on this date:

*s/ Danielle Croke*
DANIELLE N. CROKE
ASSISTANT UNITED STATES ATTORNEY

Sherri Beth Esformes
Third party

Andrew M Leinoff
Leinoff & Lemos, PA
7301 SW 57 Court, Suite 545
South Miami, FL 33143
Email: andy@llpa.com
Attorney for Sherri Esformes

- And -

Jacqueline Marie Arango
Akerman Senterfitt
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Email: jacqueline.arango@akerman.com
Attorney for Sherri Esformes